# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HOLTON** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **NO. 18-2228** |
| | : | |
| **BOBBY HENON**, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 29th day of November 2018, upon consideration of Defendants Bobby Henon, Darin L. Gatti, and Edward Jefferson's Motion to Strike in Part, or in the Alternative, to Dismiss Plaintiff's Amended Complaint (ECF No. 9), Plaintiffs' Response thereto (ECF No. 10), and Defendants' Reply in Support thereof (ECF No. 11), it is hereby **ORDERED** and **DECREED** that Defendants Bobby Henon, Darin L. Gatti, and Edward Jefferson's Motion to Strike in Part, or in the Alternative, to Dismiss Plaintiff's Amended Complaint (ECF No. 9) is **DENIED**. Defendants shall file an answer to Plaintiff's Complaint on or before **December 14, 2018**.

BY THE COURT:

CHAD F. KENNEY, J.