150N5-144,146

= 120.00
  2488.40

THIS INDENTURE made the 31st day of August in the year of our Lord One Thousand Nine Hundred and Eighty-three (1983).

FROM PENN CENTRAL PROPERTIES, INC., a Pennsylvania corporation, having offices at 1700 Market Street, Philadelphia, Pennsylvania 19103, and THE PENN CENTRAL CORPORATION, a Pennsylvania corporation, having offices at 245 Park Avenue, New York, New York 10167 (both corporations being hereinafter sometimes collectively referred to as the "Grantor"), to

Thomas Clauss

having an office at 1300 Washington Avenue, Philadelphia, Pennsylvania 19147,

(hereinafter referred to as the "Grantee");

WITNESSETH: That the Grantor, for and in consideration of the sum of TWELVE THOUSAND and 00/100 DOLLARS ($12,000.00) lawful money of the United States of America, unto the Grantor well and truly paid by the Grantee, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, does by these presents, remise, release and forever quitclaim unto the Grantee, all right, title and interest of the Grantor of, in and to the premises described in Schedule "A" attached hereto and made a part hereof.

D 1180 390

000173

COMMISSIONER [signature]

1988 SEP 21 AM 10 12
THIS DOCUMENT RECORDED

46

3

85029      teo/ *pdf*

## SCHEDULE "A"

ALL THOSE TWO PARCELS of land situate in the 45th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania, separately bounded and described according to two plans of surveys dated June 24, 1977, made by Barton & Martin Engineers, as follows; VIZ:

THE FIRST THEREOF, designated PAL 10I 034:

BEGINNING at a point which is located the two following courses and distances from the intersection of the south side of Delaware Avenue (150 feet wide) and the northeast side of Lewis Street (60 feet wide);

(1.)  along the northeast side of Lewis Street (60 feet wide) crossing the former Delaware Avenue (150 feet wide) and the former Carbon Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 650 feet 0 inches, and

(2.)  along the northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East 147 feet 1 3/8 inches to the point of beginning.

THENCE from said point of beginning along the northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East, 42 feet 10 5/8 inches to a point; thence North 32 degrees 24 minutes 23 seconds West, 1,075 feet 0 inches to a point in the centerline of former Balfour Street (Myrtle Street) (50 feet wide); thence along the centerline of the former Balfour Street South 57 degrees 35 minutes 37 seconds West, 65 feet 0 inches to a point; thence along a line 50 feet distant from the centerline of the railroad formerly of the Penndel Company, South 32 degrees 24 minutes 23 seconds East, 575 feet 0 inches to a point of curve; thence along a line curving to the left 50 feet distant and radial to the centerline of said railroad with a radius of 5,662 feet 6 1/8 inches and an arc distance of 500 feet 7 7/8 inches having a chord bearing of South 34 degrees 56 minutes 21.5 seconds East and a chord distance of 500 feet 5 7/8 inches to the point and place of beginning.

CONTAINING in area 66,192 square feet or 1.51955 acres, more or less.

-2-

AND THE SECOND THEREOF, designated PAL 10I 05-8, Parcel No. 1:

BEGINNING at a point distant 220 feet 5 1/8 inches along the former northwest side of Delaware Avenue (150 feet wide) measured North 57 degrees 35 minutes 37 seconds East from the intersection of the northeast side of Lewis Street (60 feet wide) and the northwest side of Delaware Avenue (150 feet wide) produced; thence from said point of beginning along the former northwest side of Delaware Avenue (150 feet wide) North 57 degrees 35 minutes 37 seconds East, 139 feet 5 7/8 inches to a point; thence along the former southwest side of Roxborough Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 440 feet 0 inches to a point; thence along the former southeast side of Carbon Street (60 feet wide), South 57 degrees 35 minutes 37 seconds West, 200 feet 9 1/2 inches to a point; thence along a line curving to the left with a radius of 5,656 feet 1 1/4 inches, an arc distance of 444 feet 4 3/8 inches, having a chord bearing South 40 degrees 20 minutes 21 seconds East, and a chord distance of 444 feet 3 inches, said curve being 50 feet distant and parallel with the centerline of the near track of railroad formerly of Penndel Company to the point and place of beginning.

