*150 N 5 — 144, 146*

Fee Simple Deed No. 752-S

Printed for and Sold by John C. Clark Co., 1326 Walnut St., Phila.

D 1251 236

50 / 2035 0

# This Indenture Made the 16ᵗʰ day of November in the year of our Lord one thousand nine hundred and Eighty Eight (1988)

**Between** Thomas Clauss

(hereinafter called the Grantor ), of the one part, and

Elmer Anderson

(hereinafter called the Grantee ), of the other part,

**Witnesseth** That the said Grantor

for and in consideration of the sum of Five Thousand ($5,000.00) Dollars lawful money of the United States of America, unto him well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantee his heirs and assigns,

ALL THOSE TWO PARCELS of land situate in the 45th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania, separately bounded and described according to two plans of surveys dated June 24, 1977, made by Barton & Martin Engineers, as follows; viz:

THE FIRST THEREOF, designated PAL 101 034:

BEGINNING at a point which is located the two following courses and distances from the intersection of the South side of Delaware Avenue (150 feet wide) and the Northeast side of Lewis Street (60 feet wide);

(1.) Along the Northeast side of Lewis Street (60 feet wide) crossing the former Delaware Avenue (150 feet wide) and the former Carbon Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 650 feet 0 inches, and

*144*

(2.) Along the Northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East 147 feet 1 3/8 inches to the point of beginning.

THENCE from said point of beginning along the Northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East,

D 1251 237

42 feet 10 5/8 inches to a point; thence North 32 degrees 24 minutes 23 seconds West, 1,075 feet 0 inches to a point in the centerline of former Balfour Street (Myrtle Street) (50 feet wide); thence along the centerline of the former Balfour Street South 57 degrees 35 minutes 37 seconds West, 65 feet 0 inches to a point; thence along a line 50 feet distant from the centerline of the railroad formerly of the Penndel Company, South 32 degrees 24 minutes 23 seconds East, 575 feet 0 inches to a point of curve; thence along a line curving to the left 50 feet distant and radial to the centerline of said railroad with a radius of 5,662 feet 6 1/8 inches and an arc distance of 500 feet 7 7/8 inches having a chord bearing of South 34 degrees 56 minutes 21.5 seconds East and a chord distance of 500 feet 5 7/8 inches to a point and place of beginning.

CONTAINING in area 66,192 square feet or 1.51955 acres, more or less.

AND THE SECOND THEREOF, designated PAL 101 05-8, Parcel No. 1:

BEGINNING at a point distant 220 feet 5 1/8 inches along the former Nortwest side of Delaware Avenue (150 feet wide) measured North 57 degrees 35 minutes 37 seconds East from the intersection of the Northeast side of Lewis Street (60 feet wide) and the Northwest side of Delaware Avenue (150 feet wide) produced; thence from said point of beginning along the former Northwest side of Delaware Avenue (150 feet wide) North 57 degrees 35 minutes 37 seconds East, 139 feet 5 7/8 inches to a point; thence along the former Southwest side of Roxborough Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 440 feet 0 inches to a point; thence along the former Southeast side of Carbon Street (60 feet wide), South 57 degrees 35 minutes 37 seconds West, 200 feet 9 ½ inches to a point; thence along a line curving to the left with a radius of 5,656 feet 1 ¼ inches, an arc distance of 444 feet 4 3/8 inches, having a chord bearing South 40 degrees 20 minutes 21 seconds East, and a chord distance of 444 feet 3 inches, said curve being 50 feet distant and parallel with the centerline of the near track of railroad formerly of Penndel Company to the point and place of beginning.

CONTAINING in area 76,156 square feet or 1.74829 acres, more or less.

BEING the same premises which Penn Central Properties Inc. (Pa. Corp.) and the Penn Central Corporation (Pa. Corp.) by deed dated 8/31/1983 and recorded 9/21/1988 in Philadelphia County in deed book FHS 1180 page 390, granted and quit claimed unto Thomas Clauss, in fee.

D 1251 238

**Together** with all and singular the   buildings
improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of

the said grantor , as well at law as in equity, of, in, and to the same.

**To have and to hold** the said lot or piece of ground described with the buildings and improvements thereon erected     hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee , his    heirs and assigns, to and for the only proper use and behoof of the said Grantee , his    heirs and assigns forever.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER DEC 29 '88 TAX
$50.00
P.B. 11151

CITY OF PHILA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX
TOTAL   203.50
#5   CHECK   203.50
01CL 3839   12-29-88 09:14

**And** the said Grantor , for himself, his    heirs, executors and administrators does hereby covenant, promise and agree, to and with the said Grantee , his   heirs and assigns, by these presents, that   he   the said Grantor and   his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee , his    heirs and assigns, against him    , the said Grantor and his   heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under   him, her or any of them, shall and will

WARRANT and forever DEFEND.

**In Witness Whereof,** the party of the first part has      hereunto set his    hand and seal . Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____ (SEAL)
Thomas Clauss
_____ (SEAL)
_____ (SEAL)

Commonwealth of Pennsylvania  } ss:    D 1251 239
County of Phila

On this, the 16 day of November, 19 88, before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the the undersigned Officer,

personally appeared __Thomas Clauss__

known to me (satisfactorily proven) to be the person whose name is ~~are~~ subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

I hereunto set my hand and official seal.

[Signature]
Notary Public

NOTARIAL SEAL
JOHN A. BROWN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 7, 1990

---

1988 DEC 28 AM 8:47

# Deed.

Thomas Clauss

to

Elmer Anderson

752-S    John C. Clark Co., Phila.    1988

CA73-6169

Premises: Delaware Ave. & Lewis St.
Philadelphia, PA

CHASE ABSTRACT CO.
7922 FRANKFORD AVE.
PHILA, PA 19136

000032

12-28-88  01  N.R.     5.00
          03  DEED    20.00
          24  RG-TAX  19.50
                      0.50

12-28-88  343494  TOTAL    40.00
12-28-88  343494 R000003 1111
                  CASH          40.00

40.00

43    32#

The address of the above-named Grantee is c/o 1605 E. Erie Ave.
Phila Pa 19124
On behalf of the Grantee