150 N5 — 144, 146

U 1339 361

Fee Simple Deed No. 752-S

Printed for and Sold by John C. Clark Co., 1326 Walnut St., Phila.

50
203.50

# This Indenture Made the 25 day of

April

in the year of our Lord one thousand nine hundred and  eighty nine  (19 89)

**Between**   Elmer Anderson

(hereinafter called the Grantor ), of the one part, and

Albert Buoncristiano

(hereinafter called the Grantee ), of the other part,

**Witnesseth**   That the said Grantor                        for and in consideration of the sum of

Five Thousand ($5,000.00) Dollars                                         lawful

money of the United States of America, unto   him   well and truly paid by the said Grantee , at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged,   has granted, bargained and sold, released and confirmed, and by these presents   does   grant, bargain and sell, release and confirm unto the said Grantee   his   heirs and assigns,

ALL THOSE TWO PARCELS of land, Situate in the 45th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania, separately bounded and described according to two plans of Surveys dated June 24, 1977 made by Barton & Martin Enginers, as follows; viz:

THE FIRST THEREOF, designated PAL 101 034:

BEGINNING at a point which is located the two following courses and distances from the intersection of the South side of Delaware Avenue (150 feet wide) and the Northeast side of Lewis Street (60 feet wide); (1)along the Northeast side of Lewis Street (60 feet wide) crossing the former Delaware Avenue (150 feet wide) and the former Carbon Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 650 feet 0 inches and (2) along the Northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East 147 feet 1 3/8 inches to the point of beginning.Thence from said point of beginning along the Northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East, 42 feet 10 5/8 inches to a point; thence North 32 degrees 24 minutes 23 seconds West, 1,075 feet 0 inches to a point in the center line of former Balfour Street (Myrtle Street) (50 feet wide); thence along the center line of the former Balfour Street South 57 degrees 35 minutes 37 seconds West, 65 feet 0 inches to a point; thence along a line 50 feet distant from the center line of the railroad formerly of the Penndel Company South 32 degrees 24 minutes 23 seconds East, 575 feet 0 inches to a point of curve; thence along a line curving to the left 50 feet distant and radial to the center line of said railroad with a radius of 5, 662 feet 6 1/8 inches and an arc distance of 500 feet 7 7/8 inches having a chord bearing of South 34 degrees 56 minutes 21.5 seconds East and a chord distance of 500 feet 5 7/8 inches to a point and place of beginning.

682490 4685

YS-3-315300

144

D 1339 362

CONTAINING in area 66,192 square feet or 1.51955 acres, more or less.

AND THE SECOND THEREOF, designated PAL 101 05-8, Parcel No. 1:

BEGINNING at a point distant 220 feet 5 1/8 inches along the former Northwest side of Delaware Avenue (150 feet wide) measured North 57 degrees 35 minutes 37 seconds East from the intersection of the Northeast side of Lewis Street (60 feet wide) and the Northwest side of Delaware Avenue (150 feet wide) produced; thence from said point of beginning along the former Northwest side of Delaware Avenue (150 feet wide) North 57 degrees 35 minutes 37 seconds East 139 feet 5 7/8 inches to a point; thence along the former Southwest side of Roxborough Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West 440 feet 0 inches to a point; thence along the former Southeast side of Carbon Street (60 feet wide) South 57 degrees 35 minutes 37 seconds West 200 feet 9 1/2 inches to a point; thence along a line curving to the left with a radius of 5,656 feet 1 1/4 inches an arc distance of 444 feet 4 3/8 inches, having a chord bearing South 40 degrees 20 minutes 21 seconds East and a chord distance of 444 feet 3 inches said curve being 50 feet distant and parallel with the center line of the near track of railroad formerly of Penndel Company to the point and place of beginning.

CONTAINING in area 76,156 Square feet ot 1.74829 acres more or less.

BEING the same premises which Thomas Clauss by Deed dated 11/16/1988 and recorded in Philadelphia County in Deed Book         page         granted and conveyed unto Elmer Anderson in fee.

BEING known as 4085 Richmond Street and assessed as Tax Parcel #45-3-3153-00

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX MAY-4'89
50.00
P.B.11151

CITY OF PHILA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX
TOTAL    203.50
#5    CHECK    203.50
01CL 8164   05-04-89  12:00

D 1339 363

**Together** with all and singular the buildings improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of him the said grantor, as well at law as in equity, of, in, and to the same.

**To have and to hold** the said lot or piece of ground described with the hereditaments buildings and improvements thereon erected and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, to and for the only proper use and behoof of the said Grantee, his heirs and assigns forever.

UNDER AND SUBJECT to certain Restrictions and Reservations as of record.

**And** the said Grantor, for himself, his heirs, executors and administrators do es covenant, promise and agree, to and with the said Grantee, his heirs and assigns, by these presents, that he the said Grantor and his heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, his heirs and assigns, against him, the said Grantor and his heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her or any of them, shall and will SUBJECT as aforesaid

WARRANT and forever DEFEND.

**In Witness Whereof,** the part y of the first part has hereunto set his hand and seal. Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

Elmer Anderson (SEAL)
Elmer Anderson (SEAL)
(SEAL)

Commonwealth of Pennsylvania } ss:     D 1339 364
County of _Phila_

On this, the _25th_ day of _April_, 19 89 , before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the _____ the undersigned Officer,

personally appeared   Elmer Anderson

known to me (satisfactorily proven) to be the person whose name is (are) subscribed to the within instrument, and acknowledged that  he  executed the same for the purposes therein contained.

I hereunto set my hand and official seal.

_[signature]_
Notary Public

NOTARIAL SEAL
JOHN A. BROWN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 7, 1990

---

**DEED**

Elmer Anderson

to

Albert Buoncristiano

Premises: Delaware Avenue and Lewis Street
Philadelphia, PA

John C. Clark Co., Phila.   1989

752-S

```
05-03-89 169907  $@         .69 #
   01    N.R.            5.00
   03    DEED           20.00
   24    RG TAX         19.50
          TOTAL          0.50
05-03-89 169907 R000001 4444    40.00
          CASH                  40.00
```

The address of the above-named Grantee
is _3750 N. 2nd St_
_Phila, Pa 19140_

On behalf of the Grantee