PLAN
MADE FOR THE USE OF

## BOARD OF VIEWERS
IN THE MATTER OF

## ACQUISITION OF PROPERTY
IN CONNECTION WITH IMPROVEMENT OF

# FRANKFORD CREEK

FROM   MAIN LINE OF PENNSYLVANIA RAILROAD
       NORTHWEST OF AMBER STREET
TO     DELAWARE RIVER

INCLUDING CONSTRUCTION OF NEW CHANNEL AND APPURTENANT WORK

23rd & 45th WARDS
PHILADELPHIA

AUTHORIZED BY ORDINANCE OF COUNCIL DECEMBER 19, 1951. CHANNEL LINES &
STREET REVISION CONFIRMED BY BOARD OF SURVEYORS JANUARY 5, 1953.

NOTES

Frankford Creek declared non-navigable by:
① Act of Congress approved June 11, 1940
② Act of Pennsylvania Assembly approved July 6, 1941, repealed Act of January 15, 1759 which made Frankford Creek (from Frankford Ave. to Delaware River) a public highway.
③ City Solicitors opinion of June 11, 1943 declared Frankford Creek private property where title to its bed is vested in private ownership.

The location of the Proposed Construction Lines, Inlet lines posts received from Kreager, Toperts, Abbotts Engineering Co. with letter of June 17, 1953.

Indicates concern location and photo-graph "number"





BARTON & MARTIN
Engineers
12 SOUTH 12TH ST
PHILADELPHIA

Sheet No. 1 of 5 Sheets

