
FF-874
BLOCK 596 N
SOUTHWESTERLY CHANNEL LINE OF FRANKFORD CREEK
FORMER ROXBOROUGH STREET
60' WIDE STRICKEN FROM CITY PLAN
LOT "A"
LOT "B"
DUMP AREA TIRES AND DEBRIS 5'± HIGH
DUMP AREA CONCRETE AND DEBRIS 5'± HIGH
TRAILER
DUMPSTER
P.C.
P.O.B.
NORTHEASTERLY RIGHT-OF-WAY LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD
SOUTHWESTERLY RIGHT-OF-WAY LINE OF THE PENNSYLVANIA NEW JERSEY RAILROAD
CENTER LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD
CENTER LINE OF THE PHILADELPHIA BELT LINE RAILROAD COMPANY
FORMER CARBON STREET
THIS LOT NOT INCLUDED
FORMER DELAWARE AVENUE
150' WIDE STRICKEN FROM CITY PLAN
30' WIDE RIGHT OF WAY FOR CONSTRUCTION, RECONSTRUCTION, REPAIR & MAINTENANCE OF SEWERS
CENTER LINE KENSINGTON RAILROAD
LEWIS STREET
DELAWARE AVENUE
150' WIDE LEGALLY OPEN
NOTE:
PREMISES: 4085 RICHMOND STREET
ATTENTION IS CALLED TO THE ZONING REQUIREMENTS IN THE PHILADELPHIA CODE AS AMENDED.
PLAN MADE AS PER INSTRUCTIONS OF THE APPLICANT.
AREA OF LOT "A": 76,173 SQUARE FEET, 1.74866 ACRES
AREA OF LOT "B": 66,192 SQUARE FEET, 1.51955 ACRES
SURVEYOR AND REGULATOR
FIFTH SURVEY DISTRICT
Site Plan of Property
made for
Albert Buoncristiano
Philadelphia – Pennsylvania
Scale 1" = 40'
Fifth Survey District
Philadelphia Pa., 19111