Page 1

CITY OF PHILADELPHIA
LICENSES and INSPECTIONS REVIEW BOARD
PUBLIC HEARING
TUESDAY, AUGUST 29, 2017
MINUTES OF FORMAL HEARING

---

LOCATION:  1515 Arch Street, 18th
Floor, Philadelphia, Pennsylvania
REPORTED BY:  Kathryn Doyle
COURT REPORTER

---

PROPERTY:   4087 Richmond Street
            Philadelphia, Pennsylvania
CALENDAR NO:30394


HELD BEFORE:

    RACHEL GALLEGOS, CHAIRPERSON

    DENNIS LEE, BOARD MEMBER

    RONALD DONATUCCI, JR., BOARD MEMBER

    STEPHEN PETTIT, BOARD MEMBER

*Filed and Attested by the
Office of Judicial Records
26 FEB 2018 04:50 pm
C. FORTE*

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 2

1                    * * * * *

2            Whereupon, all testifiers, having been

3    duly sworn, according to law, testified as follows:

4                    * * * * *

5            THE CLERK:  Case No. 13 Appeal No. 30394,

6        Robert Holton.

7            MR. SOPIN:  Good afternoon.  Craig Sopin,

8        counsel for the petitioner.

9            MS. GALLEGOS:  We'll proceed with No. 13.

10           MR. SOPIN:  Is the issue of the number of

11       board members resolved?

12           MS. GALLEGOS:  Yes.  We are okay to move

13       now.  We thought someone else was coming, but

14       not yet.  We have authority to move forward.  I

15       double checked.  Thank you.

16           MR. SOPIN:  Okay.

17           MS. GALLEGOS:  Counsel, if you could

18       introduce yourselves for the record, then we'll

19       start with the appellant.

20           MR. SOPIN:  I'm Craig Sopin, counsel for

21       the appellant, Robert Holton.  Robert Holton is

22       present.

23           MR. JOHNSON:  Christopher Johnson for the

24       City of Philadelphia.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 3

1          MS. GALLEGOS:  Go ahead, Mr. Sopin.

2          MR. SOPIN:  Well, we have a certification

3     of violations here for the address of 4087

4     Richmond Street, which the City indicates is

5     also known at 3950 Delaware Avenue.  Those

6     violations either did not exist at the time,

7     and certainly do not exist now.

8          They refer to notices of violation dated

9     March 2nd, 2017.  My client can testify he did

10    not receive any notices of violation dated

11    March 2nd, 2017.  In fact, that's the day of

12    the inspection that occurred.

13          In order to file and perfect this appeal,

14    I had to go down to the basement, and ask them

15    to generate notices that say March 2nd, because

16    the appeal wouldn't be docketed without it.

17    Those notices, they are attached to this.

18          They all gave Mr. Holton 35 days to cure.

19    Some of those did not need curing.  They were

20    already resolved before the case started.

21          So with that, there really is no basis for

22    any of these violation notices that were

23    actually not issued, but were obtained for the

24    purpose of this appeal.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 4

1          MS. GALLEGOS:  Okay.  Then I'm going to

2     ask the City to go ahead and put on your case.

3     If you want to make a brief opening, that's

4     fine with me.

5          MR. JOHNSON:  Just this brief opening,

6     this case refers back to that March 2nd, 2017,

7     violation notices.

8          Basically, there's a business being

9     conducted at the premises known as 4087

10    Richmond Street, which is actually a part of

11    the Frankford Creek Right of Way, that is

12    actually city property.

13         Information had been discovered by the

14    City that Mr. Holton and another individual,

15    Kevin Creedon, were operating this business.

16    And these violations were written up.

17         It's not zoned for the business that's

18    occurring at that premises, or any of the

19    activities that are being conducted on that

20    premises.

21         For that reason, we believe that the

22    appeal should be -- the notice should be

23    affirmed.

24         MS. GALLEGOS:  What were the violations?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 5

1          MR. JOHNSON:  There was failure to have

2     zoning for auto wrecking.  There's illicit

3     violations on the notice that they had violated

4     the fire code by not having portable fire

5     extinguishers, faulty wiring that is connected

6     to a trailer on the premises.

7          They have not posted the no smoking signs,

8     that was listed on the violation notice, also.

9     Failure to keep Material Safety Data Sheets,

10    related to the storage or disposal of hazardous

11    waste materials, connected with that auto

12    dismantling business were not on the premises,

13    as required by Philadelphia Code.

14          And I think the City is willing to

15    acknowledge that some of these violations may

16    have been complied between the time of the

17    notice and now.  However, the major issues --

18    lack of zoning to conduct that business at that

19    premises, no permits to run the business or

20    licenses to run the business.  Those have not

21    been complied.

22          MS. GALLEGOS:  All right.  Can we be

23    specific about -- are there violation numbers

24    that need to be put on the record that are at

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 6

1        issue today?  That would be helpful, so we know

2        exactly what we're talking about.

3             MR. JOHNSON:  So first, zoning.  Second

4        would be, there's no active Hazardous Material

5        License.  The extension cords are in violation

6        of Fire Code, that would be the faulty wiring.

7        And the MSDS for the hazardous waste fluids.

8        And the improper markings for the containers

9        for the hazardous waste.

10            MS. GALLEGOS:  Okay.  And do you have

11       anyone to testify?

12            MR. JOHNSON:  Yes, the City is going to

13       call Silvio Di Guglielmo.

14            MS. GALLEGOS:  Please come forward.

15            Mr. Holton, if you'd like to sit in the

16       front row, you're welcomed to.  Whatever's

17       easier for you.

18            MR. JOHNSON:  Could you please state your

19       name for the record?

20            MR. DI GUGLIELMO:  Silvio Di Guglielmo.

21            MR. JOHNSON:  Can you please spell that?

22            MR. DI GUGLIELMO:  S-I-L-V-I-O, last name

23       is Di Guglielmo, D-I-G-U-G-L-I-E-L-M-O.

24            MR. JOHNSON:  And where are you employed,

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 7

1      sir?

2           MR. DI GUGLIELMO:  The City of

3      Philadelphia, Licenses and Inspections.

4           MR. JOHNSON:  How long have you been an

5      inspector?

6           MR. DI GUGLIELMO:  Over five years.

7           MR. JOHNSON:  Were you involved in

8      inspecting the premises known as 4087 Richmond

9      Street?

10          MR. DI GUGLIELMO:  Yes.

11          MR. JOHNSON:  I'm showing you a document

12     that's marked Exhibit 1.  Can you confirm,

13     looking at the map, that you had inspected the

14     premises at 4087 Richmond Street?

15          MR. DI GUGLIELMO:  I have, yes.

16          MR. JOHNSON:  Is that marked in red on

17     this document, which is a map -- is it marked

18     in red and labeled 4087 Richmond Street?

19          MR. DI GUGLIELMO:  Yes, it is.

20          MR. JOHNSON:  I'm going to ask that

21     Exhibit 1 be made part of the record so that --

22          MS. GALLEGOS:  Make sure that Counsel has

23     seen it.

24          MR. SOPIN:  I've seen it before.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 8

```
 1            MR. JOHNSON:  Here's a copy.

 2            MS. GALLEGOS:  Thank you.

 3            MR. JOHNSON:  Could you tell us how you

 4      became involved in inspecting the premises?

 5            MR. DI GUGLIELMO:  Scrap Yard Task Force.

 6            MR. JOHNSON:  And when did you have the

 7      opportunity to see the premises at 4087

 8      Richmond?

 9            MR. DI GUGLIELMO:  March 2nd, 2017.

10            MR. JOHNSON:  What did you observe there?

11            MR. DI GUGLIELMO:  A business called

12      K-Squad.  It's a scrap yard that deals mostly

13      with automobiles, dismantling automobiles, or

14      selling automobiles.

15            MR. JOHNSON:  And did you see at that time

16      any violations of Philadelphia Code?

17            MR. DI GUGLIELMO:  Yes.

18            MR. JOHNSON:  Can you tell us what those

19      were?

20            MR. DI GUGLIELMO:  Yes.  There were

21      several violations, most important was the

22      zoning.  There's no zoning for a scrap yard at

23      that address, no licenses, no auto repair

24      licenses, no hazmat licenses.  I have a list
```

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 9

1        here.

2            MSDS sheets were not present at the time

3        of the inspection.  Certain cartons or

4        containers were not properly labeled.

5            MR. JOHNSON:  What kind of containers?

6            MR. DI GUGLIELMO:  Could be steel drums,

7        or it could be plastic totes.  Everything has

8        to be identified or labeled.

9            MR. JOHNSON:  Do you know -- why is that

10       required?

11           MR. DI GUGLIELMO:  It's for the fire

12       department, just in case they need to show up

13       in the middle of the night, if there's a fire

14       or issue.  They need to know where all the

15       hazmats are located, and what's inside the

16       containers.

17           MR. JOHNSON:  What other violations?

18           MR. DI GUGLIELMO:  Mostly licenses.  Scale

19       license -- there's a scale on site.  A scale --

20       you must obtain a license for that.  Auto

21       wrecking -- most importantly auto wrecking

22       license, that has to be obtained, also.

23           MR. JOHNSON:  Did you check to see if

24       there was proper zoning?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 10

1           MR. DI GUGLIELMO:  Yes.

2           MR. JOHNSON:  Was there?

3           MR. DI GUGLIELMO:  No, there was not.

4           MR. JOHNSON:  After that initial

5      inspection, were you involved in any other

6      further inspection?

7           MR. DI GUGLIELMO:  Yes.

8           MR. JOHNSON:  Tell us when that was.

9           MR. DI GUGLIELMO:  The second reinspection

10     was -- March 2nd was the original inspection.

11     Then there was a notice of violation sent on

12     March 8th.

13          March 9th, the supervisor, another

14     inspector, gave an Intent to Cease.  They

15     needed to obtain the licenses.

16          MR. LEE: Can you repeat that part?

17          MR. DI GUGLIELMO:  Sure.  March 9th, 2017,

18     Supervisor James Titus and another inspector

19     delivered the Intent to Cease letter.

20          On March 10th, a Notice of Violation was

21     sent out.

22          The final notice was April 3rd, 2017.

23     April 12th was the -- myself and Supervisor

24     Titus were there to conduct a cease on the

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 11

1          property for not having the proper zoning.

2                MR. JOHNSON:  Now, when you were at the

3          premises, who did you see -- strike that.

4                When you were at the premises, did you

5          ever come into contact with Robert Holton?

6                MR. DI GUGLIELMO:  Yes.

7                MR. JOHNSON:  And did you have a chance to

8          hear him identifying himself as the owner of

9          the premises?

10               MR. DI GUGLIELMO:  Yes.

11               MR. JOHNSON:  And did he identify himself

12         as the owner of the business operating then?

13               MR. DI GUGLIELMO:  No.

14               MR. JOHNSON:  So what did he say that the

15         arrangement was?

16               MR. DI GUGLIELMO:  He's just the owner of

17         the property and the tenant is K-Squad.

18               MR. JOHNSON:  And was the tenant also

19         there?

20               MR. DI GUGLIELMO:  Yes.

21               MR. JOHNSON:  So they were both there when

22         you delivered the Cease Order?

23               MR. DI GUGLIELMO:  Yes.  Both there.

24               MR. JOHNSON:  Did they say they were going

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 12

1        to cease operations?

2            MR. DI GUGLIELMO:  Police were called.  I

3        think they wanted to do a temporary restraining

4        order on the property, but it was ceased

5        anyway.

6            MR. JOHNSON:  Now, before we go any

7        further, did you bring any pictures that you

8        took during your inspections?

9            MR. DI GUGLIELMO:  Yes, I have several.

10            MS. GALLEGOS:  Please make sure you share

11        with Counsel before you pass them up.  That's

12        all we ask.

13            MR. JOHNSON:  I'm going to show you a

14        series of photographs.

15            MR. SOPIN:  Are these mine?

16            MR. JOHNSON:  No.  I have Exhibits 2 and 3

17        marked.

18            What are these pictures of?

19            MR. DI GUGLIELMO:  One photo is a ceased

20        poster, which is posted after we cease a

21        property.

22            One showing the address of the property

23        4087.

24            MR. JOHNSON:  And did you affix that at

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 13

1      that property?

2           MR. DI GUGLIELMO:  Yes.

3           MR. JOHNSON:  Where was it affixed?

4           MR. DI GUGLIELMO:  The main entrance on

5      Richmond Street.

6           MR. JOHNSON:  I'm going to ask that

7      Exhibits 2 and 3 be marked and made part of the

8      record.

9           MR. SOPIN:  No objection.

10          MR. JOHNSON:  Silvio, I'm showing you

11     what's marked as Exhibit 4.  Can you tell us

12     what this picture shows?

13          MR. DI GUGLIELMO:  It's a shop area.  They

14     work on parts or remove parts there.

15          MR. JOHNSON:  Is there any violation you

16     can see by this photograph?

17          MR. DI GUGLIELMO:  There's temporary

18     wiring there for lighting.

19          MR. JOHNSON:  Is that in compliance with

20     the Philadelphia Code?

21          MR. DI GUGLIELMO:  No.

22          MR. JOHNSON:  Why not?

23          MR. DI GUGLIELMO:  You need permanent

24     wiring.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 14

1          MR. JOHNSON:  I'm going to show you what's

2     marked Exhibit 5 at this time.  What can we see

3     in this picture?

4          MR. DI GUGLIELMO:  There's a trailer --

5     there's several trailers on the site.  There's

6     no zoning for trailers on that property.

7          MR. JOHNSON:  And what's marked Exhibit 7,

8     what's this photograph?

9          MR. DI GUGLIELMO:  Vehicles on the

10     property, scrap vehicles.

11          MR. JOHNSON:  And does that document any

12     ongoing violation?

13          MR. DI GUGLIELMO:  It's not zoned for

14     scrap cars.

15          MR. LEE:  Just a quick question.  Do you

16     need a permit for a trailer -- to get a

17     trailer?

18          MR. DI GUGLIELMO:  Yes.

19          MR. LEE:  So were there any permits for

20     the trailer, that you know of?

21          MR. DI GUGLIELMO:  Not for 4087.

22          MR. LEE:  Speak to the permit piece, in

23     terms of what you just said.

24          MR. DI GUGLIELMO:  You do need a permit to

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 15

1        obtain a trailer on site.

2              MR. LEE:  Did you need any other permits

3        for --

4              MR. DI GUGLIELMO:  Yes.  You need a hazmat

5        license.  You do need that.

6              MR. LEE:  I know you mentioned the scrap

7        metal part.

8              MR. DI GUGLIELMO:  Scrap yard.

9              MR. LEE:  Do you need a permit for that?

10             MR. DI GUGLIELMO:  Yes.

11             MR. LEE:  Just want to hear more about the

12       permits and licenses that you need, along with

13       your zoning part.  But the licenses and the

14       permit piece is important.

15             MR. JOHNSON:  I'm showing you what's

16       marked as Exhibit 8.  How many photographs are

17       on this page?

18             MR. DI GUGLIELMO:  Four.

19             MR. JOHNSON:  What are they depicting?

20             MR. DI GUGLIELMO:  Containers, steel

21       drums, or totes, plastic totes.

22             MR. JOHNSON:  Were these present on the

23       premises when you saw the premises?

24             MR. DI GUGLIELMO:  Yes.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 16

1              MR. JOHNSON:  Are they depicting any

2       violations of the City Code?

3              MR. DI GUGLIELMO:  They're defective

4       containers and unlabeled.

5              MR. JOHNSON:  Could anyone know what was

6       in these containers?

7              MR. DI GUGLIELMO:  It could be anything.

8              MR. JOHNSON:  I'm going to ask that these

9       pictures be made part of the record, Exhibits

10      4, 5, 6, 7, 8.

11             MR. SOPIN:  No objection.

12             MS. GALLEGOS:  Thank you.

13             MR. JOHNSON:  Silvio, when you looked at

14      those pictures, did they provide an accurate

15      representation of violations that you saw when

16      you visited the premises?

17             MR. DI GUGLIELMO:  Yes.

18             MR. JOHNSON:  Have you had a chance to go

19      back to the premises since then?

20             MR. DI GUGLIELMO:  I did.

21             MR. JOHNSON:  Is the business still

22      occurring at the premises?

23             MR. DI GUGLIELMO:  Yes.

24             MR. JOHNSON:  You had testified earlier

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 17

1       about the statement by Mr. Holton, that he was

2       going to try to get a restraining order against

3       enforcement of the Cease Order.  Were you

4       involved with a hearing related to that?

5              MR. DI GUGLIELMO:  I was, yes.

6              MR. JOHNSON:  Was that in the Court of

7       Common Pleas?

8              MR. DI GUGLIELMO:  Yes.

9              MR. JOHNSON:  Do you recall what the

10      outcome of that hearing was?

11             MR. SOPIN:  Objection.  It's not relevant

12      to whether violations have occurred.

13             MS. GALLEGOS:  You can answer the

14      question.  But it's noted for the record.

15             MR. DI GUGLIELMO:  It was denied.

16             MR. JOHNSON:  I have nothing further.

17             MS. GALLEGOS:  Mr. Sopin, you can

18      cross-examine.

19             MR. SOPIN:  Thank you.  Can I call you

20      Silvio?

21             MR. DI GUGLIELMO:  Sure.

22             MR. SOPIN:  I don't think I can pronounce

23      your last name.

24             You were originally at the property in the

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 18

1          recent set of events, on March 2nd, 2017,

2          right?

3                MR. DI GUGLIELMO:  Yes.

4                MR. SOPIN:  You say that as a result of

5          violations that you found on March 2nd, 2017,

6          on March 9th, 2017, your department issued

7          violation notices, correct?

8                MR. DI GUGLIELMO:  Yes.

9                MR. SOPIN:  I'm going to show you what I

10         marked as A-1, for Appellant 1, do you

11         recognize that?

12               MR. DI GUGLIELMO:  Yes, it's the cease

13         letter.

14               MR. SOPIN:  That's the Notice of Intent to

15         Cease Operations and the order to cease

16         operations, right?

17               MR. DI GUGLIELMO:  Right.

18               MR. SOPIN:  That's April 12th, I think it

19         says.

20               MR. DI GUGLIELMO:  That's the day of the

21         cease.

22               MR. SOPIN:  If you look at upper right, it

23         tells you that this notice of Intent to Cease

24         Operations is predicated upon notices that were

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 19

1          issued on March 2nd, 2017; isn't that right?

2               MR. DI GUGLIELMO:  That's the date of

3          inspection.

4               MR. SOPIN:  I'm asking what that says,

5          though.  Doesn't it say it's predicated upon

6          notices that were sent out to Mr. Holton on

7          March 2nd, 2017?

8               No.  You can't ask your lawyer for the

9          answer.

10               MR. DI GUGLIELMO:  It's just the date of

11          the inspection, the original notice --

12               MR. SOPIN:  I know what the date is.  I'm

13          asking you what it says.

14               MR. DI GUGLIELMO:  The date of the

15          original notice, March 2nd.

16               MR. SOPIN:  It says they're the March 2nd

17          notices, correct?

18               MR. DI GUGLIELMO:  Correct.

19               MR. SOPIN:  In fact, there was no March

20          2nd notices in this case, correct?

21               MR. DI GUGLIELMO:  That's the date of the

22          inspection.

23               MR. SOPIN:  I'm asking for a yes or no.

24          Were there notices issued on March 2nd in this

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 20

1          case that this is based on?

2                  MR. JOHNSON:  I'm going to object.  It's

3          been asked and answered.

4                  MR. LEE:  Yeah.  I think he answered the

5          question.

6                  MR. SOPIN:  When you said that you came

7          back after March 2nd 2017, you had answered

8          that somebody else had come back originally.

9          Who was that?

10                 MR. DI GUGLIELMO:  The Intent to Cease.

11                 MR. SOPIN:  You didn't come back on your

12         own, right?

13                 MR. DI GUGLIELMO:  No.  The Intent to

14         Cease was delivered by someone else.  The

15         letter was showing the date of the cease will

16         take place.

17                 MR. SOPIN:  You came back to actually post

18         the cease order; is that right?

19                 MR. DI GUGLIELMO:  I was there on April

20         12th, that's the day of the cease.  My

21         supervisor was there, also, and the police.

22                 MR. SOPIN:  That was for the purpose of

23         delivering or posting that cease order?

24                 MR. DI GUGLIELMO:  Correct.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 21

1           MR. SOPIN:  I'm going to show you what has

2       been marked -- or what I'm marking as A-2.  Can

3       you identify that?

4           MR. DI GUGLIELMO:  It's a violation

5       notice.

6           MR. SOPIN:  What's the date marked on

7       there?

8           MR. DI GUGLIELMO:  This one?

9           MR. SOPIN:  Yeah.  The date of the notice.

10      What is it?

11          MR. DI GUGLIELMO:  March 2nd.

12          MR. SOPIN:  It's actually the date of the

13      inspection, right?

14          MR. DI GUGLIELMO:  Correct.

15          MR. SOPIN:  What's that notice for?

16          MR. DI GUGLIELMO:  4087 Richmond Street.

17          MR. SOPIN:  I mean, what's the nature of

18      the notice?  What is it saying that was

19      violated?

20          MR. DI GUGLIELMO:  There's several

21      violations.

22          MR. SOPIN:  Several violations that you

23      cited Mr. Holton for, correct?

24          MR. DI GUGLIELMO:  Right.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 22

1           MR. SOPIN:  And it says that there's 35

2      days to correct the violations, correct?

3           MR. DI GUGLIELMO:  Yes.

4           MR. SOPIN:  If I were to show you the

5      notice for each and every one of the violations

6      you cited them for -- I can do it, but if I

7      were to show it to you, you would agree that

8      all of them say that he had 35 days to correct

9      any violations; isn't that right?

10          MR. DI GUGLIELMO:  He's got 35 days to

11     correct, correct.

12          MR. SOPIN:  35 days from the notice that

13     wasn't issued on March 2nd, right?

14          MR. DI GUGLIELMO:  I have the NOVs.

15          MR. SOPIN:  Did you go back within the 35

16     day period to determine whether any of the

17     violations that you said you found were

18     corrected?

19          MR. DI GUGLIELMO:  35 days, yes.

20          MR. SOPIN:  When was that?

21          MR. DI GUGLIELMO:  I don't have my file

22     with me.

23          MR. SOPIN:  Let me make it easy for you.

24     You didn't do it, did you?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 23

1          MR. DI GUGLIELMO:  I did do my

2      reinspection.

3          MR. SOPIN:  Well, if you did the

4      reinspection -- I'm going to show you what I'm

5      marking A-3.  You would have seen that within

6      the 35 days, there was a hazardous materials

7      license issued, right?  Isn't that what A-3 is?

8          MR. DI GUGLIELMO:  It's the wrong address.

9          MR. SOPIN:  What's the address?

10         MR. DI GUGLIELMO:  3950 Delaware Avenue.

11         MR. SOPIN:  Let's back up then.  I'll show

12     you what I'm marking as A-4.  I'll take A-3

13     back for a second.  Can you identify A-4?

14         MR. DI GUGLIELMO:  It's the letter.  I

15     know what it is.

16         MR. SOPIN:  That's the notice that's dated

17     March 9th that you testified to earlier; isn't

18     it?  That's the real notice that Mr. Holton

19     would have received, correct?

20         MR. DI GUGLIELMO:  No.  There was an

21     additional letter.  This is the attached

22     letter, which the attorneys added.

23         MR. SOPIN:  The attorneys added?  Isn't

24     that addressed to Mr. Holton?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 24

1          MR. DI GUGLIELMO:  This also went out with

2     the NOV.  This was hand delivered.

3          MR. SOPIN:  Is it addressed to Mr. Holton?

4          MR. DI GUGLIELMO:  Yes, it is.

5          MR. SOPIN:  Is it dated March 9th, 2017?

6          MR. DI GUGLIELMO:  Yes, it is.

7          MR. SOPIN:  Does it say that the address

8     4087 is also known as 3950?  Does it say it?

9          MR. DI GUGLIELMO:  It says subject

10    premises Frankford Creek Right of Way.

11         MR. SOPIN:  Above that.  You know I'm

12    asking you.

13         MR. DI GUGLIELMO:  4087 Richmond Street

14    AKA 3950 Delaware Avenue.

15         MR. SOPIN:  Okay.  I'm going to show you

16    now A-3 again, that you said is the wrong

17    address.  That says 4087 Richmond Street,

18    right?

19         MR. DI GUGLIELMO:  It says 4085 Richmond

20    Street, that's the wrong address.

21         MR. SOPIN:  4085 Richmond Street is not a

22    place that you visited?

23         MR. DI GUGLIELMO:  4087.

24         MR. SOPIN:  You didn't visit 4085 Richmond

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 25

1      Street?  Aren't they contiguous?

2           MR. DI GUGLIELMO:  4087 is the property

3      address.  4085 is the other property.

4           MR. SOPIN:  Is it not 4085 to 4087, is the

5      correct address?

6           MR. DI GUGLIELMO:  The same day 4085

7      Richmond Street was also inspected.  It was

8      with the Scrap Yard Task Force.  There were

9      several inspections that day.

10          MR. SOPIN:  I'm trying to make it easier.

11     I'm going to show you what's marked as A-5.

12     It's another violation notice, right?

13          MR. DI GUGLIELMO:  You're confusing 4085

14     with 4087.

15          MR. SOPIN:  I'm asking you what the paper

16     from the City says.

17          MR. DI GUGLIELMO:  There were two

18     inspections on that day, 4085 and 4087.

19          MR. SOPIN:  What are we talking about,

20     4087?

21          MR. DI GUGLIELMO:  Yes, we are.

22          MR. SOPIN:  Okay.  Let me show you A-4

23     again.  Show me where it says there's no zoning

24     on the 4087 address.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 26

1              MR. DI GUGLIELMO:  Where's the second part

2       of the document?

3              MR. SOPIN:  Turn to the second page, it's

4       a two page letter.  Turn to the second page.

5              MR. DI GUGLIELMO:  There was three pages

6       of the document.  You're missing --

7              MR. SOPIN:  Sir, here's page one and

8       here's page two.

9              MR. DI GUGLIELMO:  This went out with the

10      NOVs.

11             MR. SOPIN:  You show me the letter that

12      was sent to 4087 that says there's no zoning on

13      March 9th, the day you say the notice went out.

14             MR. DI GUGLIELMO:  You're missing a

15      document.

16             MR. SOPIN:  We have a complete document

17      here saying what the violations are at 4087,

18      don't you see two pages?

19             And then it says sincerely James Titus on

20      that?  And it says page two and this says page

21      one.  And it's signed or at least has a

22      signature line for somebody.

23             MS. GALLEGOS:  Can you repeat the question

24      again?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 27

1           MR. SOPIN:  Yes.  He said I'm missing a

2      document.  I'm showing him --

3           MR. DI GUGLIELMO:  This went out with the

4      NOV also.

5           MR. SOPIN:  I'm asking you if this is a

6      two page letter signed or has a signature line

7      for a James Titus on page two.

8           MR. DI GUGLIELMO:  It does, but there's

9      also a third page to this.

10          MR. SOPIN:  You said that there should be

11     a page three -- that's marked page two.  There

12     should be page three?

13          MR. DI GUGLIELMO:  There was an additional

14     letter, which was sent out.

15          MS. GALLEGOS:  Okay.  If we can find that,

16     we'll hand it up.  If not, what's the next

17     question?

18          MR. SOPIN:  Let me show you a document

19     marked A-5.  Can you identify that?

20          MR. DI GUGLIELMO:  It's from the state,

21     not the City of Philadelphia.

22          MR. SOPIN:  Is it a junkyard license?

23          MR. DI GUGLIELMO:  Not from the City of

24     Philadelphia, it's not.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 28

1            MR. SOPIN:  Is it a junkyard license?

2            MR. DI GUGLIELMO:  Not from the City of

3       Philadelphia.

4            MS. GALLEGOS:  Please just answer the

5       question, sir.

6            MR. DI GUGLIELMO:  It's from the State of

7       Pennsylvania.

8            MR. SOPIN:  It's from the Commonwealth of

9       Pennsylvania, a license to operate a junkyard.

10           MR. DI GUGLIELMO:  That's not a City of

11      Philadelphia license.

12           MS. GALLEGOS:  That wasn't the question.

13      Please just answer the question that's in front

14      of you.

15           MR. DI GUGLIELMO:  It says recycler

16      license in the State of Pennsylvania

17           MR. SOPIN:  What is the address that's

18      contained on the license?

19           MR. DI GUGLIELMO:  4085-87 Richmond

20      Street.

21           MR. SOPIN:  So that has 4085-4087, right?

22      That's one of those two addresses or both of

23      them you visited back on March 2nd, right?

24           MR. DI GUGLIELMO:  You can't have it --

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 29

1        it's under Robert Holton.

2               MR. SOPIN:  Well, yeah.

3               MS. GALLEGOS:  Next question.

4               MR. SOPIN:  When you went back to the

5        property to post the cease on April 12th, was

6        that the last time you've been to the property?

7               MR. DI GUGLIELMO:  No.  I was there

8        yesterday.

9               MR. SOPIN:  Yesterday, did you do that in

10       anticipation of today's hearing?

11              MR. DI GUGLIELMO:  It should be under

12       cease order.  The cease was never lifted, yes.

13              MR. SOPIN:  Did you inspect?  Did you go

14       in?

15              MR. DI GUGLIELMO:  No, I did not.

16              MR. SOPIN:  So what was the purpose of

17       going yesterday?

18              MR. DI GUGLIELMO:  To see if it was still

19       operating.

20              MR. SOPIN:  What was the relevance to you

21       then?

22              MR. DI GUGLIELMO:  No one should be there.

23       It's still under cease order.

24              MR. SOPIN:  You're not a police officer,

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 30

1       right?

2            MR. DI GUGLIELMO:  It's under cease order,

3       under L&I cease order.  It should be under

4       cease order.

5            MR. SOPIN:  You said you saw a scale there

6       on March 2nd, 2017?

7            MR. DI GUGLIELMO:  Yes.

8            MR. SOPIN:  Where was that located?

9            MR. DI GUGLIELMO:  On the property.  You

10      just saw the photo.

11           MR. SOPIN:  Were you aware that any scale

12      was moved out within 35 days?

13           MR. DI GUGLIELMO:  The property's under

14      cease order.  It was still there.

15           MR. SOPIN:  It's still there today?

16           MR. DI GUGLIELMO:  I said it was still

17      there on the cease operation.  The cease has

18      not been lifted.  We didn't inspect the

19      interior.

20           MR. SOPIN:  You don't know if there's a

21      scale there today?

22           MR. DI GUGLIELMO:  Today, no.  It's still

23      under cease operation.

24           MR. SOPIN:  Can you look at your Exhibit

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 31

1        4, again?

2              MR. DI GUGLIELMO:  Which one's that?

3              MR. SOPIN:  Can I find it in your pile

4        here?

5              MR. JOHNSON:  We don't have it.

6              MS. GALLEGOS:  Is it a photo?

7              MR. SOPIN:  Yes.  Actually, 4 and -- I'd

8        like to see both of those, 4 and 5 I think they

9        are.

10             MR. LEE:  This one?

11             MR. SOPIN:  Thank you very much.  Let me

12       show you what's been marked as Exhibit 4.  Will

13       you look at that?  Is that a picture that you

14       took?

15             MR. DI GUGLIELMO:  Yes.

16             MR. SOPIN:  Is there a no smoking sign in

17       there?

18             MR. DI GUGLIELMO:  Yes.

19             MR. SOPIN:  You're not proceeding on a

20       nonsmoking issue today, right?

21             MR. DI GUGLIELMO:  No.  We said in the

22       beginning that several violations were

23       complied.

24             MR. SOPIN:  That's not what I'm asking.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 32

1          You're not proceeding on that, correct?

2              MR. DI GUGLIELMO:  No smoking, correct.

3              MR. SOPIN:  How did you determine that

4          there are no smoking signs there now?

5              MR. DI GUGLIELMO:  Inspection was done at

6          the time of the cease.  I walked around with

7          the owner of the business.

8              MR. SOPIN:  From the outside or inside?

9              MR. DI GUGLIELMO:  Inside while we were

10         waiting for the police.  Some violations were

11         corrected.  I can read to you what's been

12         corrected.

13             MR. SOPIN:  I know what you're proceeding

14         on today.

15             Look at Exhibit 5.  No smoking as well,

16         right?

17             MR. DI GUGLIELMO:  The no smoking sign is

18         not an issue.

19             MR. SOPIN:  Was K-Squad -- the tenant was

20         on the property.  Was K-Squad cited, as well?

21             MR. DI GUGLIELMO:  Yes.

22             MR. SOPIN:  Did they need a K-Squad

23         appeal?

24             MR. DI GUGLIELMO:  By who?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 33

1          MR. SOPIN:  When you posted the cease

2      order -- do you have the picture still here?  I

3      think Exhibit 2.

4          When you posted the cease order on or

5      about April 12th, 2017, does it advise the

6      property owner to either cease operations or

7      obtain all the permits that are be being

8      requested?

9          MR. DI GUGLIELMO:  Yes.

10          MR. SOPIN:  It does do that, right?

11          MR. DI GUGLIELMO:  Zoning is one of them.

12          MR. SOPIN:  And your inspection though,

13      after the cease order, was yesterday, right?

14      Isn't that when it was?

15          MR. DI GUGLIELMO:  Say it again.

16          MR. SOPIN:  Your inspection was yesterday,

17      correct?

18          MR. DI GUGLIELMO:  Just to see if they

19      were operating.  I didn't enter inside.  It

20      wasn't an inspection, official inspection.  It

21      was just basically monitoring.

22          MR. SOPIN:  It says something here -- I

23      can't really see from here -- but cease

24      operations were obtained, the permits, et

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 34

1        cetera, whatever it says.  Somebody would have

2        had to determine whether the permits were

3        obtained after that, right?

4             MR. DI GUGLIELMO:  The owner usually calls

5        up if zoning is obtained or if permits were

6        obtained.

7             MR. SOPIN:  There's no zoning listed in

8        the March 9th report?

9             MR. DI GUGLIELMO:  It's the NOV.  It's in

10       there, the letter he received.

11            MR. SOPIN:  I'm not going to have anymore

12       questions after this one.

13            MR. DI GUGLIELMO:  There it is.

14            MR. SOPIN:  Take a look.

15            I have to object.  The attorney just told

16       him to say he personally delivered this.

17            MR. JOHNSON:  No, no.  I'm going to ask

18       him a couple brief --

19            MS. GALLEGOS:  You can ask on redirect.

20            MR. SOPIN:  It's spoiled now.  It was

21       already told.

22            MR. LEE:  What was told?

23            MS. GALLEGOS:  Just move forward.

24            MR. JOHNSON:  Mr. Sopin doesn't know what

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 35

1          I'm going to ask.

2              MS. GALLEGOS:  Just move forward.

3              MR. SOPIN:  I know the answer though.  I

4      have no further questions for this witness.  If

5      they rest, I'm going to call my client.

6              MS. GALLEGOS:  Is there any redirect,

7      Counsel?

8              MR. JOHNSON:  Yes.  Briefly.  You visited

9      the premises yesterday, as you had testified?

10             MR. DI GUGLIELMO:  Yes.

11             MR. JOHNSON:  Did you happen to see if the

12     cease order was still posted?

13             MR. DI GUGLIELMO:  It was removed.

14             MR. JOHNSON:  Is that a violation of the

15     City Code?

16             MR. DI GUGLIELMO:  It is.

17             MR. JOHNSON:  When you went back, were

18     they still operating the business?

19             MR. DI GUGLIELMO:  The gate was open.  I

20     took a photograph.  There was a sign stating

21     batteries for sale.

22             MR. JOHNSON:  Now, before you came to the

23     hearing today, did you happen to check -- did

24     they ever get proper zoning for an auto

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 36

1       wrecking business?

2               MR. DI GUGLIELMO:  Not for 4087.

3               MR. JOHNSON:  And for 4087, did they apply

4       for or receive from the City any permits for

5       hazardous materials?

6               MR. DI GUGLIELMO:  No license for

7       hazardous materials from 4087.

8               MR. JOHNSON:  I have nothing further.

9               MR. SOPIN:  Just a quick follow up.

10              Silvio, you said that the sign was

11      removed.  What you mean was the sign wasn't

12      there, right?

13              MR. DI GUGLIELMO:  It was removed.  It

14      should not be removed.

15              MR. SOPIN:  The sign was not there.  You

16      didn't see anybody take it away, did you?

17              MR. DI GUGLIELMO:  No.

18              MR. SOPIN:  And if it was removed, you

19      don't know who did that, right?

20              MR. DI GUGLIELMO:  No.

21              MR. SOPIN:  Thank you.  Nothing further.

22              MR. LEE:  I do have a question.  Are you

23      saying that they have a license to operate?

24              MR. DI GUGLIELMO:  They do not.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 37

1              MR. LEE:  They do not have a license --

2              MR. DI GUGLIELMO:  No, not for 4087.

3              MR. LEE:  -- from the City of

4       Philadelphia?

5              MR. DI GUGLIELMO:  From the City of

6       Philadelphia, no.

7              MR. LEE:  They don't have a license?

8              MR. DI GUGLIELMO:  No.

9              MR. LEE:  Is the state license that they

10      have -- is that something that they can operate

11      with?

12             MR. DI GUGLIELMO:  Not for the City of

13      Philadelphia.  I'm not sure.  I'm not aware of

14      that.

15             MS. GALLEGOS:  Is there any license or

16      permit associated with the other addresses

17      being discussed?

18             MR. DI GUGLIELMO:  There is.  For 4085,

19      there's other licenses for that address.

20             MR. LEE:  Thank you.

21             MS. GALLEGOS:  All right.  Thank you,

22      Inspector.  You may have a seat.

23             Mr. Sopin, if you want to put on your

24      witness.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 38

1           MR. SOPIN:  Yes.  The City rests, I take
2       it.
3           MR. JOHNSON:  No.  The City is going to
4       call another witness, Darin Gatti.
5           MS. GALLEGOS:  I apologize.
6           Mr. Sopin, you had marked things into
7       evidence.
8           MR. SOPIN:  Yeah.  In my case, I'm going
9       to move them.  I mean, I can move them now.
10          MS. GALLEGOS:  No, no, at your
11      convenience.  Sir, were you sworn?
12          MR. GATTI:  Yes.
13          MR. JOHNSON:  Mr. Gatti, can you please
14      spell your name for the record?
15          MR. GATTI:  My name is Darin Gatti,
16      D-A-R-I-N, G-A-T-T-I.
17          MR. JOHNSON:  Mr. Gatti, what is your
18      position, sir?
19          MR. GATTI:  I'm the chief engineer and
20      president of the Board of Surveyors for the
21      Philadelphia Streets Department.
22          MR. JOHNSON:  Are you familiar with the
23      property that's been identified as 4087
24      Richmond Street?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 39

1            MR. GATTI:  Yes.

2            MR. JOHNSON:  And how did you first become

3      aware of this property?

4            MR. SOPIN:  I'm going to object at this

5      point and ask for an offer of proof.  Why do we

6      need a surveyor involved with whether

7      violations occurred, and the nature that was

8      indicated at the beginning of the hearing?

9            Surveyor seems to be property lines, and

10     we're not here about that.

11           MR. JOHNSON:  As an offer of proof,

12     Mr. Gatti is going to testify about the

13     property that's located at 4087 Richmond

14     Street, and the other property that is owned by

15     Mr. Holton at 4085 Richmond Street, that are

16     clearly identified on the map.

17           And to talk about activities that he has

18     personal knowledge of that are occurring in

19     both of those places, as well as a history

20     between the City and Mr. Holton.

21           MR. SOPIN:  I'm going to object.  History

22     between the City and Mr. Holton --

23           MS. GALLEGOS:  History won't be relevant.

24           MR. SOPIN:  And if he has any evidence of

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 40

1      things that were occurring up until the

2      violations notice were sent, that wouldn't be

3      relevant.

4           MR. JOHNSON:  The testimony is going to be

5      directly relevant to the issue of zoning, and

6      whether zoning could be obtained by the

7      defendant.

8           MR. SOPIN:  I'm going to object to that.

9      We don't have anyone here from the Zoning Board

10     to say whether zoning could be obtained, and

11     that's not the issue here.

12          The issue is whether these violations

13     occurred.  And zoning didn't even appear on the

14     March 9th report.

15          MS. GALLEGOS:  So the zoning issue isn't

16     an issue that this board can hear.  That has to

17     be presented before the ZBA, the remaining

18     three violations --

19          MR. JOHNSON:  Whether there's proper

20     zoning is an issue that's directly related to

21     the case because it's in the violation notice

22     that's been appealed.

23          MS. GALLEGOS:  We are unable to make the

24     determination as to whether or not zoning is

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 41

 1      proper or not in this instance.  It's just not

 2      within our jurisdiction.

 3              One moment, please.

 4          I'm sure you heard, but to put formally on

 5      the record -- the question of whether or not a

 6      zoning permit exists or does not exist, we can

 7      hear testimony to the extent that there's a

 8      dispute about that.  Whether or not the

 9      substance of that zoning and whether or not

10      it's appropriate or not, we cannot hear

11      substance about.

12          So is Counsel willing to stipulate about

13      the presence of a zoning permit or not, is that

14      in dispute or is it simply the substance of

15      what the appropriate zoning is at that

16      location?

17          MR. SOPIN:  Well, I would stipulate that

18      there may not be a zoning permit.  I'm not

19      stipulating that a zoning permit would be

20      required that it's appropriate when it wasn't

21      listed on the things --

22          MR. JOHNSON:  It's listed on the violation

23      notice you appealed.

24              MR. LEE:  It is listed.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 42

1           MR. SOPIN:  That's because he didn't get

2      that violation notice.  The City made me go

3      downstairs to the basement to get it in order

4      to perfect the appeal.  He didn't get anything

5      on March 7th.

6           MR. JOHNSON:  He got it.  And then you

7      filed an appeal months ago.  We're having a

8      hearing on the violations.  He's clearly had

9      time to prepare or rectify any zoning

10      violations.

11           MS. GALLEGOS:  So there is no zoning

12      permit on record, but there's argument as to

13      why that is the case; is that accurate?

14           MR. SOPIN:  Yes.  And the City testified

15      that it's not listed on this form and that

16      there was no notice sent on March 2nd.

17           MS. GALLEGOS:  So it's a notice issue

18      pertaining to the zoning.  We understand that.

19           So again, the relevance of the history

20      with this property, we're not going to hear

21      testimony on.  As for the violations, we can

22      move forward.

23           MR. JOHNSON:  Mr. Gatti, I'm going to ask

24      you a couple questions, just about the

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 43

1        properties.

2            Have you been involved in looking at the

3        properties located at 4087 and 4085 Richmond

4        Street?

5            MR. GATTI:  Yes, I have.

6            MR. JOHNSON:  And you've heard today the

7        testimony about the activities that are

8        occurring at 4087 Richmond Street?

9            MR. GATTI:  Yes.

10           MR. JOHNSON:  And have you examined the

11       document that I marked Commonwealth Exhibit 1?

12           MR. GATTI:  Which one is that?

13           MR. JOHNSON:  That's the document I'm

14       showing you right now.

15           MR. GATTI:  Yes.

16           MR. JOHNSON:  Have you had a chance to

17       examine the deeds of the properties in the

18       area?

19           MR. SOPIN:  I'm going to object.  This is

20       not a property line surveyor type of case.

21       This is whether certain violations occurred at

22       the property, not the property lines.

23           MR. JOHNSON:  Are you aware -- is there

24       zoning for an auto wrecking business at 4087

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 44

1      Richmond Street?

2           MR. GATTI:  I'm not a part of L&I zoning.

3      But 4078 there can't possibly be zoning --

4           MR. SOPIN:  Objection.  This is the same

5      objection I made before, during the offer of

6      proof.

7           MS. GALLEGOS:  What's your next question,

8      Counsel?

9           MR. JOHNSON:  Have you ever talked to

10     Mr. Holton about the activities occurring at

11     either of those properties?

12          MR. GATTI:  Both of those properties.

13          MR. JOHNSON:  And did you talk to him

14     about the property that's located at 4087

15     Richmond Street?

16          MR. GATTI:  Yes.

17          MR. JOHNSON:  And what was the substance

18     of the conversation that you had with him in

19     the past?

20          MR. GATTI:  It was the discussion that the

21     business is operating on the Frankford Creek

22     Right of Way, which is City property.

23          MR. SOPIN:  Objection.  This goes to

24     property lines, and this is not an action to

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 45

1      quiet title.

2            MR. JOHNSON:  And how close is that

3      business to the Frankford Creek?

4            MR. SOPIN:  Objection.  Not relevant.

5            MR. GATTI:  In the Frankford Creek.

6            MR. SOPIN:  Objection.

7            MS. GALLEGOS:  Do you have anything

8      pertaining to the property that is relevant?

9            MR. JOHNSON:  I have a question about the

10     effects of the type of activity that occurs on

11     the Creek.

12           MR. SOPIN:  Objection.  This is not

13     environmental.

14           MR. JOHNSON:  I think it's important

15     because it affects public safety and it's

16     hazardous to public health.

17           MR. SOPIN:  We don't have a notice for

18     this.  That's an environmental issue, DEA.  And

19     we don't have any notice of that, that's not a

20     violation that's been listed.

21           MR. LEE:  Could it go to the not having a

22     license for hazardous material?

23           MR. SOPIN:  We have a license for

24     hazardous materials.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 46

```
 1            MR. JOHNSON:  The testimony that's sought
 2       is relevant because it underpins the reason
 3       that we have regulations on these activities.
 4            MS. GALLEGOS:  I think we under the
 5       general policy behind the importance of
 6       regulations about hazardous materials and fire
 7       safety.  And that sort of thing.
 8            We're concerned about the notice that went
 9       out, and whether there's been compliance or
10       not.  The underlying legislative intent behind
11       it isn't going to be relevant to us today.
12            MR. JOHNSON:  Then I have nothing further.
13            MR. SOPIN:  No questions.
14            MR. PETTIT:  Who owns 4087?
15            MR. SOPIN:  My client says he does.
16            MR. PETTIT:  Is there proof for that?
17            MR. SOPIN:  Proof to the contrary right
18       now.
19            MR. LEE:  So wait a minute.  Let me just
20       follow up.  Are you stating for the record that
21       your client owns 4087?
22            MR. SOPIN:  I'm stating that my client
23       believes he owns 4087.  If the City claims, as
24       they did in their opening, that it owns 4087,
```

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 47

1       then it issued violation notices against

2       itself.

3           MR. JOHNSON:  And just for the record,

4       there was a city ordinance that was passed back

5       in 1951 that set up the Frankford Creek Right

6       of Way.  The ordinance itself describes the

7       property that is going to be taken as part of

8       the Right of Way.

9           That property reflects that section that

10      we're talking about, abutting Richmond Street,

11      that's been identified as 4087 Richmond Street.

12          MR. LEE:  Understood.  So you're saying

13      your client believes that he -- I just want to

14      be real clear.  You're saying that your client

15      believes he owns 4087 Richmond Street?

16          MR. SOPIN:  He purchased the property.

17          MR. LEE:  Is that the statement?

18          MR. SOPIN:  Yes.

19          MR. LEE:  Okay.

20          MS. GALLEGOS:  Thank you.  Mr. Sopin are

21      you ready to move forward?

22          MR. SOPIN:  Yes.  Does the City rest now?

23          MR. LEE:  Is it important for the City to

24      rest?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 48

```
 1              MR. SOPIN:  Before I present case in chief
 2       I thought...
 3              MS. GALLEGOS:  Do you have any other
 4       witnesses, Counsel?
 5              MR. JOHNSON:  No.
 6              MS. GALLEGOS:  Let's move forward then.
 7              MR. SOPIN:  I'll call Robert Holton.
 8              Mr. Holton, do you have a hazardous
 9       materials permit for this property?
10              MR. HOLTON:  Yes.
11              MR. SOPIN:  I'm going to show you what
12       I've already marked --
13              MS. GALLEGOS:  Who issued it?
14              MR. HOLTON:  The City of Philadelphia,
15       L&I.
16              MR. LEE:  Did you let Counsel see that?
17              MR. JOHNSON:  I saw it.
18              MR. SOPIN:  I'm going show you what I'm
19       marking as A-6.  Do you see that?
20              MR. HOLTON:  Yes.
21              MR. SOPIN:  When was that issued?  What's
22       the effective date?
23              MR. HOLTON:  2017.
24              MR. SOPIN:  Well, the actual date.
```

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 49

```
 1            MR. HOLTON:  3/28 was the new one that was
 2      issued.
 3            MR. SOPIN:  Did you get any notices on
 4      March 2nd or dated March 2nd, indicating that
 5      there were violations, including a hazardous
 6      materials permit violation?
 7            MR. HOLTON:  No, sir.
 8            MR. SOPIN:  And the address that's
 9      contained on the notice -- the permit for the
10      hazardous materials is or are what?
11            MR. HOLTON:  4085 Richmond Street and 3950
12      North Delaware.
13            MS. GALLEGOS:  What is your relationship
14      to those two addresses?
15            MR. HOLTON:  They are the same.  What it
16      is, is this property -- the address thing has
17      been messed up for a while, so everything that
18      they do -- I make sure that they put the
19      addresses on there so we don't have this
20      problem.
21            MS. GALLEGOS:  So you own all three
22      addresses?
23            MR. HOLTON:  Yes.
24            MS. GALLEGOS:  I'm just saying all three
```

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 50

1       for clarity -- so there's no dispute there.

2               MR. LEE:  How did you obtain the hazardous

3       license?  Was that a renewal?

4               MR. HOLTON:  Yeah.  I've had a hazardous

5       material license since I was 17.

6               MR. LEE:  So you just went down -- or you

7       did it online?  How did you do it?

8               MR. HOLTON:  I went there the first time.

9       But then every year after that, you have to go

10      in and renew them again.

11              MR. LEE:  So you went and did the renewal

12      part of the L&I --

13              MR. HOLTON:  Yeah.  Now they have this new

14      system with that eCLIPSE, so you can actually

15      renew them and don't have to go down there.

16              And actually, it was renewed.  And the

17      date of the inspection mysteriously -- my

18      licenses were all canceled out on that date

19      from someone going into the system.  They said

20      it was a glitch, and I have a copy of that.

21      That the date of the inspection, my licenses

22      were canceled that day.  And I have a copy of

23      it.

24              Before I went down to fix, I made sure I

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 51

1          printed all that out.

2               MR. LEE:  You mean your hazardous license?

3               MR. HOLTON:  Every license that was in my

4          name, was canceled out the date of the

5          inspection, 3/2.

6               MS. GALLEGOS:  Do you have a document that

7          shows it was canceled on that date?

8               MR. HOLTON:  Yes, on that date.  They

9          don't time it.  I guarantee you it was at the

10          time of the inspection.

11               MS. GALLEGOS:  But it says canceled?

12               MR. HOLTON:  Yeah.  It says canceled 3/2,

13          all licenses were canceled.

14               Then I went down to the City about it,

15          because then I couldn't do anything through the

16          eCLIPSE System.  I went there in person.  They

17          told me that somebody had messed with the

18          system.  And it was some kind of glitch in the

19          system.  But how convenient that is was on the

20          date of the inspection?

21               MR. SOPIN:  When does the hazardous

22          materials licenses expire, currently?

23               MR. HOLTON:  12/31/17.

24               MR. LEE:  Wait a minute.  You said that

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 52

1       license is canceled, right?

2             MR. HOLTON:  No.  It was canceled on

3       3/2 --

4             MR. LEE:  Of this year?

5             MR. HOLTON:  Of this year.  And I went

6       down to have it fixed in person, to see what

7       the problem was.  And it was canceled on the

8       date of the inspection.

9             MR. LEE:  So is it in effect now?

10            MR. HOLTON:  Yeah, it's fixed now.  But I

11      printed out everything showing that it was

12      canceled on that date, to show that there was

13      an issue.  But -- then I also have the license

14      before this date, when it was renewed.

15            MR. LEE:  All right.

16            MR. SOPIN:  Mr. Holton, I'm going to show

17      you what I've marked as A-4.  That's dated

18      March 9th of 2017, is that what you received?

19            MR. HOLTON:  Yes.

20            MR. SOPIN:  And how many pages is the

21      letter?

22            MR. HOLTON:  Two pages.

23            MR. SOPIN:  Who signed it or whose name

24      appears at the end?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 53

1           MR. HOLTON:  James Titus.

2           MR. SOPIN:  Does that notice anywhere

3      indicate -- there's a list of violations at the

4      end on to the second page, is there a violation

5      notice because of zoning?

6           MR. HOLTON:  No.  I've looked at this many

7      times.

8           MR. SOPIN:  Do you believe there's a

9      zoning problem where you work?

10          MR. HOLTON:  No.

11          MR. SOPIN:  Why not?

12          MR. HOLTON:  This property's all lease

13     restricted.  You can go down to the City and

14     pull a license for anything, as long as there's

15     a license to be pulled for it.  There's no

16     restrictions on this property.

17          I don't know if you are familiar with LR

18     property.  It's mostly all old railroad

19     property.  You don't have to have a zoning for

20     it.  It's all lease restricted.

21          MR. SOPIN:  At the beginning -- I don't

22     know if I heard any evidence about it, and I

23     want to cover it.

24          At the beginning in the City's opening,

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 54

1          you indicated one of the items they were moving

2          forward on today is a problem with extension

3          cord violations.  Do you have extension cords

4          at the property?

5               MR. HOLTON:  No.

6               MR. SOPIN:  Did you have extension cords

7          at the time of the original inspection on March

8          2nd?

9               MR. HOLTON:  No.

10              MR. SOPIN:  Like I said, we didn't hear

11         any evidence about it.  Do you know what the

12         City is talking about, when they say there's a

13         violation related to extension cords on the

14         property?

15              MR. HOLTON:  One time, about two years

16         ago, I did have an inspection.  Our trucks are

17         diesel trucks.  We plug them in the wintertime.

18         I'm sure people are familiar with that in the

19         City, you have to plug the trash trucks in or

20         it won't start in the winter.

21              So I had them plugged in.  This was three

22         years ago.  I don't think this is what's on

23         this violation.  They said you're not allowed

24         to have an extension cord.  So...

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 55

1          MR. SOPIN:  Did you get rid of it?

2          MR. HOLTON:  Yes.  It's temporary because

3     it's wintertime.  You don't have to have them

4     plugged in, in the summertime.

5          MR. SOPIN:  The other two -- I'm

6     classifying the one talking about labeling

7     violations for hazardous materials, cans we saw

8     in the photographs that weren't labeled, is

9     that still a problem?

10          MR. HOLTON:  No.  These containers that

11     are in the picture are empty containers that we

12     get to put the waste oil and that stuff in

13     there.  It wasn't labeled yet because there was

14     nothing in them.

15          They told us we have to label them, even

16     if they are empty, as empty.  Well when you get

17     them, they're empty.  When you put the stuff in

18     there, whatever goes in there is what they get

19     labeled.  These weren't used containers that

20     had anything in them at the time.

21          MR. SOPIN:  Are you properly complying

22     with the City's request concerning labeling?

23          MR. HOLTON:  Yes.

24          MR. SOPIN:  Did you comply with that

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

1    request?  Did it happen within 35 days of March

2    2nd, 2017?

3         MR. HOLTON:  The containers that were

4    labeled, ain't in those pictures.  The

5    containers were labeled at that time, just like

6    most of these violations on here were all stuff

7    that was there and current.

8         I even have a letter from my fire

9    extinguisher company.  They do inspections just

10   like the City does every year.  When they come,

11   they check the fire extinguishers, label them,

12   do the no smoking signs.  All this was there

13   then, is there now, and has always been in

14   compliance.

15        MR. SOPIN:  Would you be amenable -- would

16   you be agreeable for the City to come out and

17   conduct another inspection now?

18        MR. HOLTON:  Yes.

19        MR. SOPIN:  I have nothing further.

20        MR. PETTIT:  Do you have the EMSDs on

21   site?

22        MR. HOLTON:  They were shown at the time.

23   Along with a lot of this other stuff that was

24   here.  And they were just like -- when they

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 57

1          show up for the inspection, there's about 50 to

2          60 people that come, just so you know.

3                 Then they scramble everywhere.  And I try

4          to walk with them, I've had hundreds of these

5          inspections, just like James Titus, the

6          supervisor, I've known James for 20 years, and

7          have had him do the inspections.

8                 And it's just -- him and Silvio, nice

9          guys.  They're just kind of put into this.

10         They are not even from this district --

11                MS. GALLEGOS:  It's okay.

12                MR. LEE:  Go ahead, Counsel.

13                MR. JOHNSON:  I'm going to ask you a

14         little bit about the document you were talking

15         about, A-6.  It indicates that it is a

16         department of L&I license for hazardous

17         materials.  And that's for Final Destination

18         Incorporated, correct?

19                MR. HOLTON:  Correct.

20                MR. JOHNSON:  You had said before in your

21         testimony that you own the property at 4087 and

22         4085 Richmond Street, that's correct?

23                MR. HOLTON:  Yes.

24                MR. JOHNSON:  So isn't it true that the

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 58

1          license that we're looking at, indicates 4085

2          Richmond Street and 3950 Delaware Avenue,

3          correct?

4               MR. HOLTON:  Correct.

5               MR. JOHNSON:  Between those three

6          addresses, do you use, for your business

7          purposes, all of those addresses,

8          interchangeably?

9               MR. HOLTON:  Do I use --

10              MR. JOHNSON:  You use all three of those

11         addresses interchangeably, correct?

12              MR. HOLTON:  Yes.

13              MR. JOHNSON:  Now, do you have or have you

14         filed a deed for 4087 Richmond Street?

15              MR. HOLTON:  It's all the same deed.

16              MR. JOHNSON:  So the deed for the property

17         at 4085 Richmond Street would identify it as

18         abutting Richmond Avenue?

19              MR. SOPIN:  Well, I'm going to object.

20         Now we're beyond the scope of the direct.

21              MR. JOHNSON:  He's been talking about

22         owning the property.

23              MR. SOPIN:  But we weren't talking about

24         property lines here.  We're talking about

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 59

1          violations.  He's trying to get into the same

2          issue.

3                MR. JOHNSON:  Well, I'm drawing attention

4          to the fact that the license that we're talking

5          about is for 4085 Richmond Street, not for 4087

6          Richmond Street.

7                MR. SOPIN:  I already indicated through

8          their own witness that the notice from the City

9          says 4087 Richmond Street AKA 3950 Delaware

10         Avenue.

11               MS. GALLEGOS:  So it's clear that there's

12         confusion about the addresses.  And depending

13         on what notice gets sent out from the City,

14         different addresses appear on them.

15               There's testimony from Mr. Holton that he

16         owns all three addresses, as far as he

17         understands it.  Does that summarize where

18         everyone is at?

19               MR. LEE:  One of my concerns is A.  Do you

20         have permits to have trailers on your property?

21               MR. HOLTON:  The trailer -- the one they

22         showed the picture of, is an original trailer

23         that's been there since when I purchased the

24         property.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 60

1           But you don't have to have a permit for a
2      trailer, unless if it's stationary.  They're
3      portable, they're on wheels.
4           MR. LEE:  So you're saying that there's no
5      need for a permit for trailers once --
6           MR. HOLTON:  The only stuff you have to
7      have permits for is if something's stationary.
8      If you put something that's stationary, just
9      like they showed the lighting.
10          The lighting -- I don't know if you have a
11     backyard where you hang the lights that kind of
12     drape across, that's what they are.  They are
13     not stationary.  They are not permanent.  They
14     are temporary.  So they are hanging.
15          MR. LEE:  You're saying the two mobile
16     units on there since you have purchased?  It
17     how long have you had it?
18          MR. HOLTON:  I've been on the property
19     since I was 16.  So 20 --
20          MR. LEE:  How long have you owned it?
21          MR. HOLTON:  I bought it in the late 90's.
22          MR. LEE:  So the trailers have been there
23     since the late 90's.  So would you consider
24     that being permanent?

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 61

1              MR. HOLTON:  Well, they are not in the
2       same location, the trailers.  They're not --
3       no.  And not the trailers, a trailer.
4              The other trailer that they showed the
5       picture of, that's actually like a tag along
6       trailer.  And it's a friend of mine who's there
7       sometimes.  But it's not --
8              MR. LEE:  And you said earlier that you
9       have zoning for -- you have a zoning use for
10      that property?
11             MR. HOLTON:  Yes.
12             MR. LEE:  From the City of Philadelphia?
13             MR. HOLTON:  Yes.
14             MR. LEE:  Where's it at?
15             MR. HOLTON:  I have all the licenses and
16      the zoning.  And the property is lease
17      restricted.  That is the zoning of the
18      property.  It's lease restricted.
19             MR. PETTIT:  The picture of the seabox,
20      that's permanent.
21             MR. HOLTON:  What is it?
22             MR. LEE:  The picture of the seabox.
23             MR. HOLTON:  The overseas container?
24      That's there.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 62

1          MR. LEE:  Let me just drill down.  And be

2     real clear about your answer.  Do you have a

3     zoning permit?

4          MR. HOLTON:  Yes.

5          MR. LEE:  Where is it?

6          MR. SOPIN:  He's asking if you have an

7     actual paper from the Zoning Department saying

8     it's --

9          MS. GALLEGOS:  Or anything in writing that

10    says you have a zoning permit.

11         MR. LEE:  Anything in writing that says

12    you have a zoning permit.

13         MR. HOLTON:  I'm not sure.  But --

14         MR. LEE:  No, no.  That's a good enough

15    answer.

16         MS. GALLEGOS:  What's the next question?

17         MR. JOHNSON:  I'm going to ask to recall

18    Darin Gatti to testify about -- to rebut his

19    testimony about the addresses.

20         MS. GALLEGOS:  What are we trying to get

21    at?  Again, our understanding is that there is

22    very clearly confusion on everybody's part

23    about which notices go to which address.

24         Mr. Holton is testifying that he owns all

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

1      three properties.  You've cited him, as such.

2      There are violations we understand what those

3      are.  We understand what the rebuttal testimony

4      is that maybe there aren't any violations

5      currently or there weren't at that time.

6      That's up to us to decide --

7           MR. JOHNSON:  He doesn't have proper

8      zoning to operate that business that's

9      located --

10          MS. GALLEGOS:  We just asked him for

11     anything in writing and he said no.  Further

12     questions?

13          MR. SOPIN:  I have none.

14          MR. JOHNSON:  I have none.

15          MR. SOPIN:  He was our only witness.

16          MS. GALLEGOS:  If you just want to move

17     into evidence.  I think we --

18          MR. JOHNSON:  I'm going to object to the

19     one from the state because it's not material.

20          MS. GALLEGOS:  Noted.  We understand that

21     it's from the state and there was testimony

22     about whether or not that had been...

23          MS. GALLEGOS:  Brief closings or?  Up to

24     Counsel.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 64

1           MR. LEE:  A minute.

2           MR. SOPIN:  Notices supposedly dated March

3      2nd.  They aren't dated March 2nd.  I gave one

4      example up there.  The City's witness says

5      there is no notice dated March 2nd.  The second

6      notice is dated March 9th.

7           I gave you the notice dated March 9th.

8      There is no zoning violations listed on the

9      notice.  I forget what exhibit number it is.

10          He said he came back for reinspection.

11     The City's witness couldn't tell us when he

12     came back for reinspection.

13          The zoning -- the violations notices that

14     weren't received, dated March 2nd, even they

15     say you have 35 days to cure.  They didn't come

16     back and look at these other things.  Even the

17     cease order itself says it's a cease until the

18     time you cure, and there obviously was a lack

19     of reinspections in this case.

20          Mr. Holton testified that even when they

21     did inspect back on March 2nd, that there were

22     things in place that he was violated for any

23     way.

24          In any event, everything since March 2nd

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 65

1          has been complied with.  Based on that, I would

2          ask that the appeal be sustained.

3               MR. JOHNSON:  This appeal should be City

4          affirmed because he still doesn't have proper

5          zoning to operate that auto wrecking business

6          at 4087 Richmond Street.  It poses danger to

7          the public.  And it's not being conducted with

8          a safe manner, as evidence by testimony of

9          Mr. Di Guglielmo.

10              And at this point, the arguments about

11         notice have been cured by the fact that he has

12         filed this appeal and this hearing de novo.

13              He clearly got a notice of the violations

14         months and months ago, and had an opportunity

15         to get the proper zoning, which he hasn't done.

16              MS. GALLEGOS:  I think we're going to take

17         a moment in the back, we'll be back in 2

18         minutes and we'll vote.

19                        -  -  -  -  -

20            Whereupon a brief recess was taken.

21                        -  -  -  -  -

22              MS. GALLEGOS:  Okay.  Thank you, Counsel,

23         for your patience here.  We'll poll the board.

24              MR. LEE:  City affirm.

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 66

1          MR. DONATUCCI:  City affirm.

2          MR. PETTIT:  City affirm.

3          MS. GALLEGOS:  City affirm.

4          So the board has decided to affirm the

5     City in this instance.  I'm sure Counsel is

6     aware what your appellant rights are at this

7     point, but that's all we have for you today.

8          MR. SOPIN:  I just want to clarify, is

9     that also including violation notices the City

10    did not proceed on today?  They are affirmed as

11    well?

12         MS. GALLEGOS:  I would say what is in the

13    appeal notice.

14         MR. SOPIN:  They were proceeding on

15    everything until today.

16         MS. GALLEGOS:  We're bound by the notice

17    that was appealed.  To the extent that there

18    was discussion on the record about what they

19    were proceeding under, I would simply say

20    that's noted in the record for any appellate

21    purposes.

22         MR. SOPIN:  Okay.

23         MR. JOHNSON:  If he got other violation

24    notices, the question remains why he didn't

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 67

1        appeal those.

2              MR. SOPIN:  No. we did appeal those, the

3        City only proceeded on some of them.

4              MS. GALLEGOS:  That's why I clarified that

5        on the record.  That's all I can say.

6              MR. SOPIN:  Thank you very much.

7              MR. JOHNSON:  Thank you.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 68

1                  C E R T I F I C A T I O N

2

3                    I, hereby certify that the

4        proceedings and evidence noted are

5        contained fully and accurately in the

6        stenographic notes taken by me in the

7        foregoing matter, and that this is a

8        correct transcript of the same.

9

10       _____

11       Kathryn Doyle
         Court Reporter - Notary Public
12

13

14                    (The foregoing certification of

15       this transcript does not apply to any

16       reproduction of the same by any means,

17       unless under the direct control/or

18       supervision of the certifying reporter.)

19

20

21

22

23

24

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 1

**A**

**A-1** 18:10
**A-2** 21:2
**A-3** 23:5,7,12
24:16
**A-4** 23:12,13
25:22 52:17
**A-5** 25:11
27:19
**A-6** 48:19
57:15
**abutting**
47:10 58:18
**accurate**
16:14 42:13
**accurately**
68:5
**acknowledge**
5:15
**action** 44:24
**active** 6:4
**activities** 4:19
39:17 43:7
44:10 46:3
**activity** 45:10
**actual** 48:24
62:7
**added** 23:22
23:23
**additional**
23:21 27:13
**address** 3:3
8:23 12:22
23:8,9 24:7
24:17,20
25:3,5,24
28:17 37:19
49:8,16
62:23
**addressed**
23:24 24:3
**addresses**
28:22 37:16
49:14,19,22
58:6,7,11
59:12,14,16
62:19
**advise** 33:5
**affirm** 65:24
66:1,2,3,4
**affirmed** 4:23
65:4 66:10
**affix** 12:24

**affixed** 13:3
**afternoon** 2:7
**ago** 42:7
54:16,22
65:14
**agree** 22:7
**agreeable**
56:16
**ahead** 3:1 4:2
57:12
**ain't** 56:4
**AKA** 24:14
59:9
**allowed** 54:23
**amenable**
56:15
**answer** 17:13
19:9 28:4
28:13 35:3
62:2,15
**answered**
20:3,4,7
**anticipation**
29:10
**anybody**
36:16
**anymore**
34:11
**anyway** 12:5
**apologize**
38:5
**appeal** 2:5
3:13,16,24
4:22 32:23
42:4,7 65:2
65:3,12
66:13 67:1
67:2
**appealed**
40:22 41:23
66:17
**appellate**
40:13
59:14
**appears**
52:24
**appellant**
2:19,21
18:10 66:6
**appellate**
66:20
**apply** 36:3
68:15
**appropriate**

41:10,15,20
**April** 10:22
10:23 18:18
20:19 29:5
33:5
**Arch** 1:5
**area** 13:13
43:18
**argument**
42:12
**arguments**
65:10
**arrangement**
11:15
**asked** 20:3
63:10
**asking** 19:4
19:13,23
24:12 25:15
27:5 31:24
62:6
**associated**
37:16
**attached** 3:17
23:21
**attention**
59:3
**attorney**
34:15
**attorneys**
23:22,23
**AUGUST** 1:2
**authority**
2:14
**auto** 5:2,11
8:23 9:20
9:21 35:24
43:24 65:5
**automobiles**
8:13,13,14
**Avenue** 3:5
23:10 24:14
58:2,18
59:10
**aware** 30:11
37:13 39:3
43:23 66:6

**B**

**back** 4:6
16:19 20:7
20:8,11,17
22:15 23:11
23:13 28:23

29:4 35:17
47:4 64:10
64:12,16,21
65:17,17
**backyard**
60:11
**based** 20:1
65:1
**basement**
3:14 42:3
**cans** 55:7
**cars** 14:14
**cartons** 9:3
**case** 2:5 3:20
4:2,6 9:12
19:20 20:1
38:8 40:21
42:13 43:20
48:1 64:19
**cease** 10:14
10:19,24
11:22 12:1
12:20 17:3
18:12,15,15
18:21,23
20:10,14,15
20:18,20,23
29:5,12,12
29:23 30:2
30:3,4,14
30:17,17,23
32:6 33:1,4
33:6,13,23
35:12 64:17
64:17
**ceased** 12:4
12:19
**certain** 9:3
43:21
**certainly** 3:7
**certification**
3:2 68:14
**certify** 68:3
**certifying**
68:18
**cetera** 34:1
**CHAIRPE...**
1:12
**chance** 11:7
16:18 43:16
**check** 9:23
35:23 56:11
**checked** 2:15
**chief** 38:19

38:4 48:7
**called** 8:11
12:2
**calls** 34:4
50:18,22
51:4,7,11
51:12,13
52:1,2,7,12
**cans** 55:7
**cars** 14:14
**cartons** 9:3
**case** 2:5 3:20
4:2,6 9:12
19:20 20:1
38:8 40:21
42:13 43:20
48:1 64:19
**cease** 10:14
10:19,24
11:22 12:1
12:20 17:3
18:12,15,15
18:21,23
20:10,14,15
20:18,20,23
29:5,12,12
29:23 30:2
30:3,4,14
30:17,17,23
32:6 33:1,4
33:6,13,23
35:12 64:17
64:17
**ceased** 12:4
12:19
**certain** 9:3
43:21
**certainly** 3:7
**certification**
3:2 68:14
**certify** 68:3
**certifying**
68:18
**cetera** 34:1
**CHAIRPE...**
1:12
**chance** 11:7
16:18 43:16
**check** 9:23
35:23 56:11
**checked** 2:15
**chief** 38:19

48:1
**Christopher**
2:3
**cited** 21:23
22:6 32:20
63:1
**city** 1:1 2:24
3:4 4:2,12
4:14 5:14
6:12 7:2
16:2 25:16
27:21,23
28:2,10
35:15 36:4
37:3,5,12
38:1,3
39:20,22
42:2,14
44:22 46:23
47:4,22,23
48:14 51:14
53:13 54:12
54:19 56:10
56:16 59:8
59:13 61:12
65:3,24
66:1,2,3,5,9
67:3
**City's** 53:24
55:22 64:4
64:11
**claims** 46:23
**clarified** 67:4
**clarify** 66:8
**clarity** 50:1
**classifying**
55:6
**clear** 47:14
59:11 62:2
**clearly** 39:16
42:8 62:22
65:13
**CLERK** 2:5
**client** 3:9
35:5 46:15
46:21,22
47:13,14
68:5
**close** 45:2
**closings**
63:23
**code** 5:4,13
6:6 8:16
13:20 16:2

48:1
**come** 6:14
11:5 20:8
20:11 56:10
56:16 57:2
64:15
**coming** 2:13
**Common**
17:7
**Commonwe...**
28:8 43:11
**company**
56:9
**complete**
26:16
**compliance**
13:19 46:9
56:14
**complied**
5:16,21
31:23 65:1
**comply** 55:24
**complying**
55:21
**concerned**
46:8
**concerning**
55:22
**concerns**
59:19
**conduct** 5:18
10:24 56:17
**conducted**
4:9,19 65:7
**confirm** 7:12
**confusing**
25:13
**confusion**
59:12 62:22
**connected** 5:5
5:11
**consider**
60:23
**contact** 11:5
**contained**
28:18 49:9
68:5
**container**
61:23
**containers**
6:8 9:4,5,16
15:20 16:4
16:6 55:10

55:11,19
56:3,5
**contiguous**
25:1
**contrary**
46:17
**control/or**
68:17
**convenience**
38:11
**convenient**
51:19
**conversation**
44:18
**copy** 8:1
50:20,22
**cord** 54:3,24
**cords** 6:5
54:3,6,13
**correct** 18:7
19:17,18,20
20:24 21:14
21:23 22:2
22:2,8,11
22:11 23:19
25:5 32:1,2
33:17 57:18
57:19,22
58:3,4,11
68:8
**corrected**
22:18 32:11
32:12
**counsel** 2:8
2:17,20
7:22 12:11
35:7 41:12
44:8 48:4
48:16 57:12
63:24 65:22
66:5
**couple** 34:18
42:24
**Court** 1:6
17:6 68:11
**cover** 53:23
**Craig** 2:7,20
**Creedon** 4:15
**Creek** 4:11
24:10 44:21
45:3,5,11
47:5
**cross-exami...**

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

17:18
**cure** 3:18
64:15,18
**cured** 65:11
**curing** 3:19
**current** 56:7
**currently**
51:22 63:5

—————
**D**
**D-A-R-I-N**
38:16
**D-I-G-U-G...**
6:23
**danger** 65:6
**Darin** 38:4,15
62:18
**Data** 5:9
**date** 19:2,10
19:12,14,21
20:15 21:6
21:9,12
48:22,24
50:17,18,21
51:4,7,8,20
52:8,12,14
**dated** 3:8,10
23:16 24:5
49:4 52:17
64:2,3,5,6,7
64:14
**day** 3:11
18:20 20:20
22:16 25:6
25:9,18
26:13 50:22
**days** 3:18
22:2,8,10
22:12,19
23:6 30:12
56:1 64:15
**de** 65:12
**DEA** 45:18
**deals** 8:12
**decide** 63:6
**decided** 66:4
**deed** 58:14,15
58:16
**deeds** 43:17
**defective** 16:3
**defendant**
40:7
**Delaware** 3:5
23:10 24:14

49:12 58:2
59:9
**delivered**
10:19 11:22
20:14 24:2
34:16
**delivering**
20:23
**denied** 17:15
**DENNIS** 1:13
**department**
9:12 18:6
38:21 57:16
62:7
**depending**
59:12
**depicting**
15:19 16:1
**describes**
47:6
**Destination**
57:17
**determinati...**
40:24
**determine**
22:16 32:3
34:2
**Di** 6:13,20,20
6:22,23 7:2
7:6,10,15
7:19 8:5,9
8:11,17,20
9:6,11,18
10:1,3,7,9
10:17 11:6
11:10,13,16
11:20,23
12:2,9,19
13:2,4,13
13:17,21,23
14:4,9,13
14:18,21,24
15:4,8,10
15:18,20,24
16:3,7,17
16:20,23
17:5,8,15
17:21 18:3
18:8,12,17
18:20 19:2
19:10,14,18
19:21 20:10
20:13,19,24

21:4,8,11
21:14,16,20
21:24 22:3
22:10,14,19
22:21 23:1
23:8,10,14
23:20 24:1
24:4,6,9,13
24:19,23
25:2,6,13
25:17,21
26:1,5,9,14
27:3,8,13
27:20,23
28:2,6,10
28:15,19,24
29:7,11,15
29:18,22
30:7,9,13
30:16,22
31:2,15,18
31:21 32:2
32:5,9,17
32:21,24
33:9,11,15
33:18 34:4
34:9,13
35:10,13,16
35:19 36:2
36:6,13,17
36:20,24
37:2,5,8,12
37:18 65:9
**diesel** 54:17
**different**
59:14
**direct** 58:20
68:17
**directly** 40:5
40:20
**discovered**
4:13
**discussed**
37:17
**discussion**
44:20 66:18
**dismantling**
5:12 8:13
**disposal** 5:10
**dispute** 41:8
**district** 57:10
**docketed**

3:16
**document**
7:11,17
14:11 26:2
26:6,15,16
27:2,18
43:11,13
51:6 57:14
**DONATUC...**
1:14 66:1
**double** 2:15
**downstairs**
42:3
**Doyle** 1:6
68:11
**drape** 60:12
**drawing** 59:3
**drill** 62:1
**drums** 9:6
15:21
**duly** 2:3

—————
**E**
**E** 68:1
**earlier** 16:24
23:17 61:8
**easier** 6:17
25:10
**easy** 22:23
**eCLIPSE**
50:14 51:16
**effect** 52:9
**effective**
48:22
**effects** 45:10
**either** 3:6
33:6 44:11
**employed**
6:24
**empty** 55:11
55:16,16,17
**EMSDs**
56:20
**enforcement**
17:3
**engineer**
38:19
**enter** 33:19
**entrance** 13:4
**environmen...**
45:13,18
**et** 33:24
**event** 64:24
**events** 18:1

everybody's
62:22
**evidence** 38:7
39:24 53:22
54:11 63:17
65:8 68:4
**exactly** 6:2
**examine**
43:17
**examined**
43:10
**example** 64:4
**exhibit** 7:12
7:21 13:11
14:2,7
15:16 30:24
31:12 32:15
33:3 43:11
64:9
**Exhibits**
12:16 13:7
16:9
**exist** 3:6,7
41:6
**exists** 41:6
**expire** 51:22
**extension** 6:5
54:2,3,6,13
54:24
**extent** 41:7
66:17
**extinguisher**
56:9
**extinguishers**
5:5 56:11

—————
**F**
**F** 68:1
**fact** 3:11
19:19 59:4
65:11
**failure** 5:1,9
**familiar**
38:22 53:17
54:18
**far** 59:16
**faulty** 5:5 6:6
**file** 3:13
22:21
**filed** 42:7
58:14 65:12
**final** 10:22
57:17
**find** 27:15

31:3
**fine** 4:4
**fire** 5:4,4 6:6
9:11,13
46:6 56:8
56:11
**first** 6:3 39:2
50:8
**five** 7:6
**fix** 50:24
**fixed** 52:6,10
**Floor** 1:5
**fluids** 6:7
**follow** 36:9
46:20
**follows** 2:3
**Force** 8:5
25:8
**foregoing**
68:7,14
**forget** 64:9
**form** 42:15
**FORMAL**
1:3
**formally** 41:4
**forward** 2:14
6:14 34:23
35:2 42:22
47:21 48:6
54:2
**found** 18:5
22:17
**Four** 15:18
**Frankford**
4:11 24:10
44:21 45:3
45:5 47:5
**friend** 61:6
**front** 6:16
28:13
**fully** 68:5
**further** 10:6
12:7 17:16
35:4 36:8
36:21 46:12
56:19 63:11

—————
**G**
**G-A-T-T-I**
38:16
**GALLEGOS**
1:12 2:9,12
2:17 3:1 4:1
4:24 5:22

6:10,14
7:22 8:2
12:10 16:12
17:13,17
26:23 27:15
28:4,12
29:3 31:6
34:19,23
35:2,6
37:15,21
38:5,10
39:23 40:15
40:23 42:11
42:17 44:7
45:7 46:4
47:20 48:3
48:6,13
49:13,21,24
51:6,11
57:11 59:11
62:9,16,20
63:10,16,20
63:23 65:16
65:22 66:3
66:12,16
67:4
**gate** 35:19
**Gatti** 38:4,12
38:13,15,15
38:17,19
39:1,12
42:23 43:5
43:9,12,15
44:2,12,16
44:20 45:5
62:18
**general** 46:5
**generate** 3:15
**glitch** 50:20
51:18
**go** 3:1,14 4:2
12:6 16:18
22:15 29:13
42:2 45:21
50:9,15
53:13 57:12
62:23
**goes** 44:23
55:18
**going** 4:1
6:12 7:20
11:24 12:13
13:6 14:1

16:8 17:2
18:9 20:2
21:1 23:4
24:15 25:11
29:17 34:11
34:17 35:1
35:5 38:3,8
39:4,12,21
40:4,8
42:20,23
43:19 46:11
47:7 48:11
48:18 50:19
52:16 57:13
58:19 62:17
63:6 65:16
**good** 2:7
62:14
**guarantee**
51:9
**Guglielmo**
6:13,20,20
6:22,23 7:2
7:6,10,15
7:19 8:5,9
8:11,17,20
9:6,11,18
10:1,3,7,9
10:17 11:6
11:10,13,16
11:20,23
12:2,9,19
13:2,4,13
13:17,21,23
14:4,9,13
14:18,21,24
15:4,8,10
15:18,20,24
16:3,7,17
16:20,23
17:5,8,15
17:21 18:3
18:8,12,17
18:20 19:2
19:10,14,18
19:21 20:10
20:13,19,24
21:4,8,11
21:14,16,20
21:24 22:3
22:10,14,19
22:21 23:1
23:8,10,14

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

Page 3

23:20 24:1
24:4,6,9,13
24:19,23
25:2,6,13
25:17,21
26:1,5,9,14
27:3,8,13
27:20,23
28:2,6,10
28:15,19,24
29:7,11,15
29:18,22
30:2,7,9,13
30:16,22
31:2,15,18
31:21 32:2
32:5,9,17
32:21,24
33:9,11,15
33:18 34:4
34:9,13
35:10,13,16
35:19 36:2
36:6,13,17
36:20,24
37:2,5,8,12
37:18 65:9
**guys** 57:9

**H**
**hand** 24:2
27:16
**hang** 60:11
**hanging**
60:14
**happen** 35:11
35:23 56:1
**hazardous**
5:10 6:4,7,9
23:6 36:5,7
45:16,22,24
46:6 48:8
49:5,10
50:2,4 51:2
51:21 55:7
57:16
**hazmat** 8:24
15:4
**hazmats** 9:15
**health** 45:16
**hear** 11:8
15:11 40:16
41:7,10
42:20 54:10

**heard** 41:4
43:6 53:22
**hearing** 1:2,3
17:4,10
29:10 35:23
39:8 42:8
65:12
**HELD** 1:11
**helpful** 6:1
**history** 39:19
39:21,23
42:19
**Holton** 2:6,21
2:21 3:18
4:14 6:15
11:5 17:1
19:6 21:23
23:18,24
24:3 29:1
39:15,20,22
44:10 48:7
48:8,10,14
48:20,23
49:1,7,11
49:15,23
50:4,8,13
51:3,8,12
51:23 52:2
52:5,10,16
52:19,22
53:1,6,10
53:12 54:5
54:9,15
55:2,10,23
56:3,18,22
57:19,23
58:4,9,12
58:15 59:15
59:21 60:6
60:18,21
61:1,11,13
61:15,21,23
62:4,13,24
64:20
**hundreds**
57:4

**I**
**identified** 9:8
38:23 39:16
47:11
**identify** 11:11
21:3 23:13
27:19 58:17

**identifying**
11:8
**illicit** 5:2
**importance**
46:5
**important**
8:21 15:14
45:14 47:23
**importantly**
9:21
**improper** 6:8
**including**
49:5 66:9
**Incorporated**
57:18
**indicate** 53:3
**indicated**
39:8 54:1
59:7
**indicates** 3:4
57:15 58:1
**indicating**
49:4
**individual**
4:14
**Information**
4:13
**initial** 10:4
**inside** 9:15
32:8,9
33:19
**inspect** 29:13
30:18 64:21
**inspected**
7:13 25:7
**inspecting**
7:8 8:4
**inspection**
3:12 9:3
10:5,6,10
19:3,11,22
21:13 32:5
33:12,16,20
33:20 50:17
50:21 51:5
51:10,20
52:8 54:7
54:16 56:17
57:1
**inspections**
1:1 7:3 12:8
25:9,18
56:9 57:5,7

**inspector** 7:5
10:14,18
37:22
**instance** 41:1
66:5
**intent** 10:14
10:19 18:14
18:23 20:10
20:13 46:10
**interchange...**
58:8,11
**interior** 30:19
**introduce**
2:18
**involved** 7:7
8:4 10:5
17:4 39:6
43:2
**issue** 2:10 6:1
9:14 31:20
32:18 40:5
40:11,12,15
40:16,20
42:17 45:18
52:13 59:2
**issued** 3:23
18:6 19:1
19:24 22:13
23:7 47:1
48:13,21
49:2
**issues** 5:17
**items** 54:1

**J**
**James** 10:18
26:19 27:7
53:1 57:5,6
**Johnson** 2:23
2:23 4:5 5:1
6:3,12,18
6:21,24 7:4
7:7,11,16
7:20 8:1,3,6
8:10,15,18
9:5,9,17,23
10:2,4,8
11:2,7,11
11:14,18,21
11:24 12:6
12:13,16,24
13:3,6,10
13:15,19,22
14:1,7,11

15:15,19,22
16:1,5,8,13
16:18,21,24
17:6,9,16
20:2 31:5
34:17,24
35:8,11,14
35:17,22
36:3,8 38:3
38:13,17,22
39:2,11
40:4,19
41:22 42:6
42:23 43:6
43:10,13,16
43:23 44:9
44:13,17
45:2,9,14
46:1,12
47:3 48:5
48:17 57:13
57:20,24
58:5,10,13
58:16,21
59:3 62:17
63:7,14,18
65:3 66:23
67:7
**JR** 1:14
**junkyard**
27:22 28:1
28:9
**jurisdiction**
41:2

**K**
**K-Squad**
8:12 11:17
32:19,20,22
**Kathryn** 1:6
68:11
**keep** 5:9
**Kevin** 4:15
**kind** 9:5
51:18 57:9
60:11
**know** 6:1 9:9
9:14 14:20
15:6 16:5
19:12 23:15
24:11 30:20
32:13 34:24
35:3 36:19
53:17,22

54:11 57:2
60:10
**knowledge**
39:18
**known** 3:5
4:9 7:8 24:8
57:6

**L**
**L&I** 30:3
44:2 48:15
50:12 57:16
56:11
**label** 55:15
56:11
**labeled** 7:18
9:4,8 55:8
55:13,19
56:4,5
**labeling** 55:6
55:22
**lack** 5:18
64:18
**late** 60:21,23
**law** 2:3
**lawyer** 19:8
**lease** 53:12
53:20 61:16
61:18
**LEE** 1:13
10:16 14:15
14:19,22
15:2,6,9,11
20:4 31:10
34:22 36:22
37:1,3,7,9
37:20 41:24
45:21 46:19
47:12,17,19
47:23 48:16
50:2,6,11
51:2,24
52:4,9,15
57:12 59:19
60:4,15,20
60:22 61:8
61:12,14,22
62:1,5,11
62:14 64:1
65:24
**legislative**
46:10
**Let's** 23:11
48:6
**letter** 10:19

18:13 20:15
23:14,21,22
26:4,11
27:6,14
34:10 52:21
56:8
**license** 6:5
9:19,20,22
15:5 23:7
27:22 28:1
28:9,11,16
28:18 36:6
36:23 37:1
37:7,9,15
45:22,23
50:3,5 51:2
51:3 52:1
52:13 53:14
53:15 57:16
58:1 59:4
**licenses** 1:1
5:20 7:3
8:23,24,24
9:18 10:15
15:12,13
37:19 50:18
50:21 51:13
51:22 61:15
**lifted** 29:12
30:18
**lighting** 13:18
60:9,10
**lights** 60:11
**line** 26:22
27:6 43:20
**lines** 39:9
43:22 44:24
58:24
**list** 8:24 53:3
**listed** 5:8 34:7
41:21,22,24
42:15 45:20
64:8
**little** 57:14
**located** 9:15
30:8 39:13
43:3 44:14
63:9
**location** 1:5
41:16 61:2
**long** 7:4
53:14 60:17
60:20

**look** 18:22
30:24 31:13
32:15 34:14
64:16
**looked** 16:13
53:6
**looking** 7:13
43:2 58:1
**lot** 56:23
**LR** 53:17

**M**
**main** 13:4
**major** 5:17
**manner** 65:8
**map** 7:13,17
39:16
**March** 3:9,11
3:15 4:6 8:9
10:10,12,13
10:17,20
18:1,5,6
19:1,7,15
19:16,19,24
20:7 21:11
22:13 23:17
24:5 26:13
28:23 30:6
34:8 40:14
42:5,16
52:18 54:7
56:1 64:2,3
64:5,6,7,14
64:21,24
**marked** 7:12
7:16,17
12:17 13:7
13:11 14:2
14:7 15:16
18:10 21:2
21:6 25:11
27:11,19
31:12 38:6
43:11 48:12
52:17
**marking** 21:2
23:5,12
48:19
**markings** 6:8
**material** 5:9
6:4 45:22
50:5 63:19
**materials**

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Case ID: 170902758

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

5:11 23:6
36:5,7
45:24 46:6
48:9 49:6
49:10 51:22
55:7 57:17
**matter** 68:7
**mean** 21:17
36:11 38:9
51:2
**means** 68:16
**MEMBER**
1:13,14,15
**members**
2:11
**mentioned**
15:6
**messed** 49:17
51:17
**metal** 15:7
**middle** 9:13
**mine** 12:15
61:6
**minute** 46:19
51:24 64:1
**minutes** 1:3
65:18
**missing** 26:6
26:14 27:1
**mobile** 60:15
**moment** 41:3
65:17
**monitoring**
33:21
**months** 42:7
65:14,14
**move** 2:12,14
34:23 35:2
38:9,9
42:22 47:21
48:6 63:16
**moved** 30:12
**moving** 54:1
**MSDS** 6:7
9:2
**mysteriously**
50:17

**N**

**N** 68:1
**name** 6:19,22
17:23 38:14
38:15 51:4
52:23

**nature** 21:17
39:7
**need** 3:19
5:24 9:12
9:14 13:23
14:16,24
15:2,4,5,9
15:12 32:22
39:6 60:5
**needed** 10:15
**never** 29:12
**new** 49:1
50:13
**nice** 57:8
**night** 9:13
**NO:30394**
1:9
**nonsmoking**
31:20
**North** 49:12
**Notary** 68:1
**noted** 17:14
63:20 66:20
68:4
**notes** 68:6
**notice** 4:22
5:3,8,17
10:11,20,22
18:14,23
19:11,15
21:5,9,15
21:18 22:5
22:12 23:16
23:18 25:12
26:13 40:2
40:21 41:23
42:2,16,17
45:17,19
46:8 49:9
59:13 64:5
64:6,7,9
65:11,13
66:13,16
**notices** 3:8,10
3:15,17,22
4:7 18:7,24
19:6,17,20
19:24 47:1
49:3 62:23
64:2,13
66:9,24
**NOV** 24:2

27:4 34:9
**novo** 65:12
**NOVs** 22:14
26:10
**number** 2:10
64:9
**numbers** 5:23

**O**

**O** 68:1
**object** 20:2
34:15 39:4
39:21 40:8
43:19 58:19
63:18
**objection**
13:9 16:11
17:11 44:4
44:5,23
45:4,6,12
**observe** 8:10
**obtain** 9:20
10:15 15:1
33:7 50:2
**obtained** 3:23
9:22 33:24
34:3,5,6
40:6,10
**obviously**
64:18
**occurred** 3:12
17:12 39:7
40:13 43:21
**occurring**
4:18 16:22
39:18 40:1
43:8 44:10
**occurs** 45:10
**offer** 39:5,11
44:5
**officer** 29:24
**official** 33:20
**oil** 55:12
**okay** 2:12,16
4:1 6:10
24:15 25:22
27:15 47:19
57:11 65:22
66:22
**old** 53:18
**once** 60:5
**one's** 31:2
**ongoing**
14:12

**online** 50:7
**open** 35:19
**opening** 4:3,5
46:24 53:24
**operate** 28:9
36:23 37:10
63:8 65:5
**operating**
4:15 11:12
29:19 33:19
35:18 44:21
**operation**
30:17,23
**operations**
12:1 18:15
18:16,24
33:6,24
**opportunity**
8:7 65:14
**order** 3:13
11:22 12:4
17:2,3
18:15 20:18
20:23 29:12
29:23 30:2
30:3,4,14
33:2,4,13
35:12 42:3
64:17
**ordinance**
47:4,6
**original**
10:10 19:11
19:15 54:7
59:22
**originally**
17:24 20:8
**outcome**
17:10
**outside** 32:8
**overseas**
61:23
**owned** 39:14
60:20
**owner** 11:8
11:12,16
32:7 33:6
34:4
**owning** 58:22
**owns** 46:14
46:21,23,24
47:15 59:16
62:24

**P**

**page** 15:17
26:3,4,4,7,8
26:20,20
27:6,7,9,11
27:11,12
53:4
**pages** 26:5,18
52:20,22
**paper** 25:15
62:7
**part** 4:10
7:21 10:16
13:7 15:7
15:13 16:9
26:1 44:2
47:7 50:12
62:22
**parts** 13:14
13:14
**pass** 12:11
**passed** 47:4
**patience**
65:23
**Pennsylvania**
1:5,8 28:7,9
28:16
**people** 54:18
57:2
**perfect** 3:13
42:4
**period** 22:16
**permanent**
13:23 60:13
60:24 61:20
**permit** 14:16
14:22,24
15:9,14
37:16 41:6
41:13,18,19
42:12 48:9
49:6,9 60:1
60:5 62:3
62:10,12
**permits** 5:19
14:19 15:2
15:12 33:7
33:24 34:2
34:5 36:4
59:20 60:7
**person** 51:16
52:6
**personal**

39:18
**personally**
34:16
**pertaining**
42:18 45:8
**petitioner** 2:8
**PETTIT** 1:15
46:14,16
56:20 61:19
66:2
**Philadelphia**
1:1,5,8 2:24
5:13 7:3
8:16 13:20
27:21,24
28:3,11
37:4,6,13
38:21 48:14
61:12
**photo** 12:19
30:10 31:6
**photograph**
13:16 14:8
35:20
**photographs**
12:14 15:16
55:8
**picture** 13:12
14:3 31:13
33:2 55:11
59:22 61:5
61:19,22
**pictures** 12:7
12:18 16:9
16:14 56:4
**piece** 14:22
15:14
**pile** 31:3
**place** 20:16
24:22 64:22
**places** 39:19
**plastic** 9:7
15:21
**Pleas** 17:7
**please** 6:14
6:18,21
12:10 28:4
28:13 38:13
41:3
**plug** 54:17,19
**plugged**
54:21 55:4
**point** 39:5

65:10 66:7
**police** 12:2
20:21 29:24
32:10
**policy** 46:5
**poll** 65:23
**portable** 5:4
60:3
**poses** 65:6
**position**
38:18
**possibly** 44:3
**post** 20:17
29:5
**posted** 5:7
12:20 33:1
33:4 35:12
**poster** 12:20
**posting** 20:23
**predicated**
18:24 19:5
**premises** 4:9
4:18,20 5:6
5:12,19 7:8
7:14 8:4,7
11:3,4,9
15:23,23
16:16,19,22
24:10 35:9
**prepare** 42:9
**presence**
41:13
**present** 2:22
9:2 15:22
48:1
**presented**
40:17
**president**
38:20
**printed** 51:1
52:11
**problem**
49:20 52:7
53:9 54:2
55:9
**proceed** 2:9
66:10
**proceeded**
67:3
**proceeding**
31:19 32:1
32:13 66:14
66:19

**proceedings**
68:4
**pronounce**
17:22
**proof** 39:5,11
44:6 46:16
46:17
**proper** 9:24
11:1 35:24
40:19 41:1
63:7 65:4
65:15
**properly** 9:4
55:21
**properties**
43:1,3,17
44:11,12
63:1
**property** 1:8
4:12 11:1
11:17 12:4
12:21,22
13:1 14:6
14:10 17:24
25:2,3 29:5
29:6 30:9
32:20 33:6
38:23 39:3
39:9,13,14
42:20 43:20
43:22,22
44:14,22,24
45:8 47:7,9
47:16 48:9
49:16 53:16
53:18,19
54:4,14
57:21 58:16
58:22,24
59:20,24
60:18 61:10
61:16,18
**property's**
30:13 53:12
**provide** 16:14
**public** 1:2
45:15,16
65:7 68:11
**pull** 53:14
**pulled** 53:15
**purchased**
47:16 59:23
60:16

**purpose** 3:24
20:22 29:16
**purposes**
58:7 66:21
**put** 4:2 5:24
37:23 41:4
49:18 55:12
55:17 57:9
60:8

**Q**

**question**
14:15 17:14
20:5 26:23
27:17 28:5
28:12,13
29:3 36:22
41:5 44:7
45:9 62:16
66:24
**questions**
34:12 35:4
42:24 46:13
63:12
**quick** 14:15
36:9
**quiet** 45:1

**R**

**R** 68:1
**RACHEL**
1:12
**railroad**
53:18
**read** 32:11
**ready** 47:21
**real** 23:18
47:14 62:2
**really** 3:21
33:23
**reason** 4:21
46:2
**rebut** 62:18
**rebuttal** 63:3
**recall** 17:9
62:17
**receive** 3:10
36:4
**received**
23:19 34:10
52:18 64:14
**recess** 65:20
**recognize**
18:11

**record** 2:18
5:24 6:19
7:21 13:8
16:9 17:14
38:14 41:5
42:12 46:20
47:3 66:18
66:20 67:5
**rectify** 42:9
**recycler**
28:15
**red** 7:16,18
**redirect**
34:19 35:6
**refer** 3:8
**refers** 4:6
**reflects** 47:9
**regulations**
46:3,6
**reinspection**
10:9 23:2,4
64:10,12
**reinspections**
64:19
**related** 5:10
17:4 40:20
54:13
**relationship**
49:13
**relevance**
29:20 42:19
**relevant**
17:11 39:23
40:3,5 45:4
45:8 46:2
46:11
**remaining**
40:17
**remains**
66:24
**remove** 13:14
**removed**
35:13 36:11
36:13,14,18
**renew** 50:10
50:15
**renewal** 50:3
50:11
**renewed**
50:16 52:14
**repair** 8:23
**repeat** 10:16
26:23

**report** 34:8
40:14
**REPORTED**
1:6
**reporter** 1:6
68:11,18
**representat...**
16:15
**reproduction**
68:16
**request** 55:22
56:1
**requested**
33:8
**required** 5:13
9:10 41:20
**resolved** 2:11
3:20
**rest** 35:5
47:22,24
**restraining**
12:3 17:2
**restricted**
53:13,20
61:17,18
**restrictions**
53:16
**rests** 38:1
**result** 18:4
**REVIEW** 1:1
**Richmond**
1:8 3:4 4:10
7:8,14,18
8:8 13:5
21:16 24:13
24:17,19,21
24:24 25:7
28:19 38:24
39:13,15
43:3,8 44:1
44:15 47:10
47:11,15
49:11 57:22
58:2,14,17
58:18 59:5
59:6,9 65:6
**rid** 55:1
**right** 4:11
5:22 18:2
18:16,17,22
19:1 20:12
20:18 21:13
21:24 22:9

22:13 23:7
24:10,18
25:12 28:21
28:23 30:1
31:20 32:16
33:10,13
34:3 36:12
36:19 37:21
43:14 44:22
46:17 47:5
47:8 52:1
52:15
**rights** 66:6
**Robert** 2:6,21
2:21 11:5
29:1 48:7
**RONALD**
1:14
**row** 6:16
**run** 5:19,20

**S**

**S-I-L-V-I-O**
6:22
**safe** 65:8
**safety** 5:9
45:15 46:7
**sale** 35:21
**saw** 15:23
16:15 30:5
30:10 48:17
55:7
**saying** 21:18
26:17 36:23
47:12,14
49:24 60:4
60:15 62:7
**says** 18:19
19:4,13,16
22:1 24:9
24:17,19
25:16,23
26:12,19,20
26:20 28:15
33:22 34:1
46:15 51:11
51:12 59:9
62:10,11
64:4,17
**scale** 9:18,19
9:19 30:5
30:11,21
21:24 22:9
**scope** 58:20
**scramble**

57:3
**scrap** 8:5,12
8:22 14:10
14:14 15:6
15:8 25:8
**seabox** 61:19
61:22
**seat** 37:22
**second** 6:3
10:9 23:13
26:1,3,4
53:4 64:5
**section** 47:9
**see** 8:7,15
9:23 11:3
13:16 14:2
26:18 29:18
31:8 33:18
33:23 35:11
36:16 48:16
48:19 52:6
**seen** 7:23,24
23:5
**selling** 8:14
**sent** 10:11,21
19:6 26:12
27:14 40:2
42:16 59:13
**series** 12:4
**set** 18:1 47:5
**share** 12:10
**sheets** 5:9 9:2
**shop** 13:13
**show** 9:12
12:13 14:1
18:9 21:1
22:4,7 23:4
23:11 24:15
25:11,22,23
26:11 27:18
31:12 48:11
48:18 52:12
52:16 57:1
**showed** 59:22
60:9 61:4
**showing** 7:11
12:22 13:10
15:15 20:15
27:2 43:14
52:11
**shown** 56:22
**shows** 13:12
51:7

**sign** 31:16
32:17 35:20
36:10,11,15
**signature**
26:22 27:6
**signed** 26:21
27:6 52:23
**signs** 5:7 32:4
56:12
**Silvio** 6:13,20
13:10 16:13
17:20 36:10
57:8
**simply** 41:14
66:19
**sincerely**
26:19
**sir** 7:1 26:7
28:5 38:11
38:18 49:7
**sit** 6:15
**site** 9:19 14:5
15:1 56:21
**smoking** 5:7
31:16 32:2
32:4,15,17
56:12
**somebody**
20:8 26:22
34:1 51:17
**something's**
60:7
**Sopin** 2:7,7
2:10,16,20
2:20 3:1,2
7:24 12:15
13:9 16:11
17:11,17,19
17:22 18:4
18:9,14,18
18:22 19:4
19:12,16,19
19:23 20:6
20:11,17,22
21:1,6,9,12
21:15,17,22
22:1,4,12
22:15,20,23
23:3,9,11
23:16,23
24:3,5,7,11
24:15,21,24
25:4,10,15

25:19,22
26:3,7,11
26:16 27:1
27:5,10,18
27:22 28:1
28:8,17,21
29:2,4,9,13
29:16,20,24
30:5,8,11
30:15,20,24
31:3,7,11
31:16,19,24
32:3,8,13
32:19,22
33:1,10,12
33:16,22
34:7,11,14
34:20,24
35:3 36:9
36:15,18,21
37:23 38:1
38:6,8 39:4
39:21,24
40:8 41:17
42:1,14
43:19 44:4
44:23 45:4
45:6,12,17
45:23 46:13
46:15,17,22
47:22 48:1
48:7,11,18
48:21,24
49:3,8
51:21 52:16
52:20,23
53:2,8,11
53:21 54:6
54:10 55:1
55:5,21,24
56:15,19
58:19,23
59:7 62:6
63:13,15
64:2 66:8
66:14,22
67:2,6
**sort** 46:7
**sought** 46:1
**Speak** 14:22
**specific** 5:23
**spell** 6:21

38:14
**spoiled** 34:20
**start** 2:19
54:20
**started** 3:20
**state** 6:18
27:20 28:6
28:16 37:9
63:19,21
**statement**
17:1 47:17
**stating** 35:20
46:20,22
**stationary**
60:2,7,8,13
**steel** 9:6
15:20
**stenographic**
68:6
**STEPHEN**
1:15
**stipulate**
41:12,17
**stipulating**
41:19
**storage** 5:10
**Street** 1:5,8
3:4 4:10 7:9
7:14,18
13:5 21:16
24:13,17,20
24:21 25:1
25:7 28:20
38:24 39:14
39:15 43:4
43:8 44:1
44:15 47:10
47:11,15
49:11 57:22
58:2,14,17
59:5,6,9
65:6
**Streets** 38:21
**strike** 11:3
**stuff** 55:12,17
56:6,23
60:6
**subject** 24:9
**substance**
41:9,11,14
44:17
**summarize**
59:17

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

summertime 55:4
supervision 68:18
supervisor 10:13,18,23 20:21 57:6
supposedly 64:2
sure 7:22 10:17 12:10 17:21 37:13 41:4 49:18 50:24 54:18 62:13 66:5
surveyor 39:6 39:9 43:20
Surveyors 38:20
sustained 65:2
sworn 2:3 38:11
system 50:14 50:19 51:16 51:18,19

**T**

T 68:1,1
tag 61:5
take 20:16 23:12 34:14 36:16 38:1 65:16
taken 47:7 65:20 68:6
talk 39:17 44:13
talked 44:9
talking 6:2 25:19 47:10 54:12 55:6 57:14 58:21 58:23,24 59:4
Task 8:5 25:8
tell 8:3,18 10:8 13:11 64:11
tells 18:23
temporary 12:3 13:17 55:2 60:14
tenant 11:17

terms 14:23
testified 2:3 16:24 23:17 35:9 42:14 64:20
testifiers 2:2
testify 3:9 6:11 39:12 62:18
testifying 62:24
testimony 40:4 41:7 42:21 43:7 46:1 57:21 59:15 62:19 63:3,21 65:8
Thank 2:15 8:2 16:12 17:19 31:11 36:21 37:20 37:21 47:20 65:22 67:6 67:7
thing 46:7 49:16
things 38:6 40:1 41:21 64:16,22
think 5:14 12:3 17:22 18:18 20:4 31:8 33:3 45:14 46:4 54:22 63:17 65:16
third 27:9
thought 2:13 48:2
three 26:5 27:11,12 40:18 49:21 49:24 54:21 58:5,10 59:16 63:1
time 3:6 5:16 8:15 9:2 14:2 29:6 32:6 42:9 50:8 51:9 51:10 54:7

54:15 55:20 56:5,22 63:5 64:18
times 53:7
title 45:1
Titus 10:18 10:24 26:19 27:7 53:1 57:5
today 6:1 30:15,21,22 31:20 32:14 35:23 43:6 46:11 54:2 66:7,10,15
today's 29:10
told 34:15,21 34:22 51:17 55:15
totes 9:7 15:21,21
trailer 5:6 14:4,16,17 14:20 15:1 59:21,22 60:2 61:3,4 61:6
trailers 14:5 14:6 59:20 60:5,22 61:2,3
transcript 68:8,15
trash 54:19
trucks 54:16 54:17,19
true 57:24
try 17:2 57:3
trying 25:10 59:1 62:20
TUESDAY 1:2
Turn 26:3,4
two 25:17 26:4,8,18 26:20 27:6 27:7,11 28:22 49:14 52:22 54:15 55:5 60:15
type 43:20 45:10

**U**

unable 40:23
underlying 46:10
underpins 46:2
understand 42:18 63:2 63:3,20
understand... 62:21
understands 59:17
Understood 47:12
units 60:16
unlabeled 16:4
upper 18:22
use 58:6,9,10 61:9
usually 34:4

**V**

vehicles 14:9 14:10
violated 5:3 21:19 64:22
violation 3:8 3:10,22 4:7 5:8,23 6:5 10:11,20 13:15 14:12 18:7 21:4 25:12 35:14 40:21 41:22 42:2 45:20 47:1 49:6 53:4 54:13 54:23 66:9 66:23
violations 3:3 3:6 4:16,24 5:3,15 8:16 8:21 9:17 16:2,15 17:12 18:5 21:21,22 22:2,5,9,17 26:17 31:22 32:10 39:7 40:2,12,18 42:8,10,21 43:21 49:5 53:3 54:3

55:7 56:6
59:1 63:2,4 64:8,13 65:13
visit 24:24
visited 16:16 24:22 28:23 35:8
vote 65:18

**W**

wait 46:19 51:24
waiting 32:10
walk 57:4
walked 32:6
want 4:3 15:11 37:23 47:13 53:23 63:16 66:8
wanted 12:3
wasn't 22:13 28:12 33:20 36:11 41:20 55:13
waste 5:11 6:7,9 55:12
way 4:11 24:10 44:22 47:6,8 64:23
we'll 2:9,18 27:16 65:17 65:18,23
we're 2 39:10 42:7 42:20 46:8 47:10 58:1 58:20,24 59:4 65:16 66:16
welcomed 6:16
went 24:1 26:9,13 27:3 29:4 35:17 46:8 50:6,8,11 50:24 51:14 51:16 52:5 55:19 58:23 63:5 64:14
Whatever's

6:16
wheels 60:3
willing 5:14 41:12
winter 54:20
wintertime 54:17 55:3 34:7 35:24 40:5,6,9,10 40:13,15,20 40:24 41:6 41:9,13,15 41:18,19 42:9,11,18 43:24 44:2 44:3 53:5,9 53:19 61:9 61:9,16,17 62:3,7,10 62:12 63:8 64:8,13 65:5,15
wiring 5:5 6:6 13:18,24
witness 35:4 37:24 38:4 59:8 63:15 64:4,11
witnesses 48:4
work 13:14 53:9
wouldn't 3:16 40:2
wrecking 5:2 9:21,21 36:1 43:24 65:5
writing 62:9 62:11 63:11
written 4:16
wrong 23:8 24:16,20

**X**

**Y**

yard 8:5,12 8:22 15:8 25:8
yeah 20:4 21:9 29:2 38:8 50:4 50:13 51:12 52:10
year 50:9 52:4,5 56:10
years 7:6 54:15,22 57:6
2017 1:2 3:9 3:11 4:6 8:9 10:17,22 18:1,5,6 19:1,7 20:7 24:5 30:6 33:5 48:23 52:18 56:2
yesterday 29:8,9,17 33:13,16 35:9

**Z**

ZBA 40:17
zoned 4:17

14:13
zoning 5:2,18 6:3 8:22,22 9:24 11:1 14:6 15:13 25:23 26:12 33:11 34:5 34:7 35:24 40:5,6,9,10 40:13,15,20 40:24 41:6 41:9,13,15 41:18,19 42:9,11,18 43:24 44:2 44:3 53:5,9 53:19 61:9 61:9,16,17 62:3,7,10 62:12 63:8 64:8,13 65:5,15

**0**

**1**

1 7:12,21 18:10 43:11
10th 10:20
12/31/17 51:23
12th 10:23 18:18 20:20 29:5 33:5
13 2:5,9
1515 1:5
16 60:19
17 50:5
18th 1:5
1951 47:5

**2**

2 12:16 13:7 33:3 65:17
20 57:6 60:19
2017 1:2 3:9 3:11 4:6 8:9 10:17,22 18:1,5,6 19:1,7 20:7 24:5 30:6 33:5 48:23 52:18 56:2
29 1:2

2nd 3:9,11,15 4:6 8:9 10:10 18:1 18:5 19:1,7 19:15,16,20 19:24 20:7 21:11 22:13 28:23 30:6 42:16 49:4 49:4 54:8 56:2 64:3,3 64:5,14,21 64:24

**3**

3 12:16 13:7
3/2 51:5,12 52:3
3/28 49:1
30394 2:5
35 3:18 22:1 22:8,10,12 22:15,19 23:6 30:12 56:1 64:15
3950 3:5 23:10 24:8 24:14 49:11 52:8 59:9
3rd 10:22

**4**

4 13:11 16:10 31:1,7,8,12
4078 44:3
4085 24:19 24:21,24 25:3,4,6,13 25:18 37:18 39:15 43:3 49:11 57:22 58:1,17 59:5
4085-4087 28:21
4085-87 28:19
4087 1:8 3:3 4:9 7:8,14 7:18 8:7 12:23 14:21 21:16 24:8 24:13,17,23 25:2,4,14

Licenses & Inspections Review Board In Re: 4087 Richmond St.
September 29, 2017

25:18,20,24
26:12,17
36:2,3,7
37:2 38:23
39:13 43:3
43:8,24
44:14 46:14
46:21,23,24
47:11,15
57:21 58:14
59:5,9 65:6

**5**

**5** 14:2 16:10
31:8 32:15
**50** 57:1

**6**

**6** 16:10
**60** 57:2

**7**

**7** 14:7 16:10
**7th** 42:5

**8**

**8** 15:16 16:10
**8th** 10:12

**9**

**90's** 60:21,23
**9th** 10:13,17
18:6 23:17
24:5 26:13
34:8 40:14
52:18 64:6
64:7

Case ID: 170902758