

CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
3950 DELAWARE AVENUE
PHILADELPHIA PA 19137

Case No:     574778
Date of Notice:   03/02/17

**Subject Premises:** 4087 RICHMOND ST "FRANKFORD CREEK RIGHT OF WAY" AKA 4087 RICH
**Inspection Type:** C&I FIRE INSPECTION # 1

This is to inform you that the Department of Licenses and Inspections has inspected the subject premises and designated it as **in violation**, in whole or in part, within the meaning of the Philadelphia Code. This designation will remain until the violation(s) below is corrected.

If you fail to comply with this order, the City may take actions to comply with the city code by using its own forces or by contract. You, will be billed for all costs incurred including court and administrative fees. Failure to pay such bill will result in the City filing a lien in the amount against the title to the premises and/or costs and charges being recovered by a civil action brought against you.

If you have any questions regarding this notice, you may call the Code Enforcement Unit at 215-686-2506.

If you intend to appeal this violation, you must apply at Boards Administration, Public Services 11th Floor, Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102, within 30 days of the date of this notice. Telephone inquiries concerning appeal process can be directed to 215-686-2427. It is necessary that you submit a copy of this notice with the appeal. (See A-801.2)

**Please Note:** Appeals for Fire Code requirements must be submitted to the Board of Safety and Fire Prevention, 240 Spring Garden Street, Philadelphia, PA 19123, (215) 686-1356.

INSPECTOR GONZALEZ
Code Enforcement

### VIOLATIONS:
The quantity of hazardous material at this location exceeds the amount allowed without a permit.
An operational permit is required to store, transport on site, dispense, use or handle hazardous materials in excess of the amounts indicated within the Fire Code.
You must obtain the required operational permit or reduce, in an approved manner, the quantit of hazardous material on-site to or below the code limitation.
For application information, you may call License Issuance at 215-686-2490. (See F-2701.5, F 105.6.21 and F-105.6.21.1)

**Location: 4087 RICHMOND ST/K SQUAD**
**OBTAIN ACTIVE HAZARDOUS MATERIAL LICENSE**
**The status of this violation is NOT COMPLIED as of 03/02/17.**

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
3950 DELAWARE AVENUE
PHILADELPHIA PA 19137

Case No: 574778
Date of Notice: 03/02/17

**The number of days to comply this violation is 35 days.**

A use registration permit is required for every new use commenced on any land or in any structure. Return the subject premise to its approved usage or secure the proper permit for its present use. For zoning information call 215-686-2455. (See A-301.1.5)
**Location: 4087 RICHMOND ST/K SQUAD**

**MUST OBTAIN ZONING FOR ALL USES ON PROPERTY. SCRAP METAL/DISMANTLING/WRECKING OF USED MOTOR VEHICLES TO INCLUDE STORAGE AND SALE OF DISMANTLED. PARTIALLY DISMANTLED INOPERATIVE/WRECKED VEHICLES AND THEIR PARTS.**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

The subject building lacks one or more required portable fire extinguishers.
Sufficient portable fire extinguishers, selected in accordance with the Fire Code and NFPA 10, must be placed so that travel distance to an extinguisher does not exceed 75 feet from any point in the building. Each required extinguisher is to be in a conspicuous location where it will be readily accessible and immediately available for use. The location is to be along normal paths of travel, unless the fire code official determines otherwise. Fire extinguishers must not be obstructed or obscured from view. In rooms or areas in which visual obstruction cannot be completely avoided, means shall be provided to indicate the locations of extinguishers. You must install and maintain a fire extinguisher(s) in accordance with the above. (See F-906.1, F-906.2, F-906.3, F-906.5 and F-906.6)

**Location: 4087 RICHMOND ST/K SQUAD YARD AREA**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Extension cords and flexible cords shall not be a substitute for permanent wiring. Extension cords and flexible cords shall not be affixed to structures; extended through walls, ceilings or floors, or under doors or floor coverings, nor shall such cords be subject to environmental damage or physical impact. Extension cords shall be used only with portable appliances. (See F-605.5)
**Location: 4087 RICHMOND ST/ K SQUAD/STORAGE TRAILER**

**EXTENSION CORDS THAT ARE STRUNG ALONG THE WALL, FLOOR MUST BE REMOVED & DEDICATED WIRING INSTALLED.**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
3950 DELAWARE AVENUE
PHILADELPHIA PA 19137

**Case No:** 574778
**Date of Notice:** 03/02/17

This location lacks one or more of the required hazardous material identification signs. Unless otherwise exempted by the fire code official, visible hazard identification signs as specified in NFPA 704 for the specific material contained shall be placed on stationary containers and above-ground tanks and at entrances to locations where hazardous materials are stored, dispensed, used or handled in quantities requiring a permit and at specific entrances and locations designated by the fire code official.
Such signs must not be obscured or removed, must be in English as a primary language or in symbols allowed by this code, must be durable, and the size, color and lettering must be approved.
You must place a hazard identification sign meeting the above standards at each required location. (See F-2703.5 and F-2703.6)

**Location: 4087 RICHMOND ST/K SQUAD/AT FRONT ENTRANCE**
**INSTALL ON THE EXTERIOR FENCE NEAR ENTRANCE**
**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

The Material Safety Data Sheets (MSDS) for one or more of the hazardous materials found on this site are not available as required.
A MSDS must be readily available and properly maintained on the premises for hazardous materials regulated by Chapter 27 of the Philadelphia Fire Code.
You must make every required MSDS readily available or properly remove the material from th premises. (See F-2703.4)

**Location: 4087 RICHMOND ST/K SQUAD**
**MSDS FOR ALL FLUIDS ON SITE**
**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Prohibited smoking is taking place at this location.
Smoking is prohibited and "No smoking" signs must be provided in:
1. Rooms or areas where hazardous materials are stored, dispensed or used in open systems in amounts requiring a permit.
2. Within 25 feet of outdoor storage, dispensing or open use areas.
(See F-2703.7.1)

**Location: 4087 RICHMOND ST/ K SQUAD/YARD AREA**
**POST IN YARD AREA**
**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
3950 DELAWARE AVENUE
PHILADELPHIA PA 19137

Case No:   574778
Date of Notice:   03/02/17

The accumulated grass or other growth at this location is a fire hazard.
Weeds, grass, vines or other growth that is capable of being ignited and endangering property, must be cut down and removed by the owner or occupant of the premises.
You must remove accumulated grass or weeds from this premises.
(See F-304.1.2)

### Location: 4087 RICHMOND ST/K SQUAD/YARD AREA

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

You must obtain the license indicated below for the activity conducted at this location or discontinue the activity.  For license application information, call 215 686-2463.  (See Titles 9 and 10)
Licenses required by the Philadelphia Code must be publicly displayed in a conspicuous place where the licensed activity or act is principally conducted in accordance with the requirements of the license.  (See Titles 9 and 10)

### Location: 4087 RICHMOND ST/K SQUAD

### 3374 - AUTO WRECKING LICENSE

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

One or more individual containers, cartons or packages that contain hazardous material are not identified as required.
Unless otherwise exempted by the fire code official, each such item must be conspicuously marked or labeled in an approved manner. Such signs must not be obscured or removed, must be in English as a primary language or in symbols allowed by this code, must be durable, and the size, color and lettering must be approved.
You must properly mark or label each such individual container, carton or package. (See F-2703.5.1 and F-2703.6)

### Location: 4087 RICHMOND ST/K SQUAD/YARD AREA

### ALL DRUMS MUST BE ACCURATELY MARKED OF THEIR CONTENTS OR MARKED IF EMPTY.

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
3950 DELAWARE AVENUE
PHILADELPHIA PA 19137

Case No:   574778
Date of Notice:   03/02/17

You must obtain the license indicated below for the activity conducted at this location or discontinue the activity. For license application information, call 215 686-2463. (See Titles 9 and 10)

Licenses required by the Philadelphia Code must be publicly displayed in a conspicuous place where the licensed activity or act is principally conducted in accordance with the requirements of the license. (See Titles 9 and 10)

### Location: 4087 RICHMOND ST/ K SQUAD

### SCALE LICENSE

### The status of this violation is NOT COMPLIED as of 03/02/17.
### The number of days to comply this violation is 35 days.

The storage of combustible material at this location exceeds Fire Code limitations.
The outside storage of combustible materials must not exceed individual piles of 10 feet in height. The height is permitted to increase by one foot for each one and one-half foot increase in the width of fire access lanes (over the minimum 15 feet wide) on all sides of each pile to a maximum height of 20 feet.
You must reduce the height of any pile that exceeds 20 feet or a lesser height as determined b the width of the fire lanes on this property. (See F-315.3.2)

### Location: 4087 RICHMOND ST/K SQUAD/REAR

### CARS TO STACKED TO HIGH.

### The status of this violation is NOT COMPLIED as of 03/02/17.
### The number of days to comply this violation is 35 days.

> A $75 fee will be assessed on the third inspection failure doubling with each subsequent failure up to a $300 fine per inspection.

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
4085 RICHMOND ST
PHILADELPHIA PA 19137-1419

**Case No:** 574778
**Date of Notice:** 03/02/17

**Subject Premises:** 4087 RICHMOND ST "FRANKFORD CREEK RIGHT OF WAY" AKA 4087 RICH
**Inspection Type:** C&I FIRE INSPECTION # 1

This is to inform you that the Department of Licenses and Inspections has inspected the subject premises and designated it as **in violation**, in whole or in part, within the meaning of the Philadelphia Code. This designation will remain until the violation(s) below is corrected.

If you fail to comply with this order, the City may take actions to comply with the city code by using its own forces or by contract. You, will be billed for all costs incurred including court and administrative fees. Failure to pay such bill will result in the City filing a lien in the amount against the title to the premises and/or costs and charges being recovered by a civil action brought against you.

If you have any questions regarding this notice, you may call the Code Enforcement Unit at 215-686-2506.

If you intend to appeal this violation, you must apply at Boards Administration, Public Services 11th Floor, Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102, within 30 days of the date of this notice. Telephone inquiries concerning appeal process can be directed to 215-686-2427. It is necessary that you submit a copy of this notice with the appeal. (See A-801.2)

**Please Note:** Appeals for Fire Code requirements must be submitted to the Board of Safety and Fire Prevention, 240 Spring Garden Street, Philadelphia, PA 19123, (215) 686-1356.

INSPECTOR GONZALEZ
Code Enforcement

**VIOLATIONS:**
The quantity of hazardous material at this location exceeds the amount allowed without a permit.
An operational permit is required to store, transport on site, dispense, use or handle hazardous materials in excess of the amounts indicated within the Fire Code.
You must obtain the required operational permit or reduce, in an approved manner, the quantit of hazardous material on-site to or below the code limitation.
For application information, you may call License Issuance at 215-686-2490. (See F-2701.5, F 105.6.21 and F-105.6.21.1)

**Location: 4087 RICHMOND ST/K SQUAD**
**OBTAIN ACTIVE HAZARDOUS MATERIAL LICENSE**
**The status of this violation is NOT COMPLIED as of 03/02/17.**

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
4085 RICHMOND ST
PHILADELPHIA PA 19137-1419

Case No:     574778
Date of Notice:   03/02/17

**The number of days to comply this violation is 35 days.**

A use registration permit is required for every new use commenced on any land or in any structure. Return the subject premise to its approved usage or secure the proper permit for its present use. For zoning information call 215-686-2455. (See A-301.1.5)
**Location: 4087 RICHMOND ST/K SQUAD**

**MUST OBTAIN ZONING FOR ALL USES ON PROPERTY. SCRAP METAL/DISMANTLING/WRECKING OF USED MOTOR VEHICLES TO INCLUDE STORAGE AND SALE OF DISMANTLED. PARTIALLY DISMANTLED INOPERATIVE/WRECKED VEHICLES AND THEIR PARTS.**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

The subject building lacks one or more required portable fire extinguishers.
Sufficient portable fire extinguishers, selected in accordance with the Fire Code and NFPA 10, must be placed so that travel distance to an extinguisher does not exceed 75 feet from any point in the building. Each required extinguisher is to be in a conspicuous location where it will be readily accessible and immediately available for use. The location is to be along normal paths of travel, unless the fire code official determines otherwise. Fire extinguishers must not be obstructed or obscured from view. In rooms or areas in which visual obstruction cannot be completely avoided, means shall be provided to indicate the locations of extinguishers.
You must install and maintain a fire extinguisher(s) in accordance with the above. (See F-906.1, F-906.2, F-906.3, F-906.5 and F-906.6)

**Location: 4087 RICHMOND ST/K SQUAD YARD AREA**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Extension cords and flexible cords shall not be a substitute for permanent wiring. Extension cords and flexible cords shall not be affixed to structures; extended through walls, ceilings or floors, or under doors or floor coverings, nor shall such cords be subject to environmental damage or physical impact. Extension cords shall be used only with portable appliances. (See F-605.5)
**Location: 4087 RICHMOND ST/ K SQUAD/STORAGE TRAILER**

**EXTENSION CORDS THAT ARE STRUNG ALONG THE WALL, FLOOR MUST BE REMOVED & DEDICATED WIRING INSTALLED.**

**The status of this violation is NOT COMPLIED as of 03/02/17.**
**The number of days to comply this violation is 35 days.**

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
4085 RICHMOND ST
PHILADELPHIA PA 19137-1419

Case No:       574778
Date of Notice:   03/02/17

This location lacks one or more of the required hazardous material identification signs.
Unless otherwise exempted by the fire code official, visible hazard identification signs as specified in NFPA 704 for the specific material contained shall be placed on stationary containers and above-ground tanks and at entrances to locations where hazardous materials are stored, dispensed, used or handled in quantities requiring a permit and at specific entrances and locations designated by the fire code official.
Such signs must not be obscured or removed, must be in English as a primary language or in symbols allowed by this code, must be durable, and the size, color and lettering must be approved.
You must place a hazard identification sign meeting the above standards at each required location.  (See F-2703.5 and F-2703.6)

### Location: 4087 RICHMOND ST/K SQUAD/AT FRONT ENTRANCE

### INSTALL ON THE EXTERIOR FENCE NEAR ENTRANCE

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

The Material Safety Data Sheets (MSDS) for one or more of the hazardous materials found on this site are not available as required.
A MSDS must be readily available and properly maintained on the premises for hazardous materials regulated by Chapter 27 of the Philadelphia Fire Code.
You must make every required MSDS readily available or properly remove the material from th premises. (See F-2703.4)

### Location: 4087 RICHMOND ST/K SQUAD

### MSDS FOR ALL FLUIDS ON SITE

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

Prohibited smoking is taking place at this location.
Smoking is prohibited and "No smoking" signs must be provided in:
1. Rooms or areas where hazardous materials are stored, dispensed or used in open systems in amounts requiring a permit.
2. Within 25 feet of outdoor storage, dispensing or open use areas.
(See F-2703.7.1)

### Location: 4087 RICHMOND ST/ K SQUAD/YARD AREA

### POST IN YARD AREA

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
4085 RICHMOND ST
PHILADELPHIA PA 19137-1419

Case No:        574778
Date of Notice:  03/02/17

The accumulated grass or other growth at this location is a fire hazard.
Weeds, grass, vines or other growth that is capable of being ignited and endangering property, must be cut down and removed by the owner or occupant of the premises.
You must remove accumulated grass or weeds from this premises.
(See F-304.1.2)

### Location: 4087 RICHMOND ST/K SQUAD/YARD AREA
### The status of this violation is NOT COMPLIED as of 03/02/17.
### The number of days to comply this violation is 35 days.

You must obtain the license indicated below for the activity conducted at this location or discontinue the activity. For license application information, call 215 686-2463. (See Titles 9 and 10)
Licenses required by the Philadelphia Code must be publicly displayed in a conspicuous place where the licensed activity or act is principally conducted in accordance with the requirements of the license. (See Titles 9 and 10)

### Location: 4087 RICHMOND ST/K SQUAD
### 3374 - AUTO WRECKING LICENSE
### The status of this violation is NOT COMPLIED as of 03/02/17.
### The number of days to comply this violation is 35 days.

One or more individual containers, cartons or packages that contain hazardous material are not identified as required.
Unless otherwise exempted by the fire code official, each such item must be conspicuously marked or labeled in an approved manner. Such signs must not be obscured or removed, mus be in English as a primary language or in symbols allowed by this code, must be durable, and the size, color and lettering must be approved.
You must properly mark or label each such individual container, carton or package. (See F-2703.5.1 and F-2703.6)

### Location: 4087 RICHMOND ST/K SQUAD/YARD AREA
### ALL DRUMS MUST BE ACCURATELY MARKED OF THEIR CONTENTS OR MARKED IF EMPTY.
### The status of this violation is NOT COMPLIED as of 03/02/17.
### The number of days to comply this violation is 35 days.

Case ID: 170902758



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Commercial and Industrial Unit
1401 JFK Blvd.
11th Floor, Suite 1130
Philadelphia, PA 19102

## VIOLATION NOTICE

HOLTON ROBERT
4085 RICHMOND ST
PHILADELPHIA PA 19137-1419

**Case No:** 574778
Date of Notice:   03/02/17

You must obtain the license indicated below for the activity conducted at this location or discontinue the activity. For license application information, call 215 686-2463. (See Titles 9 and 10)

Licenses required by the Philadelphia Code must be publicly displayed in a conspicuous place where the licensed activity or act is principally conducted in accordance with the requirements of the license. (See Titles 9 and 10)

### Location: 4087 RICHMOND ST/ K SQUAD

### SCALE LICENSE

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

The storage of combustible material at this location exceeds Fire Code limitations.
The outside storage of combustible materials must not exceed individual piles of 10 feet in height. The height is permitted to increase by one foot for each one and one-half foot increase in the width of fire access lanes (over the minimum 15 feet wide) on all sides of each pile to a maximum height of 20 feet.
You must reduce the height of any pile that exceeds 20 feet or a lesser height as determined b the width of the fire lanes on this property. (See F-315.3.2)

### Location: 4087 RICHMOND ST/K SQUAD/REAR

### CARS TO STACKED TO HIGH.

### The status of this violation is NOT COMPLIED as of 03/02/17.

### The number of days to comply this violation is 35 days.

A $75 fee will be assessed on the third inspection failure doubling with each subsequent failure up to a $300 fine per inspection.

Case ID: 170902758