

**CITY OF PHILADELPHIA**
**DEPARTMENT OF**
**LICENSES AND INSPECTIONS**

*Operations Division, East District*
*Rising Sun Ave & Benner St, 2nd Floor*
*Philadelphia, PA 19111*
*Office: 215-685-0535*
*Email : OperationsEast@phila.gov*

*HOLTON ROBERT*
*4085 RICHMOND ST*
*PHILADELPHIA PA 19137-1419*

**L&I CASE NUMBER: 574778**

*DATE OF ORIGINAL NOTICE: 03/02/17*

# NOTICE OF INTENT TO CEASE OPERATIONS AND ORDER

Address in Violation: 4087 RICHMOND ST

Dear HOLTON ROBERT:

The Department of Licenses and Inspections conducted an inspection of the referenced premises and determined that it is violation of the Philadelphia Code. As set out in the Code, these violations may pose a threat to the safety, health or welfare to the occupants or surrounding community and require immediate correction.

Due to the nature of the violations cited in the Notice of Violation of Case No. 574778, as referenced above, the Department issues this **INTENT TO CEASE OPERATIONS**, which will become effective *04/12/17*. This is your **FINAL WARNING** prior to the issuance of a Cease Operations.

If a Cease Operations is issued, your business/property/establishment will be required to close, or that portion or use of the premises as specified in the Order will be forced to cease immediately.

This Notice of Intent to Cease Operations and Order can only be vacated by obtaining an immediate stay of enforcement as set out in the Administrative Code, or correcting the cited violations and passing an inspection by the Department prior to the Cease Operations effective date. Should you wish to appeal the Notice of Violation and the Cease Operations, you must file that appeal with the Boards Administration within thirty (30) days of the later of this Notice.

Appeal forms may be obtained online at: http://www.phila.gov/li/Pages/Appeals.aspx or in person at:

The Board of License and Inspection Review
1401 John F. Kennedy Blvd.
Municipal Services Building - 11th Floor
Philadelphia, PA 19102
Telephone (215)686-2427

As stated above, it is imperative that you address this matter immediately and consider this your final warning prior to the Department issuing a Cease Operations Order.

If you are the occupant of a residential building, a representative of the City of Philadelphia Office of Supportive Housing will be present the day the Cease Order is issued to assist you.

If you have any questions, please contact the Supervisor listed below at 215-685-0535

Sincerely,

East District Operations Supervisor

A-1

Case ID: 170902758