mclaiborn

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 170401646 |
| Case Caption: | HOLTON VS CITY OF PHILADELPHIA DEPARTMENT OF L&I |
| Filing Date: | Wednesday, April 12th, 2017 |
| Court: | MAJOR NON JURY EXPEDITED |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | EQUITY - REAL ESTATE (TRO) |
| Status: | PRAECIPE TO DISCONTINUE |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | BERNARD, JACK M |
| **Address:** | 1550 BEACON ST UNIT 6G BROOKLINE MA 02446 (484)437-6804 | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | HOLTON, ROBERT |
| **Address:** | 4085-4087 RICHMOND ST AKA 3950 N DELAWARE AVE | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | | | | PHILADELPHIA PA 19137 |
| 3 | 7 | | DEFENDANT | CITY OF PHILADELPHIA DEPARTMENT OF LICENSES AND INSPECTIONS |
| Address: | OPERATION DIVISIONS EAST DIST 7522 CASTOR AVE PHILADELPHIA PA 19152 | Aliases: | none | |
| 4 | 7 | | DEFENDANT | CITY OF PHILADELPHIA DEPARTMENT OF LICENSES AND INSPECTIONS |
| Address: | MUNICIPAL SERVICES BLDG 1401 JOHN F KENNEDY BLVD PHILADELPHIA PA 19102 | Aliases: | none | |
| 5 | | | JUDGE | JUDGE, EMERGENCY |
| Address: | ROOM 280 CITY HALL PHILADELPHIA PA 19107 | Aliases: | none | |
| 6 | | | TEAM LEADER | SHIRDAN-HARRIS, LISETTE |
| Address: | 692 CITY HALL PHILADELPHIA PA 19107 | Aliases: | none | |
| 7 | | | ATTORNEY FOR DEFENDANT | JOHNSON, CHRISTOPHER J |
| Address: | 1515 ARCH STREET 15TH FLOOR PHILADELPHIA PA | Aliases: | none | |

|  |  |  | ATTORNEY FOR DEFENDANT | JEFFERSON, EDWARD P |
|---|---|---|---|---|
|  |  |  |  |  |

(continued from previous row context: 19102 (215)683-5118)

| | 8 | 7 | ATTORNEY FOR DEFENDANT | JEFFERSON, EDWARD P |
|---|---|---|---|---|
| **Address:** | CITY OF PHILADELPHIA LAW DEPT ONE PARKWAY BUILDING 1515 ARCH STREET,15TH FLOOR PHILADELPHIA PA 19102 (215)683-5104 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 12-APR-2017 01:53 PM | ACTIVE CASE | | | 12-APR-2017 01:59 PM |
| **Docket Entry:** | *none.* | | | |
| 12-APR-2017 02:13 PM | COMMENCEMENT OF CIVIL ACTION | BERNARD, JACK M | | 12-APR-2017 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 12-APR-2017 02:13 PM | COMPLAINT FILED NOTICE GIVEN | BERNARD, JACK M | | 12-APR-2017 12:00 AM |
| **Documents:** | CMPLT_3.pdf<br>CMPLT_3_001.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 12-APR-2017 02:30 PM | EMERGENCY MOTION/PET FILED | BERNARD, JACK M | | 12-APR-2017 12:00 AM |

| | | | | |
|---|---|---|---|---|
| **Documents:** | MTEMG_4.pdf | | | |
| **Docket Entry:** | 37-17045137 EMERGENCY MOTION FOR PRELIMINARY INJUNCTION FILED. | | | |
| | | | | |
| 12-APR-2017 02:59 PM | WAITING TO LIST CASE MGMT CONF | BERNARD, JACK M | | 12-APR-2017 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 13-APR-2017 12:48 PM | MOTION ASSIGNED | | | 13-APR-2017 12:48 PM |
| **Docket Entry:** | 37-17045137 MOT-EMERGENCY MOTION ASSIGNED TO JUDGE: JUDGE, EMERGENCY . ON DATE: APRIL 13, 2017 | | | |
| | | | | |
| 13-APR-2017 12:53 PM | ORDER ENTERED/236 NOTICE GIVEN | FLETMAN, ABBE F | | 13-APR-2017 12:53 PM |
| **Documents:** | ORDER_7.pdf | | | |
| **Docket Entry:** | 37-17045137 IT IS HEREBY ORDERED THAT THE MOTION IS DENIED AND NO STAY OF PROCEEDINGS IS GRANTED. PURSUANT TO SECTION A-805.2 OF THE PHILADELPHIA ADMINISTRATIVE CODE, NO STAY SHALL BE GRANTED WHERE THERE EXISTS A "CONDITION OF IMMEDIATE DANGER OR HAZARD TO HEALTH, SAFETY OR WELFARE WHICH REQUIRES IMMEDIATE COMPLIANCE." PHILA. ADMIN. CODE&A-805(2017). THE COURT FINDS THAT THE CITY ESTABLISHED SUCH A CONDITION THROUGH CREDIBLE TESTIMONY AND EXHIBITS.........BY THE COURT: FLETMAN, J. 04/13/2017. | | | |
| | | | | |
| 13-APR-2017 12:53 PM | NOTICE GIVEN UNDER RULE 236 | | | 13-APR-2017 02:05 PM |
| **Docket Entry:** | NOTICE GIVEN ON 13-APR-2017 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 13-APR-2017. | | | |
| | | | | |
| 28-JUN-2017 10:25 AM | LISTED FOR CASE MGMT CONF | | | 28-JUN-2017 10:25 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 30-JUN-2017 12:30 AM | NOTICE GIVEN | | | 30-JUN-2017 12:30 AM |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| 06-JUL-2017 12:04 PM | ENTRY OF APPEARANCE | JOHNSON, CHRISTOPHER J | | 07-JUL-2017 10:31 AM |
| **Documents:** | [entry of appearance HOLTON v. City of Philadelphia, Department of LI.pdf](#) | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF EDWARD P JEFFERSON AND CHRISTOPHER J JOHNSON FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA DEPARTMENT OF LICENSES AND INSPECTIONS) | | | |
| 11-JUL-2017 12:30 AM | NOTICE GIVEN | | | 11-JUL-2017 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| 19-JUL-2017 02:54 PM | PRELIMINARY OBJECTIONS | JOHNSON, CHRISTOPHER J | | 19-JUL-2017 03:40 PM |
| **Documents:** | [HOLTON Preliminary Objections 07192017.pdf](#) | | | |
| **Docket Entry:** | 10-17072510 PRELIMINARY OBJECTIONS TO PLAINTIFF'S COMPLAINT FILED. RESPONSE DATE: 08/08/2017 (FILED ON BEHALF OF CITY OF PHILADELPHIA DEPARTMENT OF LICENSES AND INSPECTIONS) | | | |
| 24-JUL-2017 09:49 AM | WAITING TO LIST RULE DATE | SULLIVAN, JOAN | | 24-JUL-2017 09:49 AM |
| **Docket Entry:** | THIS RULE IS REQUESTED DUE TO PLAINTIFF'S ATTORNEY'S FAILURE TO APPEAR FOR THE CASE MANAGEMENT CONFERENCE, SCHEDULED FOR: 7/24/17. J. SULLIVAN / CIVIL CASE MANAGER. | | | |
| 24-JUL-2017 10:20 AM | CORRECTIVE ENTRY | | | 24-JUL-2017 12:00 AM |
| **Docket Entry:** | CASE WILL NOT BE LISTED FOR RULE. SANCTIONS TO BE ISSUED AGAINST PLTF'S COUNSEL FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE. CASE MANAGEMENT CONFERENCE TO BE RESCHEDULED. (JNS/COMPLEX LIT CENTER) | | | |
| 24-JUL-2017 10:49 AM | LISTED FOR CASE MGMT CONF | | | 24-JUL-2017 10:49 AM |
| **Docket Entry:** | *none.* | | | |

| 24-JUL-2017 10:49 AM | NOTICE GIVEN | | | 24-JUL-2017 10:49 AM |
|---|---|---|---|---|
| **Documents:** | NOTGV_17.pdf | | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 24-JUL-2017 10:49 AM | NOTICE GIVEN UNDER RULE 236 | | | 25-JUL-2017 08:42 AM |
| **Docket Entry:** | NOTICE GIVEN ON 25-JUL-2017 OF NOTICE GIVEN ENTERED ON 24-JUL-2017. | | | |
| | | | | |
| 25-JUL-2017 03:52 PM | PRAECIPE TO DISCONTINUE | BERNARD, JACK M | | 25-JUL-2017 04:21 PM |
| **Documents:** | Praecipe to Withdraw wo Prejudice.pdf | | | |
| **Docket Entry:** | ORDER TO DISCONTINUE WITHOUT PREJUDICE FILED. (FILED ON BEHALF OF ROERT HOLTON) | | | |
| | | | | |
| 26-JUL-2017 12:30 AM | NOTICE GIVEN | | | 26-JUL-2017 12:30 AM |
| **Docket Entry:** | *none.* | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

[ E-Filing System ]   [ Search Home ]