

# NOTICE OF DECISION

CITY OF PHILADELPHIA
BOARD OF LICENSE AND INSPECTION REVIEW
1401 J. F. K. BOULEVARD, 11th FLOOR
PHILADELPHIA, PA 19102-2097

APPEAL #: **30394**    DATE OF DECISION **08/30/17**    DOCUMENT BEING **574778**
APPEALED:
APPEAL TYPE:  HOUSING

**APPELLANT:**  ROBERT HOLTON
4085-87 RICHMOND STREET
PHILADELPHIA PA 19137

**ATTORNEY:**  CRAIG A. SOPIN, ESQ.
601 WALNUT STREET, SUITE 160-WEST
PHILADELPHIA PA 19106

**ADDRESS:**  **4087 RICHMOND ST**

The Board of License and Inspection Review, having held a public hearing in the above numbered appeal, after proper public notice thereof, has decided the appeal is:

## CITY AFFIRMED

ALL DECISIONS ISSUED HEREIN ARE SUBJECT TO THE FOLLOWING CONDITION(S):

NOTE: All appeals from this decision are to be taken to the Court of Common Pleas of Philadelphia County within thirty (30) days from the date of this decision.

In order to pursue your appeal in Common Pleas Court, you must order the Notes of Testimony from your hearing before the L&I Review Board. To order the Notes of Testimony, you should contact Strehlow & Associates, the court reporting agency, at 215-504-4622. **Your appeal cannot proceed without the Notes of Testimony.**

Case ID: 170902758