2

IN THE COURT OF COMMON PLEAS

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

CIVIL TRIAL DIVISION

- - -

ROBERT HOLTON, et al          : FEBRUARY TERM, 2018
                              :
      vs.                     :
                              :
CITY OF PHILADELPHIA          : NO. 01429

- - -

FEBRUARY 16, 2018
COURTROOM 426
CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

EMERGENCY MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

- - -

BEFORE:  HONORABLE ABBE F. FLETMAN, J.

- - -

APPEARANCES:

    JACK BERNARD, ESQUIRE
    FOR THE PLAINTIFF

    EDWARD JEFFERSON, ESQUIRE
    DEPUTY CITY SOLICITOR
    CHRISTOPHER JOHNSON, ESQUIRE
    ASSISTANT CITY SOLICITOR
    FOR THE CITY OF PHILADELPHIA

---

I N D E X

1
2  PLAINTIFF'S EVIDENCE
3  WITNESS               DR   CR   RDR   RCR
4  Robert Holton         13   21   36
5  Robert Holton (Rebuttal) 78  82   86
6
7  DEFENDANT'S EVIDENCE
8  WITNESS               DR   CR   RDR   RCR
9  Darin Gatti           39   53
10 Martin Raudenbush     62   71   75
11         E X H I B I T S
12 NO.        DESCRIPTION        ID.   IN EVD.
13 P-1        EPA Letter         18       38
14 P-2        EPA Inspection Report  18   38
15 P-3   Hazardous Material Handling License  73
16 P-4        Title              87       87
17 City Exhibit-1   Violation Notice          78
18 City Exhibit-2   Violation Notice          78
19 City Exhibit-3   Copy of Ordinance    43   78
20 City Exhibit-4   Jury Plan       44   78
21 City Exhibit-5   City Plan       45   78
22 City Exhibit-6   Deed            47   78
23 City Exhibit-7   Intent to Cease Notice  65   78
24 City Exhibit-8   Photographs     67   78
25 City Exhibit-9   Document        69   78

---

3

ROBERT HOLTON, et al v. CITY OF PHILADELPHIA

1          THE COURT CRIER:  State and spell
2  your name for the record.
3          THE WITNESS:  Robert Holton.
4          THE COURT CRIER:  Please spell it.
5          THE WITNESS:  R-O-B-E-R-T
6  H-O-L-T-O-N.
7          (Mr. Holton sworn.)
8          THE COURT CRIER:  Counsel, if you
9  want to put your appearance on the record,
10 please.
11         MR. BERNARD:  Thank you.
12         Jack Bernard for the plaintiff,
13 Robert Holton.
14         MR. JEFFERSON:  Edward Jefferson on
15 behalf of the City of Philadelphia.
16         Good morning, Your Honor.
17         THE COURT:  All right.  Good morning,
18 everyone.
19         All right.  Mr. Bernard, I will hear
20 from you.
21         MR. BERNARD:  Thank you, Your Honor.
22         May I sit?
23         THE COURT:  You may.  Thank you.
24         What is important is to use the
25 microphone.

---

4

ROBERT HOLTON, et al v. CITY OF PHILADELPHIA

1          MR. BERNARD:  Yes, I understand that.
2          Your Honor, this matter is before you
3  for the second time; when I say this matter, I
4  am talking about the underlying dispute.  The
5  last time we were here, we sought what a
6  amounted to a temporary restraining order , but,
7  of course, it is called a preliminary
8  injunction, and it was denied.  We sought that
9  pending the outcome of a proceeding before the
10 Licenses & Inspections Review Board.  That
11 proceeding went forward.  Mr. Holton was
12 represented by counsel, other counsel, and the
13 L&I Review Board unanimously decided in favor
14 of the Department of Licenses and Inspections,
15 so that case is pending and it has been
16 appealed to the Court of Common Pleas.  So , the
17 reason we were here last time is no longer
18 applicable, obviously.
19         We are seeking preliminary injunctive
20 relief, Your Honor, and we are going to
21 establish through Mr. Holton's testimony that
22 these are manufactured violations, that there
23 are no violations, and that the underlying
24 dispute really has to do with the city's
25 attempt to acquire a piece of property from

1   Mr. Holton without going through eminent
2   domain.  I realize that is a strong statement,
3   but we believe it is true.
4   THE COURT:  Well, what is the
5   emergency?  Why are you here on an emergency
6   basis?
7   MR. BERNARD:  Yes, Your Honor.
8   Attached to the complaint is a notice from the
9   City of Philadelphia shutting down Mr. Holton's
10  business and so we are seeking preliminary
11  injunctive relief so that that will not be done
12  and that would be the urgent notice attached as
13  Exhibit A, and that was to have taken place
14  today.  It is my understanding nothing has
15  happened.
16  THE COURT:  Okay.  Mr. Jefferson, do
17  you want to make opening remarks or should we
18  just go to testimony?
19  MR. JEFFERSON:  Thank you, Your
20  Honor.
21  Very briefly, I would like to make an
22  opening.
23  THE COURT:  Sure.
24  MR. JEFFERSON:  Your Honor, this case
25  comes about as a result of violations that were

1   written at an address that I am going to refer
2   to as 4087 Richmond Street.
3   THE COURT:  Okay.  And could you move
4   that microphone towards you?  Thank you.  I
5   think we have gotten the new system since you
6   have been here last, but, amplification
7   actually now works in this courtroom.
8   MR. JEFFERSON:  Thank you.
9   THE COURT:  So, it was?
10  MR. JEFFERSON:  4087 Richmond Street,
11  which is a property that does not exist on the
12  city plan and it does not exist in the Office
13  of Property Assessment.  It is a lot without
14  any kind of tax address.  It is a lot that is
15  within the right of way of the Frankford Creek.
16  Now with respect to that particular
17  portion of property, which is separate and
18  apart from 4085 Richmond Street, which
19  Mr. Holton owns and lawfully occupies, now —
20  THE COURT:  So, I am sorry.  Are you
21  saying that this cease operations order relates
22  to 4087 and not 4085?
23  MR. JEFFERSON:  That's correct, Your
24  Honor.  It does not relate to 4085, which is
25  lawfully owned by Mr. Holton and lawfully

1   operated as Final Destination, which is an auto
2   salvage or wrecking place.  This is a property,
3   and when we get into the evidence, I will
4   demonstrate that through various records and
5   testimony.  However, now how this came about
6   and it has come about for a really long time —
7   THE COURT:  Let me stop you just for
8   a second because I am not sure I am
9   understanding.
10  So, what is the effect of an urgent
11  notice to cease operations on a property
12  that -- does somebody own this property that
13  doesn't exist?
14  MR. JEFFERSON:  The City of
15  Philadelphia.
16  THE COURT:  Why would you do a
17  cease -- an urgent notice to yourself?
18  MR. JEFFERSON:  Well, that is a
19  wonderful question, Your Honor, and the reason
20  that we have done that and the reason that we
21  have cited violations for his unlawful use of
22  the property, because he can't get a zoning
23  permit.  You need a zoning permit in order to
24  be able to occupy a property and use it
25  lawfully.

1   THE COURT:  I see.  You are saying
2   that Mr. Holton was using this property.
3   MR. JEFFERSON:  Yes, Your Honor.
4   THE COURT:  All right.  I am with
5   you.  All right.
6   MR. JEFFERSON:  Mr. Holton has been
7   leasing the property or renting the property to
8   an operator that was operating there as K
9   Squad.  I don't know what they are operating as
10  now.  So, anything he placed upon that
11  property; albeit a trailer, multiple vehicles
12  that are in disassembled or held for sale
13  either by parts or in whole are there
14  unlawfully, and the unlawful reason is what I
15  have just stated.  He cannot legalize it
16  because he cannot get a permit to operate.
17  THE COURT:  Because he doesn't own
18  it?
19  MR. JEFFERSON:  That's correct.  He
20  has no legal interest in the property.
21  Now, the City of Philadelphia, even
22  though there are people that trespass and use
23  property that isn't theirs, we still give them
24  process, and the process that we give them is
25  to say that you can't occupy the property, you

1  know, for any purpose and that the property
2  basically is continued to be used and we go
3  through the process of having it heard by the
4  board.
5       Now in this particular case,
6  violations had been written and the cease
7  operations was posted and given to Mr. Holton
8  with respect to this property and that was in
9  March of 2017.
10      Now in March of 2017, when we issued
11  the cease operations, that is when counsel for
12  the petitioner, Mr. Bernard, came to this court
13  and asked that the cease operations be lifted
14  and the cease operations was not lifted.
15  Subsequently, the Board of Licenses &
16  Inspections --
17       THE COURT:  That was a different case
18  number?
19       MR. JEFFERSON:  I believe it was a
20  different case number because counsel has since
21  ended that first case, Your Honor.
22       So since the cease operations,
23  Mr. Holton, albeit through either a tenant or
24  himself, has continued to operate on the
25  property in violation of the cease operations

1  order notwithstanding Your Honor's order
2  upholding the cease.
3       So, the matter went to the Board of
4  Inspections and Licenses Review and they held a
5  hearing.  At that hearing, which I can only
6  represent in terms, I don't have the
7  transcript, but I think this may be without
8  dispute, okay?  At that hearing the city put on
9  evidence that Mr. Holton couldn't use the
10  property because he couldn't get a use permit;
11  he had no right to be there.  You can't get a
12  use permit without the authorization of the
13  owner, and the board, hearing that and other
14  violations, which Mr. Holton swore that he had
15  corrected some of the violations, but
16  notwithstanding that, he still couldn't use the
17  property.  The board affirmed the city in terms
18  of the use permit and other violations that it
19  had written.
20       Now, an appeal has been taken to
21  that, Your Honor.  However, when a cease
22  operations is outstanding, to get relief from
23  the cease operations you need to do something
24  affirmative.  You need to come to the court or
25  you need to ask the board or somebody --

1       THE COURT:  Well, isn't that why
2  Mr. Holton is here today?
3       MR. JEFFERSON:  No, I mean that is
4  not why he is here today.  This is way after
5  the fact.  This board hearing was held last
6  year and since that time he has been operating
7  this premises.
8       Now, when a person does not, under
9  the law, have a right to occupy a use property,
10  they need to cease the operations and remove
11  any and all things related to the unlawful use,
12  and we, the city basically has, you know, we
13  have given him a lot of time to try to get rid
14  of these things.  The cease operations has been
15  posted and, still, he continues to operate and
16  still continues to have these, you know,
17  vehicles and equipment on the property.  So, it
18  is coming to a time now where the city
19  basically, the only way we can stop him is to
20  remove the stuff and that is where we are and
21  we gave him notice about that.
22       Now, I am going to add one other
23  thing that I think is particularly important.
24  After the Board of Licenses & Inspections
25  Review case, after the city was affirmed, after

1  the board found in favor of the City of
2  Philadelphia, at that point, if
3  Mr. Holton wanted to get relief from that
4  prevailing cease operations, he would have to
5  get a stay; he would have to do something to
6  stay the cease pending an appeal or something
7  else, and they haven't done that.  This was
8  back in November of 2017.  He hasn't done that.
9  All he has done is continue to violate the
10  cease operations every day that he has been
11  there.
12       Now in addition to that, Mr. Bernard,
13  on behalf of Mr. Holton, has come to this court
14  and he is asking for equitable relief.  He is
15  asking for some kind of injunction for
16  something on a property which he doesn't own.
17  But in addition to that, you know, a person is
18  not even entitled to equitable relief when they
19  come to the court with unclean hands, when the
20  very thing that they should have done by order
21  not just of the court, but of the City of
22  Philadelphia to cease operations and remove the
23  stuff.
24       Now we are at a point now where we
25  are ready, you know, because of Mr. Holton's

**Page 13**

1  indifference, to remedy the violation ourselves
2  on our own property and that is what we are
3  doing here, that is what Mr. Bernard, that is
4  the case. This is the case that Mr. Bernard is
5  now bringing to you, the case that basically,
6  number one, shouldn't be heard because of the
7  unclean hands of Mr. Holton, and, number two,
8  because his proof cannot show this Court that
9  he has any lawful right to be there.
10         THE COURT:  All right.  Thank you.
11         All right.  Mr. Bernard, you can call
12  your first witness.
13         MR. BERNARD:  Yes, I will, Your
14  Honor.  Thank you.
15         Mr. Holton, would you take the stand,
16  please.
17         THE COURT:  He just stays there.
18         The way this courtroom is designed,
19  if he is there, I can't see him.  So, you will
20  just have to share the microphone.
21              DIRECT EXAMINATION
22  BY MR. BERNARD:
23  Q.  Mr. Holton, I am going to ask you some
24  questions and just answer them to the best of your
25  ability one at a time, okay?

**Page 14**

1         You have heard what Mr. Jefferson just
2  advised Her Honor, Judge Fletman, that you are
3  essentially trespassing.  So I want to direct my
4  questions to you regarding that issue immediately.
5         First of all, how long has Final
6  Destination been in business at that location?
7  A.  About 20 years.
8  Q.  During that period of time, during the 20
9  years, has there ever been any effort to evict you
10  and Final Destination as a trespasser, to your
11  knowledge?
12  A.  Except personally.
13         THE COURT:  Mr. Holton, you have to
14         use the microphone.
15  BY MR. BERNARD:
16  Q.  Evict you as a trespasser, not for violating
17  ordinances.  Has there ever been any attempt to
18  evict you as a trespasser?
19  A.  No.
20  Q.  That is 20 years; right?
21         Now would you describe the property, and
22  when I say describe the property, it is hard just
23  using addresses to get a feel for what --
24         THE COURT:  Mr. Bernard, just ask
25         questions, please.

**Page 15**

1         MR. BERNARD:  I am sorry.
2  BY MR. BERNARD:
3  Q.  Could you describe the property?
4  A.  Meaning?
5  Q.  Where it is.  I notice in your complaint, you
6  use an address on North Delaware Avenue.  Could you
7  describe where the property sits in relation to
8  those streets that are in the complaint?
9  A.  On Richmond Street, 4085 to 87 Richmond Street.
10  Q.  How big a property is that?
11  A.  It is pretty big.
12         THE COURT:  What is the cross street?
13         It is Richmond and what?
14         THE WITNESS:  Lewis Street, and it is
15         at the foot of the Betsy Ross Bridge; it is
16         kind of in between there.
17         THE COURT:  Okay.  Thank you.
18  BY MR. BERNARD:
19  Q.  Now you have heard, again, Mr. Jefferson tell
20  the Court that there were violations of the
21  property.  So, I want to direct your attention to
22  March of last year.  Did there come a time in March
23  of last year when the city came to your property
24  regarding alleged violations, and, if so, when was
25  that?

**Page 16**

1  A.  They came for an inspection.
2  Q.  When was that?
3  A.  March of, March 2nd of 2017.
4  Q.  Were you there?
5  A.  Yes.
6  Q.  As a result of that inspection, what, if
7  anything, occurred?
8  A.  They didn't really do too much of an
9  inspection.  The stuff that they requested, I had
10  given them, and they said this was all that came
11  from it.
12  Q.  Were there any violations written on
13  March 2nd?
14  A.  Yes, a lot of them.
15  Q.  What, if anything, did you do when you got the
16  notice of those violations?
17  A.  We corrected the ones that were violations,
18  which was two --
19  Q.  Two out of how many?
20  A.  There might have been 30, 25, 30.  I don't
21  know.
22  Q.  Twenty-five or 30 what?
23  A.  Different violations.
24  Q.  Which were or were not violations?
25  A.  Well, some of them were fine then, but they

1 still wrote them up, and additional ones were put on
2 top of them. They were just all written out and
3 basically not even checked, and the same day my
4 licenses were canceled when they were at the --
5 Q. Was there any contention about environmental
6 pollution at that time?
7 A. No.
8 Q. Did you come to court and did you hear
9 testimony about environmental pollution back in
10 April?
11 A. No.
12 Q. You weren't here, that's correct. I am sorry.
13   Do you have any evidence that shows that
14 violations of environmental laws did or did not
15 exist; do you have any evidence?
16 A. Yes.
17 Q. May I see it?
18 A. I think you have it right there, the paper.
19   MR. BERNARD: Let the record show I
20 am handing the witness a letter from the
21 Pennsylvania Department of Environmental
22 Protection and a follow-up general inspection
23 report from the Department of Environmental
24 Protection; I am going to ask the witness to
25 identify these. I am going to mark them as P-1

1 and P-2, Your Honor.
2   THE COURT: Very good.
3   MR. JEFFERSON: If I may, Your Honor,
4 may I please see that?
5   THE COURT: Of course.
6   Mr. Bernard, do you have copies for
7 Mr. Jefferson?
8   MR. BERNARD: Yes. Here we are. I
9 also have copies for the Court. This is for
10 Your Honor.
11   (P-1 and P-2 marked for
12 identification.)
13   MR. JEFFERSON: Your Honor, if I may?
14   THE COURT: Well, are you objecting?
15   MR. JEFFERSON: I am.
16   THE COURT: What is the basis of your
17 objection?
18   MR. JEFFERSON: So the objection that
19 I am making right now refers to 3950 Delaware
20 Avenue. We are not talking about 3950 Delaware
21 Avenue.
22   THE WITNESS: Am I allowed to
23 explain, Your Honor?
24   THE COURT: Well, no. First of all,
25 you don't just address the Court. You are a

1   represented party, so your lawyer may do that.
2   I am overruling the objection at this
3 point. They haven't been offered into
4 evidence. I want to hear if there is any
5 connection.
6   So, Mr. Bernard, next question.
7 BY MR. BERNARD:
8 Q. What is the relationship of 3950 Delaware
9 Avenue to the property on Richmond Street?
10 A. It is the back of Richmond Street, but Richmond
11 Street is the actual physical address which is
12 pertaining to --
13 Q. I guess my question is, is 3950 Delaware Avenue
14 part of the parcel that is described as 4085-87
15 Richmond Street?
16 A. Same.
17   MR. JEFFERSON: I am going to object,
18 Your Honor. I know you are going to overrule
19 it, but it is not only a leading question, but
20 it is, I will say it is a leading question. He
21 is telling the witness --
22   THE COURT: I know what a leading
23 question is, Mr. Jefferson.
24   MR. JEFFERSON: I am sorry, Your
25 Honor. Forgive me.

1   THE COURT: That's okay; not a
2 problem.
3   Sustained.
4   MR. BERNARD: Very well.
5 BY MR. BERNARD:
6 Q. Now, Mr. Holton, I'd like you to try to
7 describe any way you can how this property lines up
8 using these different addresses; can you do that?
9 A. It is the same property. Richmond Street would
10 be the frontage of the property, Delaware Avenue
11 would be the back of the property.
12 Q. And 4085-87 Richmond Street is property that
13 you own; is that correct?
14 A. Yes.
15   MR. BERNARD: I will try not to lead,
16 Your Honor.
17 BY MR. BERNARD:
18 Q. Now going back to March of last year, were
19 there any outstanding violations, to your knowledge,
20 when we went to court in April?
21 A. No.
22 Q. If I told you that Her Honor, Judge Fletman,
23 issued an order which referred to a contention by
24 the city that you were polluting the Frankford
25 Creek, would I be correct; do you recall that?

1    MR. JEFFERSON:  Objection, Your
2  Honor.  I mean that is clearly leading.
3         MR. BERNARD:  I will withdraw it.
4         THE COURT:  Also, if there is an
5  order, there is an order.
6         MR. JEFFERSON:  Exactly.
7         THE COURT:  So that is sustained.
8         What is the number on that other
9  case, if you have it.
10        MR. JEFFERSON:  I do have it.  It is
11  1704-01646.
12        THE COURT:  Okay.  Thank you.
13        MR. JEFFERSON:  Thank you.
14  BY MR. BERNARD:
15  Q.  As we speak today, are there any outstanding
16  violations on your property?
17  A.  No.
18        MR. BERNARD:  Your witness.
19        MR. JEFFERSON:  Thank you.
20        THE COURT:  Cross-examine.
21        MR. JEFFERSON:  Thank you, Your
22  Honor.
23              CROSS-EXAMINATION
24  BY MR. JEFFERSON:
25  Q.  Mr. Holton, let's talk about the property that

1  you are referring to as 4085-4087 Richmond Street.
2  With respect to 4085 Richmond Street, are you
3  operating any kind of business there?
4  A.  Yes.
5  Q.  What is the name of that business?
6  A.  Final Destination.
7  Q.  Whose business is that?
8  A.  Mine.
9  Q.  On 4085 Richmond Street, you don't have any
10  violations addressed to Final Destination, do you?
11  A.  I don't have any violations directed on any of
12  the property.
13        THE COURT:  I am sorry.  I couldn't
14  hear the end of that answer.
15        THE WITNESS:  I don't have any
16  violations at all.
17  BY MR. JEFFERSON:
18  Q.  So you don't have any violations issued for
19  4085 Richmond Street, am I correct?
20  A.  I don't have any violations for any of the
21  addresses.  4085 is the BRT address.  The other two
22  addresses are made up addresses --
23  Q.  Now --
24  A.  -- that the city told me to use.
25  Q.  Now you said that Final Destination operates at

1  4085 Richmond Street.  Where does K Squad operate?
2  A.  He is on the same property as me.
3  Q.  Now is there anything that separates --
4  A.  He was on the same property as me.
5  Q.  And what is operating there now, where K Squad
6  previously operated?
7  A.  It is the same property; it is me.
8  Q.  So a business is still being conducted on the
9  same property where K Squad operated?
10  A.  On my property, when it is not closed down
11  because of this.
12  Q.  So the answer is yes, then, you are operating
13  on that part of the property that had been operated
14  by K Squad?
15  A.  I don't understand what you are saying.  It is
16  being operated on my property, as always, until you
17  come in and ceased me.  So it is closed at times and
18  it is open at times.
19  Q.  Okay.  So let me just ask it a different way,
20  sir.
21  A.  Okay.
22  Q.  There were two operations operating at what you
23  are calling the property, correct?
24  A.  Yea.
25  Q.  And between those two properties, there is some

1  space; is that fair to say?  Between those two
2  operations -- let me strike that first question.
3        And between those two --
4        THE COURT:  Mr. Jefferson, you don't
5  get to strike them.  You can ask a new
6  question.
7        MR. JEFFERSON:  Forgive me.  Sorry,
8  Your Honor.
9  BY MR. JEFFERSON:
10  Q.  Between the two operating businesses on the
11  property that you attribute as being yours, is there
12  any space between those two businesses?
13  A.  No.
14  Q.  Now you said that you don't have any
15  violations; that was your testimony, is that
16  correct?
17  A.  Yes.
18  Q.  So, for the purposes of the record, which I
19  will introduce in our case, I am going to hand
20  Mr. Holton violation notices, which I will share --
21        THE COURT:  It is cross-examination.
22  Just show whatever you are going to hand him to
23  Mr. Bernard and you can hand it to him and ask
24  your questions.
25

BY MR. JEFFERSON:

Q. Now I have just handed to you a number of pages of paper, and the face page says Violation Notice; is that correct?

A. Yes.

Q. And those violations, the subject premises for which the violations were written, are addressed to 4087 Richmond Street, Frankford Creek Right Of Way, a/k/a 47 Richmond Street. Do you see that, sir?

A. Yes.

Q. And these violations were issued to that address on March 2 of 2017, correct?

A. Correct.

Q. These are the same violations, sir, that were placed before the Board of Licenses & Inspections at a hearing; is that correct?

A. I am not sure.

Q. Well, you did go to the hearing at the Board of Licenses & Inspections for a hearing; right?

A. But I have all these licenses that is on here and presented them to the board.

MR. JEFFERSON: I am objecting as that being nonresponsive, Your Honor. I would like to get an answer to the question.

THE COURT: Well, the objection is

---

overruled, but you may re-ask the question.

MR. JEFFERSON: Thank you.

BY MR. JEFFERSON:

Q. Now, look, I am referring your attention to these violations notices, sir. You testified that there were no violations.

I am showing you what I am going to refer to as City Exhibit-1, the violation notice that you just read. Is this a violation notice that you have seen before?

A. I have seen a lot of them, so I am not sure. It is not addressed to me, so I don't know for sure. I would have to pull them. I got multiple violations notices that aren't true, just like probably this one isn't.

Q. Let's just talk about who this is addressed to, okay?

A. Okay.

Q. It is addressed to Kevin Creedon. Who is Kevin Creedon?

A. I am not sure. I am guessing he is from K Squad; that is what it says.

Q. Well, K Squad was operating on a property that you said you own, right?

A. I own 4085 Richmond Street, correct.

---

Q. And Kevin Creedon operated K Squad; is that right?

A. There is a Kevin from K Squad, yes.

Q. Well, didn't you actually lease that part of the property at one time to Kevin Creedon, operating as K Squad?

A. No. I was letting him use the property on the opposite side of where I was at; same property, though.

Q. You didn't have any kind of agreement with him for his using the property that you said is yours?

A. Did I have an agreement? Yes. I let him use my property, correct.

Q. And the agreement was with K Squad, Kevin Creedon; right?

A. I don't know who K Squad is. I know Kevin; I am not sure if that is his last name.

Q. Who was your agreement with?

A. Kevin.

Q. Kevin who?

A. Kevin. I don't know his last name. I can find it out, but.

Q. Okay. Kevin.

Now I am going to hand you a second document, which I am going to refer to as City

---

Exhibit-2. And I just ask you to show your counsel, please.

Now referring your attention to what I am going to refer to as City Exhibit-2, are you looking at it right now?

A. Yes.

Q. To whom are the violations addressed?

A. To me.

Q. Okay. What is the date on that notice, sir?

A. March 2 of '17.

Q. What is the case number right above the date on this violation notice?

A. 574778.

Q. Now I direct your attention back, if I may, to City Exhibit-1. Is the case number on that exhibit the same as the case number on this City-2 exhibit?

A. Yes, but also on here is 3950 Delaware, that you just said has nothing to do with Richmond Street. It is addressed to me on Delaware Avenue, which he just got done saying has nothing to do with this property. You have it right here. You see that, right?

Q. Okay. I am not going to argue with you, sir.

THE COURT: Ask another question, Mr. Jefferson.

**BY MR. JEFFERSON:**

2  Q. Here is my question; is the case number on City
3  Exhibit-2 the same as the case number on City
4  Exhibit-1?
5  A. Yes, but the addresses ain't.
6  Q. Okay. Thank you.
7          Now with respect to the date of the
8  notice, March 2, 2017, is the date on City Exhibit-2
9  the same as the date on City Exhibit-1?
10  A. Yes.
11  Q. Now looking at City Exhibit-2, now, I would
12  like you to focus upon this violation notice, I am
13  calling City Exhibit-2 addressed to you. Are you
14  familiar with this violation notice? You are
15  welcome to take a look at it, sir.
16  A. Yes, but I have a hazmat license in hand. I
17  have all this stuff that is on here, I have.
18  Q. Okay. Let's just go through a few of them,
19  okay?
20  A. Okay.
21  Q. Now directing your attention to City Exhibit-2,
22  which is the same violation, I will represent, as --
23          THE COURT: Mr. Jefferson, you don't
24      get to the make representations.
25

**BY MR. JEFFERSON:**

2  Q. Directing your attention to City Exhibit-2, one
3  of the violations listed here, sir, on the second
4  page, is to you must obtain zoning for all uses on
5  the property; scrap metal, dismantling, wrecking,
6  abused motor vehicles, to include storage and sale
7  of dismantled, partially dismantled, storage and
8  sale, inoperative, wrecked vehicles and their parts;
9  do you see that?
10  A. Yes.
11  Q. Now with respect to the property that you said
12  that you owned at 4087 Richmond Street, can you show
13  me your zoning permit?
14  A. It is 4085 Richmond Street and, yes, I can.
15  Q. Okay. Show me your zoning permit, please, for
16  4087 Richmond Street.
17  A. This property is all lease restricted. There
18  is no zoning required, only licensing for the
19  property. And I have every license that they
20  required me to get over the years from day one and
21  the addresses have always been the issue from the
22  time I purchased this property. Just like 3950
23  North Delaware Avenue is the back of it, 4087 was an
24  address that the City of Philadelphia told me to use
25  along with 4085 Richmond Street. So, it was always

1  directed as 4085 to 4087 Richmond Street a/k/a the
2  other addresses, which being Delaware Avenue, and my
3  licenses reflect that.
4  Q. Do you have any permit with you now?
5  A. I have all my licenses and everything with me.
6  Q. Do you have any license with you today that
7  refers to the property at 4087 Richmond Street?
8  A. Yes, city and state licenses.
9  Q. City licenses?
10  A. Yes.
11  Q. Show me your license for 4087.
12  A. Can I get my briefcase?
13          THE COURT: Yes, you may.
14          THE WITNESS: Thank you.
15          THE COURT: Are we ready to go?
16          MR. BERNARD: Yes, Your Honor.
17          MR. JEFFERSON: May I continue, Your
18      Honor?
19          THE COURT: Yes, please.
20  **BY MR. JEFFERSON:**
21  Q. Mr. Holton, can you please show me, please show
22  me any license that has been issued to you by the
23  City of Philadelphia for 3087 Richmond Street?
24  A. I don't own 3087 Richmond Street.
25          THE COURT: I am sorry. I couldn't

1      hear.
2          THE WITNESS: I don't own 3087
3      Richmond Street.
4  **BY MR. JEFFERSON:**
5  Q. 4087 Richmond Street; excuse me.
6  A. I am showing you the licenses here, 4085
7  Richmond Street a/k/a North Delaware Avenue, and
8  same here, 4085 Richmond Street, which is -- I mean
9  4085-87 was the address that the City of
10  Philadelphia, just like it is written on here, told
11  me to use, and even when they do the inspections,
12  the real inspections from L&I, they say 4085/87
13  Richmond Street.
14  Q. So, just to answer my question --
15  A. And I also have state license, I could have it
16  faxed down, Your Honor; it says 4085/87 Richmond
17  Street, also. I don't have it with me, but I can
18  have it faxed over or have them take a picture and
19  send it to my phone.
20  Q. Just to answer my question, sir, do you have
21  any license issued by the City of Philadelphia to
22  you for use of the property known as 4087 Richmond
23  Street?
24  A. They all say 4085 and then they say a/k/a 4087
25  and also 3950 because when the tax system was

1 changed quite a few years back with the computer,
2 these addresses were made up off of the property.
3 So they come to the BRT address and then they just
4 a/k/a the made-up addresses, which was from years
5 ago, I am guessing, because Delaware Avenue is the
6 back of the property, but it was addressed as
7 Delaware Avenue.
8     THE COURT:  Mr. Holton, do you have a
9 deed to this property?
10     MR. JEFFERSON:  That was my next
11 question.
12     THE WITNESS:  I have paperwork from
13 2012 --
14     THE COURT:  Just answer my question.
15     THE WITNESS:  Yes.
16     THE COURT:  Do you have a deed?
17     THE WITNESS:  Yes, Your Honor.
18     THE COURT:  Do you have it here with
19 you?
20     THE WITNESS:  I have -- no, I don't
21 have the deed here with me.
22     THE COURT:  Then that is the answer
23 to my question.
24     THE WITNESS:  Okay.
25     THE COURT:  All right.  Next

1 question.
2     MR. JEFFERSON:  That was my question,
3 but thank you, Your Honor.  That was the
4 question I was going to ask next.
5 BY MR. JEFFERSON:
6   Q.  Now here is my next question and perhaps my
7 last question.  I am going to show you two
8 photographs.  I am going to ask that you show them
9 to your attorney first.
10     Now I am directing your attention to two
11 photographs.  Do you recognize what is depicted,
12 what is shown in those two photographs?
13   A.  Yes.  It says Intent to Cease, L&I.
14   Q.  Now the Department of Licenses and Inspections
15 ceased operations at 4087 Richmond Street, correct?
16   A.  Yes.
17   Q.  And you continued to operate on that property
18 even though that cease operations was outstanding;
19 is that correct?
20   A.  Now or when this was -- when this was put up,
21 no.
22   Q.  Has the cease operations ever been lifted from
23 that property?
24   A.  I am not sure.
25   Q.  Are you operating on the property now?

1   A.  Yes.
2   Q.  How long have you been operating on the
3 property while the cease operations is in effect?
4   A.  I have been on my property for over 20 years.
5   Q.  So, you never stopped operating; is that what
6 you are saying, sir?
7   A.  Yes, I stopped when I was ceased.
8   Q.  For how long a period of time are you
9 representing to the Court that you had stopped
10 operating on 4087 Richmond Street?
11   A.  On and off for months at a time.
12   Q.  What authorized you to start, resume operations
13 at any time after the cease operations was issued?
14     MR. BERNARD:  Your Honor, I am going
15 to object to the form of the question.
16     THE COURT:  Overruled.
17 You may answer the question.
18     THE WITNESS:  Can you repeat the
19 question?
20 BY MR. JEFFERSON:
21   Q.  Yes.  What authorized you to operate on the
22 property at any time, the property being 4087
23 Richmond Street, while this cease operations was in
24 effect?
25   A.  Because it was supposed to be taken care of,

1 from what I understood.
2   Q.  Do you have anything in your possession to bear
3 out, to show why you would have that understanding?
4   A.  No, I don't.
5     MR. JEFFERSON:  Thank you, sir.
6 I have no further questions, Your
7 Honor.
8     THE COURT:  All right.  Thank you.
9 Any redirect?
10     MR. BERNARD:  Yes, briefly, Your
11 Honor.
12     THE COURT:  Sure.
13     REDIRECT EXAMINATION
14 BY MR. BERNARD:
15   Q.  This urgent notice that is attached to the
16 complaint dated February 1st, 2018, you have read
17 this, have you not?  You have read this?
18   A.  Yes.
19   Q.  And you are here in court today, and I want to
20 ask you whether or not you intend to cease
21 operations?
22     MR. JEFFERSON:  Objection, Your
23 Honor.  It is beyond the scope.  I didn't ask
24 anything about what his intention is down for
25 the future.

1        THE COURT: Overruled.

2 BY MR. BERNARD:

3   Q. Have you ceased operations?

4        MR. JEFFERSON: Objection. He

5   already was asked and answered that question.

6        THE COURT: Overruled.

7 BY MR. BERNARD:

8   Q. You can answer it.

9        THE COURT: Mr. Bernard, the Court

10   will direct the witness whether he can answer

11   or not.

12        MR. BERNARD: I apologize. Thank

13   you.

14        THE COURT: Please answer the

15   question.

16        THE WITNESS: Can you repeat the

17   question?

18        THE COURT: Have you ceased

19   operations, as we sit here now today?

20        THE WITNESS: Right now, no.

21        THE COURT: Okay. Next question.

22 BY MR. BERNARD:

23   Q. Are there any existing violations of

24   ordinances, statutes or anything else at the present

25   time?

---

1 A. No.

2        MR. BERNARD: That's all I have, Your

3   Honor.

4        THE COURT: Do you have recross based

5   on that?

6        MR. JEFFERSON: No, Your Honor.

7        THE COURT: Do you have any other

8   witnesses?

9        MR. BERNARD: I do not have any other

10   witnesses.

11   I would just move --

12        THE COURT: Do you want to move your

13   exhibits into evidence?

14        MR. BERNARD: Yes, I do.

15        THE COURT: It was just P-1 and P-2;

16   correct?

17        MR. BERNARD: Correct.

18        THE COURT: Any objection?

19        MR. JEFFERSON: No.

20        THE COURT: P-1 and P-2 are admitted

21   into evidence.

22   Are you resting?

23        MR. BERNARD: Yes.

24        THE COURT: Mr. Jefferson, do you

25   have any witnesses?

---

1        MR. JEFFERSON: I do.

2        THE COURT: Okay. You may call your

3   first witness.

4        MR. JEFFERSON: The first witness

5   would be Darin Gatti.

6        THE COURT: State your name and spell

7   it for the record.

8        THE WITNESS: Darin Gatti, D-A-R-I-N

9   G-A-T-T-I.

10        (Witness sworn.)

11        THE COURT: Okay. Thank you.

12   You may proceed.

13        MR. JEFFERSON: Thank you, Your

14   Honor.

15        DIRECT EXAMINATION

16 BY MR. JEFFERSON:

17   Q. Mr. Gatti, would you please say your name and

18   spell your name. I don't know if you have done that

19   already.

20   A. Darin Gatti, D-A-R-I-N G-A-T-T-I.

21   Q. Mr. Gatti, what position do you hold with the

22   City of Philadelphia?

23   A. I am the chief engineer and president of the

24   board of surveyors for the Philadelphia Streets

25   Department.

---

1   Q. How long have you been involved with surveys

2   and engineering for the City of Philadelphia?

3   A. Thirty-six years.

4   Q. Are you familiar with the property that I am

5   going to refer to as 4087 Richmond Street?

6   A. Yes.

7   Q. Does Mr. Holton own 4087 Richmond Street?

8   A. No; that is city property.

9   Q. Now let's talk about that.

10   When you say it is city property, at what

11   point in time did the City of Philadelphia take that

12   property?

13   A. About 1951, the city condemned that for the

14   relocation of the Frankford Creek. That property is

15   part of the Frankford Creek right of way.

16   Q. When we are talking about that property, just

17   for the purposes of clarity, 4087 Richmond Street,

18   is there a business being operated there?

19   A. Yes.

20   Q. Now is that business separate and apart from

21   any other business that is operating in that area

22   along Richmond Street?

23   A. It appears to be, yes.

24   Q. Now are you familiar with 4085 Richmond Street?

25   A. Yes, I am.

**Page 41**

1   Q. And who owns 4085 Richmond Street?
2   A. Robert Holton.
3   Q. Is there a business that Mr. Holton operates at
4 4085 Richmond Street?
5   A. Yes.
6   Q. Is that business and that property separate and
7 apart from the right of way that we are referring to
8 as 4087 Richmond Street?
9   A. Yes.
10   Q. Now your testimony was that back in 1951, the
11 City of Philadelphia took the property. In what way
12 was that property taken?
13   A. It was a condemnation. This was all part of
14 the construction of the Betsy Ross Bridge, which
15 included a relocation of the Frankford Creek. So
16 the city had condemned property from Aramingo Avenue
17 down to the Delaware River for the location of the
18 Frankford Creek, where it exists now; that is
19 actually a man-made creek.
20   Q. Now with respect to the action that you are
21 speaking about, was the action authorized by the
22 City of Philadelphia City Council?
23       MR. BERNARD: I will object to that,
24 Your Honor. He is not here to testify about
25 what the City Council did or did not do.

**Page 42**

1       THE COURT: Sustained.
2 BY MR. JEFFERSON:
3   Q. You said that the property at 4087 belonged to
4 the city; right?
5   A. Yes.
6   Q. You are saying that the property at 4087 became
7 the city's as a result of condemnation?
8   A. Yes.
9   Q. Was the condemnation done by an ordinance that
10 you are familiar with?
11   A. Yes. My survey districts would process the
12 ordinance through City Council.
13   Q. That having been said, I am going to hand you a
14 copy of the ordinance and I am going to provide a
15 copy to counsel.
16       THE COURT: Well, provide a copy
17 first and then to the witness.
18       MR. JEFFERSON: Thank you, Your
19 Honor.
20       Your Honor, even though I have
21 referred to, on cross-examination, C-1 and C-2,
22 I am going to ask that this be marked as City
23 Exhibit C-3.
24       THE COURT: That is fine.
25       MR. JEFFERSON: And I am going to

**Page 43**

1   come back to C-1 and C-2.
2       THE COURT: You may mark it as City
3 Exhibit-3.
4       MR. JEFFERSON: I will, Your Honor.
5       Thank you.
6       (C-3 marked for identification.)
7 BY MR. JEFFERSON:
8   Q. Now I am handing you a copy of the ordinance
9 that now I am referring to as City Exhibit-3. Take
10 a look at it.
11       Okay. Having looked at C-3, is that the
12 ordinance in which these adjustments that you spoke
13 about that cause 4087 to be city property, is that
14 part of this ordinance?
15   A. Yes.
16   Q. Okay. Now relative to the ordinance itself,
17 were there a number of plans that actually
18 designated those portions of the property that had
19 become the re-constituted Frankford Creek right of
20 way?
21   A. Yes. The condemnations are recorded in the
22 jury plans for the relocation of the Frankford
23 Creek.
24   Q. Now I am going to show counsel what I am going
25 to mark as City Exhibit-4.

**Page 44**

1       (City Exhibit-4 marked for
2 identification.)
3 BY MR. JEFFERSON:
4   Q. Now handing you a copy of City Exhibit-4, can
5 you tell me what that is?
6   A. This is a copy of the jury plan for the
7 acquisition of property at Frankford Creek.
8   Q. Is the property that we are referring to as
9 4087 Richmond Street part of that jury plan?
10   A. Yes, it is.
11   Q. The jury plan which is part of the ordinance?
12   A. Yes, sir.
13   Q. Thank you.
14       Now in addition to the actual jury plan
15 itself, there were further breakdowns with respect
16 to the graphic of what it would look like in terms
17 of the properties that existed there and how the
18 Frankford Creek would run through them; is that
19 correct?
20       MR. BERNARD: Objection, Your Honor.
21 It is leading. He is testifying.
22       THE COURT: Sustained.
23       MR. JEFFERSON: I am going to mark
24 this as City Exhibit-5.
25       THE COURT: I missed four. What was

1 four?

2 MR. JEFFERSON: The jury plan.

3 THE COURT: I see. Thank you.

4 MR. JEFFERSON: City Exhibit-5.

5 (City Exhibit-5 marked for

6 identification.)

7 BY MR. JEFFERSON:

8 Q. Is there a plan that shows 4087 relative to the

9 surrounding properties?

10 A. Yes.

11 Q. Okay. I am directing your attention to what I

12 am referring to as City Exhibit-5. Could you please

13 take a look at that.

14 A. Okay.

15 Q. Is this a graphic, like a plan that shows where

16 the Frankford Creek runs, and superimposed on that,

17 does it also illustrate where 4085 is and the part

18 of the property that we are referring to as 4087?

19 A. Yes. This is a copy of the city plan, which

20 actually has the Frankford Creek right of way

21 documented on the city plan , and we have highlighted

22 the areas that are being referred to as 4085 and

23 4087 Richmond Street.

24 MR. JEFFERSON: Now, Your Honor, if I

25 may, without objection from counsel, it may be

1 very easy for you to get exactly how this all

2 looks. I intend to move this into evidence.

3 THE COURT: Do you have any objection

4 to the Court seeing it?

5 MR. BERNARD: I haven't seen it yet.

6 THE COURT: Well, show it to

7 Mr. Bernard.

8 MR. JEFFERSON: I handed it to him,

9 Your Honor.

10 MR. BERNARD: Okay. I have no

11 objection.

12 THE COURT: Then you may hand me a

13 copy.

14 MR. JEFFERSON: Thank you.

15 BY MR. JEFFERSON:

16 Q. Now with respect to the property at 4085, which

17 Mr. Holton believes actually runs onto 4087, are you

18 familiar with the deed --

19 MR. BERNARD: Again, Your Honor, he

20 is testifying.

21 THE COURT: Overruled. He is asking

22 a question.

23 Go ahead.

24 MR. JEFFERSON: Thank you.

25

1 BY MR. JEFFERSON:

2 Q. Are you familiar with the deed --

3 THE COURT: Although, Mr. Jefferson,

4 it is not a good practice to thank either the

5 court or the witness for when rulings are made

6 or questions are answered.

7 MR. JEFFERSON: Thank you -- see? My

8 whole life I have been thanking people for, you

9 know -- I wasn't sure, and that is fault of

10 mine, so.

11 THE COURT: Go ahead. Next question,

12 please.

13 BY MR. JEFFERSON:

14 Q. Are you familiar with the deed for 4085

15 Richmond Street?

16 A. Yes, I am.

17 Q. Now I am going to hand you and at the same time

18 hand to counsel what I am going to refer to as City

19 Exhibit-6.

20 (City Exhibit-6 marked for

21 identification.)

22 BY MR. JEFFERSON:

23 Q. So please take a look at City Exhibit-6. What

24 is City Exhibit-6?

25 A. Exhibit-6 is the deed to 4085 Richmond Street .

1 Q. And who is the owner of 4085 Richmond Street ?

2 A. Robert Holton.

3 Q. With respect to the actual deed itself, are you

4 familiar with the description in the deed?

5 A. Yes, I am.

6 Q. How did that familiarity come about?

7 A. Through the years, my survey districts have

8 drawn up the property lines for this property

9 several times for different reasons.

10 Q. As a matter of fact, if this particular deed

11 has some additions that were added onto this, is

12 that correct?

13 A. There is a --

14 MR. BERNARD: Your Honor, if the

15 Court -- never mind. I will withdraw the

16 objection.

17 THE COURT: Okay. Next question.

18 BY MR. JEFFERSON:

19 Q. What is contained in this deed is the land that

20 Mr. Holton owns; is that correct?

21 A. Yes, it is.

22 Q. And does it clearly exclude in that deed the

23 property that we are referring to as 4087?

24 MR. BERNARD: Objection, Your Honor.

25 It calls for a conclusion.

1    THE COURT:   Overruled.
2 BY MR. JEFFERSON:
3    Q.  Does it specifically exclude in the property
4 that we are referring to as 4087 Richmond Street ?
5    A.  Yes.  The back of this property actually ends
6 over a thousand feet away from Richmond Street.  It
7 fronts on Delaware Avenue.  The entrance to 4085 is
8 on Delaware Avenue and the back of the property ends
9 about a little over a thousand feet from Richmond
10 Street.  4087 Richmond Street enters from Richmond
11 Street itself.
12    Q.  Do you know of any document at all that exists
13 that would authorize anyone to operate on city
14 property?
15    A.  No.  That is the Frankford Creek right of way.
16    Q.  Now with respect to the operations that have
17 been conducted at what I am referring to as 4087
18 Richmond Street, the city's right of way, were you
19 previously in court to testify about the operations
20 there?
21    A.  Yes, I have.
22    Q.  With respect to the operations, did you offer
23 testimony to the court that there was a potential
24 for contamination, hazards to be caused to the water
25 by virtue of the fluids and all the things leaching

1 from the cars like runoff from rain?
2    A.  Yes.  In my previous testimony, I did testify
3 that the operation of an auto salvage operation has
4 potential for contaminating the creek.  The area
5 outside the physical boundaries of the creek itself,
6 all right, the right of way is over 200 feet wide.
7 The creek itself is not 200 feet wide.  So, there is
8 open land on either side of the creek; that is
9 considered the drainage area, and any operation in
10 there, anything that falls in that area will, may
11 wind up in be the creek.  That is also an area that
12 frequently floods because as the, you know, the
13 spring rains come, the creek rises above its banks
14 and that area is a floodway.  It is also used as a
15 filter.  The vegetation in that area helps to filter
16 the surface water as it drains into the creek.
17    Q.  So --
18                THE COURT:  Just bear with me for a
19    moment.
20                I am sorry, Mr. Gatti.  I am still
21    stuck on this, what is 4085 and what is 4087.
22                Did I hear you correctly that you
23    testified that 4085 Richmond Street does not
24    front on Richmond Street?
25                THE WITNESS:  That is correct.

1                THE COURT:  Well, can you explain --
2    why would you have --
3                THE WITNESS:  I don't know how that
4    happened.
5                THE COURT:  Why would you have an
6    address that is Richmond Street that is not on
7    Richmond Street?
8                THE WITNESS:  We do not assign that
9    address.  I don't know how it happened.
10                THE COURT:  All right.  Thank you.
11                You may ask -- I mean, I am looking
12    at this map and it doesn't make any sense, so
13    that is why --
14                MR. JEFFERSON:  That is why I gave it
15    to you, Your Honor, so you can see actually
16    what is involved here.
17                THE COURT:  All right.  Go ahead.
18    Next question.
19                MR. JEFFERSON:  Not only does
20    Mr. Holton not have the lawful right --
21                THE COURT:  Next question.
22                MR. JEFFERSON:  Okay.
23                THE COURT:  Not argument; question.
24 BY MR. JEFFERSON:
25    Q.  So the operations on 4087, whatever they would

1 be, would be unlawful?
2                MR. BERNARD:  Again, Your Honor, that
3    is testimony.
4                THE COURT:  Well, it is testimony,
5    but it is also a legal conclusion, and that
6    objection is sustained.
7                MR. JEFFERSON:  Then I have nothing
8    further.
9                THE COURT:  Okay.  Cross-examine.
10                MR. BERNARD:  Thank you.
11                MR. JEFFERSON:  Wait.  I am sorry.
12    With the Court's permission, may I reopen my
13    direct for just two more questions?
14                THE COURT:  Go ahead.
15                MR. JEFFERSON:  Thank you.
16 BY MR. JEFFERSON:
17    Q.  Have you been to the property recently?
18    A.  It has been several months since I have been to
19 the property.
20    Q.  Okay.  And was the property operating at the
21 time you were there?
22    A.  Yes, it was.
23                MR. JEFFERSON:  Thank you.
24                That's all I have, Your Honor.
25                THE COURT:  All right.

1    Cross-examine.
2                    CROSS-EXAMINATION
3    BY MR. BERNARD:
4    Q.  You testified that there is a potential for
5    runoff from the salvage business to the Frankford
6    Creek; is that correct?
7    A.  Yes.
8    Q.  Did you testify in a prior hearing involving
9    the same parties that there was actual kind of
10   pollution?
11   A.  No, I did not.
12   Q.  The property that is described in these, in the
13   deed from Mr. Buonasera --
14   A.  Bonchristiano.
15   Q.  Bonchristiano to Mr. Holton, is the legal
16   description in this deed for 4085 Richmond Street
17   correct?
18   A.  Yes.
19   Q.  So that Mr. Holton is the owner of 4085
20   Richmond Street, according to the deed; is that
21   correct?
22   A.  Yes.
23   Q.  Now are you aware of the zoning of that
24   property?
25   A.  For 4085 Richmond Street?

1    Q.  Yes, sir.
2    A.  I don't have that in front of me.
3    Q.  Well, my question is, are you aware of it?  Are
4    you aware what the zoning is?
5    A.  I would have that in my files.  I don't know
6    off the top of my head.
7    Q.  I would represent to you that Mr. Holton
8    testified that it was the least restrictive zoning.
9    Do you know what that means?
10   A.  Yes, I do.
11   Q.  What does it mean?
12   A.  It is one of the zoning classifications for
13   properties.  There is a series of them and the least
14   restrictive is an industrial, you know, mainly used
15   in industrial zones.
16   Q.  Would it be fair to say that Mr. Holton's
17   operation of his business is consistent with the
18   least restrictive type of zoning?
19                    MR. JEFFERSON:  Objection.
20             THE COURT:  What is the basis of your
21   objection?
22                    MR. JEFFERSON:  Because it is on
23   which property?
24             THE COURT:  All right.  Sustained.
25             You can rephrase the question,

1    Mr. Bernard.
2                    MR. BERNARD:  Thank you.
3    BY MR. BERNARD:
4    Q.  Would it be fair to say that 4085 Richmond
5    Street is operated consistent with the least
6    restrictive zoning classification?
7    A.  Within the boundaries of the deed for 4085
8    Richmond Street, yes.
9    Q.  Now are you aware of any other violations of
10   any ordinances by the businesses being conducted by
11   Mr. Holton?
12                    MR. JEFFERSON:  Objection. Which
13   business, Your Honor?  Which business?
14                    MR. BERNARD:  Mr. Holton's business.
15             THE COURT:  Overruled.
16             You may answer the question.
17             THE WITNESS:  The operations that
18   enter on 40 or on Richmond Street are operating
19   on city property.
20   BY MR. BERNARD:
21   Q.  I know.  You testified to that.
22   A.  Yes.
23   Q.  But apart from that, apart from the issue of
24   title, are there any violations of any zoning
25   ordinances of which you are aware by Mr. Holton?

1    A.  I am not L&I.  I am not aware.  I may not be
2    aware of all of them.
3    Q.  When did you last visit the property?
4    A.  I was up there several months ago.  I don't
5    remember the exact date.
6    Q.  Were you there with any representatives from
7    the Department of Licenses & Inspections?
8    A.  I have been in the past.  My most recent visit
9    was not.
10   Q.  Very well.
11             To the best of your knowledge, is
12   Mr. Holton engaged in a business that violates any
13   laws of the City of Philadelphia?
14   A.  The business that is operating on Richmond
15   Street, what they call 4087 Richmond Street, is
16   operating on city property; that is illegal.
17   Q.  Now what was the reason for your going to the
18   3950 North Delaware Avenue location?
19   A.  I am not familiar with that address.
20   Q.  What was the reason for your visiting the
21   property with L&I inspectors?
22   A.  The last time I visited with L&I inspectors was
23   for an inspection.
24   Q.  Very well.
25             Are you aware of any violations of any

1 other ordinances as a result of that inspection?

2   A.  My purpose there was not for violations.  My

3 purpose was for locating property boundary lines .

4   Q.  What, if anything, has the city done to redress

5 what you perceive to be a violation of the city's

6 property rights by Mr. Holton?

7   A.  Well, cease operations.

8             MR. JEFFERSON:  Objection.  It is all

9      on the record.

10            THE COURT:  Overruled.

11            You can answer the question.

12            THE WITNESS:  L&I issues a cease

13      operations order.

14 BY MR. BERNARD:

15   Q.  Do the cease operations orders bear upon title

16 or do they bear upon operation of the business of

17 Mr. Holton?

18   A.  I did not write the cease operations.

19   Q.  I know you didn't write it, but have you read

20 it?

21   A.  Yes.

22   Q.  It states:  A challenge seeking a stay -- I am

23 reading what it says -- a challenge seeking a stay,

24 this cease operations was made to the Philadelphia

25 Court of Common Pleas, which was denied with an

1 order which set forth a no stay shall be granted

2 where there exists "condition of immediate danger or

3 hazard to health, safety or welfare" --

4            THE COURT:  Mr. Bernard, what is it

5      you are reading?

6            MR. BERNARD:  I am reading from the

7      urgent notice that is attached to the

8      complaint, the reason that Mr. Holton is here.

9            THE COURT:  Well --

10            MR. BERNARD:  I can rephrase it.

11            THE COURT:  Well, no.  First of all,

12      I am looking at that document and I don't see

13      what you are reading, so I don't know where you

14      are in that document.  And, secondly, I am not

15      sure why you are reading a document into the

16      record.

17            MR. BERNARD:  Well, I am asking --

18            THE COURT:  It just seems like a

19      waste of time.  What paragraph of this notice

20      are you --

21            MR. BERNARD:  I will rephrase it,

22      Your Honor.

23 BY MR. BERNARD:

24   Q.  The urgent notice that is attached to the

25 complaint that brings my client to court here today

1 refers to, and I quote, "a condition of immediate

2 danger or hazard to health, safety or welfare, which

3 requires immediate compliance."

4            What immediate danger exists to health,

5 safety and welfare?

6            MR. JEFFERSON:  Objection, and I will

7      tell you why, Your Honor.

8            THE COURT:  Yes.  Go ahead.

9            MR. JEFFERSON:   This is from the

10      Department of Licenses & Inspections.

11            THE COURT:  Okay.  Sustained.

12 BY MR. BERNARD:

13   Q.  So, you are not aware of any such violations;

14 is that correct, Mr. Gatti?

15   A.  I am aware of what L&I has posted and that

16 there is a cease operations order and my previous

17 testimony of the potential for contamination of the

18 Frankford Creek as well as the legal boundaries of

19 Mr. Holton's deed which does not include the

20 operations that are working in the area that is

21 being referred to as 4087 Richmond Street.

22   Q.  But your testimony that resulted in this

23 finding that I quote has nothing to do with

24 potential or does it have to do with potential?

25            MR. JEFFERSON:  Well, objection, Your

1 Honor.  It is irrelevant.  What is the point?

2            THE COURT:  I don't even know.

3      Sustained.

4            MR. BERNARD:  Your Honor, what I am

5      trying to pursue --

6            THE COURT:  I mean, to be honest with

7      you, I didn't understand the question, which is

8      why I sustained the objection.  So, if you want

9      to try a different question, I am happy to

10      listen.

11 BY MR. BERNARD:

12   Q.  Do you know of anything that activates this

13 potential?

14   A.  The operation itself.  I mean, there is an

15 operation there involving scrap cars, of taking cars

16 apart and having, you know, junk cars in the

17 drainage right away of the Frankford Creek.  Any

18 flooding would wash any fluids from those vehicles;

19 grease, acids, transmission fluid, oils, into

20 Frankford Creek.  Frankford Creek feeds the Delaware

21 River, which is the source of drinking water for the

22 City of Philadelphia.

23   Q.  That was your testimony previously, but, again,

24 you are not aware that that occurred ; you are aware

25 that there is a potential for it to occur?

1    MR. JEFFERSON: Objection, Your
2 Honor.
3    THE COURT: Overruled.
4    THE WITNESS: Yes. I testified there
5 is a potential there, there is a danger.
6    MR. BERNARD: That is all I have,
7 Your Honor.
8    THE COURT: Any redirect?
9    MR. JEFFERSON: No, Your Honor.
10    THE COURT: Fine.
11    Any other witnesses?
12    MR. JEFFERSON: Yes, Your Honor, very
13 briefly.
14    THE COURT: Call your next witness,
15 please.
16    MR. JEFFERSON: Martin Raudenbush.
17    THE COURT CRIER: Please state your
18 name for the record.
19    THE WITNESS: Martin Raudenbush.
20    THE COURT CRIER: Please spell that.
21    THE WITNESS: M-A-R-T-I-N
22 R-A-U-D-E-N-B-U-S-H.
23    (Witness sworn.)
24    MR. JEFFERSON: May I, Your Honor?
25    THE COURT: Yes, please. Go ahead.

1    Thank you.
2    DIRECT EXAMINATION
3 BY MR. JEFFERSON:
4    Q. Inspector, how long have you been an inspector
5 for the City of Philadelphia?
6    A. I have been in Licenses & Inspections since
7 1997.
8    Q. Relative to your duties as an inspector for the
9 City of Philadelphia, do you routinely write
10 violation notices for --
11    THE COURT: Mr. Jefferson, you are
12    not speaking into the mike. It is hard to
13    hear.
14    MR. JEFFERSON: I am sorry.
15 BY MR. JEFFERSON:
16    Q. Relative to your position as an inspector for
17 the City of Philadelphia Department of Licenses and
18 Inspections, do you routinely write violations when
19 you observe violations upon properties?
20    A. Yes.
21    Q. And relative to the property that we are
22 talking about here, which is 4087 Richmond Street,
23 are you aware that violations have been issued by
24 the Department of Licenses and Inspections?
25    MR. BERNARD: I will object, Your

1    Honor. He is leading the witness.
2    THE COURT: It is foundational.
3    Overruled.
4 BY MR. JEFFERSON:
5    Q. I am going to refer your attention to what I
6 have already shown to counsel and previously
7 referred to as C-1 and C-2, and ask you to take a
8 look at them.
9    Are these violations directed by the
10 Department of Licenses & Inspections?
11    A. Yes.
12    Q. Are these violations directed to the property
13 at 4087 Richmond Street?
14    A. Yes.
15    Q. Are these violations, violations which are
16 still open according to the records of the
17 Department of Licenses and Inspections?
18    A. Yes.
19    Q. Now with respect to those violations, were
20 those violations the reason why the cease operations
21 was issued by the Department of Licenses and
22 Inspections?
23    A. Yes.
24    MR. BERNARD: Can I see the violation
25 notices? I don't have them.

1    THE COURT: Did you give Mr. Bernard
2 a copy of them?
3    MR. JEFFERSON: I showed him the
4 violations. I don't have an additional copy.
5 His client has the original.
6    THE COURT: Mr. Jefferson, that is
7 not really an excuse for not bringing copies of
8 an exhibit with you, but.
9    MR. JEFFERSON: Maybe I do have a
10 copy, Your Honor.
11    THE COURT: Okay.
12    MR. JEFFERSON: In fact, I do.
13    THE COURT: Excellent. So, now you
14 have given Mr. Bernard a copy.
15    MR. JEFFERSON: Yes, I have.
16    THE COURT: You may continue.
17    MR. JEFFERSON: Thank you.
18 BY MR. JEFFERSON:
19    Q. With respect to the violations that have been
20 issued for 4087 Richmond Street, to whom are the
21 violations addressed?
22    A. On the first one I have here, it was Kevin
23 Creedon, K Squad, and the second notice was for
24 Robert Holton.
25    Q. When those violations are addressed in that

**Page 65**

1   manner, are those violations actually delivered to
2   the people whose name appear on there or at the
3   addresses as they appear on there?
4   A. They are mailed to the address that is listed
5   on the violation notice.
6   Q. Now in this particular case, not only were the
7   violations sent there, was there an underlying --
8   was there a resulting cease operations?
9   A. Yes.
10          MR. JEFFERSON: I am going to refer
11     your attention -- I am going to furnish counsel
12     with a copy of the cease operations, Your
13     Honor.
14          THE COURT: Okay. Is that marked?
15          MR. JEFFERSON: Not yet.
16   BY MR. JEFFERSON:
17   Q. So with respect to -- I am sorry?
18          MR. JEFFERSON: For the purposes of
19     the record, Your Honor, this would be City
20     Exhibit-7.
21          (City Exhibit-7 marked for
22     identification.)
23          MR. JEFFERSON: May I proceed?
24          THE COURT: Yes.
25

**Page 66**

1   BY MR. JEFFERSON:
2   Q. I am now referring your attention to what we
3   are calling City-7. What is this document?
4   A. This is an intent to cease notice.
5   Q. What is the date on that?
6   A. The date of the notice is March 2.
7   Q. Of what year?
8   A. 2017.
9   Q. Now with respect to the cease operations
10   notice, does that notice bear a case number on the
11   notice itself?
12   A. Yes.
13   Q. Does that case number match the case number on
14   the violation notices?
15   A. Yes.
16   Q. Does that intent to cease operations order have
17   a date when the cease operations will be effective?
18   A. Yes; April 12, 2017.
19   Q. Is that when the cease operations was
20   effective?
21          MR. BERNARD: Again, Your Honor, I
22     think this is a conclusion that one would have
23     to draw after reading the entire violation
24     notice.
25          THE COURT: Overruled.

**Page 67**

1          MR. JEFFERSON: Thank you.
2     May I proceed, please, Your Honor?
3          THE COURT: You may.
4   BY MR. JEFFERSON:
5   Q. With respect to the actual cease operations
6   that came about in April, is there anything that is
7   physically done to the property by L&I?
8   A. We would go and put cease operation posters up
9   and posted at the property.
10   Q. I am going to refer your attention to what I
11   previously referred to as C-3, photographs.
12          THE COURT CRIER: They are pre-marked
13     8.
14          MR. JEFFERSON: I would ask Your
15     Honor to strike that because C-3 is another
16     exhibit.
17          THE COURT: That is fine. I mean, I
18     am not going to strike it because that means
19     the reporter has to go and -- this is an
20     injunction hearing. I will disregard it.
21          MR. JEFFERSON: Thank you.
22     With your permission, I would refer
23     to this then as City Exhibit C-8.
24          THE COURT: Has Mr. Bernard been
25     given a copy?

**Page 68**

1          MR. JEFFERSON: No, and these are
2     photographs.
3          THE COURT: Well, at least show them
4     to him.
5          MR. BERNARD: I have seen them, Your
6     Honor.
7          THE COURT: All right. Thank you.
8     So, are these different photographs
9     than have already been testified to?
10          MR. JEFFERSON: No. That was just on
11     cross-examination.
12          THE COURT: So you didn't mark them
13     before?
14          MR. JEFFERSON: That's right.
15          THE COURT: Now I understand. Okay.
16     Thank you.
17   BY MR. JEFFERSON:
18   Q. Inspector Raudenbush, I ask you to take a look
19   at them. You said that after the intent to cease is
20   given, it is subsequently posted. What does C-8
21   represent?
22   A. This is the cease poster that would have been
23   posted at the property.
24   Q. Now with respect to the cease operations that
25   has been implemented by the Philadelphia Department

1  of Licenses and Inspections, has that cease
2  operations ever been lifted?
3  A. No.
4  Q. To your knowledge and information, has that
5  cease operations been violated?
6  A. Yes.
7  Q. Relative to violations where a violation for
8  not having the proper use or zoning permits, does
9  the property owner, is anyone allowed to have
10  anything related to such illegal use upon a
11  property?
12  MR. BERNARD: Objection.
13  THE COURT: Sustained, and also,
14  please pull the microphone closer to you . The
15  acoustics are horrible then this courtroom, so.
16  BY MR. JEFFERSON:
17  Q. So, who is the commissioner for the Department
18  of Licenses and Inspections?
19  A. Dave Perry.
20  MR. JEFFERSON: I am handing you what
21  will be the final exhibit in this case, Your
22  Honor, and this will be City Exhibit-9, C-9.
23  (C-9 marked for identification.)
24  MR. BERNARD: Can I have a copy?
25  THE COURT: Did you show Mr. Bernard?

1  MR. JEFFERSON: It is attached to his
2  pleading.
3  THE COURT: Well, you still have to
4  show him what you are using before you use it
5  for a witness; you know that that is what you
6  are supposed to do, number one, and, number
7  two, you know that this is a courteous
8  courtroom.
9  MR. JEFFERSON: Makes me want to say
10  something that I am not going to say.
11  THE COURT: Don't say it.
12  Next question.
13  BY MR. JEFFERSON:
14  Q. Referring your attention to the what the city
15  has marked as City Exhibit-9, is that a document
16  that is generated by the Department of Licenses and
17  Inspections?
18  A. Yes, this was.
19  Q. And in particular, who generated this
20  particular document?
21  A. It came from the commissioner's office, Dave
22  Perry.
23  Q. And this is relative to the cease operation
24  that has been violated?
25  A. Yes.

1  MR. JEFFERSON: I have nothing
2  further.
3  THE COURT: Okay. Cross-examine.
4  MR. BERNARD: Thank you, Your Honor.
5  CROSS-EXAMINATION
6  BY MR. BERNARD:
7  Q. Mr. Raudenbush, I want to ask you about the
8  violation notice that is marked as C-2. Do you have
9  that?
10  A. Yes.
11  Q. This is really a composite of many violations
12  notices, isn't it?
13  A. Seems to be multiple copies.
14  Q. Well, C-2 is a collection of violations
15  notices, is it? I am asking about C-2.
16  A. I am sorry. Can you repeat that?
17  Q. Yes. C-2, what has been marked as C-2, is a
18  collection, composite exhibit of violation notices.
19  Looks to me like there are at least 20 violation
20  notices.
21  A. It all has the same violation number, all has
22  the same case number.
23  Q. But they are all different violations, right?
24  A. It is all the violations that are on that case.
25  Q. Different violations; is that correct?

1  A. Yes. There are multiple violations on that
2  case.
3  Q. Now let's take the first one. I am looking at
4  it. It says, "Obtain active hazardous material
5  license." Do you know whether or not Mr. Holton did
6  that?
7  A. There is, on 4087 Richmond, there are no
8  current licenses on the property.
9  Q. Do you know whether he has a hazmat license?
10  A. If we look at his property at 4085, there is
11  only one active license on that property and that is
12  for a scale and scanner license with Kevin Creedon's
13  name on it; that is the only active license on 4085.
14  Q. So you are saying that all of these violations
15  continue in effect and they haven't been corrected?
16  A. I have not done an inspection, but according to
17  the computer, nobody has complied the violations.
18  Q. The violation notice I am looking at is dated
19  March 2nd; is that correct?
20  A. Yes.
21  Q. Has the problem been back since March 2nd to
22  see whether or not the property is in compliance?
23  A. I don't know that.
24  Q. You don't. Who would I have to ask that
25  question to?

A. The case was not assigned to me.

Q. I am handing you what I am going to mark P-3.
Could you identify that?

A. That is a hazardous material handling license .

Q. Isn't it true that regardless of whether you
know it or someone else knows it, the Department of
Licenses & Inspections is aware that all of these
violation notices have been corrected?

    MR. JEFFERSON: Objection.

    THE COURT: Overruled.

    MR. JEFFERSON: Can I please speak?

    THE WITNESS: Could you repeat that
one more time, please?

BY MR. BERNARD:

Q. Referring to C-2, isn't it true that all of the
violation notices in C-2 for Mr. Holton's business
have been corrected? I am not talking about the
address; I am talking about his business.

A. The case on -- the violations for 4087 Richmond
Street are still open.

Q. Well, didn't you just identify a hazardous
material license?

A. Yes, but this license was expired as of
12/31/2017.

    MR. JEFFERSON: For what address?

    THE WITNESS: For 4085 Richmond.

    THE COURT: Mr. Jefferson, do not do
that again. You asked the witness a question
during other counsel's cross-examination; that
is not proper. You will get another chance to
ask him questions.

    All right. Next question,
Mr. Bernard.

    MR. BERNARD: Thank you, Your Honor.

BY MR. BERNARD:

Q. I am looking at, again, C-2, and there is a
violation of extension cords that are strung along
the wall. Floor has to be removed and dedicated
wiring installed. Was that done?

A. I don't know.

Q. Who would know?

A. The inspector who would do the re-inspection
for the property.

Q. And has that occurred? Has he re-inspected the
property, the other inspector?

A. I can't tell you the last time he re-inspected
it, no, I can't tell you.

Q. Is he here in court?

A. No.

Q. He is not? What is his name?

A. Inspector DeGuglielmo.

Q. Sir, your testimony, as I understand it, is
that my client is operating without zoning and he is
also operating on city property. Is that the
conclusions that you have come to?

A. Yes.

Q. Now what, if anything, to your knowledge, has
the city done other than issuing violation notices
to remove a trespasser from the property, assuming
that is the case?

A. They have issued a cease operations.

Q. Based on Licenses & Inspections violations; is
that correct?

A. Correct.

    MR. BERNARD: Thank you.
That's all I have.

    THE COURT: Do you have anything
further?

    MR. JEFFERSON: Very briefly.

    THE COURT: Go ahead.

    REDIRECT EXAMINATION

BY MR. JEFFERSON:

Q. I want to refer you to the license that you
have been questioned about by counsel for
Mr. Holton. Please take a look at that.

    THE COURT: That is P-3?

    MR. JEFFERSON: Yes, Your Honor.

BY MR. JEFFERSON:

Q. What is address for that expired license?

A. The license issued to 4085 Richmond Street.

Q. It is addressed to Final Destination -- who is
it addressed to?

A. The business name of Final Destination, Inc.

Q. With respect to the property at 4087 Richmond
Street, can Mr. Holton get any permit from the City
of Philadelphia?

    MR. BERNARD: I am going to object to
that, Your Honor. I don't think this witness
has been qualified to give that kind of
testimony.

    THE COURT: Sustained.

BY MR. JEFFERSON:

Q. As an inspector for the City of Philadelphia
who writes violations for zoning and for not having
hazardous materials licenses, can an applicant get a
license for a property that they don't own?

A. They would need the owner's approval to do so.

    MR. BERNARD: So, the answer is yes.
I am sorry.

    THE COURT: Next question.

1    Same admonishment that I directed to
2  Mr. Jefferson.
3  BY MR. JEFFERSON:
4    Q. So, can Mr. Holton get a permit or a license
5  for 4087 Richmond Street?
6    A. No, because the city is not giving him approval
7  to use that property.
8    MR. JEFFERSON: Thank you.
9    That is all I have, Your Honor.
10    THE COURT: Did you have any recross
11  based on that?
12    MR. BERNARD: No, I do not.
13    THE COURT: Do you have any other
14  witnesses?
15    MR. JEFFERSON: No, Your Honor.
16    THE COURT: Did you want to move any
17  --
18    MR. JEFFERSON: I would move to admit
19  all the exhibits; I believe it is C-1 through
20  C-9, into evidence.
21    THE COURT: Mr. Bernard, any
22  objections to any of those?
23    MR. BERNARD: No, Your Honor.
24    THE COURT: May the Court have the
25  exhibits, please? I already have C-5.

1    MR. JEFFERSON: With that, Your
2  Honor, the city would rest.
3    (City Exhibit-1 through City
4  Exhibit-9 moved in evidence.)
5    THE COURT: Thank you.
6    Mr. Bernard, do you have anything
7  else before argument?
8    MR. BERNARD: Yes, Your Honor.
9    I would like to call Mr. Holton in
10  redirect.
11    THE COURT: In rebuttal?
12    MR. BERNARD: Yes, in rebuttal.
13    THE COURT: Go ahead.
14    DIRECT EXAMINATION
15  BY MR. BERNARD:
16    Q. Mr. Horton, would you please explain to the
17  Court, referring to the map that has been identified
18  as C-5, what is the relationship, if any, between
19  4085 and 4087?
20    A. When I originally licensed this property, this
21  is 4085 Richmond Street.
22    Q. When you say this, what are you pointing to?
23    A. Pretty much the whole map here. Just like Your
24  Honor said, Richmond Street is Richmond Street; that
25  is our entrance to our property, is Richmond Street.

1  That is where the licenses are to and that is the
2  only entrance to the property, is through Richmond
3  Street, which is showing on the map, but they have
4  it kind of like dotted out here, I guess, is what
5  they are --
6    Q. Well, what do you say?
7    A. They are dividing it when it is basically one.
8  They are actually showing 4087 being the creek, and
9  I am not on the creek, I am on 4085 Richmond Street,
10  which the entrance is through Richmond Street. And
11  just like houses where they have them where they
12  skip a digit, they told me to list both addresses in
13  it which would show them being side by side.
14    THE COURT: Let me just make sure
15  that I understand, Mr. Holton.
16    I am looking at this map C-5, and I
17  see Lewis Street, and then maybe about a
18  quarter of an inch above Lewis Street, there is
19  two lines. Is that some kind of road that you
20  enter?
21    THE WITNESS: The lines that are like
22  dotted with a pen or the lines in between that,
23  are you saying?
24    THE COURT: I am looking at the
25  intersection of Richmond and Lewis. So just

1  below the pink rectangle that is identified as
2  4087 Richmond, there are two lines. Is that
3  how you enter your property?
4    THE WITNESS: No; that is actually a
5  corner, Your Honor. That is like a train
6  track, but where --
7    THE COURT: Let me do a better job
8  here. Where do you enter your property? Can
9  you describe on this diagram where you enter
10  your property?
11    THE WITNESS: Yes, Your Honor. Right
12  where it says 4087 Richmond, to the right of
13  that square that you are pointing at, I guess
14  it is like a pink-ish color square, that is my
15  entrance of my property.
16    THE COURT: But don't you have to
17  enter either from Richmond or from Lewis?
18    THE WITNESS: That is Richmond Street
19  right there.
20    THE COURT: Okay. All right.
21    Go ahead, Mr. Bernard.
22  BY MR. BERNARD:
23    Q. Having entered through Richmond Street, going
24  back and, obviously, avoiding the Frankford Creek,
25  do you occupy that property or up to Lewis Street?

1   A. Yes. My property runs along the Frankford
2 Creek, if that is what it is called.
3   Q. Can you identify Lewis Street on this map?
4   A. Yes. It is the last street to the end of the
5 map, right here.
6   Q. Is it your testimony that your property fronts
7 on Lewis Street all the way from Richmond Street to
8 what has been marked here as 4085 Richmond ; in other
9 words, does your property border on Lewis Street?
10   A. There is a rail line there, railroad, which is
11 like higher, so it like buffers it out on Lewis
12 Street. So, that is the divider between there and
13 our entrance is on Richmond Street.
14   Q. Has Conrail acknowledged or has Conrail deeded
15 anything to you?
16   A. Yes.
17   Q. Again, with respect to C-5, can you identify
18 anything on this map that you received by deed from
19 Conrail?
20   A. It is actually further down; that would be
21 further down on the map.
22   Q. Further down?
23   A. Yes. That is not on the map, Your Honor.
24       MR. BERNARD: Thank you.
25       That's all I have, Judge.

1       THE COURT: Okay. Any cross?
2       MR. JEFFERSON: Just one question,
3 Your Honor.
4       CROSS-EXAMINATION
5 BY MR. JEFFERSON:
6   Q. Aside from the deed that has been testified to
7 by the chief surveyor for the City of Philadelphia
8 --
9       THE COURT: Microphone, please.
10       MR. JEFFERSON: Sorry.
11       THE COURT: That's okay.
12 BY MR. JEFFERSON:
13   Q. Aside from the deed that had been testified to
14 by the chief surveyor for the City of Philadelphia,
15 do you have any documentation at all that shows that
16 you are entitled or have any right to own or occupy
17 the property that we are referring to as 4087
18 Richmond Street?
19   A. Back in 2012, my deed was transferred out of my
20 name to the City of Philadelphia, which they had
21 told my attorney was a mistake ; then was transferred
22 back into my name, and I have the paperwork here,
23 Your Honor, and was transferred back into my name in
24 2015, which it was sent over to Linebarger Goggin,
25 which is for, like, a tax sale, and I never had

1 record of it. And I told my attorneys about it,
2 faxed them the paperwork, which, from my belief, is
3 something else that is going on right now, but at
4 that point my deed was transferred and I don't know
5 what was done or why it would have needed to be
6 transferred from me to the City of Philadelphia,
7 which kind of makes me think that things were done
8 with the deed. I am not an expert with it, but my
9 property is my property that I operate off of. I
10 have been there for 25 years. Never had any issues.
11 The city is building all around me at this point
12 and I feel like they are just trying to keep
13 stealing away what they can from me. They took
14 Delaware Avenue, the street, from me, and they were
15 successful with building what they did there. I got
16 nothing out of it. I pay all my own attorneys fees;
17 they don't reimburse me. And it has just been
18 something that has been going on since 2006, and
19 just has taken a toll on me. And now they are
20 threatening in this letter to steal the property and
21 steal all my belongings; my equipment, my stuff that
22 I have worked for, because they want to build and
23 they don't do it the right way. They took
24 the street by condemnation, which is a form of
25 eminent domain, which I have researched because, you

1 know, I am not an expert in it. I got no payment.
2 When they take it, you are supposed to get paid for
3 it. I have been harassed. I have every license
4 that they require me to get. They are playing with
5 this address, also, along with other things, and I
6 have been a target of the City of Philadelphia,
7 which there is other cases that is going on right
8 now that will probably come before Your Honor at
9 some point.
10       THE COURT: Mr. Holton, are you
11 saying that the deed that was entered into
12 evidence as C-6, that that is not the current
13 deed for the property?
14       THE WITNESS: I am saying they
15 transferred my deed back in 2012, Your Honor.
16       THE COURT: Answer my question. Are
17 you saying that you have a deed from 2015?
18       THE WITNESS: From 2012, which was
19 transferred, but I bought the property --
20       THE COURT: But then you said in '15,
21 it was transferred back to you, I thought?
22       THE WITNESS: Correct.
23       THE COURT: Do you have a deed from
24 2015 for this property?
25       THE WITNESS: I have just the letter

1    showing that the deed was from the fraud act
2    where it was taken out of my name and
3    transferred to the City of Philadelphia, which
4    had nothing to do with me.
5            THE COURT:  So, is the answer to my
6    question no, I don't have a deed from 2015?  I
7    am just trying to understand.  Do you have one
8    or do you not have one?
9            THE WITNESS:  I don't have a deed
10   with me, Your Honor.  I am sure there is a deed
11   for the property that goes to this here.
12           MR. BERNARD:  May I, Your Honor?
13           THE COURT:  I lost track of where we
14   are.  You are still cross-examining?
15           MR. JEFFERSON:  Yes, Your Honor.  I
16   don't know if you want to tell you the
17   question I had asked.
18           THE COURT:  No; that's okay.
19           Mr. Bernard, you will have another
20   chance to question him, but let's have
21   Mr. Jefferson finish his cross.
22   BY MR. JEFFERSON:
23   Q.  Mr. Holton, with respect to the property at
24   3085, the action that you are talking about was --
25   A.  I don't own 3085.  It is 4085, not 3085.

1    Q.  I stand corrected on that.  It is 4085.
2            With respect to the property at 4085,
3    anything that you are talking about is what happened
4    at 4087; is that correct?
5    A.  No.  It happened at 4085 and I have the
6    paperwork.
7    Q.  But you have nothing to show any right to
8    possess/own the property that we are talking about
9    for 4087; is that correct, sir?
10   A.  Well, I showed you licenses; you say they are
11   no good.  I show you everything that you asked for.
12   I have gathered every license that you cited me for
13   over the years.  So, apparently, no, I don't have
14   anything that usually would be the right thing.  So,
15   in your eyes, I just wish that Your Honor was more
16   familiar with the property and knew it as I do and
17   then would see what is going on here.
18           MR. JEFFERSON:  Thank you, sir.
19           I have nothing further, Your Honor.
20           THE COURT:  Mr. Bernard, did you want
21   to ask some further questions?
22                 REDIRECT EXAMINATION
23   BY MR. BERNARD:
24   Q.  On or about March 1st, 2012, did you receive
25   a notice from the City of Philadelphia regarding the

ROBERT HOLTON, et al v. CITY OF PHILADELPHIA

1    transfer of title?
2    A.  Yes.
3            MR. BERNARD:  This would be P-6?
4            THE COURT CRIER:  It is P-4.
5            (P-4 marked for identification.)
6    BY MR. BERNARD:
7    Q.  I direct your attention to the notice that you
8    received.  It says deed, it says the transfer --
9            THE COURT:  Mr. Bernard, you don't
10   have to read it into the record.  He's
11   identified the document.  Are you moving it
12   into evidence?
13           MR. BERNARD:  Yes.
14           THE COURT:  Okay.  Mr. Jefferson, P-4
15   has been offered into evidence.
16           MR. JEFFERSON:  May I see it, Your
17   Honor?
18           THE COURT:  Yes, of course, you may.
19           MR. JEFFERSON:  Thank you.
20           THE COURT:  Do you have an objection
21   to it being admitted into evidence?
22           MR. JEFFERSON:  No, Your Honor.
23           THE COURT:  Okay.  P-4 is admitted
24   into evidence.
25           Do you have any other questions?

ROBERT HOLTON, et al v. CITY OF PHILADELPHIA

1            MR. BERNARD:  I do not.
2            THE COURT:  Do you have any
3    cross-examination?
4            MR. JEFFERSON:  No, I do not, Your
5    Honor.
6            THE COURT:  May I have P-4, please.
7            Mr. Bernard, I will hear argument,
8    assuming you have rested your rebuttal case.
9            MR. BERNARD:  I have rested my
10   rebuttal case.
11           THE COURT:  Okay.  I would like to
12   see that, P-4.
13           All right.  Go ahead.
14           MR. BERNARD:  The document that has
15   been identified as P-4 is sort of a universal
16   notice that the department of records sent out
17   every time a deed was recorded to make sure
18   that there was no fraud involved.
19           So what Mr. Holton is referring to is
20   a document that comes together with a recorded
21   deed, and I believe his testimony, Your Honor,
22   is that the property that was taken from him
23   was deeded back to him.
24           THE COURT:  Well, Mr. Bernard, if
25   Mr. Holton is claiming that he owns 4087, why

1 hasn't he come into court with documentary
2 evidence of that ownership?
3     MR. BERNARD: Can I ask him a
4 question?
5     THE COURT: No. It is argument.
6     MR. BERNARD: Because, Your Honor, I
7 did not perceive that we would be litigating
8 title for the property. I understand there is
9 an issue with respect to addresses, but the
10 complaint that I filed for preliminary
11 injunction has to do with alleged violation
12 notices that lead up to a cease operations
13 order that has no foundation in fact in that
14 the violations do not exist and that when they
15 do exist, they are corrected.
16     What comes as somewhat of a surprise
17 to me is that the city is claiming that
18 Mr. Holton's operation is illegal because he
19 doesn't own the property, and if is that the
20 city's position, then I think it is probably
21 necessary for me to file a declaratory judgment
22 action, but we are not here on that today. We
23 are here to stop the city from putting
24 Mr. Holton out of business unless and until the
25 issue with respect to his compliance --

1     THE COURT: How do you explain the
2 fact that there was -- well, why hasn't he come
3 to court with unclean hands? How do you
4 explain the fact that there was a cease
5 operations order put in effect in March and,
6 even more serious, an order of this court, and
7 he testified that he continued operations
8 notwithstanding those orders.
9     MR. BERNARD: Well, Your Honor, I am
10 going to answer that question with the two
11 things separately. The cease operations order
12 states that there is a right of appeal.
13 Mr. Holton exercised that right of appeal.
14     THE COURT: Right, but did he ask for
15 a stay?
16     MR. BERNARD: Well, I am not sure
17 that the cease operations order isn't
18 self-executing. If you file an appeal to the
19 Board of Licenses & Inspections Review, I don't
20 believe that there is anything more that has to
21 be done. I understand Your Honor's question
22 and I didn't represent him before Board of
23 Licenses & Inspections, but I did represent him
24 in the prior proceeding, and Your Honor's
25 order, the foundation for that, is testimony

1 that he is polluting the Frankford Creek and
2 the only testimony you heard today is that
3 there is a potential for that.
4     THE COURT: But, Mr. Bernard, this
5 Court has never rescinded that order. There is
6 an order that denied your request for
7 injunctive relief and explicitly said no stay
8 of proceedings is granted. So, that means that
9 that underlying order was still in effect and
10 he just started up operations again.
11     MR. BERNARD: That is not the way I
12 understand it, Your Honor.
13     THE COURT: Well, explain it.
14     MR. BERNARD: Okay. The way I
15 understand it is he is entitled to due process.
16 So, the city comes along, does an inspection,
17 issues a violation notice. Mr. Holton
18 testified then and he testified now that he
19 corrected these violations and that,
20 nevertheless, even though he corrected the
21 violations, the city, again, almost a year
22 later, is coming back with another cease
23 operations notice, and, you know, he testified
24 --
25     THE COURT: But just because you

1 correct violations, that doesn't automatically
2 get rid of the cease operations order. You
3 have to communicate with L&I. L&I comes back
4 and inspects and it lifts the order.
5     MR. BERNARD: Right.
6     THE COURT: Well, that didn't happen.
7 There is no testimony about that. The only
8 testimony on the record is these violations are
9 still open at L&I.
10     MR. BERNARD: No, Your Honor. I
11 don't know at what point the record is
12 incomplete, but it is my understanding from my
13 client that he corrected the violations.
14     THE COURT: Yes, he testified to
15 that.
16     MR. BERNARD: And that the property
17 was re-inspected.
18     THE COURT: There is nothing on the
19 record about any re-inspection.
20     MR. BERNARD: Can I have a moment to
21 talk to my client.
22     THE COURT: Yes, you may.
23     (Inaudible discussion between
24 Mr. Bernard and his client.)
25     MR. BERNARD: While Mr. Holton is

1  looking for that -- can we take a brief recess,
2  Judge.
3          THE COURT:  Actually, I have an
4  emergency pending, so that might be helpful for
5  everyone.  How much time are you asking for?
6          MR. BERNARD:  Ten minutes.
7          THE COURT:  Okay.  That is fine.
8          (At this point a recess was taken.)
9          THE COURT:  Where are we?
10         MR. BERNARD:  Yes.  Judge, I want to
11 address that.  I think we are in two places.
12 The first place is your order of April 13,
13 2017, and the second place is the urgent notice
14 that is attached to our motion for preliminary
15 injunction.
16         So, as to the first, which Your Honor
17 ordered on April 13, is that you denied the
18 motion for preliminary injunction and you
19 denied a stay of proceedings, and you did so
20 because of a code section, administrative code
21 section that says no stay shall be granted
22 where there exists a, quote, "Condition of
23 immediate danger or hazard to health, safety or
24 welfare which requires immediate compliance.
25 And you said the Court finds the city

1  established such a condition through credible
2  testimony and evidence.  Your Honor did not
3  order Mr. Holton to do anything about it.  You
4  simply denied his motion for preliminary
5  injunction because of that section of the
6  administrative code.
7          Today, we produced two exhibits; P-1
8  and P-2, which, I believe, are sufficient to
9  satisfy this Court that the condition of
10 immediate danger and hazard to health, safety
11 and welfare did not exist at the time and,
12 certainly, hasn't existed from the date of
13 those exhibits.
14         Now putting that issue aside, I want
15 to address this urgent notice.  What troubles
16 me about this case and what I believe should
17 trouble the Court is doing something through
18 the back door.  If my client is trespassing on
19 city property, there is all sorts of remedies
20 that the city can invoke, but, instead of that,
21 they have the Department of Licenses &
22 Inspections issue violation notices.  Now my
23 client has corrected those violation notices
24 that are referred to in the --
25         THE COURT:  But they put on evidence

1  that he doesn't own the property where he is
2  operating his business.
3          MR. BERNARD:  Exactly, and that is
4  really the issue before the Court.  I am not
5  sure that this is the way to do it.  I don't
6  think that in adjudicating a motion for
7  preliminary injunction to prevent the city from
8  enforcing Licenses & Inspections orders, I
9  don't believe that that is the best way, I
10 don't believe it is any way to address the
11 issue of title and trespass on city property.
12 This business has been going on for 20 years.
13 I am not suggesting that there is adverse
14 possession, although that may be the case , but
15 it has been going on for 20 years.
16         If the city really believed that
17 Mr. Holton is operating a business on city
18 property and has been doing that for a long
19 time, then they should be ejecting him, filing
20 some sort of an action to quiet title or
21 whatever, but not issuing technical L&I
22 violation notices; that is not the way to do
23 it.  And, Your Honor, I think that we are
24 entitled to injunctive relief because the city
25 is has premised its urgent notice, as Your

1  Honor just observed, on my client conducting a
2  business on property he doesn't own.  This
3  isn't the way to do it, and until this issue is
4  resolved, even if we have to resolve it by
5  filing a declaratory judgment action, but until
6  it is resolved, he should not be shut down
7  because he is being shut down based on an
8  underlying issue, which really is not before
9  the Court.  The only way it would be before the
10 Court is this testimony today that he is
11 operating on property he doesn't own, but the
12 best evidence of that would be the deeds, and
13 Mr. Holton has a deed to this property, which I
14 believe we have presented.
15         THE COURT:  No.  The only deed that I
16 am aware of having is C-6.
17         MR. BERNARD:  Well, C-6 isn't a deed,
18 Your Honor, or maybe I am wrong.
19         THE COURT:  Yes, it is.  I am looking
20 at it.
21         MR. BERNARD:  Is that a 2012 deed?
22         THE COURT:  No.  It is a 2004 deed.
23 I don't believe I have a 2012 deed in front me.
24         MR. BERNARD:  Even if it is a 2004
25 deed, it is a deed.

1  THE COURT: But I have had testimony
2  from a surveyor saying that this deed does not
3  include the property where he is conducting at
4  least part of his business.
5  MR. BERNARD: Granted.
6  THE COURT: So, I mean, one of the
7  elements for obtaining an injunction is you
8  have to establish that your client's right to
9  relief is clear. So, what do I have in front
10  of me that shows that?
11  MR. BERNARD: Your Honor, there is a
12  communication from the department of records,
13  which I didn't feel was material, but maybe it
14  is. The communication from public records was
15  that a deed had been recorded and giving notice
16  to Mr. Holton to the recording of that deed.
17  THE COURT: That is part of the
18  record.
19  MR. BERNARD: Yes. The notice is
20  part of the record, but not the underlying
21  transaction.
22  THE COURT: Right, and Mr. Holton
23  testified that the property was transferred
24  back to him in 2015.
25  MR. BERNARD: Yes.

1  THE COURT: But I don't have that
2  deed in front of me. So, I can't make a
3  decision based on something that is not in
4  evidence.
5  MR. BERNARD: Well, can Your Honor
6  take judicial notice of a deed that has been
7  recorded in the city's records?
8  THE COURT: I don't think so. You
9  know, I don't have access to those documents.
10  MR. BERNARD: Well, then, Your Honor,
11  we would respectfully request that the case be
12  allowed to remain open so that we could submit
13  that deed because it is the best evidence.
14  THE COURT: The Court isn't competent
15  to just read a deed and figure out where that
16  property is. I mean, are you saying that you
17  don't want me to decide the motion based on
18  what is in front of me?
19  MR. BERNARD: That's correct, Your
20  Honor.
21  If the city is presenting the
22  evidence of a surveyor and we have a deed,
23  which we have not yet presented, if we
24  leave to present, then I think it would be
25  incumbent upon us to show that the city's

1  surveys are correct by our own surveyor for the
2  very reason the Court just mentioned. So, yes,
3  we would like the case to remain open for that
4  reason.
5  THE COURT: Well, I think the
6  appropriate thing to do would probably be to
7  withdraw the motion without prejudice, and I
8  will admit this is for my own administrative
9  purposes because it sits open if I don't do
10  something with it.
11  MR. BERNARD: Well, the problem with
12  that, Your Honor, is that then the city is
13  going to shut my client down and we need to
14  address that.
15  THE COURT: Well, when do you think
16  you are going to come back with this deed? I
17  don't sit next week. So, the first available
18  time on my calendar would be a week from
19  Monday.
20  MR. BERNARD: That would be
21  satisfactory.
22  MR. JEFFERSON: May I address the
23  Court?
24  THE COURT: Yes, of course.
25  Mr. Jefferson, go ahead.

1  MR. JEFFERSON: Respectfully, Your
2  Honor, this case concerns one property, 4087
3  Richmond Street, not 4085. The documents that
4  were handed up by --
5  THE COURT: Is the green light on, on
6  that microphone?
7  MR. JEFFERSON: It is.
8  THE COURT: I am still not picking
9  you up.
10  MR. JEFFERSON: Well, I will sit
11  down, and I thought the sound system was better
12  here.
13  THE COURT: It is better. You are
14  just not speaking loudly enough.
15  MR. JEFFERSON: Okay. So, this case
16  has been brought to you by counsel in a
17  petition where he is talking about the deeds,
18  he is talking about the deeds in his pleading.
19  We brought the surveyor to say definitively,
20  definitively to this Court, this is the deed
21  for 4085.
22  THE COURT: But then there was
23  testimony about a subsequent fraudulent deed
24  and a second subsequent deed, and your witness
25  didn't address any of that.

1   MR. JEFFERSON:  Look at that, because
2   it only concerns 4085 Richmond Street.  4085
3   Richmond Street operates off its own deed.
4   Anything that is subsequent to 4085 is
5   addressed to their deed that you have before
6   Your Honor, which is the deed for 4085.  There
7   is no deed for 4087 and there is no deed for
8   4087 because --
9               THE COURT:  But what I understand
10  Mr. Holton is arguing is that he owns the whole
11  shabang, that whether you call it 4085 or
12  4085-87 or whatever that Delaware Avenue
13  address is, that, I mean, his contention, I
14  believe, is that he owns the property between
15  Delaware Avenue and Richmond Street and Lewis,
16  and I don't know how, I don't know if he
17  contends he goes to Adams or he just contends
18  he goes to the creek, but that is his
19  contention.  I am not entering an injunction
20  today based on the record in front of me
21  because --
22              MR. JEFFERSON:  But --
23              THE COURT:  Don't interrupt, I know
24  you are dying to, but -- because it is their
25  burden to show their right to relief is clear

1   and I don't see this record as clear at this
2   point that Mr. Holton owns 4087.  But
3   injunctions can always be revisited; they are
4   equitable in nature, so if -- I mean, I am
5   going to hear what you have to say, but he is
6   always going to have the right to come back
7   with a deed and ask for another hearing.
8               MR. JEFFERSON:  If such a thing
9   existed, then that would be here today.  If
10  such a thing existed, that would be here today.
11  Counsel brought this action, not the city.
12  Counsel, the petitioner, brought this action to
13  prove that they have a right to occupy 4087
14  Richmond Street.
15              THE COURT:  Okay.  Well, let me ask
16  you a question.  Since I have already said I am
17  not entering an injunction today, what more do
18  you need the Court to know?
19              MR. JEFFERSON:  For the record, zip,
20  I am pulling a zipper across my lip, okay?
21  That is all.  It seems like the Court does
22  know.  The Court does know that 4085 does not
23  include the deed and there is no deed, no deed
24  out there that exists anywhere, according to
25  our evidence from the surveyor.

1               THE COURT:  Well, all your surveyor
2   testified to was this deed.  He did not testify
3   as to whether he did any kind of investigation
4   as to whether anything happened after that
5   deed; that is just not in the record,
6   Mr. Jefferson.
7               MR. JEFFERSON:  I know, but what is
8   in the record is that the property that we are
9   referring to that Mr. Holton is operating on is
10  within the City of Philadelphia's right of way,
11  that cannot be deeded outside of the city, no
12  matter what the evidence is, that is, and that
13  was in 1951, before Mr. Holton came onto the
14  scene.  That was there in 1951, and there is
15  nothing, anything, anything relating to
16  Mr. Holton's property at 4085, anything, will
17  never, ever be a part of 4087.
18              THE COURT:  Here is what I am going
19  to do.  I am not going to enter an order today.
20  Mr. Bernard, you have until
21  5:00 o'clock on Wednesday of next week to
22  submit any document that you wish the Court to
23  consider.  If another deed from 2015 is
24  submitted, is filed as of record with the Court
25  by 5:00 o'clock on next Wednesday, I will

1   schedule another hearing in my next court week.
2   If no such document is filed, I will decide the
3   motion based on what is in front of me.  So
4   that is my ruling for today and you are all
5   excused.
6               MR. BERNARD:  Thank you for your
7   time, Judge.
8               MR. JEFFERSON:  Thank you.
9               (At this point this matter was
10  recessed.)

1
2  I HEREBY CERTIFY THAT THE PROCEEDINGS AND EVIDENCE ARE
3  CONTAINED FULLY AND ACCURATELY IN THE NOTES TAKEN BY ME
4  ON THE TRIAL OF THE ABOVE CAUSE, AND THAT THIS COPY IS A
5  **CORRECT TRANSCRIPT OF THE SAME.**
6
7  **ANN C. MULLEN, R.P.R.**
8  **OFFICIAL COURT REPORTER**
    **COURT OF COMMON PLEAS**
9  **PHILADELPHIA COUNTY**
10  THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT
11  APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS
12  UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE
13  **CERTIFYING COURT REPORTER.**
14
15
16
17
18
19
20
21
22
23
24
25

BY MR. BERNARD: [26] 13/21 14/14 15/1 15/17 19/6 20/4 20/16 21/13 36/13 37/1 37/6 37/21 53/2 55/2 55/19 57/13 58/22 59/11 60/10 71/5 73/13 74/9 78/14 80/21 86/22 87/5
BY MR. JEFFERSON: [41] 21/23 22/16 24/8 24/24 26/2 28/25 29/24 31/19 32/3 34/4 35/19 39/15 42/1 43/6 44/2 45/6 46/14 46/24 47/12 47/21 48/17 49/1 51/23 52/15 62/2 62/14 63/3 64/17 65/15 65/24 67/3 68/16 69/15 70/12 75/21 76/2 76/16 77/2 82/4 82/11 85/21
MR. BERNARD: [87] 3/10 3/20 3/25 5/6 13/12 14/25 17/18 18/7 20/3 20/14 21/5 21/21 31/15 35/13 36/9 37/11 38/1 38/8 38/13 38/16 38/22 41/22 44/19 46/4 46/9 46/18 48/13 48/23 52/1 52/9 55/1 55/13 58/5 58/9 58/16 58/20 60/3 61/5 62/24 63/23 66/20 68/4 69/11 69/23 71/3 74/8 75/14 76/11 76/22 77/11 77/22 78/7 78/11 81/23 85/11 87/2 87/12 87/25 88/8 88/13 89/2 89/5 90/8 90/15 91/10 91/13 92/4 92/9 92/15 92/19 92/24 93/5 93/9 95/2 96/16 96/20 96/23 97/4 97/10 97/18 97/24 98/4 98/9 98/18 99/10 99/19 104/5
MR. JEFFERSON: [117]
THE COURT CRIER: [7] 2/25 3/3 3/7 61/16 61/19

THE COURT: [208]
THE WITNESS: [35] 3/2 3/4 15/13 18/21 22/14 31/13 32/1 33/11 33/14 33/16 33/19 33/23 35/17 37/15 37/19 39/7 50/24 51/2 51/7 55/16 57/11 61/3 61/18 61/20 73/11 73/25 79/20 80/3 80/10 80/17 84/13 84/17 84/21 84/24 85/8

'
'15 [1]  84/20
'17 [1]  28/10

0
01429 [1]  1/7
01646 [1]  21/11

1
12 [1]  66/18
12/31/2017 [1]  73/24
13 [3]  2/4 93/12 93/17
16 [1]  1/9
1704-01646 [1]  21/11

**1**

18 [2]  2/13 2/14
1951 [4]  40/13
 41/10 103/13
 103/14
1997 [1]  62/7
1st [2]  36/16 86/24

**2**

20 [7]  14/7 14/8
 14/20 35/4 71/19
 95/12 95/15
200 feet [2]  50/6
 50/7
2004 [2]  96/22
 96/24
2006 [1]  83/18
2012 [7]  33/13
 82/19 84/15 84/18
 86/24 96/21 96/23
2015 [6]  82/24
 84/17 84/24 85/6
 97/24 103/23
2017 [10]  9/9 9/10
 12/8 16/3 25/12
 29/8 66/8 66/18
 73/24 93/13
2018 [3]  1/5 1/9
 36/16
21 [1]  2/4
25 [2]  16/20 83/10
2nd [4]  16/3 16/13

**3**

30 [3]  16/20 16/20
 16/22
3085 [3]  85/24
 85/25 85/25
3087 [3]  31/23
 31/24 32/2
36 [1]  2/4
38 [2]  2/13 2/14
39 [1]  2/9
3950 [8]  18/19
 18/20 19/8 19/13
 28/17 30/22 32/25
 56/18

**4**

40 [1]  55/18
4085 [54]  6/18 6/22
 6/24 15/9 22/2 22/9
 22/19 22/21 23/1
 26/25 30/14 30/25
 31/1 32/6 32/8
 32/24 40/24 41/1
 41/4 45/17 45/22
 46/16 47/14 47/25
 48/1 49/7 50/21
 50/23 53/16 53/19
 53/25 55/4 55/7
 72/10 72/13 74/1
 76/5 78/19 78/21
 79/9 81/8 85/25
100/3 100/21 101/2
 101/2 101/4 101/6
 101/11 102/22
 103/16
4085-4087 [1]  22/1
4085-87 [4]  19/14
 20/12 32/9 101/12
4085/87 [2]  32/12
 32/16
4087 [58]  6/2 6/10
 6/22 22/1 25/8
 30/12 30/16 30/23
 31/1 31/7 31/11
 32/5 32/22 32/24
 34/15 35/10 35/22
 40/5 40/7 40/17
 41/8 42/3 42/6
 43/13 44/9 45/8
 45/18 45/23 46/17
 48/23 49/4 49/10
 49/17 50/21 51/25
 56/15 59/21 62/22
 63/13 64/20 72/7
 73/19 76/9 77/5
 78/19 79/8 80/2
 80/12 82/17 86/4
 86/9 88/25 100/2
 101/7 101/8 102/2
 102/13 103/17
426 [1]  1/9
43 [1]  2/19

**4**

44 [1]  2/20
45 [1]  2/21
47 [2]  2/22 25/9

**5**

53 [1]  2/9
574778 [1]  28/13
5:00 o'clock [2]
 103/21 103/25

**6**

62 [1]  2/10
65 [1]  2/23
67 [1]  2/24
69 [1]  2/25

**7**

71 [1]  2/10
73 [1]  2/15
75 [1]  2/10
78 [10]  2/5 2/17
 2/18 2/19 2/20 2/21
 2/22 2/23 2/24 2/25

**8**

82 [1]  2/5
86 [1]  2/5
87 [9]  2/16 2/16
 15/9 19/14 20/12
 32/9 32/12 32/16
 101/12

**A**

a/k/a [5]  25/9 31/1
 32/7 32/24 33/4
ABBE [1]  1/15
ability [1]  13/25
able [1]  7/24
about [41]  4/4 5/25
 7/5 7/6 11/21 14/7
 17/5 17/9 18/20
 21/25 26/16 36/24
 40/9 40/13 40/16
 41/21 41/24 43/13
 48/6 49/9 49/19
 62/22 67/6 71/7
 71/15 73/17 73/18
 75/24 79/17 83/1
 85/24 86/3 86/8
 86/24 92/7 92/19
 94/3 94/16 100/17
 100/18 100/23
above [4]  28/11
 50/13 79/18 105/4
abused [1]  30/6
access [1]  98/9
according [4]  53/20
 63/16 72/16 102/24
ACCURATELY [1]
 105/3
acids [1]  60/19
acknowledged [1]
 81/14
acoustics [1]  69/15

acquire [1]  4/25
acquisition [1]  44/7
across [1]  102/20
act [1]  85/1
action [8]  41/20
 41/21 85/24 89/22
 95/20 96/5 102/11
 102/12
activates [1]  60/12
active [3]  72/4
 72/11 72/13
actual [5]  19/11
 44/14 48/3 53/9
 67/5
actually [13]  6/7
 27/4 41/19 43/17
 45/20 46/17 49/5
 51/15 65/1 79/8
 80/4 81/20 93/3
Adams [1]  101/17
add [1]  11/22
added [1]  48/11
addition [3]  12/12
 12/17 44/14
additional [2]  17/1
 64/4
additions [1]  48/11
address [25]  6/1
 6/14 15/6 18/25
 19/11 22/21 25/12
 30/24 32/9 33/3
 51/6 51/9 56/19

address... [12] 65/4
73/18 73/25 76/4
84/5 93/11 94/15
95/10 99/14 99/22
100/25 101/13
addressed [14]
22/10 25/7 26/12
26/16 26/19 28/7
28/19 29/13 33/6
64/21 64/25 76/6
76/7 101/5
addresses [13]
14/23 20/8 22/21
22/22 22/22 29/5
30/21 31/2 33/2
33/4 65/3 79/12
89/9
adjudicating [1]
95/6
adjustments [1]
43/12
administrative [3]
93/20 94/6 99/8
admit [2] 77/18
99/8
admitted [3] 38/20
87/21 87/23
admonishment [1]
77/1
adverse [1] 95/13
advised [1] 14/2

affirmative [1]
10/24
affirmed [2] 10/17
11/25
after [8] 11/4 11/24
11/25 11/25 35/13
66/23 68/19 103/4
again [10] 15/19
46/19 52/2 60/23
66/21 74/3 74/11
81/17 91/10 91/21
ago [2] 33/5 56/4
agreement [4]
27/10 27/12 27/14
27/18
ahead [11] 46/23
47/11 51/17 52/14
59/8 61/25 75/20
78/13 80/21 88/13
99/25
ain't [1] 29/5
al [1] 1/5
albeit [2] 8/11 9/23
all [60] 3/17 3/19
8/4 8/5 11/11 12/9
13/10 13/11 14/5
16/10 17/2 18/24
22/16 25/20 29/17
30/4 30/17 31/5
32/24 33/25 36/8
38/2 41/13 46/1
49/12 49/25 50/6

51/10 51/17 52/24
52/25 54/24 56/2
57/8 58/11 61/6
68/7 71/21 71/21
71/23 71/24 72/14
73/7 73/15 74/7
75/16 77/9 77/19
80/20 81/7 81/25
82/15 83/11 83/16
83/21 88/13 94/19
102/21 103/1 104/4
alleged [2] 15/24
89/11
allowed [3] 18/22
69/9 98/12
almost [1] 91/21
along [6] 30/25
40/22 74/12 81/1
84/5 91/16
already [6] 37/5
39/19 63/6 68/9
77/25 102/16
also [13] 18/9 21/4
28/17 32/15 32/17
32/25 45/17 50/11
50/14 52/5 69/13
75/4 84/5
although [2] 47/3
95/14
always [5] 23/16
30/21 30/25 102/3
102/6

Document 87-1 Filed 03/26/19 Page 66 of 76

**am [122]**

**amounted [1]** 4/6

**amplification [1]** 6/6

**AND/OR [1]** 105/12

**ANN [1]** 105/7

**another [8]** 28/24 67/15 74/5 85/19 91/22 102/7 103/23 104/1

**answer [18]** 13/24 22/14 23/12 25/24 32/14 32/20 33/14 33/22 35/17 37/8 37/10 37/14 55/16 57/11 76/23 84/16 85/5 90/10

**answered [2]** 37/5 47/6

**any [76]** 6/14 9/1 11/11 13/9 14/9 14/17 16/12 17/5 17/13 17/15 19/4 20/7 20/19 21/15 22/3 22/9 22/11 22/11 22/15 22/18 22/20 22/20 24/12 24/14 27/10 31/4 31/6 31/22 32/21 35/13 35/22 36/9 38/18 38/25 40/21 46/3 49/12 50/9 51/12 55/9 55/10 55/24 55/24 56/6 56/12 56/25 56/25 59/13 60/17 60/18 61/8 61/11 76/10 77/10 77/13 77/16 77/21 77/22 78/18 82/1 82/15 82/16 83/10 86/7 87/25 88/2 92/19 95/10 100/25 103/3 103/22 105/11 105/11

**anyone [2]** 49/13 69/9

**anything [26]** 8/10 16/7 16/15 23/3 36/2 36/24 37/24 50/10 57/4 60/12 67/6 69/10 75/7 75/17 78/6 81/15 81/18 86/3 86/14 90/20 94/3 101/4 103/4 103/15 103/15 103/16

**anywhere [1]** 102/24

**apart [6]** 6/18 40/20 41/7 55/23

**apologize [1]** 37/12

**apparently [1]** 86/13

**appeal [5]** 10/20 12/6 90/12 90/13 90/18

**appealed [1]** 4/16

**appear [2]** 65/2 65/3

**appearance [1]** 3/9

**APPEARANCES [1]** 1/18

**appears [1]** 40/23

**applicable [1]** 4/18

**applicant [1]** 76/20

**APPLY [1]** 105/11

**appropriate [1]** 99/6

**approval [2]** 76/22 77/6

**April [6]** 17/10 20/20 66/18 67/6 93/12 93/17

**April 12 [1]** 66/18

**April 13 [2]** 93/12 93/17

**Aramingo [1]** 41/16

**are [150]**

**area [8]** 40/21 50/4 50/9 50/10 50/11

**A**

area... [3]  50/14
 50/15 59/20
areas [1]  45/22
aren't [1]  26/14
argue [1]  28/23
arguing [1]  101/10
argument [4]  51/23
 78/7 88/7 89/5
around [1]  83/11
as [81]  5/12 5/25
 6/2 7/1 8/8 8/9
 14/10 14/16 14/18
 16/6 17/25 19/14
 21/15 22/1 23/2
 23/4 23/16 24/11
 25/22 26/8 27/6
 27/25 28/4 28/16
 29/3 29/9 29/22
 31/1 32/22 33/6
 37/19 40/5 41/8
 42/7 42/22 43/2
 43/9 43/25 44/8
 44/24 45/12 45/18
 45/22 47/18 48/10
 48/23 49/4 49/17
 50/12 50/14 50/16
 57/1 59/18 59/18
 59/21 62/8 62/16
 63/7 65/3 67/11
 67/23 70/15 71/8
 71/17 73/23 75/2

76/18 78/18 80/1
81/8 82/17 84/12
86/16 88/15 89/16
93/16 95/25 102/1
103/3 103/4 103/24
aside [3]  82/6 82/13
94/14
ask [27]  10/25
 13/23 14/24 17/24
 23/19 24/5 24/23
 26/1 28/1 28/24
 34/4 34/8 36/20
 36/23 42/22 51/11
 63/7 67/14 68/18
 71/7 72/24 74/6
 86/21 89/3 90/14
 102/7 102/15
asked [5]  9/13 37/5
 74/3 85/17 86/11
asking [6]  12/14
 12/15 46/21 58/17
 71/15 93/5
Assessment [1]
 6/13
assign [1]  51/8
assigned [1]  73/1
ASSISTANT [1]
 1/22
assuming [2]  75/9
 88/8
attached [7]  5/8
 5/12 36/15 58/7

attempt [2]  4/25
 14/17
attention [14]
 15/21 26/4 28/3
 28/14 29/21 30/2
 34/10 45/11 63/5
 65/11 66/2 67/10
 70/14 87/7
attorney [2]  34/9
 82/21
attorneys [2]  83/1
 83/16
attribute [1]  24/11
authorization [1]
 10/12
authorize [1]  49/13
authorized [3]
 35/12 35/21 41/21
auto [2]  7/1 50/3
automatically [1]
 92/1
available [1]  99/17
Avenue [19]  15/6
 18/20 18/21 19/9
 19/13 20/10 28/19
 30/23 31/2 32/7
 33/5 33/7 41/16
 49/7 49/8 56/18
 83/14 101/12
 101/15
avoiding [1]  80/24

# A

aware [15] 53/23
54/3 54/4 55/9
55/25 56/1 56/2
56/25 59/13 59/15
60/24 60/24 62/23
73/7 96/16
away [3] 49/6 60/17
83/13

# B

back [27] 12/8 17/9
19/10 20/11 20/18
28/14 30/23 33/1
33/6 41/10 43/1
49/5 49/8 72/21
80/24 82/19 82/22
82/23 84/15 84/21
88/23 91/22 92/3
94/18 97/24 99/16
102/6
banks [1] 50/13
based [8] 38/4
75/12 77/11 96/7
98/3 98/17 101/20
104/3
basically [6] 9/2
11/12 11/19 13/5
17/3 79/7
basis [3] 5/6 18/16
54/20
be [57] 5/11 5/12

10/11 13/6 13/9
20/10 20/11 20/25
35/25 39/5 40/23
42/22 43/13 45/25
49/24 50/11 52/1
52/1 54/16 55/4
56/1 57/5 58/1 60/6
65/19 66/17 69/21
69/22 71/13 74/13
81/20 83/5 86/14
87/3 89/7 90/21
93/4 93/21 95/14
95/19 96/6 96/9
96/12 98/11 98/24
99/6 99/18 99/20
102/3 102/9 102/10
103/11 103/17
bear [5] 36/2 50/18
57/15 57/16 66/10
became [1] 42/6
because [33] 7/8
7/22 8/16 8/17 9/20
10/10 12/25 13/6
13/8 23/11 32/25
33/5 35/25 50/12
54/22 67/15 67/18
77/6 83/22 83/25
89/6 89/18 91/25
93/20 94/5 95/24
96/7 98/13 99/9
101/1 101/8 101/21

become [1] 43/19
been [62] 4/15 6/6
8/6 9/6 10/20 11/6
11/14 12/10 14/6
14/9 14/17 16/20
19/3 23/13 30/21
31/22 34/22 35/2
35/4 40/1 42/13
47/8 49/17 52/17
52/18 52/18 56/8
62/4 62/6 62/23
64/19 67/24 68/9
68/22 68/25 69/2
69/5 70/24 71/17
72/15 72/21 73/8
73/17 75/24 76/14
78/17 81/8 82/6
82/13 83/10 83/17
83/18 84/3 84/6
87/15 88/15 95/12
95/15 95/18 97/15
98/6 100/16
been corrected [1]
72/15
before [15] 1/15 4/2
4/9 25/15 26/10
68/13 70/4 78/7
84/8 90/22 95/4
96/8 96/9 101/5
103/13
behalf [2] 3/15

**B**

behalf... [1] 12/13
being [14] 23/8
23/16 24/11 25/23
31/2 35/22 40/18
45/22 55/10 59/21
79/8 79/13 87/21
96/7
belief [1] 83/2
believe [12] 5/3
9/19 77/19 88/21
90/20 94/8 94/16
95/9 95/10 96/14
96/23 101/14
believed [1] 95/16
believes [1] 46/17
belonged [1] 42/3
belongings [1]
83/21
below [1] 80/1
BERNARD [32]
1/19 3/12 3/19 9/12
12/12 13/3 13/4
13/11 14/24 18/6
19/6 24/23 37/9
46/7 55/1 58/4 64/1
64/14 67/24 69/25
74/8 77/21 78/6
80/21 85/19 86/20
87/9 88/7 88/24
91/4 92/24 103/20
best [5] 13/24 56/11

Betsy [2] 15/15
41/14
better [3] 80/7
100/11 100/13
between [11] 15/16
23/25 24/1 24/3
24/10 24/12 78/18
79/22 81/12 92/23
101/14
beyond [1] 36/23
big [2] 15/10 15/11
board [17] 4/10
4/13 9/4 9/15 10/3
10/13 10/17 10/25
11/5 11/24 12/1
25/15 25/18 25/21
39/24 90/19 90/22
Bonchristiano [2]
53/14 53/15
border [1] 81/9
both [1] 79/12
bought [1] 84/19
boundaries [3] 50/5
55/7 59/18
boundary [1] 57/3
breakdowns [1]
44/15
Bridge [2] 15/15
41/14
brief [1] 93/1
briefcase [1] 31/12

briefly [3] 4/7 75/21
36/10 61/13 75/19
bringing [2] 13/5
64/7
brings [1] 58/25
brought [4] 100/16
100/19 102/11
102/12
BRT [2] 22/21 33/3
buffers [1] 81/11
build [1] 83/22
building [2] 83/11
83/15
Buonasera [1]
53/13
burden [1] 101/25
business [28] 5/10
14/6 22/3 22/5 22/7
23/8 40/18 40/20
40/21 41/3 41/6
53/5 54/17 55/13
55/13 55/14 56/12
56/14 57/16 73/16
73/18 76/8 89/24
95/2 95/12 95/17
96/2 97/4
businesses [3]
24/10 24/12 55/10

**C**

C-1 [4] 42/21 43/1
63/7 77/19
C-2 [11] 42/21 43/1

C-2... [9]  63/7 71/8
71/14 71/15 71/17
71/17 73/15 73/16
74/11
C-3 [5]  42/23 43/6
43/11 67/11 67/15
C-5 [4]  77/25 78/18
79/16 81/17
C-6 [3]  84/12 96/16
96/17
C-8 [2]  67/23 68/20
C-9 [3]  69/22 69/23
77/20
calendar [1]  99/18
call [6]  13/11 39/2
56/15 61/14 78/9
101/11
called [2]  4/7 81/2
calling [3]  23/23
29/13 66/3
calls [1]  48/25
came [8]  7/5 9/12
15/23 16/1 16/10
67/6 70/21 103/13
can [40]  10/5 11/19
13/11 20/7 20/8
24/5 24/23 27/21
30/12 30/14 31/12
31/21 32/17 35/18
37/8 37/10 37/16
44/4 51/1 51/15

54/25 57/11 58/10
63/24 69/24 71/16
73/11 76/10 76/20
77/4 80/8 81/3
81/17 83/13 89/3
92/20 93/1 94/20
98/5 102/3
can't [7]  7/22 8/25
10/11 13/19 74/21
74/22 98/2
canceled [1]  17/4
cannot [4]  8/15
8/16 13/8 103/11
care [1]  35/25
cars [4]  50/1 60/15
60/15 60/16
case [36]  4/15 5/24
9/5 9/17 9/20 9/21
11/25 13/4 13/4
13/5 21/9 24/19
28/11 28/15 28/16
29/2 29/3 65/6
66/10 66/13 66/13
69/21 71/22 71/24
72/2 73/1 73/19
75/10 88/8 88/10
94/16 95/14 98/11
99/3 100/2 100/15
cases [1]  84/7
cause [2]  43/13
105/4
caused [1]  49/24

case [55]  2/23 6/21
7/11 7/17 9/6 9/11
9/13 9/14 9/22 9/25
10/2 10/21 10/23
11/10 11/14 12/4
12/6 12/10 12/22
34/13 34/18 34/22
35/3 35/13 35/23
36/20 57/7 57/12
57/15 57/18 57/24
59/16 63/20 65/8
65/12 66/4 66/9
66/16 66/17 66/19
67/5 67/8 68/19
68/22 68/24 69/1
69/5 70/23 75/11
89/12 90/4 90/11
90/17 91/22 92/2
ceased [5]  23/17
34/15 35/7 37/3
37/18
certainly [1]  94/12
CERTIFICATION
[1]  105/10
CERTIFY [1]
105/2
CERTIFYING [1]
105/13
challenge [2]  57/22
57/23
chance [2]  74/5
85/20

**C**

changed [1] 33/1
checked [1] 17/3
chief [3] 39/23 82/7
82/14
CHRISTOPHER
[1] 1/21
cited [2] 7/21 86/12
city [128]
city's [7] 4/24 42/7
49/18 57/5 89/20
98/7 98/25
City-2 [1] 28/16
City-7 [1] 66/3
CIVIL [1] 1/3
claiming [2] 88/25
89/17
clarity [1] 40/17
classification [1]
55/6
classifications [1]
54/12
clear [3] 97/9
101/25 102/1
clearly [2] 21/2
48/22
clearly leading [1]
21/2
client [10] 58/25
64/5 75/3 92/13
92/21 92/24 94/18
94/23 96/1 99/13

client's [1] 97/8
closed [2] 23/10
23/17
closer [1] 69/14
code [3] 93/20
93/20 94/6
collection [2] 71/14
71/18
color [1] 80/14
come [17] 7/6 10/24
12/13 12/19 15/22
17/8 23/17 33/3
43/1 48/6 50/13
75/5 84/8 89/1 90/2
99/16 102/6
comes [5] 5/25
88/20 89/16 91/16
92/3
coming [2] 11/18
91/22
commissioner [1]
69/17
commissioner's [1]
70/21
COMMON [4] 1/1
4/16 57/25 105/8
communicate [1]
92/3
communication [2]
97/12 97/14
competent [1]
98/14

complaint [2] 5/8
15/5 15/8 36/16
58/8 58/25 89/10
compliance [4]
59/3 72/22 89/25
93/24
complied [1] 72/17
composite [2] 71/11
71/18
computer [2] 33/1
72/17
concerns [2] 100/2
101/2
conclusion [3]
48/25 52/5 66/22
conclusions [1]
75/5
condemnation [4]
41/13 42/7 42/9
83/24
condemnations [1]
43/21
condemned [2]
40/13 41/16
condition [5] 58/2
59/1 93/22 94/1
94/9
conducted [3] 23/8
49/17 55/10
conducting [2] 96/1
97/3
connection [1] 19/5

Case 2:18-cv-02228-CFK Document 25-12 Filed 03/26/19 Page 38 of 76

Conrail [3] 81/14
81/14 81/19
consider [1] 103/23
considered [1] 50/9
consistent [2] 54/17
55/5
constituted [1]
43/19
construction [1]
41/14
contained [2] 48/19
105/3
contaminating [1]
50/4
contamination [2]
49/24 59/17
contends [2] 101/17
101/17
contention [4] 17/5
20/23 101/13
101/19
continue [4] 12/9
31/17 64/16 72/15
continued [4] 9/2
9/24 34/17 90/7
continues [2] 11/15
11/16
CONTROL [1]
105/12
copies [4] 18/6 18/9
64/7 71/13

copy [17] 2/19
42/14 42/15 42/16
43/8 44/4 44/6
45/19 46/13 64/2
64/4 64/10 64/14
65/12 67/25 69/24
105/4
cords [1] 74/12
corner [1] 80/5
correct [37] 6/23
8/19 17/12 20/13
20/25 22/19 23/23
24/16 25/4 25/12
25/13 25/16 26/25
27/13 34/15 34/19
38/16 38/17 44/19
48/12 48/20 50/25
53/6 53/17 53/21
59/14 71/25 72/19
75/13 75/14 84/22
86/4 86/9 92/1
98/19 99/1 105/5
corrected [11]
10/15 16/17 72/15
73/8 73/17 86/1
89/15 91/19 91/20
92/13 94/23
correctly [1] 50/22
could [8] 6/3 15/3
15/6 32/15 45/12
73/3 73/12 98/12
couldn't [5] 10/9

10/10 10/16 22/13
31/25
Council [3] 41/22
41/25 42/12
counsel [16] 3/8
4/12 4/12 9/11 9/20
28/1 42/15 43/24
45/25 47/18 63/6
65/11 75/24 100/16
102/11 102/12
counsel's [1] 74/4
COUNTY [1]
105/8
course [4] 4/7 18/5
87/18 99/24
court [49] 1/1 4/16
9/12 10/24 12/13
12/19 12/21 13/8
15/20 17/8 18/9
18/25 20/20 35/9
36/19 37/9 46/4
47/5 48/15 49/19
49/23 57/25 58/25
74/23 77/24 78/17
89/1 90/3 90/6 91/5
93/25 94/9 94/17
95/4 96/9 96/10
98/14 99/2 99/23
100/20 102/18
102/21 102/22
103/22 103/24
104/1 105/7 105/8

## C

court... [1]  105/13
Court's [1]  52/12
courteous [1]  70/7
courtroom [5]  1/9
 6/7 13/18 69/15
 70/8
CR [2]  2/3 2/8
credible [1]  94/1
Creedon [6]  26/19
 26/20 27/1 27/5
 27/15 64/23
Creedon's [1]
 72/12
creek [33]  6/15
 20/25 25/8 40/14
 40/15 41/15 41/18
 41/19 43/19 43/23
 44/7 44/18 45/16
 45/20 49/15 50/4
 50/5 50/7 50/8
 50/11 50/13 50/16
 53/6 59/18 60/17
 60/20 60/20 79/8
 79/9 80/24 81/2
 91/1 101/18
cross [17]  15/12
 21/20 21/23 24/21
 42/21 52/9 53/1
 53/2 68/11 71/3
 71/5 74/4 82/1 82/4
 85/14 85/21 88/3

cross-examination
 [9]  21/23 24/21
 42/21 53/2 68/11
 71/5 74/4 82/4 88/3
Cross-examine [4]
 21/20 52/9 53/1
 71/3
cross-examining [1]
 85/14
current [2]  72/8
 84/12

## D

D-A-R-I-N [2]  39/8
 39/20
danger [6]  58/2
 59/2 59/4 61/5
 93/23 94/10
Darin [4]  2/9 39/5
 39/8 39/20
date [10]  28/9
 28/11 29/7 29/8
 29/9 56/5 66/5 66/6
 66/17 94/12
dated [2]  36/16
 72/18
Dave [2]  69/19
 70/21
day [3]  12/10 17/3
 30/20
decide [2]  98/17
 104/2
decided [1]  4/13

decision [1]  98/3
declaratory [2]
 89/21 96/5
dedicated [1]  74/13
deed [68]  2/22 33/9
 33/16 33/21 46/18
 47/2 47/14 47/25
 48/3 48/4 48/10
 48/19 48/22 53/13
 53/16 53/20 55/7
 59/19 81/18 82/6
 82/13 82/19 83/4
 83/8 84/11 84/13
 84/15 84/17 84/23
 85/1 85/6 85/9
 85/10 87/8 88/17
 88/21 96/13 96/15
 96/17 96/21 96/22
 96/23 96/25 96/25
 97/2 97/15 97/16
 98/2 98/6 98/13
 98/15 98/22 99/16
 100/20 100/23
 100/24 101/3 101/5
 101/6 101/7 101/7
 102/7 102/23
 102/23 102/23
 103/2 103/5 103/23
deeded [3]  81/14
 88/23 103/11
deeds [3]  96/12
 100/17 100/18

**D**

Case 2:18-cv-02228-CFK Document 53-3 Filed 03/26/20 Page 40 of 72

**DEFENDANT'S [1]** 2/7
**definitively [2]** 100/19 100/20
**DeGuglielmo [1]** 75/1
**Delaware [21]** 15/6 18/19 18/20 19/8 19/13 20/10 28/17 28/19 30/23 31/2 32/7 33/5 33/7 41/17 49/7 49/8 56/18 60/20 83/14 101/12 101/15
**delivered [1]** 65/1
**demonstrate [1]** 7/4
**denied [6]** 4/8 57/25 91/6 93/17 93/19 94/4
**department [19]** 4/14 17/21 17/23 34/14 39/25 56/7 59/10 62/17 62/24 63/10 63/17 63/21 68/25 69/17 70/16 73/6 88/16 94/21 97/12
**depicted [1]** 34/11
**DEPUTY [1]** 1/21
**describe [6]** 14/21

20/7 80/9
**described [2]** 19/14 53/12
**description [3]** 2/12 48/4 53/16
**designated [1]** 43/18
**designed [1]** 13/18
**Destination [8]** 7/1 14/6 14/10 22/6 22/10 22/25 76/6 76/8
**diagram [1]** 80/9
**did [35]** 15/22 16/15 17/8 17/8 17/14 17/14 25/18 27/12 40/11 41/25 41/25 48/6 49/22 50/2 50/22 53/8 53/11 56/3 57/18 64/1 69/25 72/5 77/10 77/16 83/15 86/20 86/24 89/7 90/14 90/23 93/19 94/2 94/11 103/2 103/3
**didn't [12]** 16/8 27/4 27/10 36/23 57/19 60/7 68/12 73/21 90/22 92/6 97/13 100/25

**different [10]** 9/17 9/20 16/23 20/8 23/19 48/9 60/9 68/8 71/23 71/25
**digit [1]** 79/12
**direct [11]** 13/21 14/3 15/21 28/14 37/10 39/15 52/13 62/2 78/14 87/7 105/12
**directed [5]** 22/11 31/1 63/9 63/12 77/1
**directing [4]** 29/21 30/2 34/10 45/11
**DIRECTION [1]** 105/12
**disassembled [1]** 8/12
**discussion [1]** 92/23
**dismantled [2]** 30/7 30/7
**dismantling [1]** 30/5
**dispute [3]** 4/4 4/24 10/8
**disregard [1]** 67/20
**DISTRICT [1]** 1/2
**districts [2]** 42/11 48/7
**divider [1]** 81/12

**D**

Case 2:18-cv-02228-CFK

dividing [1] 79/7
DIVISION [1] 1/3
do [94] 4/24 5/16
7/16 10/23 12/5
16/8 16/15 17/13
17/15 18/6 19/1
20/8 20/25 21/10
22/10 25/9 28/18
28/20 30/9 31/4
31/6 32/11 32/20
33/8 33/16 33/18
34/11 36/2 38/4
38/7 38/9 38/12
38/14 38/24 39/1
39/21 41/25 46/3
49/12 51/8 54/9
54/10 57/15 57/16
59/23 59/24 60/12
62/9 62/18 64/9
64/12 70/6 71/8
72/5 72/9 74/2 74/2
74/17 75/17 76/22
77/12 77/13 78/6
79/6 80/7 80/8
80/25 82/15 83/23
84/23 85/4 85/7
85/8 86/16 87/20
87/25 88/1 88/2
88/4 89/11 89/14
89/15 90/1 90/3
94/3 95/5 95/22

99/15 102/17
103/19
document [14] 2/25
27/25 49/12 58/12
58/14 58/15 66/3
70/15 70/20 87/11
88/14 88/20 103/22
104/2
documentary [1]
89/1
documentation [1]
82/15
documented [1]
45/21
documents [2] 98/9
100/3
does [27] 6/11 6/12
6/24 7/12 11/8 23/1
40/7 45/17 48/22
49/3 50/23 51/19
54/11 59/19 59/24
66/10 66/13 66/16
68/20 69/8 81/9
91/16 97/2 102/21
102/22 102/22
105/10
doesn't [9] 7/13
8/17 12/16 51/12
89/19 92/1 95/1
96/2 96/11
doing [3] 13/3

domain [2] 5/2
83/25
don't [64] 8/9 10/6
16/20 18/25 22/9
22/11 22/15 22/18
22/20 23/15 24/4
24/14 26/12 27/16
27/21 29/23 31/24
32/2 32/17 33/20
36/4 39/18 51/3
51/9 54/2 54/5 56/4
58/12 58/13 60/2
63/25 64/4 70/11
72/23 72/24 74/15
76/13 76/21 80/16
83/4 83/17 83/23
85/6 85/9 85/16
85/25 86/13 87/9
90/19 92/11 95/5
95/9 95/10 96/23
98/1 98/8 98/9
98/17 99/9 99/17
101/16 101/16
101/23 102/1
done [17] 5/11 7/20
12/7 12/8 12/9
12/20 28/20 39/18
42/9 57/4 67/7
72/16 74/14 75/8
83/5 83/7 90/21
door [1] 94/18

Case 2:18-cv-02228-CFK Document 50-8 Filed 03/26/19 Page 42 of 72

**D**

dotted [2]  79/4 79/22
down [12]  5/9 23/10 32/16 36/24 41/17 81/20 81/21 81/22 96/6 96/7 99/13 100/11
DR [2]  2/3 2/8
drainage [2]  50/9 60/17
drains [1]  50/16
draw [1]  66/23
drawn [1]  48/8
drinking [1]  60/21
due [1]  91/15
during [3]  14/8 14/8 74/4
duties [1]  62/8
dying [1]  101/24

**E**

easy [1]  46/1
EDWARD [2]  1/20 3/14
effect [6]  7/10 35/3 35/24 72/15 90/5 91/9
effective [2]  66/17 66/20
effort [1]  14/9
either [5]  8/13 9/23

ejecting [1]  95/19
elements [1]  97/7
else [5]  12/7 37/24 73/6 78/7 83/3
emergency [4]  1/13 5/5 5/5 93/4
eminent [2]  5/1 83/25
end [2]  22/14 81/4
ended [1]  9/21
ends [2]  49/5 49/8
enforcing [1]  95/8
engaged [1]  56/12
engineer [1]  39/23
engineering [1] 40/2
enough [1]  100/14
enter [7]  55/18 79/20 80/3 80/8 80/9 80/17 103/19
entered [2]  80/23 84/11
entering [2]  101/19 102/17
enters [1]  49/10
entire [1]  66/23
entitled [4]  12/18 82/16 91/15 95/24
entrance [6]  49/7 78/25 79/2 79/10 80/15 81/13

environmental [5] 17/5 17/9 17/14 17/21 17/23
EPA [2]  2/13 2/14
equipment [2] 11/17 83/21
equitable [3]  12/14 12/18 102/4
ESQUIRE [3]  1/19 1/20 1/21
essentially [1]  14/3
establish [2]  4/21 97/8
established [1]  94/1
et [1]  1/5
EVD [1]  2/12
even [11]  8/21 12/18 17/3 32/11 34/18 42/20 60/2 90/6 91/20 96/4 96/24
ever [5]  14/9 14/17 34/22 69/2 103/17
every [5]  12/10 30/19 84/3 86/12 88/17
everyone [2]  3/18 93/5
everything [2]  31/5 86/11
evict [3]  14/9 14/16 14/18

# E

evidence [27]  2/2
2/7 7/3 10/9 17/13
17/15 19/4 38/13
38/21 46/2 77/20
78/4 84/12 87/12
87/15 87/21 87/24
89/2 94/2 94/25
96/12 98/4 98/13
98/22 102/25
103/12 105/2
exact [1]  56/5
exactly [3]  21/6
46/1 95/3
examination [16]
13/21 21/23 24/21
36/13 39/15 42/21
53/2 62/2 68/11
71/5 74/4 75/21
78/14 82/4 86/22
88/3
examine [4]  21/20
52/9 53/1 71/3
examining [1]
85/14
Excellent [1]  64/13
Except [1]  14/12
exclude [2]  48/22
49/3
excuse [2]  32/5
64/7
excused [1]  104/5

executing [1]  90/18
exercised [1]  90/13
exhibit [50]  2/17
2/18 2/19 2/20 2/21
2/22 2/23 2/24 2/25
5/13 26/8 28/1 28/4
28/15 28/15 28/16
29/3 29/4 29/8 29/9
29/11 29/13 29/21
30/2 42/23 43/3
43/9 43/25 44/1
44/4 44/24 45/4
45/5 45/12 47/19
47/20 47/23 47/24
47/25 64/8 65/20
65/21 67/16 67/23
69/21 69/22 70/15
71/18 78/3 78/4
Exhibit-1 [6]  2/17
26/8 28/15 29/4
29/9 78/3
Exhibit-2 [9]  2/18
28/1 28/4 29/3 29/8
29/11 29/13 29/21
30/2
Exhibit-3 [3]  2/19
43/3 43/9
Exhibit-4 [4]  2/20
43/25 44/1 44/4
Exhibit-5 [5]  2/21
44/24 45/4 45/5
45/12

47/19 47/20 47/23
47/24 47/25
Exhibit-7 [3]  2/23
65/20 65/21
Exhibit-8 [1]  2/24
Exhibit-9 [4]  2/25
69/22 70/15 78/4
exhibits [5]  38/13
77/19 77/25 94/7
94/13
exist [7]  6/11 6/12
7/13 17/15 89/14
89/15 94/11
existed [4]  44/17
94/12 102/9 102/10
existing [1]  37/23
exists [6]  41/18
49/12 58/2 59/4
93/22 102/24
expert [2]  83/8 84/1
expired [2]  73/23
76/4
explain [6]  18/23
51/1 78/16 90/1
90/4 91/13
explicitly [1]  91/7
extension [1]  74/12
eyes [1]  86/15

# F

face [1]  25/3
fact [6]  11/5 48/10

**F**

Case 2:18-cv-02228-CFK Document 25-50 Filed 03/26/19 Page 44 of 72

fact... [4]  64/12
89/13 90/2 90/4
fair [3]  24/1 54/16
55/4
falls [1]  50/10
familiar [10]  29/14
40/4 40/24 42/10
46/18 47/2 47/14
48/4 56/19 86/16
familiarity [1]  48/6
fault [1]  47/9
favor [2]  4/13 12/1
faxed [3]  32/16
32/18 83/2
FEBRUARY [3]
1/5 1/9 36/16
February 1st [1]
36/16
feeds [1]  60/20
feel [3]  14/23 83/12
97/13
fees [1]  83/16
feet [4]  49/6 49/9
50/6 50/7
few [2]  29/18 33/1
figure [1]  98/15
file [2]  89/21 90/18
filed [3]  89/10
103/24 104/2
files [1]  54/5
filing [2]  95/19 96/5

filter [2]  50/15
50/15
final [9]  7/1 14/5
14/10 22/6 22/10
22/25 69/21 76/6
76/8
find [1]  27/21
finding [1]  59/23
finds [1]  93/25
fine [5]  16/25 42/24
61/10 67/17 93/7
finish [1]  85/21
first [16]  1/2 9/21
13/12 14/5 18/24
24/2 34/9 39/3 39/4
42/17 58/11 64/22
72/3 93/12 93/16
99/17
five [1]  16/22
FLETMAN [3]
1/15 14/2 20/22
flooding [1]  60/18
floods [1]  50/12
floodway [1]  50/14
Floor [1]  74/13
fluid [1]  60/19
fluids [2]  49/25
60/18
focus [1]  29/12
follow [1]  17/22
follow-up [1]  17/22
foot [1]  15/15

FOREGOING [1]
105/10
Forgive [2]  19/25
24/7
form [2]  35/15
83/24
forth [1]  58/1
forward [1]  4/11
found [1]  12/1
foundation [2]
89/13 90/25
foundational [1]
63/2
four [2]  44/25 45/1
Frankford [22]
6/15 20/24 25/8
40/14 40/15 41/15
41/18 43/19 43/22
44/7 44/18 45/16
45/20 49/15 53/5
59/18 60/17 60/20
60/20 80/24 81/1
91/1
fraud [2]  85/1
88/18
fraudulent [1]
100/23
frequently [1]
50/12
front [8]  50/24 54/2
96/23 97/9 98/2
98/18 101/20 104/3

## F

frontage [1] 20/10
fronts [2] 49/7 81/6
FULLY [1] 105/3
furnish [1] 65/11
further [10] 36/6
 44/15 52/8 71/2
 75/18 81/20 81/21
 81/22 86/19 86/21
future [1] 36/25

## G

G-A-T-T-I [2] 39/9
 39/20
gathered [1] 86/12
Gatti [8] 2/9 39/5
 39/8 39/17 39/20
 39/21 50/20 59/14
gave [2] 11/21
 51/14
general [1] 17/22
generated [2] 70/16
 70/19
get [23] 7/3 7/22
 8/16 10/10 10/11
 10/22 11/13 12/3
 12/5 14/23 24/5
 25/24 29/24 30/20
 31/12 46/1 74/5
 76/10 76/20 77/4
 84/2 84/4 92/2
give [4] 8/23 8/24
 64/1 76/24
given [6] 9/7 11/13
 16/10 64/14 67/25
 68/20
giving [2] 77/6
 97/15
go [18] 5/18 9/2
 25/18 29/18 31/15
 46/23 47/11 51/17
 52/14 59/8 61/25
 67/8 67/19 75/20
 78/13 80/21 88/13
 99/25
go and [1] 67/19
goes [3] 85/11
 101/17 101/18
Goggin [1] 82/24
going [54] 4/20 5/1
 6/1 11/22 13/23
 17/24 17/25 19/17
 19/18 20/18 24/19
 24/22 26/7 27/24
 27/25 28/4 28/23
 34/4 34/7 34/8
 35/14 40/5 42/13
 42/14 42/22 42/25
 43/24 43/24 44/23
 47/17 47/18 56/17
 63/5 65/10 65/11
 67/10 67/18 70/10
 73/2 76/12 80/23
 83/3 83/18 84/7
 86/17 90/10 95/12
 95/15 99/13 99/16
 102/5 102/6 103/18
 103/19
good [5] 3/16 3/17
 18/2 47/4 86/11
got [5] 16/15 26/13
 28/20 83/15 84/1
gotten [1] 6/5
granted [4] 58/1
 91/8 93/21 97/5
graphic [2] 44/16
 45/15
grease [1] 60/19
green [1] 100/5
guess [3] 19/13
 79/4 80/13
guessing [2] 26/21
 33/5

## H

H-O-L-T-O-N [1]
 3/6
had [17] 9/6 10/11
 10/14 10/19 16/9
 23/13 35/9 41/16
 43/18 82/13 82/20
 82/25 83/10 85/4
 85/17 97/1 97/15
HALL [1] 1/10
hand [9] 24/19
 24/22 24/23 27/24
 29/16 42/13 46/12

**H**

hand... [2] 47/17 47/18
handed [3] 25/2 46/8 100/4
handing [5] 17/20 43/8 44/4 69/20 73/2
handling [2] 2/15 73/4
hands [3] 12/19 13/7 90/3
happen [1] 92/6
happened [6] 5/15 51/4 51/9 86/3 86/5 103/4
happy [1] 60/9
harassed [1] 84/3
hard [2] 14/22 62/12
has [71] 4/15 4/24 5/14 7/6 8/6 8/20 9/20 9/24 10/20 11/6 11/12 11/14 12/9 12/10 12/13 13/9 14/5 14/9 14/17 28/18 28/20 31/22 34/22 45/20 48/11 50/3 52/18 57/4 59/15 59/23 64/5 67/19 67/24 68/25 69/1 69/4

70/15 70/21 71/10 71/21 71/21 72/9 72/17 72/21 74/13 74/19 74/19 75/7 76/14 78/17 81/8 81/14 81/14 82/6 83/17 83/18 83/19 87/15 88/14 89/11 89/13 90/20 91/5 94/23 95/12 95/15 95/18 95/25 96/13 98/6 100/16
hasn't [4] 12/8 89/1 90/2 94/12
have [189]
haven't [4] 12/7 19/3 46/5 72/15
having [8] 9/3 42/13 43/11 60/16 69/8 76/19 80/23 96/16
hazard [4] 58/3 59/2 93/23 94/10
hazardous [5] 2/15 72/4 73/4 73/21 76/20
hazards [1] 49/24
hazmat [2] 29/16 72/9
he [77] 7/22 8/10 8/15 8/16 8/17 8/19 10/10 10/11 10/14

10/16 10/17 11/6 11/15 12/4 12/5 12/8 12/9 12/10 12/14 12/14 12/16 13/9 13/17 13/19 19/20 23/2 23/4 26/21 28/20 37/4 37/10 41/24 44/21 46/19 46/21 63/1 72/9 74/19 74/21 74/23 74/25 75/3 88/25 89/1 89/18 90/2 90/7 90/7 90/14 91/1 91/10 91/15 91/18 91/18 91/20 91/23 92/13 92/14 95/1 95/1 96/2 96/6 96/7 96/10 96/11 97/3 100/17 100/18 101/10 101/14 101/16 101/17 101/17 101/18 102/5 103/2 103/3
He's [1] 87/10
head [1] 54/6
health [5] 58/3 59/2 59/4 93/23 94/10
hear [9] 3/19 17/8 19/4 22/14 32/1 50/22 62/13 88/7 102/5

**heard [5]** 9/3 13/6
14/1 15/19 91/2
**hearing [12]** 10/5
10/5 10/8 10/13
11/5 25/16 25/18
25/19 53/8 67/20
102/7 104/1
**held [3]** 8/12 10/4
11/5
**helpful [1]** 93/4
**helps [1]** 50/15
**Her [2]** 14/2 20/22
**here [44]** 4/5 4/17
5/5 6/6 11/2 11/4
13/3 17/12 18/8
25/20 28/17 28/21
29/2 29/17 30/3
32/6 32/8 32/10
33/18 33/21 34/6
36/19 37/19 41/24
51/16 58/8 58/25
62/22 64/22 74/23
78/23 79/4 80/8
81/5 81/8 82/22
85/11 86/17 89/22
89/23 100/12 102/9
102/10 103/18
**HEREBY [1]** 105/2
**higher [1]** 81/11
**highlighted [1]**
45/21

11/19 11/21 13/19
24/22 24/23 27/7
27/10 27/12 46/8
64/3 68/4 70/4 74/6
77/6 85/20 88/22
88/23 89/3 90/22
90/23 95/19 97/24
**himself [1]** 9/24
**his [22]** 7/21 13/8
27/11 27/17 27/21
36/24 54/17 64/5
70/1 72/10 73/18
74/25 85/21 88/21
89/25 92/24 94/4
95/2 97/4 100/18
101/13 101/18
**hold [1]** 39/21
**HOLTON [68]** 1/5
2/4 2/5 3/3 3/7 3/13
4/11 5/1 6/19 6/25
8/2 8/6 9/7 9/23
10/9 10/14 11/2
12/3 12/13 13/7
13/15 13/23 14/13
20/6 21/25 24/20
31/21 33/8 40/7
41/2 41/3 46/17
48/2 48/20 51/20
53/15 53/19 54/7
55/11 55/25 56/12
57/6 57/17 58/8

76/10 77/4 78/9
79/15 84/10 85/23
88/19 88/25 89/24
90/13 91/17 92/25
94/3 95/17 96/13
97/16 97/22 101/10
102/2 103/9 103/13
**Holton's [9]** 4/21
5/9 12/25 54/16
55/14 59/19 73/16
89/18 103/16
**honest [1]** 60/6
**Honor [113]**
**Honor's [3]** 10/1
90/21 90/24
**HONORABLE [1]**
1/15
**horrible [1]** 69/15
**Horton [1]** 78/16
**houses [1]** 79/11
**how [19]** 7/5 14/5
15/10 16/19 20/7
35/2 35/8 40/1
44/17 46/1 48/6
51/3 51/9 62/4 80/3
90/1 90/3 93/5
101/16
**However [2]** 7/5
10/21

ID [1] 2/12
identification [8] 18/12 43/6 44/2 45/6 47/21 65/22 69/23 87/5
identified [4] 78/17 80/1 87/11 88/15
identify [5] 17/25 73/3 73/21 81/3 81/17
illegal [3] 56/16 69/10 89/18
illustrate [1] 45/17
immediate [7] 58/2 59/1 59/3 59/4 93/23 93/24 94/10
immediately [1] 14/4
implemented [1] 68/25
important [2] 3/24 11/23
Inaudible [1] 92/23
Inc [1] 76/8
inch [1] 79/18
include [4] 30/6 59/19 97/3 102/23
included [1] 41/15
incomplete [1] 92/12
incumbent [1]

indifference [1] 13/1
industrial [2] 54/14 54/15
information [1] 69/4
injunction [11] 4/8 12/15 67/20 89/11 93/15 93/18 94/5 95/7 97/7 101/19 102/17
injunctions [1] 102/3
injunctive [5] 1/13 4/19 5/11 91/7 95/24
inoperative [1] 30/8
inspected [3] 74/19 74/21 92/17
inspection [11] 2/14 16/1 16/6 16/9 17/22 56/23 57/1 72/16 74/17 91/16 92/19
inspections [27] 4/10 4/14 9/16 10/4 11/24 25/15 25/19 32/11 32/12 34/14 56/7 59/10 62/6 62/18 62/24 63/10

63/17 63/22 69/1 69/18 70/17 73/7 75/12 90/19 90/23 94/22 95/8
inspector [9] 62/4 62/4 62/8 62/16 68/18 74/17 74/20 75/1 76/18
inspectors [2] 56/21 56/22
inspects [1] 92/4
installed [1] 74/14
instead [1] 94/20
intend [2] 36/20 46/2
intent [5] 2/23 34/13 66/4 66/16 68/19
intention [1] 36/24
interest [1] 8/20
interrupt [1] 101/23
intersection [1] 79/25
introduce [1] 24/19
investigation [1] 103/3
invoke [1] 94/20
involved [3] 40/1 51/16 88/18
involving [2] 53/8 60/15

# I

irrelevant [1] 60/1
is [461]
ish [1] 80/14
isn't [10] 8/23 11/1
26/15 71/12 73/5
73/15 90/17 96/3
96/17 98/14
issue [11] 14/4
30/21 55/23 89/9
89/25 94/14 94/22
95/4 95/11 96/3
96/8
issued [12] 9/10
20/23 22/18 25/11
31/22 32/21 35/13
62/23 63/21 64/20
75/11 76/5
issues [3] 57/12
83/10 91/17
issuing [2] 75/8
95/21
it [215]
its [3] 50/13 95/25
101/3
itself [8] 43/16
44/15 48/3 49/11
50/5 50/7 60/14
66/11

# J

JACK [2] 1/19 3/12
JEFFERSON [20]
1/20 3/14 5/16 14/1
15/19 18/7 19/23
24/4 28/25 29/23
38/24 47/3 62/11
64/6 74/2 77/2
85/21 87/14 99/25
103/6
job [1] 80/7
JOHNSON [1]
1/21
Judge [6] 14/2
20/22 81/25 93/2
93/10 104/7
judgment [2] 89/21
96/5
judicial [2] 1/2 98/6
junk [1] 60/16
jury [7] 2/20 43/22
44/6 44/9 44/11
44/14 45/2
just [55] 5/18 7/7
8/15 12/21 13/17
13/20 13/24 14/1
14/22 14/24 17/2
18/25 23/19 24/22
25/2 26/9 26/14
26/16 28/1 28/18
28/20 29/18 30/22
32/10 32/14 32/20
33/3 33/14 38/11
38/15 40/16 50/18

73/21 78/23 79/11
79/14 79/25 82/2
83/12 83/17 83/19
84/25 85/7 86/15
91/10 91/25 96/1
98/15 99/2 100/14
101/17 103/5

# K

keep [1] 83/12
Kevin [13] 26/19
26/19 27/1 27/3
27/5 27/14 27/16
27/19 27/20 27/21
27/23 64/22 72/12
kind [11] 6/14
12/15 15/16 22/3
27/10 53/9 76/14
79/4 79/19 83/7
103/3
knew [1] 86/16
know [49] 8/9 9/1
11/12 11/16 12/17
12/25 16/21 19/18
19/22 26/12 27/16
27/16 27/21 39/18
47/9 49/12 50/12
51/3 51/9 54/5 54/9
54/14 55/21 57/19
58/13 60/2 60/12
60/16 70/5 70/7
72/5 72/9 72/23

**K**

know... [16]  73/6
74/15 74/16 83/4
84/1 85/16 91/23
92/11 98/9 101/16
101/16 101/23
102/18 102/22
102/22 103/7
knowledge [5]
14/11 20/19 56/11
69/4 75/7
known [1]  32/22
knows [1]  73/6

**L**

land [2]  48/19 50/8
last [14]  4/5 4/17
6/6 11/5 15/22
15/23 20/18 27/17
27/21 34/7 56/3
56/22 74/21 81/4
later [1]  91/22
law [1]  11/9
lawful [2]  13/9
51/20
lawfully [5]  6/19
6/25 6/25 7/25 12/2
laws [2]  17/14
56/13
lawyer [1]  19/1
leaching [1]  49/25
lead [2]  20/15

89/12

leading [6]  19/19
19/20 19/22 21/2
44/21 63/1
lease [2]  27/4 30/17
leasing [1]  8/7
least [7]  54/8 54/13
54/18 55/5 68/3
71/19 97/4
leave [1]  98/24
legal [4]  8/20 52/5
53/15 59/18
legalize [1]  8/15
let [8]  7/7 17/19
23/19 24/2 27/12
79/14 80/7 102/15
let's [6]  21/25 26/16
29/18 40/9 72/3
85/20
letter [4]  2/13
17/20 83/20 84/25
letting [1]  27/7
Lewis [11]  15/14
79/17 79/18 79/25
80/17 80/25 81/3
81/7 81/9 81/11
101/15
license [23]  2/15
29/16 30/19 31/6
31/11 31/22 32/15
32/21 72/5 72/9
72/11 72/12 72/13

73/2 73/22 73/23
75/23 76/4 76/5
76/21 77/4 84/3
86/12
licensed [1]  78/20
licenses [36]  4/10
4/14 9/15 10/4
11/24 17/4 25/15
25/19 25/20 31/3
31/5 31/8 31/9 32/6
34/14 56/7 59/10
62/6 62/17 62/24
63/10 63/17 63/21
69/1 69/18 70/16
72/8 73/7 75/12
76/20 79/1 86/10
90/19 90/23 94/21
95/8
licensing [1]  30/18
life [1]  47/8
lifted [4]  9/13 9/14
34/22 69/2
lifts [1]  92/4
light [1]  100/5
like [26]  5/21 20/6
25/24 26/14 29/12
30/22 32/10 44/16
45/15 50/1 58/18
71/19 78/9 78/23
79/4 79/11 79/21
80/5 80/14 81/11
81/11 82/25 83/12

## L

like... [3] 88/11 99/3 102/21
line [1] 81/10
Linebarger [1] 82/24
lines [7] 20/7 48/8 57/3 79/19 79/21 79/22 80/2
lip [1] 102/20
list [1] 79/12
listed [2] 30/3 65/4
listen [1] 60/10
litigating [1] 89/7
little [1] 49/9
locating [1] 57/3
location [3] 14/6 41/17 56/18
long [7] 7/6 14/5 35/2 35/8 40/1 62/4 95/18
longer [1] 4/17
look [11] 26/4 29/15 43/10 44/16 45/13 47/23 63/8 68/18 72/10 75/25 101/1
looked [1] 43/11
looking [11] 28/4 29/11 51/11 58/12 72/3 72/18 74/11 79/16 79/24 93/1

looks [2] 46/2 71/19
lost [1] 85/13
lot [5] 6/13 6/14 11/13 16/14 26/11
loudly [1] 100/14

## M

M-A-R-T-I-N [1] 61/21
made [6] 22/22 33/2 33/4 41/19 47/5 57/24
made-up [1] 33/4
mailed [1] 65/4
mainly [1] 54/14
make [7] 5/17 5/21 29/24 51/12 79/14 88/17 98/2
makes [2] 70/9 83/7
making [1] 18/19
man [1] 41/19
man-made [1] 41/19
manner [1] 65/1
manufactured [1] 4/22
many [2] 16/19 71/11
map [10] 51/12 78/17 78/23 79/3 79/16 81/3 81/5 81/18 81/21 81/23

March 5 [1] 9/9 9/10 15/22 15/22 16/3 16/3 16/13 20/18 25/12 28/10 29/8 66/6 72/19 72/21 86/24 90/5
March 1st [1] 86/24
March 2 [4] 25/12 28/10 29/8 66/6
March 2nd [4] 16/3 16/13 72/19 72/21
mark [6] 17/25 43/2 43/25 44/23 68/12 73/2
marked [15] 18/11 42/22 43/6 44/1 45/5 47/20 65/14 65/21 67/12 69/23 70/15 71/8 71/17 81/8 87/5
Martin [3] 2/10 61/16 61/19
match [1] 66/13
material [5] 2/15 72/4 73/4 73/22 97/13
materials [1] 76/20
matter [6] 4/2 4/3 10/3 48/10 103/12 104/9
may [37] 3/22 3/23

**may... [35]** 10/7
17/17 18/3 18/4
18/13 19/1 26/1
28/14 31/13 31/17
35/17 39/2 39/12
43/2 45/25 45/25
46/12 50/10 51/11
52/12 55/16 56/1
61/24 64/16 65/23
67/2 67/3 77/24
85/12 87/16 87/18
88/6 92/22 95/14
99/22
**maybe [4]** 64/9
79/17 96/18 97/13
**me [59]** 7/7 19/25
22/24 23/2 23/4
23/7 23/17 23/19
24/2 24/7 26/12
28/8 28/19 30/13
30/15 30/20 30/24
31/5 31/11 31/21
31/22 32/5 32/11
32/17 33/21 44/5
46/12 50/18 54/2
70/9 71/19 73/1
79/12 79/14 80/7
83/6 83/7 83/11
83/13 83/14 83/17
83/19 84/4 85/4
85/10 85/16 86/12

89/17 89/21 94/16
96/23 97/10 98/2
98/17 98/18 101/20
102/15 104/3 105/3
**mean [12]** 11/3
21/2 32/8 51/11
54/11 60/6 60/14
67/17 97/6 98/16
101/13 102/4
**Meaning [1]** 15/4
**means [4]** 54/9
67/18 91/8 105/11
**mentioned [1]** 99/2
**metal [1]** 30/5
**microphone [7]**
3/25 6/4 13/20
14/14 69/14 82/9
100/6
**might [2]** 16/20
93/4
**mike [1]** 62/12
**mind [1]** 48/15
**mine [2]** 22/8 47/10
**minutes [1]** 93/6
**missed [1]** 44/25
**mistake [1]** 82/21
**moment [2]** 50/19
92/20
**Monday [1]** 99/19
**months [3]** 35/11
52/18 56/4
**more [6]** 52/13

73/13 86/15 90/6
90/20 102/17
**morning [2]** 3/16
3/17
**most [1]** 56/8
**motion [8]** 1/13
93/14 93/18 94/4
95/6 98/17 99/7
104/3
**motor [1]** 30/6
**move [6]** 6/3 38/11
38/12 46/2 77/16
77/18
**moved [1]** 78/4
**moving [1]** 87/11
**Mr [2]** 88/7 91/4
**Mr. [122]**
**Mr. Bernard [28]**
3/19 9/12 12/12
13/3 13/4 13/11
14/24 18/6 19/6
24/23 37/9 46/7
55/1 58/4 64/1
64/14 67/24 69/25
74/8 77/21 78/6
80/21 85/19 86/20
87/9 88/24 92/24
103/20
**Mr. Buonasera [1]**
53/13
**Mr. Gatti [4]** 39/17
39/21 50/20 59/14

Case 2:18-cv-02228-CFK Document 12-1 Filed 03/26/19 Page 53 of 72

**Mr. Holton [60]**
3/7 4/11 5/1 6/19
6/25 8/2 8/6 9/7
9/23 10/9 10/14
11/2 12/3 12/13
13/7 13/15 13/23
14/13 20/6 21/25
24/20 31/21 33/8
40/7 41/3 46/17
48/20 51/20 53/15
53/19 54/7 55/11
55/25 56/12 57/6
57/17 58/8 72/5
75/25 76/10 77/4
78/9 79/15 84/10
85/23 88/19 88/25
89/24 90/13 91/17
92/25 94/3 95/17
96/13 97/16 97/22
101/10 102/2 103/9
103/13
**Mr. Holton's [9]**
4/21 5/9 12/25
54/16 55/14 59/19
73/16 89/18 103/16
**Mr. Horton [1]**
78/16
**Mr. Jefferson [18]**
5/16 14/1 15/19
18/7 19/23 24/4
28/25 29/23 38/24

47/3 62/21 64/6
74/2 77/2 85/21
87/14 99/25 103/6
**Mr. Raudenbush
[1]** 71/7
**much [3]** 16/8
78/23 93/5
**MULLEN [1]**
105/7
**multiple [4]** 8/11
26/13 71/13 72/1
**must [1]** 30/4
**my [69]** 5/14 14/3
17/3 19/13 23/10
23/16 27/13 29/2
31/2 31/5 31/12
32/14 32/19 32/20
33/10 33/14 33/23
34/2 34/6 34/6 35/4
42/11 47/7 48/7
50/2 52/12 54/3
54/5 54/6 56/8 57/2
57/2 58/25 59/16
75/3 80/14 80/15
81/1 82/19 82/19
82/21 82/22 82/23
83/1 83/2 83/4 83/8
83/9 83/16 83/21
83/21 83/21 84/15
84/16 85/2 85/5
88/9 92/12 92/12
92/21 94/18 94/22

96/1 99/8 99/13
99/18 102/20 104/1
104/4

**N**

**name [16]** 3/2 22/5
27/17 27/21 39/6
39/17 39/18 61/18
65/2 72/13 74/25
76/8 82/20 82/22
82/23 85/2
**nature [1]** 102/4
**necessary [1]** 89/21
**need [8]** 7/23 10/23
10/24 10/25 11/10
76/22 99/13 102/18
**needed [1]** 83/5
**never [6]** 35/5
48/15 82/25 83/10
91/5 103/17
**nevertheless [1]**
91/20
**new [2]** 6/5 24/5
**next [18]** 19/6
33/10 33/25 34/4
34/6 37/21 47/11
48/17 51/18 51/21
61/14 70/12 74/7
76/25 99/17 103/21
103/25 104/1
**no [66]** 1/7 2/12
4/17 4/23 8/20
10/11 11/3 14/19

Case 2:18-cv-02228-CFK Document 67-3 Filed 03/26/19 Page 54/172

**no... [58]**  17/7
17/11 18/24 20/21
21/17 24/13 26/6
27/7 30/18 33/20
34/21 36/4 36/6
37/20 38/1 38/6
38/19 40/8 46/10
49/15 53/11 58/1
58/11 61/9 68/1
68/10 69/3 72/7
74/22 74/24 77/6
77/12 77/15 77/23
80/4 84/1 85/6
85/18 86/5 86/11
86/13 87/22 88/4
88/18 89/5 89/13
91/7 92/7 92/10
93/21 96/15 96/22
101/7 101/7 102/23
102/23 103/11
104/2
**nobody [1]**  72/17
**nonresponsive [1]**
25/23
**North [4]**  15/6
30/23 32/7 56/18
**not [110]**
**NOTES [1]**  105/3
**nothing [12]**  5/14
28/18 28/20 52/7
59/23 71/1 83/16

85/4 86/7 86/19
92/18 103/15
**notice [43]**  2/17
2/18 2/23 5/8 5/12
7/11 7/17 11/21
15/5 16/16 25/3
26/8 26/9 28/9
28/12 29/8 29/12
29/14 36/15 58/7
58/19 58/24 64/23
65/5 66/4 66/6
66/10 66/10 66/11
66/24 71/8 72/18
86/25 87/7 88/16
91/17 91/23 93/13
94/15 95/25 97/15
97/19 98/6
**notices [17]**  24/20
26/5 26/14 62/10
63/25 66/14 71/12
71/15 71/18 71/20
73/8 73/16 75/8
89/12 94/22 94/23
95/22
**notwithstanding [3]**
10/1 10/16 90/8
**November [1]**  12/8
**now [79]**  6/7 6/16
6/19 7/5 8/10 8/21
9/5 9/10 10/20 11/8
11/18 11/22 12/12
12/24 12/24 13/5

14/2 14/15 17/9 18/19
20/6 20/18 22/23
22/25 23/3 23/5
24/14 25/2 26/4
27/24 28/3 28/5
28/14 29/7 29/11
29/11 29/21 30/11
31/4 34/6 34/10
34/14 34/20 34/25
37/19 37/20 40/9
40/20 40/24 41/10
41/18 41/20 43/8
43/9 43/16 43/24
44/4 44/14 45/24
46/16 47/17 49/16
53/23 55/9 56/17
63/19 64/13 65/6
66/2 66/9 68/15
68/24 72/3 75/7
83/3 83/19 84/8
91/18 94/14 94/22
**number [19]**  9/18
9/20 13/6 13/7 21/8
25/2 28/11 28/15
28/16 29/2 29/3
43/17 66/10 66/13
66/13 70/6 70/6
71/21 71/22

**O**

**o'clock [2]**  103/21
103/25
**object [5]**  19/17

Case 2:18-cv-02228-CFK Document 254 Filed 03/26/19 Page 55 of 67

object... [4] 35/15
41/23 62/25 76/12
objecting [2] 18/14
25/22
objection [26]
18/17 18/18 19/2
21/1 25/25 36/22
37/4 38/18 44/20
45/25 46/3 46/11
48/16 48/24 52/6
54/19 54/21 55/12
57/8 59/6 59/25
60/8 61/1 69/12
73/9 87/20
objections [1]
77/22
observe [1] 62/19
observed [1] 96/1
obtain [2] 30/4 72/4
obtaining [1] 97/7
obviously [2] 4/18
80/24
occupies [1] 6/19
occupy [6] 7/24
8/25 11/9 80/25
82/16 102/13
occur [1] 60/25
occurred [3] 16/7
60/24 74/19
off [5] 33/2 35/11
54/6 83/9 101/3

offer [1] 49/22
offered [2] 19/3
87/15
office [2] 6/12
70/21
OFFICIAL [1]
105/7
oils [1] 60/19
okay [49] 5/16 6/3
10/8 13/25 15/17
20/1 21/12 23/19
23/21 26/17 26/18
27/23 28/9 28/23
29/6 29/18 29/19
29/20 30/15 33/24
37/21 39/2 39/11
43/11 43/16 45/11
45/14 46/10 48/17
51/22 52/9 52/20
59/11 64/11 65/14
68/15 71/3 80/20
82/1 82/11 85/18
87/14 87/23 88/11
91/14 93/7 100/15
102/15 102/20
one [20] 11/22 13/6
13/25 26/15 27/5
30/2 30/20 54/12
64/22 66/22 70/6
72/3 72/11 73/13
79/7 82/2 85/7 85/8
97/6 100/2

only [14] 10/5
11/19 19/19 30/18
51/19 65/6 72/11
72/13 79/2 91/2
92/7 96/9 96/15
101/2
only testimony [1]
91/2
open [8] 23/18 50/8
63/16 73/20 92/9
98/12 99/3 99/9
opening [2] 5/17
5/22
operate [8] 8/16
9/24 11/15 23/1
34/17 35/21 49/13
83/9
operated [8] 7/1
23/6 23/9 23/13
23/16 27/1 40/18
55/5
operates [3] 22/25
41/3 101/3
operating [25] 8/8
8/9 11/6 22/3 23/5
23/12 23/22 24/10
26/23 27/5 34/25
35/2 35/5 35/10
40/21 52/20 55/18
56/14 56/16 75/3
75/4 95/2 95/17

**O**

Case 2:18-cv-02228-CFK Document 57-23 58 Filed 03/26/18 Page 56 of 72

operating... [2]
 96/11 103/9
operation [10]  50/3
 50/3 50/9 54/17
 57/16 60/14 60/15
 67/8 70/23 89/18
operations [59]
 6/21 7/11 9/7 9/11
 9/13 9/14 9/22 9/25
 10/22 10/23 11/10
 11/14 12/4 12/10
 12/22 23/22 24/2
 34/15 34/18 34/22
 35/3 35/12 35/13
 35/23 36/21 37/3
 37/19 49/16 49/19
 49/22 51/25 55/17
 57/7 57/13 57/15
 57/18 57/24 59/16
 59/20 63/20 65/8
 65/12 66/9 66/16
 66/17 66/19 67/5
 68/24 69/2 69/5
 75/11 89/12 90/5
 90/7 90/11 90/17
 91/10 91/23 92/2
operator [1]  8/8
opposite [1]  27/8
order [27]  4/6 6/21
 7/23 10/1 10/1
 12/20 20/23 21/5

 21/5 57/21 57/8
 59/16 66/16 89/13
 90/5 90/6 90/11
 90/17 90/25 91/5
 91/6 91/9 92/2 92/4
 93/12 94/3 103/19
ordered [1]  93/17
orders [3]  57/15
 90/8 95/8
ordinance [9]  2/19
 42/9 42/12 42/14
 43/8 43/12 43/14
 43/16 44/11
ordinances [5]
 14/17 37/24 55/10
 55/25 57/1
original [1]  64/5
originally [1]  78/20
other [21]  4/12
 10/13 10/18 11/22
 21/8 22/21 31/2
 38/7 38/9 40/21
 55/9 57/1 61/11
 74/4 74/20 75/8
 77/13 81/8 84/5
 84/7 87/25
our [8]  13/2 24/19
 78/25 78/25 81/13
 93/14 99/1 102/25
ourselves [1]  13/1
out [14]  16/19 17/2
 27/22 36/3 79/4

 80/13 81/17 82/19
 83/16 85/2 88/16
 89/24 98/15 102/24
outcome [1]  4/9
outside [2]  50/5
 103/11
outstanding [4]
 10/22 20/19 21/15
 34/18
over [8]  30/20
 32/18 35/4 49/6
 49/9 50/6 82/24
 86/13
overrule [1]  19/18
overruled [12]  26/1
 35/16 37/1 37/6
 46/21 49/1 55/15
 57/10 61/3 63/3
 66/25 73/10
overruling [1]  19/2
own [22]  7/12 8/17
 12/16 13/2 20/13
 26/24 26/25 31/24
 32/2 40/7 76/21
 82/16 83/16 85/25
 86/8 89/19 95/1
 96/2 96/11 99/1
 99/8 101/3
owned [2]  6/25
 30/12
owner [4]  10/13
 48/1 53/19 69/9

**O**

owner's [1]  76/22
ownership [1]  89/2
owns [7]  6/19 41/1
 48/20 88/25 101/10
 101/14 102/2

**P**

P-1 [6]  2/13 17/25
 18/11 38/15 38/20
 94/7
P-2 [6]  2/14 18/1
 18/11 38/15 38/20
 94/8
P-3 [3]  2/15 73/2
 76/1
P-4 [8]  2/16 87/4
 87/5 87/14 87/23
 88/6 88/12 88/15
P-6 [1]  87/3
page [2]  25/3 30/4
pages [1]  25/2
paid [1]  84/2
paper [2]  17/18
 25/3
paperwork [4]
 33/12 82/22 83/2
 86/6
paragraph [1]
 58/19
parcel [1]  19/14
part [13]  19/14

23/13 27/5 40/16
41/13 43/14 44/9
44/11 45/17 97/4
97/17 97/20 103/17
partially [1]  30/7
particular [6]  6/16
 9/5 48/10 65/6
 70/19 70/20
particularly [1]
 11/23
parties [1]  53/9
parts [2]  8/13 30/8
party [1]  19/1
past [1]  56/8
pay [1]  83/16
payment [1]  84/1
pen [1]  79/22
pending [4]  4/9
 4/15 12/6 93/4
PENNSYLVANIA
[3]  1/2 1/10 17/21
people [3]  8/22
 47/8 65/2
perceive [2]  57/5
 89/7
perhaps [1]  34/6
period [2]  14/8
 35/8
permission [2]
 52/12 67/22
permit [11]  7/23
 7/23 8/16 10/10

10/12 10/18
30/15 31/4 76/10
77/4
permits [1]  69/8
Perry [2]  69/19
 70/22
person [2]  11/8
 12/17
personally [1]
 14/12
pertaining [1]
 19/12
petition [1]  100/17
petitioner [2]  9/12
 102/12
PHILADELPHIA
[36]  1/7 1/10 1/22
 3/15 5/9 7/15 8/21
 12/2 12/22 30/24
 31/23 32/10 32/21
 39/22 39/24 40/2
 40/11 41/11 41/22
 56/13 57/24 60/22
 62/5 62/9 62/17
 68/25 76/11 76/18
 82/7 82/14 82/20
 83/6 84/6 85/3
 86/25 105/8
Philadelphia's [1]
 103/10
phone [1]  32/19
photographs [7]

**photographs...** [7] 2/24 34/8 34/11 34/12 67/11 68/2 68/8

**physical** [2] 19/11 50/5

**physically** [1] 67/7

**picking** [1] 100/8

**picture** [1] 32/18

**piece** [1] 4/25

**pink** [2] 80/1 80/14

**pink-ish** [1] 80/14

**place** [4] 5/13 7/2 93/12 93/13

**placed** [2] 8/10 25/15

**places** [1] 93/11

**plaintiff** [2] 1/19 3/12

**PLAINTIFF'S** [1] 2/2

**plan** [12] 2/20 2/21 6/12 44/6 44/9 44/11 44/14 45/2 45/8 45/15 45/19 45/21

**plans** [2] 43/17 43/22

**playing** [1] 84/4

**pleading** [2] 70/2 100/18

**please** [28] 3/4 3/10 13/16 14/25 18/4 28/2 30/15 31/19 31/21 31/21 37/14 39/17 45/12 47/12 47/23 61/15 61/17 61/20 61/25 67/2 69/14 73/11 73/13 75/25 77/25 78/16 82/9 88/6

**point** [12] 12/2 12/24 19/3 40/11 60/1 83/4 83/11 84/9 92/11 93/8 102/2 104/9

**pointing** [2] 78/22 80/13

**polluting** [2] 20/24 91/1

**pollution** [3] 17/6 17/9 53/10

**portion** [1] 6/17

**portions** [1] 43/18

**position** [3] 39/21 62/16 89/20

**possess** [1] 86/8

**possess/own** [1] 86/8

**possession** [2] 36/2 95/14

**posted** [6] 79/7 11/15 59/15 67/9 68/20 68/23

**poster** [1] 68/22

**posters** [1] 67/8

**potential** [10] 49/23 50/4 53/4 59/17 59/24 59/24 60/13 60/25 61/5 91/3

**practice** [1] 47/4

**pre** [1] 67/12

**pre-marked** [1] 67/12

**prejudice** [1] 99/7

**preliminary** [9] 1/13 4/7 4/19 5/10 89/10 93/14 93/18 94/4 95/7

**premised** [1] 95/25

**premises** [2] 11/7 25/6

**present** [2] 37/24 98/24

**presented** [3] 25/21 96/14 98/23

**presenting** [1] 98/21

**president** [1] 39/23

**pretty** [2] 15/11 78/23

**prevailing** [1] 12/4

**prevent** [1] 95/7

**P**

previous [2]  50/2 59/16
previously [5]  23/6 49/19 60/23 63/6 67/11
prior [2]  53/8 90/24
probably [4]  26/15 84/8 89/20 99/6
problem [3]  20/2 72/21 99/11
proceed [3]  39/12 65/23 67/2
proceeding [3]  4/9 4/11 90/24
proceedings [3]  91/8 93/19 105/2
process [5]  8/24 8/24 9/3 42/11 91/15
produced [1]  94/7
proof [1]  13/8
proper [2]  69/8 74/5
properties [5]  23/25 44/17 45/9 54/13 62/19
property [170]
Protection [2]  17/22 17/24
prove [1]  102/13
provide [2]  42/14

public [1]  97/14
pull [2]  26/13 69/14
pulling [1]  102/20
purchased [1]  30/22
purpose [3]  9/1 57/2 57/3
purposes [4]  24/18 40/17 65/18 99/9
pursue [1]  60/5
put [7]  3/9 10/8 17/1 34/20 67/8 90/5 94/25
putting [2]  89/23 94/14

**Q**

qualified [1]  76/14
quarter [1]  79/18
question [55]  7/19 19/6 19/13 19/19 19/20 19/23 24/2 24/6 25/24 26/1 28/24 29/2 32/14 32/20 33/11 33/14 33/23 34/1 34/2 34/4 34/6 34/7 35/15 35/17 35/19 37/5 37/15 37/17 37/21 46/22 47/11 48/17 51/18 51/21 51/23 54/3 54/25

55/16 57/17 60/7 60/9 70/12 72/25 74/3 74/7 76/25 82/2 84/16 85/6 85/17 85/20 89/4 90/10 90/21 102/16
questioned [1]  75/24
questions [10]  13/24 14/4 14/25 24/24 36/6 47/6 52/13 74/6 86/21 87/25
quiet [1]  95/20
quite [1]  33/1
quote [3]  59/1 59/23 93/22

**R**

R-A-U-D-E-N-B-U-S-H [1]  61/22
R-O-B-E-R-T [1]  3/5
R.P.R [1]  105/7
rail [1]  81/10
railroad [1]  81/10
rain [1]  50/1
rains [1]  50/13
Raudenbush [5]  2/10 61/16 61/19 68/18 71/7
RCR [2]  2/3 2/8
RDR [2]  2/3 2/8

Case 2:18-cv-02228-CFK Document 125-1 Filed 03/26/12 Page 28/47 40/5

re [7]  26/1 43/19
 74/17 74/19 74/21
 92/17 92/19
re-ask [1]  26/1
re-constituted [1]
 43/19
re-inspected [3]
 74/19 74/21 92/17
re-inspection [2]
 74/17 92/19
read [6]  26/9 36/16
 36/17 57/19 87/10
 98/15
reading [6]  57/23
 58/5 58/6 58/13
 58/15 66/23
ready [2]  12/25
 31/15
real [1]  32/12
realize [1]  5/2
really [8]  4/24 7/6
 16/8 64/7 71/11
 95/4 95/16 96/8
reason [10]  4/17
 7/19 7/20 8/14
 56/17 56/20 58/8
 63/20 99/2 99/4
reasons [1]  48/9
rebuttal [5]  2/5
 78/11 78/12 88/8
 88/10

recall [2]  20/25
 27/25 28/4
receive [1]  86/24
received [2]  81/18
 87/8
recent [1]  56/8
recently [1]  52/17
recess [2]  93/1 93/8
recessed [1]  104/10
recognize [1]  34/11
record [22]  3/2 3/9
 17/19 24/18 39/7
 57/9 58/16 61/18
 65/19 83/1 87/10
 92/8 92/11 92/19
 97/18 97/20 101/20
 102/1 102/19 103/5
 103/8 103/24
recorded [5]  43/21
 88/17 88/20 97/15
 98/7
recording [1]  97/16
records [6]  7/4
 63/16 88/16 97/12
 97/14 98/7
recross [2]  38/4
 77/10
rectangle [1]  80/1
redirect [6]  36/9
 36/13 61/8 75/21
 78/10 86/22
redress [1]  57/4
refer [11]  6/1 26/7

47/18 63/5 65/10
 67/10 67/22 75/23
referred [7]  20/23
 42/21 45/22 59/21
 63/7 67/11 94/24
referring [18]  22/1
 26/4 28/3 41/7 43/9
 44/8 45/12 45/18
 48/23 49/4 49/17
 66/2 70/14 73/15
 78/17 82/17 88/19
 103/9
refers [3]  18/19
 31/7 59/1
reflect [1]  31/3
regarding [3]  14/4
 15/24 86/25
regardless [1]  73/5
reimburse [1]
 83/17
relate [1]  6/24
related [2]  11/11
 69/10
relates [1]  6/21
relating [1]  103/15
relation [1]  15/7
relationship [2]
 19/8 78/18
relative [7]  43/16
 45/8 62/8 62/16
 62/21 69/7 70/23

Case 2:18-cv-02228-CFK Document 25-17 Filed 03/26/19 Page 61 of 72

relief [11] 1/13 4/20 5/11 10/22 12/3 12/14 12/18 91/7 95/24 97/9 101/25
relocation [3] 40/14 41/15 43/22
remain [2] 98/12 99/3
remarks [1] 5/17
remedies [1] 94/19
remedy [1] 13/1
remember [1] 56/5
remove [4] 11/10 11/20 12/22 75/9
removed [1] 74/13
renting [1] 8/7
reopen [1] 52/12
repeat [4] 35/18 37/16 71/16 73/12
rephrase [3] 54/25 58/10 58/21
report [2] 2/14 17/23
reporter [3] 67/19 105/7 105/13
represent [6] 10/6 29/22 54/7 68/21 90/22 90/23
representations [1] 29/24
representatives [1]

represented [2] 4/12 19/1
representing [1] 35/9
REPRODUCTION [1] 105/11
request [2] 91/6 98/11
requested [1] 16/9
require [1] 84/4
required [2] 30/18 30/20
requires [2] 59/3 93/24
rescinded [1] 91/5
researched [1] 83/25
resolve [1] 96/4
resolved [2] 96/4 96/6
respect [23] 6/16 9/8 22/2 29/7 30/11 41/20 44/15 46/16 48/3 49/16 49/22 63/19 64/19 65/17 66/9 67/5 68/24 76/9 81/17 85/23 86/2 89/9 89/25
respectfully [2] 98/11 100/1
rest [1] 78/2

resting [1] 38/22
restraining [1] 4/6
restricted [1] 30/17
restrictive [4] 54/8 54/14 54/18 55/6
result [4] 5/25 16/6 42/7 57/1
resulted [1] 59/22
resulting [1] 65/8
resume [1] 35/12
Review [5] 4/10 4/13 10/4 11/25 90/19
revisited [1] 102/3
Richmond [102] 6/2 6/10 6/18 15/9 15/9 15/13 19/9 19/10 19/10 19/15 20/9 20/12 22/1 22/2 22/9 22/19 23/1 25/8 25/9 26/25 28/18 30/12 30/14 30/16 30/25 31/1 31/7 31/23 31/24 32/3 32/5 32/7 32/8 32/13 32/16 32/22 34/15 35/10 35/23 40/5 40/7 40/17 40/22 40/24 41/1 41/4 41/8 44/9 45/23

**Richmond... [53]**
47/15 47/25 48/1
49/4 49/6 49/9
49/10 49/10 49/18
50/23 50/24 51/6
51/7 53/16 53/20
53/25 55/4 55/8
55/18 56/14 56/15
59/21 62/22 63/13
64/20 72/7 73/19
74/1 76/5 76/9 77/5
78/21 78/24 78/24
78/25 79/2 79/9
79/10 79/25 80/2
80/12 80/17 80/18
80/23 81/7 81/8
81/13 82/18 100/3
101/2 101/3 101/15
102/14
**rid [2]** 11/13 92/2
**right [66]** 3/17 3/19
6/15 8/4 8/5 10/11
11/9 13/9 13/10
13/11 14/20 17/18
18/19 25/8 25/19
26/24 27/2 27/15
28/5 28/11 28/21
28/22 33/25 36/8
37/20 40/15 41/7
42/4 43/19 45/20
49/15 49/18 50/6

50/6 51/21 51/22
51/20 52/25 54/24
60/17 68/7 68/14
71/23 74/7 80/11
80/12 80/19 80/20
81/5 82/16 83/3
83/23 84/7 86/7
86/14 88/13 90/12
90/13 90/14 92/5
97/8 97/22 101/25
102/6 102/13
103/10
**rights [1]** 57/6
**rises [1]** 50/13
**River [2]** 41/17
60/21
**road [1]** 79/19
**ROBERT [8]** 1/5
2/4 2/5 3/3 3/13
41/2 48/2 64/24
**Ross [2]** 15/15
41/14
**routinely [2]** 62/9
62/18
**ruling [1]** 104/4
**rulings [1]** 47/5
**run [1]** 44/18
**runoff [2]** 50/1 53/5
**runs [3]** 45/16
46/17 81/1

**safety [5]** 58/3 59/2
59/5 93/23 94/10
**said [15]** 16/10
22/25 24/14 26/24
27/11 28/18 30/11
42/3 42/13 68/19
78/24 84/20 91/7
93/25 102/16
**sale [4]** 8/12 30/6
30/8 82/25
**salvage [3]** 7/2 50/3
53/5
**same [21]** 17/3
19/16 20/9 23/2
23/4 23/7 23/9
25/14 27/8 28/16
29/3 29/9 29/22
32/8 47/17 53/9
71/21 71/22 77/1
105/5 105/11
**satisfactory [1]**
99/21
**satisfy [1]** 94/9
**say [20]** 4/3 8/25
14/22 19/20 24/1
32/12 32/24 32/24
39/17 40/10 54/16
55/4 70/9 70/10
70/11 78/22 79/6
86/10 100/19 102/5
**saying [13]** 6/21 8/1

Case 2:18-cv-02228-CFK Document 57-22 Filed 03/26/19 Page 30 of 73

saying... [11] 23/15
28/20 35/6 42/6
72/14 79/23 84/11
84/14 84/17 97/2
98/16
says [10] 25/3
26/22 32/16 34/13
57/23 72/4 80/12
87/8 87/8 93/21
scale [1] 72/12
scanner [1] 72/12
scene [1] 103/14
schedule [1] 104/1
scope [1] 36/23
scrap [2] 30/5
60/15
second [7] 4/3 7/8
27/24 30/3 64/23
93/13 100/24
secondly [1] 58/14
section [3] 93/20
93/21 94/5
see [18] 8/1 13/19
17/17 18/4 25/9
28/21 30/9 45/3
47/7 51/15 58/12
63/24 72/22 79/17
86/17 87/16 88/12
102/1
seeing [1] 46/4
seeking [4] 4/19

seems [3] 58/18
71/13 102/21
seen [4] 26/10
26/11 46/5 68/5
self [1] 90/18
self-executing [1]
90/18
send [1] 32/19
sense [1] 51/12
sent [3] 65/7 82/24
88/16
separate [3] 6/17
40/20 41/6
separately [1]
90/11
separates [1] 23/3
series [1] 54/13
serious [1] 90/6
set [1] 58/1
several [3] 48/9
52/18 56/4
shabang [1] 101/11
shall [2] 58/1 93/21
share [2] 13/20
24/20
should [5] 5/17
12/20 94/16 95/19
96/6
shouldn't [1] 13/6
show [22] 13/8
17/19 24/22 28/1

5/10 57/22 57/18
31/21 31/21 34/7
34/8 36/3 43/24
46/6 68/3 69/25
70/4 79/13 86/7
86/11 98/25 101/25
showed [2] 64/3
86/10
showing [5] 26/7
32/6 79/3 79/8 85/1
shown [2] 34/12
63/6
shows [5] 17/13
45/8 45/15 82/15
97/10
shut [3] 96/6 96/7
99/13
shutting [1] 5/9
side [4] 27/8 50/8
79/13 79/13
simply [1] 94/4
since [9] 6/5 9/20
9/22 11/6 52/18
62/6 72/21 83/18
102/16
sir [16] 23/20 25/9
25/14 26/5 28/9
28/23 29/15 30/3
32/20 35/6 36/5
44/12 54/1 75/2
86/9 86/18
sit [4] 3/22 37/19

sit... [2] 99/17
 100/10
sits [2] 15/7 99/9
six [1] 40/3
skip [1] 79/12
so [75] 4/15 4/16
 5/10 5/11 6/9 6/20
 7/10 8/10 9/22 10/3
 11/17 13/19 14/3
 15/21 15/24 18/18
 19/1 19/6 21/7
 22/18 23/8 23/12
 23/17 23/19 24/18
 26/11 26/12 30/25
 32/14 33/3 35/5
 41/15 47/10 47/23
 50/7 50/17 51/12
 51/15 51/25 53/19
 58/13 59/13 60/8
 64/13 65/17 68/8
 68/12 69/15 69/17
 72/14 76/22 76/23
 77/4 79/25 81/11
 81/12 85/5 86/13
 86/14 88/19 91/8
 91/16 93/4 93/16
 93/19 97/6 97/9
 98/2 98/8 98/12
 99/2 99/17 100/15
 102/4 104/3
SOLICITOR [2]

some [10] 10/15
 12/15 13/23 16/25
 23/25 48/11 79/19
 84/9 86/21 95/20
somebody [2] 7/12
 10/25
someone [1] 73/6
something [10]
 10/23 12/5 12/6
 12/16 70/10 83/3
 83/18 94/17 98/3
 99/10
somewhat [1] 89/16
sorry [14] 6/20
 15/1 17/12 19/24
 22/13 24/7 31/25
 50/20 52/11 62/14
 65/17 71/16 76/24
 82/10
sort [2] 88/15 95/20
sorts [1] 94/19
sought [2] 4/5 4/8
sound [1] 100/11
source [1] 60/21
space [2] 24/1
 24/12
speak [2] 21/15
 73/11
speaking [3] 41/21
 62/12 100/14
specifically [1] 49/3

speaking [5] 3/1 3/4
 39/6 39/18 61/20
spoke [1] 43/12
spring [1] 50/13
Squad [13] 8/9 23/1
 23/5 23/9 23/14
 26/22 26/23 27/1
 27/3 27/6 27/14
 27/16 64/23
square [2] 80/13
 80/14
stand [2] 13/15
 86/1
start [1] 35/12
started [1] 91/10
state [5] 3/1 31/8
 32/15 39/6 61/17
stated [1] 8/15
statement [1] 5/2
states [2] 57/22
 90/12
statutes [1] 37/24
stay [9] 12/5 12/6
 57/22 57/23 58/1
 90/15 91/7 93/19
 93/21
stays [1] 13/17
steal [2] 83/20
 83/21
stealing [1] 83/13
still [14] 8/23 10/16
 11/15 11/16 17/1

Case 2:18-cv-02228-CFK Document 51-1 Filed 03/13/19 Page 54 of 75

**still...** [9] 23/8 50/20 63/16 70/3 73/20 85/14 91/9 92/9 100/8

**stop** [3] 7/7 11/19 89/23

**stopped** [3] 35/5 35/7 35/9

**storage** [2] 30/6 30/7

**street** [106]

**streets** [2] 15/8 39/24

**strike** [4] 24/2 24/5 67/15 67/18

**strong** [1] 5/2

**strung** [1] 74/12

**stuck** [1] 50/21

**stuff** [5] 11/20 12/23 16/9 29/17 83/21

**subject** [1] 25/6

**submit** [2] 98/12 103/22

**submitted** [1] 103/24

**subsequent** [3] 100/23 100/24 101/4

**subsequently** [2] 9/15 68/20

**successful** [1] 83/3

**such** [6] 59/13 69/10 94/1 102/8 102/10 104/2

**sufficient** [1] 94/8

**suggesting** [1] 95/13

**superimposed** [1] 45/16

**supposed** [3] 35/25 70/6 84/2

**sure** [16] 5/23 7/8 25/17 26/11 26/12 26/21 27/17 34/24 36/12 47/9 58/15 79/14 85/10 88/17 90/16 95/5

**surface** [1] 50/16

**surprise** [1] 89/16

**surrounding** [1] 45/9

**survey** [2] 42/11 48/7

**surveyor** [8] 82/7 82/14 97/2 98/22 99/1 100/19 102/25 103/1

**surveyors** [1] 39/24

**surveys** [2] 40/1 99/1

**sustained** [11] 20/3 21/7 42/1 44/22

59/11 60/3 60/8 69/13 76/16

**swore** [1] 10/14

**sworn** [3] 3/7 39/10 61/23

**system** [3] 6/5 32/25 100/11

**take** [14] 13/15 29/15 32/18 40/11 43/9 45/13 47/23 63/7 68/18 72/3 75/25 84/2 93/1 98/6

**taken** [9] 5/13 10/20 35/25 41/12 83/19 85/2 88/22 93/8 105/3

**taking** [1] 60/15

**talk** [4] 21/25 26/16 40/9 92/21

**talking** [11] 4/4 18/20 40/16 62/22 73/17 73/18 85/24 86/3 86/8 100/17 100/18

**target** [1] 84/6

**tax** [3] 6/14 32/25 82/25

**technical** [1] 95/21

**tell** [6] 15/19 44/5

tell... [4]  59/7 74/21
 74/22 85/16
telling [1]  19/21
temporary [1]  4/6
Ten [1]  93/6
tenant [1]  9/23
TERM [1]  1/5
terms [3]  10/6
 10/17 44/16
testified [16]  26/5
 50/23 53/4 54/8
 55/21 61/4 68/9
 82/6 82/13 90/7
 91/18 91/18 91/23
 92/14 97/23 103/2
testify [5]  41/24
 49/19 50/2 53/8
 103/2
testifying [2]  44/21
 46/20
testimony [25]  4/21
 5/18 7/5 17/9 24/15
 41/10 49/23 50/2
 52/3 52/4 59/17
 59/22 60/23 75/2
 76/15 81/6 88/21
 90/25 91/2 92/7
 92/8 94/2 96/10
 97/1 100/23
than [2]  68/9 75/8
thank [51]  3/11

6/8 13/10 13/14
15/17 21/12 21/13
21/19 21/21 26/2
29/6 31/14 34/3
36/5 36/8 37/12
39/11 39/13 42/18
43/5 44/13 45/3
46/14 46/24 47/4
47/7 51/10 52/10
52/15 52/23 55/2
62/1 64/17 67/1
67/21 68/7 68/16
71/4 74/9 75/15
77/8 78/5 81/24
86/18 87/19 104/6
104/8
thanking [1]  47/8
that [536]
that's [12]  6/23
 8/19 17/12 20/1
 38/2 52/24 68/14
 75/16 81/25 82/11
 85/18 98/19
their [4]  30/8 101/5
 101/24 101/25
theirs [1]  8/23
them [29]  8/23 8/24
 13/24 16/10 16/14
 16/25 17/1 17/2
 17/25 24/5 25/21
 26/11 26/13 29/18

54/13 56/2 63/8
63/25 64/2 68/3
68/5 68/12 68/19
79/11 79/13 83/2
then [22]  16/25
23/12 32/24 33/3
33/22 42/17 46/12
52/7 67/23 69/15
79/17 82/21 84/20
86/17 89/20 91/18
95/19 98/10 98/24
99/12 100/22 102/9
there [105]  4/22 8/8
8/13 8/22 10/11
12/11 13/9 13/17
13/19 14/9 14/17
15/16 15/20 15/22
16/4 16/12 16/20
17/5 17/18 19/4
20/19 21/4 21/5
21/15 22/3 23/3
23/5 23/22 23/25
24/11 26/6 27/3
30/17 37/23 40/18
40/18 41/3 43/17
44/15 44/17 45/8
48/13 49/20 49/23
50/7 50/10 52/21
53/4 53/9 54/13
55/24 56/4 56/6
57/2 58/2 59/16

Case 2:18-cv-02228-CFK Document 125-14 Filed 03/26/12 Page 47 of 72

there... [49]  60/14
60/15 60/25 61/4
61/5 61/5 65/2 65/3
65/7 65/7 65/8 67/6
71/19 72/1 72/7
72/7 72/10 74/11
79/18 80/2 80/19
81/10 81/10 81/12
83/10 83/15 84/7
85/10 88/18 89/8
90/2 90/4 90/12
90/20 91/3 91/5
92/7 92/18 93/22
94/19 95/13 97/11
100/22 101/6 101/7
102/23 102/24
103/14 103/14
these [21]  4/22
11/14 11/16 17/25
20/8 25/11 25/14
25/20 26/5 33/2
43/12 53/12 63/9
63/12 63/15 68/1
68/8 72/14 73/7
91/19 92/8
they [62]  8/9 10/4
11/10 12/7 12/18
12/20 16/1 16/8
16/9 16/10 16/25
17/2 17/4 19/3
30/19 32/11 32/12

32/24 32/24 33/3
33/3 51/25 56/15
57/16 65/3 65/4
67/12 71/23 72/15
75/11 76/21 76/22
79/3 79/5 79/7 79/8
79/11 79/11 79/12
82/20 83/12 83/13
83/13 83/14 83/15
83/17 83/19 83/22
83/23 83/23 84/2
84/4 84/4 84/14
86/10 89/14 89/15
94/21 94/25 95/19
102/3 102/13
thing [6]  11/23
12/20 86/14 99/6
102/8 102/10
things [6]  11/11
11/14 49/25 83/7
84/5 90/11
think [15]  6/5 10/7
11/23 17/18 66/22
76/13 83/7 89/20
93/11 95/6 95/23
98/8 98/24 99/5
99/15
Thirty [1]  40/3
Thirty-six [1]  40/3
this [125]
those [19]  15/8
16/16 23/25 24/1

34/12 43/18 60/18
63/19 63/20 64/25
65/1 77/22 90/8
94/13 94/23 98/9
though [5]  8/22
27/9 34/18 42/20
91/20
thought [2]  84/21
100/11
thousand [2]  49/6
49/9
threatening [1]
83/20
through [16]  4/21
5/1 7/4 9/3 9/23
29/18 42/12 44/18
48/7 77/19 78/3
79/2 79/10 80/23
94/1 94/17
time [31]  4/3 4/5
4/17 7/6 11/6 11/13
11/18 13/25 14/8
15/22 17/6 27/5
30/22 35/8 35/11
35/13 35/22 37/25
40/11 47/17 52/21
56/22 58/19 73/13
74/21 88/17 93/5
94/11 95/19 99/18
104/7
times [3]  23/17

# T

times... [2]  23/18
48/9
title [7]  2/16 55/24
57/15 87/1 89/8
95/11 95/20
today [18]  5/14
11/2 11/4 21/15
31/6 36/19 37/19
58/25 89/22 91/2
94/7 96/10 101/20
102/9 102/10
102/17 103/19
104/4
together [1]  88/20
told [7]  20/22 22/24
30/24 32/10 79/12
82/21 83/1
toll [1]  83/19
too [1]  16/8
took [3]  41/11
83/13 83/23
top [2]  17/2 54/6
towards [1]  6/4
track [2]  80/6
85/13
trailer [1]  8/11
train [1]  80/5
transaction [1]
97/21
transcript [3]  10/7
105/5 105/10

transfer [2]  87/1
87/8
transferred [10]
82/19 82/21 82/23
83/4 83/6 84/15
84/19 84/21 85/3
97/23
transmission [1]
60/19
trespass [2]  8/22
95/11
trespasser [4]
14/10 14/16 14/18
75/9
trespassing [2]  14/3
94/18
TRIAL [2]  1/3
105/4
trouble [1]  94/17
troubles [1]  94/15
true [4]  5/3 26/14
73/5 73/15
try [4]  11/13 20/6
20/15 60/9
trying [3]  60/5
83/12 85/7
Twenty [1]  16/22
Twenty-five [1]
16/22
two [20]  13/7 16/18
16/19 22/21 23/22
23/25 24/1 24/3

24/10 24/11 34/7
34/10 34/12 52/13
70/7 79/19 80/2
90/10 93/11 94/7
type [1]  54/18

# U

unanimously [1]
4/13
unclean [3]  12/19
13/7 90/3
under [2]  11/8
105/12
underlying [6]  4/4
4/23 65/7 91/9 96/8
97/20
understand [12]
4/1 23/15 60/7
68/15 75/2 79/15
85/7 89/8 90/21
91/12 91/15 101/9
understanding [4]
5/14 7/9 36/3 92/12
understood [1]
36/1
universal [1]  88/15
unlawful [4]  7/21
8/14 11/11 52/1
unlawfully [1]  8/14
unless [2]  89/24
105/12
until [5]  23/16
89/24 96/3 96/5

## U

until... [1]  103/20
up [16]  17/1 17/22
 20/7 22/22 33/2
 33/4 34/20 48/8
 50/11 56/4 67/8
 80/25 89/12 91/10
 100/4 100/9
upholding [1]  10/2
upon [7]  8/10 29/12
 57/15 57/16 62/19
 69/10 98/25
urgent [9]  5/12
 7/10 7/17 36/15
 58/7 58/24 93/13
 94/15 95/25
us [1]  98/25
use [23]  3/24 7/21
 7/24 8/22 10/9
 10/10 10/12 10/16
 10/18 11/9 11/11
 14/14 15/6 22/24
 27/7 27/12 30/24
 32/11 32/22 69/8
 69/10 70/4 77/7
used [3]  9/2 50/14
 54/14
uses [1]  30/4
using [5]  8/2 14/23
 20/8 27/11 70/4
usually [1]  86/14

## V

various [1]  7/4
vegetation [1]
 50/15
vehicles [5]  8/11
 11/17 30/6 30/8
 60/18
very [10]  5/21
 12/20 18/2 20/4
 46/1 56/10 56/24
 61/12 75/19 99/2
violate [1]  12/9
violated [2]  69/5
 70/24
violates [1]  56/12
violating [1]  14/16
violation [33]  2/17
 2/18 9/25 13/1
 24/20 25/3 26/8
 26/9 28/12 29/12
 29/14 29/22 57/5
 62/10 63/24 65/5
 66/14 66/23 69/7
 71/8 71/18 71/19
 71/21 72/18 73/8
 73/16 74/12 75/8
 89/11 91/17 94/22
 94/23 95/22
violations [72]  4/22
 4/23 5/25 7/21 9/6
 10/14 10/15 10/18
 15/20 15/24 16/12

16/16 16/17 16/23
 16/24 17/14 20/19
 21/16 22/10 22/11
 22/16 22/18 22/20
 24/15 25/6 25/7
 25/11 25/14 26/5
 26/6 26/14 28/7
 30/3 37/23 55/9
 55/24 56/25 57/2
 59/13 62/18 62/19
 62/23 63/9 63/12
 63/15 63/15 63/19
 63/20 64/4 64/19
 64/21 64/25 65/1
 65/7 69/7 71/11
 71/14 71/23 71/24
 71/25 72/1 72/14
 72/17 73/19 75/12
 76/19 89/14 91/19
 91/21 92/1 92/8
 92/13
virtue [1]  49/25
visit [2]  56/3 56/8
visited [1]  56/22
visiting [1]  56/20

## W

Wait [1]  52/11
wall [1]  74/13
want [19]  3/9 5/17
 14/3 15/21 19/4
 36/19 38/12 60/8
 70/9 71/7 75/23

**want...** [8]  77/16
83/22 83/23 85/16
86/20 93/10 94/14
98/17
**wanted** [1]  12/3
**was** [110]
**wash** [1]  60/18
**wasn't** [1]  47/9
**waste** [1]  58/19
**water** [3]  49/24
50/16 60/21
**way** [26]  6/15 11/4
11/19 13/18 20/7
23/19 25/8 40/15
41/7 41/11 43/20
45/20 49/15 49/18
50/6 81/7 83/23
91/11 91/14 95/5
95/9 95/10 95/22
96/3 96/9 103/10
**we** [66]  4/5 4/5 4/8
4/17 4/19 4/20 5/3
5/10 5/17 6/5 7/3
7/20 7/20 8/23 8/24
9/2 9/10 11/12
11/12 11/19 11/20
11/21 12/24 12/24
13/2 16/17 18/8
18/20 20/20 21/15
31/15 37/19 40/16
41/7 44/8 45/18

45/21 48/23 49/4
51/8 62/21 66/2
67/8 72/10 82/17
85/13 86/8 89/7
89/22 89/22 93/1
93/9 93/11 94/7
95/23 96/4 96/14
98/11 98/12 98/22
98/23 98/23 99/3
99/13 100/19 103/8
**Wednesday** [2]
103/21 103/25
**week** [4]  99/17
99/18 103/21 104/1
**welcome** [1]  29/15
**welfare** [5]  58/3
59/2 59/5 93/24
94/11
**well** [45]  5/4 7/18
11/1 16/25 18/14
18/24 20/4 25/18
25/25 26/23 27/4
42/16 46/6 51/1
52/4 54/3 56/10
56/24 57/7 58/9
58/11 58/17 59/18
59/25 68/3 70/3
71/14 73/21 79/6
86/10 88/24 90/2
90/9 90/16 91/13
92/6 96/17 98/5
98/10 99/5 99/11

102/15 103/1
**went** [3]  4/11 10/3
20/20
**were** [33]  4/5 4/17
5/25 15/20 16/4
16/12 16/17 16/24
16/24 16/25 17/1
17/2 17/4 17/4
20/18 20/24 23/22
25/7 25/11 25/14
26/6 33/2 43/17
44/15 48/11 49/18
52/21 56/6 63/19
65/6 83/7 83/14
100/4
**weren't** [1]  17/12
**what** [110]
**whatever** [4]  24/22
51/25 95/21 101/12
**when** [35]  4/3 7/3
9/10 9/11 10/21
11/8 12/18 12/19
14/22 15/23 15/24
16/2 16/15 17/4
20/20 23/10 32/11
32/25 34/20 34/20
35/7 40/10 40/16
47/5 56/3 62/18
64/25 66/17 66/19
78/20 78/22 79/7
84/2 89/14 99/15

**W**

where [30]  11/18
11/20 12/24 15/5
15/7 23/1 23/5 23/9
27/8 41/18 45/15
45/17 58/2 58/13
69/7 79/1 79/11
79/11 80/6 80/8
80/9 80/12 85/2
85/13 93/9 93/22
95/1 97/3 98/15
100/17
whether [9]  36/20
37/10 72/5 72/9
72/22 73/5 101/11
103/3 103/4
which [60]  6/11
6/17 6/18 6/24 7/1
10/5 10/14 12/16
16/18 16/24 19/11
20/23 24/18 24/20
25/7 27/25 28/20
29/22 31/2 32/8
33/4 41/14 43/12
44/11 45/19 46/16
54/23 55/12 55/13
55/25 57/25 58/1
59/2 59/19 60/7
60/21 62/22 63/15
79/3 79/10 79/13
81/10 82/20 82/24
82/25 83/2 83/7

83/24 83/25 84/17
84/18 85/3 93/16
93/24 94/8 96/8
96/13 97/13 98/23
101/6
while [3]  35/3
35/23 92/25
who [14]  26/16
26/19 27/16 27/18
27/20 41/1 48/1
69/17 70/19 72/24
74/16 74/17 76/6
76/19
whole [4]  8/13 47/8
78/23 101/10
whom [2]  28/7
64/20
whose [2]  22/7 65/2
why [16]  5/5 7/16
11/1 11/4 36/3 51/2
51/5 51/13 51/14
58/15 59/7 60/8
63/20 83/5 88/25
90/2
wide [2]  50/6 50/7
will [32]  3/19 5/11
7/3 13/13 13/19
19/20 20/15 21/3
24/19 24/20 29/22
37/10 41/23 43/4
48/15 50/10 58/21
59/6 62/25 66/17

67/20 69/21 69/22
74/5 84/8 85/19
88/7 99/8 100/10
103/16 103/25
104/2
wind [1]  50/11
wiring [1]  74/14
wish [2]  86/15
103/22
withdraw [3]  21/3
48/15 99/7
within [3]  6/15 55/7
103/10
without [7]  5/1
6/13 10/7 10/12
45/25 75/3 99/7
witness [20]  2/3 2/8
13/12 17/20 17/24
19/21 21/18 37/10
39/3 39/4 39/10
42/17 47/5 61/14
61/23 63/1 70/5
74/3 76/13 100/24
witnesses [5]  38/8
38/10 38/25 61/11
77/14
wonderful [1]  7/19
words [1]  81/9
worked [1]  83/22
working [1]  59/20
works [1]  6/7
would [62]  5/12

# W

**would... [61]** 5/21
7/16 12/4 12/5
13/15 14/21 20/9
20/11 20/25 25/23
26/13 29/11 36/3
38/11 39/5 39/17
42/11 44/16 44/18
49/13 51/2 51/5
51/25 52/1 54/5
54/7 54/16 55/4
60/18 65/19 66/22
67/8 67/14 67/22
68/22 72/24 74/16
74/17 76/22 77/18
78/2 78/9 78/16
79/13 81/20 83/5
86/14 86/17 87/3
88/11 89/7 96/9
96/12 98/11 98/24
99/3 99/6 99/18
99/20 102/9 102/10
**wrecked [1]** 30/8
**wrecking [2]** 7/2
30/5
**write [4]** 57/18
57/19 62/9 62/18
**writes [1]** 76/19
**written [7]** 6/1 9/6
10/19 16/12 17/2
25/7 32/10
**wrong [1]** 96/18

**wrote [1]** 17/1

# Y

**Yea [1]** 23/24
**year [6]** 11/6 15/22
15/23 20/18 66/7
91/21
**years [13]** 14/7
14/9 14/20 30/20
33/1 33/4 35/4 40/3
48/7 83/10 86/13
95/12 95/15
**yes [114]**
**yet [3]** 46/5 65/15
98/23
**you [413]**
**your [183]**
**yours [2]** 24/11
27/11
**yourself [1]** 7/17

# Z

**zip [1]** 102/19
**zipper [1]** 102/20
**zones [1]** 54/15
**zoning [16]** 7/22
7/23 30/4 30/13
30/15 30/18 53/23
54/4 54/8 54/12
54/18 55/6 55/24
69/8 75/3 76/19