mclaiborn

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 180201429 |
| Case Caption: | HOLTON VS CITY OF PHILADELPHIA LAW DEPT |
| Filing Date: | Thursday , February 15th, 2018 |
| Court: | PETITIONS |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | MISCELLANEOUS PETITION |
| Status: | ORDER ENTERED - FINAL DISPOS |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PETITIONER | BERNARD, JACK M |
| **Address:** 1550 BEACON ST UNIT 6G BROOKLINE MA 02446 (484)437-6804 | | **Aliases:** | none | |
| 2 | 1 | | PETITIONER | HOLTON, ROBERT |
| **Address:** 4085-4087 RICHMOND ST AKA 3950 N DELAWARE AVE | | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | PHILADELPHIA PA 19137 | | | |
| 3 | | 6 | RESPONDENT | CITY OF PHILADELPHIA |
| Address: | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | Aliases: | none | |
| 4 | | 1 | PETITIONER | FINAL DESTINATION AUTO WRECTING AND SALVAGE INC |
| Address: | 4085-4087 RICHMOND ST AKA 3950 N DELAWARE AVE PHILADELPHIA PA 19137 | Aliases: | A PENNSYLVANIA BUSINESS CORPORATION | |
| 5 | | | JUDGE | JUDGE, EMERGENCY |
| Address: | ROOM 280 CITY HALL PHILADELPHIA PA 19107 | Aliases: | none | |
| 6 | | | ATTORNEY FOR RESPONDENT | JOHNSON, CHRISTOPHER J |
| Address: | 1515 ARCH STREET 15TH FLOOR PHILADELPHIA PA 19102 (215)683-5118 | Aliases: | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 15-FEB-2018 03:55 PM | ACTIVE CASE | | | 15-FEB-2018 03:55 PM |

| | | | | |
|---|---|---|---|---|
| | **Docket Entry:** | *none.* | | |
| 15-FEB-2018 04:10 PM | COMMENCEMENT BY PETITION | BERNARD, JACK M | | 15-FEB-2018 12:00 AM |
| | **Docket Entry:** | *none.* | | |
| 15-FEB-2018 04:10 PM | MISCELLANEOUS MOTION/PETITION | BERNARD, JACK M | | 15-FEB-2018 12:00 AM |
| | **Documents:** | PTMIS_3.pdf <br> PTMIS_3_001.pdf | | |
| | **Docket Entry:** | 42-18025142 EMERGENGY PETITION FOR PRELIMINARY INJUNCTION FILED. | | |
| 16-FEB-2018 08:03 AM | AFFIDAVIT OF SERVICE FILED | | | 16-FEB-2018 08:03 AM |
| | **Documents:** | Affidavit of Service | | |
| | **Docket Entry:** | AFFIDAVIT OF SERVICE OF PETITION ACTION UPON CITY OF PHILADELPHIA BY PERSONAL SERVICE ON 02/15/2018 FILED. | | |
| 16-FEB-2018 09:43 AM | MOTION ASSIGNED | | | 16-FEB-2018 09:43 AM |
| | **Docket Entry:** | 42-18025142 MISCELLANEOUS MOTION/PETITION ASSIGNED TO JUDGE: JUDGE, EMERGENCY . ON DATE: FEBRUARY 16, 2018 | | |
| 16-FEB-2018 09:45 AM | RULE ISSUED | FLETMAN, ABBE F | | 16-FEB-2018 09:46 AM |
| | **Documents:** | RLFIS_6.pdf <br> RLFIS_6_001.pdf | | |
| | **Docket Entry:** | 42-18025142 IT IS HEREBY ORDERED THAT THAT A RULE IS ISSUED UPON ALL PARTIES TO SHOW CAUSE WHY RELIEF SHOULD NOT BE GRANTED. RULE RETURNABLE AT FRIDAY, FEBRUARY 16, 2018 AT 10:30 AM IN COURTROOM 426. SEE ORDER FOR TERMS. ....BY THE COURT: FLETMAN, J. 2/15/2018. | | |
| 16-FEB-2018 09:45 AM | NOTICE GIVEN UNDER RULE 236 | | | 16-FEB-2018 11:28 AM |
| | **Docket Entry:** | NOTICE GIVEN ON 16-FEB-2018 OF RULE ISSUED ENTERED ON 16-FEB-2018. | | |

| Date/Time | Event | Party | | Entered |
|---|---|---|---|---|
| | Entry: | | | |
| 16-FEB-2018 09:48 AM | MOTION HEARING SCHEDULED | | | 16-FEB-2018 09:48 AM |
| **Docket Entry:** | 42-18025142 | | | |
| 16-FEB-2018 01:29 PM | TRIAL/HEARING EXHIBIT LIST | | | 16-FEB-2018 12:00 AM |
| **Documents:** | XLIST_9.pdf | | | |
| **Docket Entry:** | *none.* | | | |
| 16-FEB-2018 02:39 PM | ORDER ENTERED/236 NOTICE GIVEN | FLETMAN, ABBE F | | 16-FEB-2018 02:40 PM |
| **Documents:** | ORDER_10.pdf | | | |
| **Docket Entry:** | 42-18025142 AND NOW, THIS 16TH DAY OF FEBRUARY, 2018, UPON CONSIDERATION OF PLAINTIFF'S PRELIMINARY INJUNCTION AND AFTER A HEARING, IT IS HEREBY ORDERED: 1. THE COURT IS TAKING THIS ABOVE MATTER UNDER ADVISEMENT AND; 2. PLAINTIFF SHALL FILE ANY EXHIBITS HE WISHES THE COURT TO REVIEW NO LATER THAN 5 PM ON WEDNESDAY, FEBRUARY 21ST, 2018. ...BY THE COURT: FLETMAN, J., 2/16/18 | | | |
| 16-FEB-2018 02:39 PM | NOTICE GIVEN UNDER RULE 236 | | | 20-FEB-2018 10:33 AM |
| **Docket Entry:** | NOTICE GIVEN ON 20-FEB-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 16-FEB-2018. | | | |
| 20-FEB-2018 10:12 AM | TRIAL/HEARING EXHIBITS FILED | JOHNSON, CHRISTOPHER J | | 21-FEB-2018 02:10 PM |
| **Documents:** | 02162018 TRO hearing Exhibits C-1 to C-5.pdf<br>02162018 TRO hearing Exhibits C-6 to C-9.pdf | | | |
| **Docket Entry:** | TRIAL/EVIDENTIARY HEARING EXHIBITS/EVIDENCE FILED. | | | |
| 20-FEB-2018 08:10 PM | TRIAL/HEARING EXHIBITS FILED | BERNARD, JACK M | | 21-FEB-2018 02:10 PM |
| **Documents:** | DEED AFTER 2015.pdf | | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | TRIAL/EVIDENTIARY HEARING EXHIBITS/EVIDENCE FILED. | | | |
| | | | | |
| 20-FEB-2018 11:04 PM | TRIAL/HEARING EXHIBITS FILED | BERNARD, JACK M | | 21-FEB-2018 02:10 PM |
| **Documents:** | EXHIBITS 1 2 and 3.pdf | | | |
| **Docket Entry:** | TRIAL/EVIDENTIARY HEARING EXHIBITS/EVIDENCE FILED. | | | |
| | | | | |
| 21-FEB-2018 12:27 PM | MOTION ASSIGNMENT UPDATED | | | 21-FEB-2018 12:27 PM |
| **Docket Entry:** | 42-18025142 REASSIGNED TO JUDGE FLETMAN, ABBE F ON 21-FEB-18 | | | |
| | | | | |
| 01-MAR-2018 03:51 PM | ORDER ENTERED - FINAL DISPOS | FLETMAN, ABBE F | | 01-MAR-2018 03:51 PM |
| **Documents:** | ORDRF_16.pdf | | | |
| **Docket Entry:** | 42-18025142 IT IS ORDERED THAT RELIEF REQUESTED IN THE PETITION IS DENIED. ...BY THE COURT: FLETMAN, J., 3/1/2018 | | | |
| | | | | |
| 01-MAR-2018 03:51 PM | NOTICE GIVEN UNDER RULE 236 | | | 02-MAR-2018 08:33 AM |
| **Docket Entry:** | NOTICE GIVEN ON 02-MAR-2018 OF ORDER ENTERED - FINAL DISPOS ENTERED ON 01-MAR-2018. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ E-Filing System ]    [ Search Home ]