| | |
|---|---|
| ROBERT HOLTON<br>and<br>FINAL DESTINATION AUTO WRECKING<br>AND SALVAGE, INC., a Pennsylvania<br>business corporation<br>                Petitioners,<br><br>vs.<br><br>CITY OF PHILADELPHIA<br>ATTN: LAW DEPARTMENT<br>                Respondents | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>CIVIL TRIAL DIVISION<br><br><br>FEBRUARY TERM, 2018<br><br><br>NO. 1429 |

## ORDER FOR PRELIMINARY INJUNCTION AND RULE

**AND NOW,** this <u>1st</u> day of <u>March</u>, 2018, upon consideration of the averments of the verified Petition of Robert Holton and Final Destination Auto Wrecking and Salvage, Inc., testimony of Robert Holton witnesses for Respondent, City of Philadelphia and arguments of counsel, it is

**ORDERED** that relief requested in the Petition is DENIED.

RECEIVED
MAR 0 1 2018
OFFICE OF JUDICIAL
RECORDS

BY THE COURT:

_Asso F. _____
                              J.

Holton Vs City Of Phila-ORDRF



18020142900016

Control # 18025142