IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

| | |
|---|---|
| IN RE: APPEAL OF<br>ROBERT HOLTON, Appellant | Case No. 170902758 |
| From the decision of | |
| CITY OF PHILADELPHIA, DEPT. OF<br>LICENSES AND INSPECTIONS | |

ORDER

AND NOW this 20th day of August, 2018, upon consideration of the statutory appeal by Robert Holton of the City of Philadelphia, Department of Licenses and Inspections and argument by counsel, the Court hereby AFFIRMS the City of Philadelphia, Department of Licenses and Inspections' decision and DENIES the appeal of Robert Holton.

BY THE COURT:

_____ J.

Holton Vs City Of Phila-ORDRF

17090275800029

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  D. KELLY  08/21/2018