# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT HOLTON,** *Plaintiff,* | CIVIL ACTION |
| v. | NO. 18-2228 |
| **BOBBY HENON,** *et al.,* *Defendants.* | |

## ORDER

**AND NOW**, this 28th day of May 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 25), Plaintiff's Response in Opposition (ECF No. 28), and Defendants' Reply (ECF No. 29), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 25) is **GRANTED**. The Clerk of Court is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.