## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HOLTON** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | NO.  18-2228 |
| **BOBBY HENON, et al.** | : | |
| **Defendants** | : | |

### MOTION OF PLAINTIFF ROBERT HOLTON TO ALTER OR AMEND ORDER ENTERED ON MAY 29, 2019 PURSUANT TO FED.R.CIV.P. 59(e) FOR CLEAR ERROR OF LAW

Plaintiff moves to alter or amend the Order dismissing this action for lack of subject matter jurisdiction for clear error of law in accordance with Fed.R.Civ.P. 59(e), for the reasons set forth in *Exxon Mobil Corp. v, Saudi Basic Industries Corp.,* 544 U.S. 280, 125 S.Ct.1517, 161 L.Ed.2d 454 (2005) and the other authorities set forth in the accompanying Memorandum of Law incorporated herein by reference.

*/s/Jack M. Bernard*
JACK M. BERNARD, ESQUIRE
*Attorney for Plaintiff Robert Holton*
Attorney I.D. 26643
1550 Beacon Street, Unit 6G
 Brookline, Massachusetts
Phone (484) 437-6804
jackbernard@verizon.net