# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HOLTON,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 18-2228** |
| **BOBBY HENON,** *et al.,* *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 8th day of July 2019, upon consideration of Plaintiff's Motion to Alter or Amend Order Entered on May 29, 2019 (ECF No. 33) and for the reasons set forth in the accompanying Memorandum to the Order dated May 28, 2019 (ECF No. 30), it is hereby **ORDERED** that Plaintiff's Motion to Alter or Amend Order Entered on May 29, 2019 (ECF No. 33) is **DENIED**.

BY THE COURT:

CHAD F. KENNEY, J.