## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing *Plaintiff's Motion For Reconsideration Of Order Entered July 8, 2019 Denying Plaintiff's Motion To Alter Or Amend Order Of Dismissal* was served electronically on the date of filing of this document. If the ECF system indicates that counsel is being served electronically, such service will be deemed to comply with the ECF system. If the ECF system indicates that counsel is not an ECF user, a true and correct copy of this filing will be delivered by U.S.P.S., first class mail, postage prepaid on the date Notice of Filing and Acceptance is generated by the ECF system upon the below listed:

Meghan E. Claiborne, Esquire
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
meghan.claiborne@phila.gov
**Counsel for Defendants**

/s/ Jack M. Bernard
JACK M. BERNARD, ESQUIRE
*Attorney for Plaintiff Robert Holton*