# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HOLTON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **NO. 18-2228** |
| | : | |
| **BOBBY HENON,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 18th day of July 2019, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 35)[1] and for the reasons set forth in the accompanying Memorandum to the Order dated May 28, 2019 (ECF No. 30), it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 35) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.

---

[1] While Plaintiff claims his Motion for Reconsideration asks this Court to reconsider the Order dated July 8, 2019 denying Plaintiff's Motion to Alter or Amend Order of Dismissal (ECF No. 34), the Motion for Reconsideration in fact urges the Court to reconsider its finding that the *Rooker-Feldman* doctrine bars relief in this Court for the claims at issue, which is the gravamen of the Court's order and accompanying Memorandum dated May 28, 2019 (ECF Nos. 30 & 31) and the entire basis for the Court's dismissal of this case. Therefore, the Court considers Plaintiff's Motion for Reconsideration (ECF No. 35) to be seeking a reconsideration, pursuant to Federal Rule of Civil Procedure 60, of the Court's Order dated May 28, 2019 (ECF No. 31).

Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 35) does not toll the deadline for Plaintiff to file an appeal. *See* Federal Rule of Appellate Procedure 4 (a)(4)(A)(vi).