UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2825
_____

ROBERT HOLTON,
Appellant

v.

BOBBY HENON; DARIN L. GATTI; EDWARD JEFFERSON;
CITY OF PHILADELPHIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(2-18-cv-02228)
District Judge: Honorable Chad F. Kenney

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 2, 2020

Before: SHWARTZ, PHIPPS, and FISHER, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and was submitted on October 2, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the United States District Court for the Eastern District of Pennsylvania entered on May 29, 2019, is hereby VACATED, and the case REMANDED to the District Court. All of the above in accordance with the Opinion of this Court. Costs are taxed against Appellees.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 22, 2020

Certified as a true copy and issued in lieu of a formal mandate on  11/13/20

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**