Fee Simple Deed

# *This Indenture* Made the 23rd day of November in the year of our Lord two thousand and four (2004)

Between

**Albert Buoncristiano**

*(hereinafter called the Grantor(s), of the one part, and*

Robert Holton

*(hereinafter called the Grantee(s), of the other part;*

*Witnesseth* That the said Grantor(s) for and in consideration of the sum of **One Hundred Fifty Thousand dollars and Zero cents, ( $150,000.00)** lawful money of the United States of America, unto him well and truly paid by the said Grantee(s), at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents does grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantee(s) his heirs and assigns,

**SEE ATTACHED EXHIBIT A**



**51079838**
**Page: 1 of 6**
12/16/2004 02:42PM

This Document Recorded
12/16/2004    State RTT: 1,500.00
02:42PM       Local RTT: 4,500.00
Doc Code: D    Commissioner of Records, City of Philadelphia

Doc Id: 51079838
Receipt #: 376101
Rec Fee: 74.50



# EXHIBIT A

**ALL THOSE TWO PARCELS** of land.

**SITUATE** in the 45th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania, separately bounded and described according to two Plans of Surveys dated June 24, 1977 made by Barton and Martin Engineers, as follows; viz:

PREMISES "A"
**THE FIRST THEREOF**, designated PAL 101 034:

**BEGINNING** at a point which is located the two following courses and distances from the intersection of the South side of Delaware Avenue (150 feet wide) and the Northeast side of Lewis Street (60 feet wide); (1) along the Northeast side of Lewis Street (60 feet wide) crossing the former Delaware Avenue (150 feet wide) and the former Carbon Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West, 650 feet 0 inches and (2) along the Northwest side of the former Carbon Street (60 feet wide) North 57 degrees 35 minutes 37 seconds East 147 feet 1-3/8 inches to the point of beginning; thence from said point of beginning along the Northwest side of the former Carbon Street (60 feet wide), North 57 degrees 35 minutes 37 seconds East, 42 feet 10-5/8 inches to a point; thence North 32 degrees 24 minutes 23 seconds West, 1,075 feet 0 inches to a point in the center line of former Balfour Street (Myrtle Street) (50 feet wide); thence along the center line of the former Balfour Street, South 57 degrees 35 minutes 37 seconds West, 65 feet 0 inches to a point; thence along a line 50 feet, distant from the center line of the railroad formerly of the Penndel Company, South 32 degrees 24 minutes 23 seconds East, 575 feet 0 inches to a point of curve; thence along a line curving to the left 50 feet distant and radial of the center line of said railroad with a radius of 5,662 feet 6-1/8 inches and an arc distance of 500 feet 7-7/8 inches having a chord bearing of South 34 degrees 56 minutes 21.5 seconds East and a chord distance of 500 feet 5-7/8 inches to a point and place of beginning.

**AND THE SECOND THEREOF,** designated as PAL 101 05-8,

**PREMISES "B"**
**BEGINNING** at a point distance 220 feet 5-1/8 inches along the former Northwest side of Delaware Avenue (150 feet wide) measured North 57 degrees 35 minutes 37 seocnds East from the intersection of the Northeast side of Lewis Street (60 feet wide) and the Northwest side of Delaware Avenue (150 feet wide) produced; thence from said point of beginning along the former Northwest side of Delaware Avenue (150 feet wide) North 57 degrees 35 minutes 37 seconds East 139 feet 5-7/8 inches to a point; thence along the former Southwest side of Roxborough Street (60 feet wide) North 32 degrees 24 minutes 23 seconds West 440 feet 0 inches to a point; thence along the former Southeast side of Carbon Street (60 feet wide) South 57 degrees 35 minutes 37 seconds West 200 feet 9-1/2 inches to a point; thence along a line curving to the left with a radius of 5,656 feet 1-1/4 inches an arc distance of 444 feet 4-3/8 inches, having a chord bearing South 40 degrees 20 minutes 21 seconds East and a chord distance of 444 feet 3 inches said curve being 50 feet distance and parallel with the center line of the near track of railroad formerly of Penndel Company to the point and place of beginning.

**BEING** known as **4085 Richmond Street.**

2

**BEING** as to Premises "A" and "B" the same premises which Elmer Anderson by Deed dated April 25, 1989 and recorded May 3, 1989 in the County of Philadelphia in Deed Book FHS 1339 Page 361 conveyed unto Albert Duoncristiano, his heirs and assigns, in fee.

3

*Together* with all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever, of the said Grantor(s), as well at law as in equity, or otherwise howsoever, of, in, and to the same and every part thereof.

*To have and to hold* the said lot or piece of ground described with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s) his heirs and assigns, to and for the only proper use and behoof of the said Grantee(s) his heirs s and assigns forever,

*And* the said Grantor(s), for himself/herself, his Heirs, Executors, and Administrators does by these presents, covenant, grant, promise and agree, to and with the said Grantee(s), his heirs and assigns, that the said Grantor(s) and his Heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee(s), his heirs and assigns, against the said Grantor(s) and his Heirs, and against all and every other Person and Persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her, it, or any of them, shall and will WARRANT and forever DEFEND.

*In Witness Whereof,* the said party/parties of the first part to these presents has hereunto set his hand(s) and seal(s). Dated the day and year first above written.

**Signed, Sealed and Delivered**
**IN THE PRESENCE OF US:**

*[signature]*　　　　　　　　　　*[signature]* **Seal**
　　　　　　　　　　　　　　　　Albert Buoncristiano

　　　　　　　　　　　　　　　　_____ **Seal**

　　　　　　　　　　　　　　　　_____ **Seal**

　　　　　　　　　　　　　　　　_____ **Seal**

4

Commonwealth of Pennsylvania            )
                                        ss:
County of _Phila_                       )

On this, the _23_ day of _Nov._ _2004_, before me, a Notary Public for the Commonwealth of Pennsylvania, the undersigned Officer, personally appeared **Albert Buoncristiano** known to me (satisfactorily proven) to be the person(s) whose name(s) is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_Sandy L. Frattarelli_
Notary Public

NOTARIAL SEAL
SANDY R FRATTARELLI Notary Public
City of Philadelphia Phila County
My Commission Expires June 13, 2006

# DEED.

Albert Buoncristiano

TO

Robert Holton

**PREMISES:** 4085 Richmond Street -Premises "A & B"
Philadelphia City
Philadelphia, Pennsylvania

The address of the above-named Grantee

is _3035 WORTH ST, PHILA. PA. 19124_

On behalf of the Grantee

_S. Frattarelli_

T#80,468

5

| PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION | BOOK NO. 80,468 PAGE NO. |
|---|---|
| | DATE RECORDED |
| | CITY TAX PAID |

Complete each section and file with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT** - All inquiries may be directed to the following person:

NAME: ALBERT BUONCRISTIANO
TELEPHONE NUMBER: AREA CODE ( )
STREET ADDRESS: 3180 GRANT AVENUE
CITY: PHILADELPHIA
STATE: PA
ZIP CODE: 19114

**B. TRANSFER DATA**   DATE OF ACCEPTANCE OF DOCUMENT

GRANTOR(S)/LESSOR(S): Albert Buoncristiano
GRANTEE(S)/LESSEE(S): Robert Holton
STREET ADDRESS: 3180 GRANT AVENUE
STREET ADDRESS: 5035 WORTH STREET
CITY: PHILA   STATE: PA   ZIP CODE: 19114
CITY: PHILA   STATE: PA   ZIP CODE: 19124

**C. PROPERTY LOCATION**

STREET ADDRESS: 4085 Richmond Street
CITY, TOWNSHIP, BOROUGH: Philadelphia
COUNTY: Philadelphia
SCHOOL DISTRICT: Philadelphia
TAX PARCEL NUMBER: #45-3-3153-00

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $ 150,000.00 | + NONE | = $ 150,000.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| $ 3,040.00 | x 3.73 | = $ 11,339.20 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| NONE | 100% |

2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ (NAME OF DECEDENT) _____ (ESTATE FILE NUMBER).

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____.

☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____. Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY: *Albert Buoncristiano*
DATE: 11-23-2004

82-127 (Rev. 6/93)   (SEE REVERSE)