BLOCK 596 N

BLOCK 596 N

CENTER LINE KENSINGTON RAILROAD

30' WIDE RIGHT OF WAY FOR CONSTRUCTION, RECONSTRUCTION, REPAIR & MAINTENANCE OF SEWERS N.5'25'37"E.

FORMER DELAWARE AVENUE

FORMER DELAWARE AVENUE   150' WIDE STRICKEN FROM CITY PLAN

DELAWARE AVENUE   150' WIDE   LEGALLY OPEN

FORMER ROXBOROUGH STREET   60' WIDE STRICKEN FROM CITY PLAN

LEWIS STREET   60' WIDE   LEGALLY OPEN

LOT "A"

THIS LOT NOT INCLUDED

CHORD BEARING S.44'05'43"E. NORTHEASTERLY RIGHT-OF-WAY LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD

P.O.B.

FORMER CARBON STREET   60' WIDE STRICKEN FROM CITY PLAN

CENTER LINE OF THE PHILADELPHIA BELT RAILROAD COMPANY

SOUTHWESTERLY CHANNEL LINE OF FRANKFORD CREEK

LOT "B"

P.C.

DUMP AREA

TRAILER

DUMPSTER

NORTHEASTERLY RIGHT-OF-WAY LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD

SOUTHWESTERLY RIGHT-OF-WAY LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD

CENTER LINE OF THE PENNSYLVANIA & NEW JERSEY RAILROAD

FF-674

FF-674

Frank J. Morelli
FRANK J. MORELLI R.L.S.
SURVEYOR AND REGULATOR
PA. LICENSED No.-44851-E
FIFTH SURVEY DISTRICT
JUNE 16, 2004

NOTE:
PREMISES: 4595 RICHMOND STREET
TAX PARCEL: #45-3-333
OWNER(S): ALBERT BUONCRISTIANO

ATTENTION IS CALLED TO THE ZONING REQUIREMENTS IN THE PHILADELPHIA CODE, AS AMENDED.

PLAN MADE AS PER INSTRUCTIONS OF THE APPLICANT.

ALL DISTANCES ARE PHILADELPHIA DISTRICT STANDARD. 100' DISTRICT STANDARD OF LOT "A": 78,173 SQUARE FEET, 1.74989 ACRES

AREA OF LOT "A": 78,173 SQUARE FEET, 1.74989 ACRES
AREA OF LOT "B": 66,192 SQUARE FEET, 1.51963 ACRES

Site Plan of Property
made for
Albert Buoncristiano

45th Ward
Philadelphia, Pennsylvania

Fifth Survey District
6601 Rising Sun Avenue
Philadelphia, Pa. 19111

| Scale 1" = 40' | Drawn by R.C.G. |
| Order #20045041 | Checked by F.J.M. |

REFERENCES: OP 305 SUB 37, 56, 59; 9B 125