BLK 596 N

PAL 10-I 05-8
PHILADELPHIA
PENNSYLVANIA

NOTES:
PLAN MADE IN ACCORDANCE WITH INSTRUCTIONS
OF APPLICANT. ATTENTION IS CALLED TO PHILA.
ZONING CODE AND AMENDMENTS.

FRANKFORD CREEK

C TACONY &
KENSINGTON
RAILROAD

THE PA. & N.J. R.R. CO.

ROXBOROUGH ST.
STRICKEN FROM CITY PLAN

DRAINAGE R/W

THE PA. & N.J.
R.R. CO.

S 32°24'23" E   440'-0"

PARCEL NO. 1
AREA = 76,156 SQ. FT.
OR 1.74829 AC.

CHORD BRG.   S 40°20'21" E   CHORD 444'-3"
R=5856'-1¼"   Δ 4°30'09"   L 444'-4½"

WOOD R.R. POLES

R=5751'-11⅛"   Δ 4°25'30"   A=444'-234"
CHORD BRG.  S 40°12'21.5" E   CHD. 444'-1⅞"

ELECTRICAL TRANSMISSION   ELEC. TRANS.
POLE   POLE

PARCEL NO. 2
S 32°24'23" E   440'-0"

LEWIS   STREET
LEGALLY OPEN

C PHILA. & BELT
LINE R.R. CO.

AREA = 39,672 SQ. FT.
OR 0.91075 AC.

DELAWARE AVE.
LEGALLY OPEN

PLAN OF PROPERTY
MADE   FOR
PENN   CENTRAL
TRANSPORTATION COMPANY
45TH WARD   PHILADELPHIA, PA.
SCALE 1" = 100'   JUNE 24, 1977
BARTON
& MARTIN
ENGINEERS
12 SOUTH 12TH ST.
PHILADELPHIA

COMMONWEALTH
REGISTERED
PROFESSIONAL
WILLIAM E. BARTON
No. 11047-E
PENNSYLVANIA