BLK 596 N

PAL 10 I 034

PHILADELPHIA
PENNSYLVANIA

NOTES:
PLAN MADE IN ACCORDANCE WITH INSTRUCTIONS
OF APPLICANT. ATTENTION IS CALLED TO PHILA.
ZONING CODE AND AMENDMENTS.

FRANKFORD    CREEK

260'

FORMER BALFOUR (MYRTLE) ST.
STRICKEN FROM CITY PLAN

60'

CP 30'

50'

HARRY C. ERB

S 32°24'23"E    1075'-0"

AREA= 66,192 SQ. FT. OR 1.51955 AC.

CHORD BRG.    S 34°56'21.5"E    CHORD 500'-57/8"
R= 5662'-61/8"    A= 5°03'57"    ARC= 500'-77/8"

S 32°24'23"E  575'-0"

FORMER CARBON ST.
STRICKEN FROM CITY PLAN

CAT.    CAT.    PENNDEL    R.R.    COMPANY    CAT.
CAT.    CAT.    CAT.    CAT.

60'    LEWIS    LEGALLY OPEN    STREET    S 32°24'23"E    650'-0"    60'

& THE PHILA. &
BELT LINE R.R. CO.

DELAWARE AVE.
LEGALLY OPEN

150'

PLAN OF PROPERTY
MADE    FOR
PENN    CENTRAL
TRANSPORTATION COMPANY
45TH WARD    PHILADELPHIA, PA.
SCALE 1"= 100'    JUNE 24, 1977

BARTON
& MARTIN
ENGINEERS
12 SOUTH 12TH ST.
PHILADELPHIA

COMMONWEALTH
REGISTERED
PROFESSIONAL
WILLIAM E. BARTON
ENGINEER
No. 11947-E
PENNSYLVANIA

William E. Barton