# PLAN
### MADE FOR THE USE OF
## BOARD OF VIEWERS
### IN THE MATTER OF
## ACQUISITION OF PROPERTY
### IN CONNECTION WITH IMPROVEMENT OF
# FRANKFORD CREEK

FROM  MAIN LINE OF PENNSYLVANIA RAILROAD
      NORTHWEST OF AMBER STREET
TO    DELAWARE RIVER

INCLUDING CONSTRUCTION OF NEW CHANNEL AND APPURTENANT WORK

23RD & 45TH WARDS
PHILADELPHIA

AUTHORIZED BY ORDINANCE OF COUNCIL DECEMBER 19, 1951. CHANNEL LINES & STREET REVISION CONFIRMED BY BOARD OF SURVEYORS JANUARY 5, 1953.

**NOTES**

Frankford Creek declared non-navigable by:
① Act of Congress approved June 11, 1940
② Act of Pennsylvania Assembly approved July 6, 1941; repealed Act of January 15, 1774 which made Frankford Creek (from Frankford Ave. to Delaware River) a public highway.
③ City Solicitor's opinion of June 11, 1941 declared Frankford Creek private property where title is in bed as vested in private ownership.

The location of the Proposed Construction Lines, taken from plans received from Kneedler, Tippetts, Abbette Engineering Co. with letter of June 17, 1953.

☞ Indicates common location and photograph number.




BARTON & MARTIN
Engineers
12 SOUTH 12TH ST
PHILADELPHIA

Sheet No. 1 of 5 Sheets