CONTAINING in area 76,156 square feet or 1.74829 acres, more or less.

RESERVING unto Grantor permanent and perpetual easements in gross, freely alienable and assignable by the Grantor, for all existing wire and pipe facilities or occupations whether or not covered by license or agreement between Grantor and other parties, of record or not of record, that in any way encumber the premises conveyed herein, and all rentals, fees and considerations resulting from such occupations, agreements, licenses and easement conveyances.

SUBJECT, however, to the state of facts disclosed by the survey hereinabove mentioned (Parcel PAL 10I 03-4).

GRANTEE acknowledges and agrees that:

(1) no right or means of access to or from the aforesaid premises is included herein, whether specifically or by implication, across any adjacent property of the Grantor or otherwise; and

(2) should a claim adverse to the title hereby quitclaimed be asserted and/or proved, no recourse shall be had against the Grantor.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER SEP 22'88 TAX
120.00
P.B.11151

CITY OF PHILA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX
TOTAL    488.40
#5    CHECK    488.40
01CL 0275   09-22-88  11:14TM

-3-

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in any wise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the Grantor, as well at law as in equity or otherwise howsoever, of, in and to the same and every part thereof.

TO HAVE AND TO HOLD all and singular the said premises, together with the appurtenances, unto the Grantee, the heirs or successors and assigns of the Grantee forever, RESERVING and SUBJECT as aforesaid.

Penn Central Properties, Inc., is the owner of the said premises and The Penn Central Corporation is the holder of record title thereto in order to secure the payment of the purchase price in a sale of said premises and other property in Pennsylvania by The Penn Central Corporation to Penn Central Properties, Inc.

THE words "Grantor" and "Grantee" used herein shall be construed as if they read "Grantors" and "Grantees", respectively, whenever the sense of this Indenture so requires and whether singular or plural, such words shall be deemed to include in all cases the heirs or successors and assigns of the respective parties.

IN WITNESS WHEREOF, the Grantor has caused this Indenture to be executed the day and year first above written.

SEALED AND DELIVERED  
in the presence of us:

PENN CENTRAL PROPERTIES, INC.

By: _____  
RICHARD D. JORDAN, Vice President

Attest: _____  
ASSISTANT Secretary

THE PENN CENTRAL CORPORATION

By: _____  
JOSEPH J. SUPON, Director of Leased Property & Special Sales

Attest: _____  
SENIOR ASSISTANT Secretary

-4-

6

STATE OF PENNSYLVANIA :
                      :ss
COUNTY OF PHILADELPHIA:

ON THIS, the 31st day of August, 1983, before me, a Notary Public in and for the Commowealth of Pennsylvania, the undersigned officer personally appeared RICHARD D. JORDAN, who acknowledged himself to be the Vice President of PENN CENTRAL PROPERTIES, INC., a corporation, and that he as such Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Vice President.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Mildred C. Oruska_
Notary Public

MILDRED C. ORUSKA
Notary Public, Phila., Phila. Co.
My Commission Expires May 26, 1984

STATE OF PENNSYLVANIA :
                      :ss
COUNTY OF PHILADELPHIA:

ON THIS, the 31st day of August, 1983, before me, a Notary Public in and for the Commonwealth of Pennsylvania, the undersigned officer, personally appeared JOSEPH J. SUPON, who acknowledged himself to be the Director of Leased Property and Special Sales of THE PENN CENTRAL CORPORATION, a corporation, and that he as such Director of Leased Property and Special Sales, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Director of Leased Property and Special Sales.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Mildred C. Oruska_
Notary Public

MILDRED C. ORUSKA
Notary Public, Phila., Phila. Co.
My Commission Expires May 26, 1984

I hereby certify that the correct address of the within named Grantee is:

1300 Washington Ave.
Phila, Pa  19147
On behalf of the Grantee

-5-

D 1186 395

Case No. 85029

DEED

PENN CENTRAL PROPERTIES, INC.
and THE PENN CENTRAL
CORPORATION

to

Thomas Clauss

Premises:

45th Ward
City of Philadelphia
County of Philadelphia
Commonwealth of Pennsylvania

Approved: