


Civil Docket Report

No Items in Cart  LOGOUT  mclaiborn

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 170902758 |
| Case Caption: | HOLTON VS CITY OF PHILADELPHIA |
| Filing Date: | Friday , September 22nd, 2017 |
| Court: | AGENCY APPEAL |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | BOARD OF LICENSE & INSPECTION |
| Status: | ORDER ENTERED - FINAL DISPOS |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR APPELLANT | SOPIN, CRAIG A |
| **Address:** 601 WALNUT ST.SUITE 160 WEST CURTIS CENTER PHILADELPHIA PA 19106 (215)928-0300 | | **Aliases:** | none | |
| 2 | 1 | | APPELLANT | HOLTON, ROBERT |
| **Address:** 3950 DELAWARE AVENUE PHILADELPHIA PA 19137 | | **Aliases:** | none | |

| 3 | | | 6 | | APPELLEE | CITY OF PHILADELPHIA |
|---|---|---|---|---|---|---|
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | | **Aliases:** | none | |

| 4 | | | | AGENCY | BOARD OF LICENSE AND INSPECTION |
|---|---|---|---|---|---|
| **Address:** | C/O BOARDS ADMINISTRATOR MUNICIPAL SERVICES BUILDING 1401 JFK BLVD, 11TH FLOOR PHILADELPHIA PA 19102 (215)686-2573 | | **Aliases:** | none | |

| 5 | | | | TEAM LEADER | ANDERS, DANIEL J |
|---|---|---|---|---|---|
| **Address:** | ROOM 292 CITY HALL PHILADELPHIA PA 19107 | | **Aliases:** | none | |

| 6 | | | | ATTORNEY FOR APPELLEE | JOHNSON, CHRISTOPHER J |
|---|---|---|---|---|---|
| **Address:** | 1515 ARCH STREET 15TH FLOOR PHILADELPHIA PA 19102 (215)683-5118 | | **Aliases:** | none | |

| 7 | | | 6 | | ATTORNEY FOR APPELLEE | JEFFERSON, EDWARD P |
|---|---|---|---|---|---|---|
| **Address:** | CITY OF PHILADELPHIA LAW DEPT ONE PARKWAY BUILDING 1515 ARCH STREET,15TH FLOOR PHILADELPHIA PA | | | **Aliases:** | none | |

| | |
|---|---|
| 19102 (215)683-5104 | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 22-SEP-2017 06:35 PM | ACTIVE CASE | | | 25-SEP-2017 03:39 PM |
| **Docket Entry:** | E-Filing Number: 1709052536 | | | |
| | | | | |
| 22-SEP-2017 06:35 PM | COMMENCEMENT BY APPEAL | SOPIN, CRAIG A | | 25-SEP-2017 03:39 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 22-SEP-2017 06:35 PM | NOTICE OF STATUTORY APPEAL | SOPIN, CRAIG A | | 25-SEP-2017 03:39 PM |
| **Documents:** | holton.pdf | | | |
| **Docket Entry:** | APPEALS FROM THE ADJUDICATION OF THE CITY OF PHILADELPHIA ON AUGUST 30, 2017 | | | |
| | | | | |
| 22-SEP-2017 06:35 PM | CASE MANAGEMENT ORDER ISSUED | SOPIN, CRAIG A | | 25-SEP-2017 03:39 PM |
| **Documents:** | CM Agency Appeal | | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 26-SEP-2017 02:48 PM | WAITING/ISSUE SCHEDULING ORDER | | | 26-SEP-2017 02:48 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 29-SEP-2017 02:13 PM | ENTRY OF APPEARANCE | JOHNSON, CHRISTOPHER J | | 02-OCT-2017 11:49 AM |

| | | | | |
|---|---|---|---|---|
| **Documents:** | entry of appearance HOLTON v. City of Philadelphia, Department of LI 170902758.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF EDWARD P JEFFERSON AND CHRISTOPHER J JOHNSON FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| | | | | |
| 29-SEP-2017 02:13 PM | CITY CHARGE SUBSEQUENT FILINGS | JOHNSON, CHRISTOPHER J | | 02-OCT-2017 11:49 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 15-NOV-2017 09:25 AM | SCHEDULING ORDER ISSUED | | | 15-NOV-2017 09:25 AM |
| **Documents:** | SASOI_8.pdf | | | |
| **Docket Entry:** | It is hereby ORDERED as follows: 1. Record: The Agency subject to this appeal is ORDERED to file its record with the Office of Judicial Records through the Existing Case section of the Electronic Filing System for the Trial Division - Civil available online at: http://courts.phila.gov by or risk sanctions. 2. Motions for Extraordinary Relief: Shall be electronically filed with the Civil Motions Program through the Motions section of the Electronic Filing System not later than . Any request for continuance should also be filed as a Motion for Extraordinary Relief. 3. Briefs: Appellant's brief is due by . Appellee's brief is due by . Briefs shall be electronically filed through the Existing Case section of the Electronic Filing System, and served upon all opponents. 4. Oral Argument: On the legal merits of this appeal will take place anytime after . Notice of the scheduled date, time and location will be sent to all interested parties at least fifteen (15) days prior the the scheduled event. Please note that once the argument date is set no continuances will be granted. Questions concerning this Order and its contents shall be referred to Lokia Owen at lokia.owens@courts.phila.gov or Erica Mascuilli at erica.mascuilli@courts.phila.gov. ...BY THE COURT: DANIEL ANDERS, J. 15-NOV-2017 | | | |
| | | | | |
| 15-NOV-2017 09:25 AM | LISTED FOR ORAL ARGUMENTS | | | 15-NOV-2017 09:25 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 15-NOV-2017 09:25 AM | NOTICE GIVEN UNDER RULE 236 | | | 15-NOV-2017 12:05 PM |
| **Docket Entry:** | NOTICE GIVEN ON 15-NOV-2017 OF SCHEDULING ORDER ISSUED ENTERED ON 15-NOV-2017. | | | |
| | | | | |
| 26-FEB-2018 | CORRECTIVE ENTRY | | | 26-FEB-2018 |

| | | | | |
|---|---|---|---|---|
| 11:05 AM | | | | 12:00 AM |
| **Docket Entry:** | ****PLEASE NOTE: THE SCHEDULING ORDER ISSUED 11/15/17 WAS ISSUED INCORRECTLY. A NEW SCHEDULING ORDER WILL BE ISSUED WITH THE PROPER DEADLINES. ....KBB OJR. | | | |
| | | | | |
| 26-FEB-2018 11:10 AM | SCHEDULING ORDER ISSUED | | | 26-FEB-2018 12:00 AM |
| **Documents:** | SASOI_12.pdf | | | |
| **Docket Entry:** | It is hereby ORDERED as follows: 1. Record: The Agency subject to this appeal is ORDERED to file its record with the Office of Judicial Records through the Existing Case section of the Electronic Filing System for the Trial Division - Civil available online at: http://courts.phila.gov by 02-APR-2018 or risk sanctions. 2. Motions for Extraordinary Relief: Shall be electronically filed with the Civil Motions Program through the Motions section of the Electronic Filing System not later than 07-MAY-2018. Any request for continuance should also be filed as a Motion for Extraordinary Relief. 3. Briefs: Appellant's brief is due by 07-MAY-2018. Appellee's brief is due by 07-JUN-2018. Briefs shall be electronically filed through the Existing Case section of the Electronic Filing System, and served upon all opponents. 4. Oral Argument: On the legal merits of this appeal will take place anytime after 02-JUL-2018. Notice of the scheduled date, time and location will be sent to all interested parties at least fifteen (15) days prior the the scheduled event. Please note that once the argument date is set no continuances will be granted. Questions concerning this Order and its contents shall be referred to Lokia Owen at lokia.owens@courts.phila.gov or Erica Mascuilli at erica.mascuilli@courts.phila.gov. ...BY THE COURT: DANIEL ANDERS, J. 26-FEB-2018 | | | |
| | | | | |
| 26-FEB-2018 11:10 AM | NOTICE GIVEN UNDER RULE 236 | | | 26-FEB-2018 02:51 PM |
| **Docket Entry:** | NOTICE GIVEN ON 26-FEB-2018 OF SCHEDULING ORDER ISSUED ENTERED ON 26-FEB-2018. | | | |
| | | | | |
| 26-FEB-2018 04:50 PM | CERTIFIED RECORD RECEIVED | BOARD OF LICENSE AND INSPECTION, | | 27-FEB-2018 08:33 AM |
| **Documents:** | LIRB Holton 01.pdf<br>LIRB Holton 02.pdf<br>LIRB Holton 03.pdf<br>LIRB Holton 04.pdf<br>In Re_ 4087 Richmond St., Licenses _ Inspections Review Board.pdf | | | |
| **Docket Entry:** | CERTIFIED RECORD WITH FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED. (FILED ON BEHALF OF BOARD OF LICENSE AND INSPECTION) | | | |
| | | | | |
| 07-MAY-2018 02:53 PM | BRIEF | SOPIN, CRAIG A | | 07-MAY-2018 03:04 PM |

| | | | | |
|---|---|---|---|---|
| Documents: | img20180507_14520144.pdf | | | |
| Docket Entry: | BRIEF FILED. (FILED ON BEHALF OF ROBERT HOLTON) | | | |
| 30-MAY-2018 12:04 PM | ARGUMENT DATE SET | | | 30-MAY-2018 12:04 PM |
| Docket Entry: | *none.* | | | |
| 30-MAY-2018 12:04 PM | LISTED FOR ORAL ARGUMENTS | | | 30-MAY-2018 12:04 PM |
| Docket Entry: | ORAL ARGUMENT SCHEDULED ON 07/12/18 AT 10:00 A.M. IN COURTROOM 285, CITY HALL, PHILADELPHIA, PA | | | |
| 01-JUN-2018 12:30 AM | NOTICE GIVEN | | | 01-JUN-2018 12:30 AM |
| Docket Entry: | *none.* | | | |
| 06-JUN-2018 02:56 PM | MOT-FOR EXTRAORDINARY RELIEF | JOHNSON, CHRISTOPHER J | | 06-JUN-2018 03:22 PM |
| Documents: | Motion-for-Extraordinary-Relief-ROBERT HOLTON 170902758.pdf<br>ROBERT HOLTON PROPOSED ORDER GRANTING extension of time to file Appellee Brief.pdf<br>Email from Craig Sopin regarding extension of time on Holton brief.pdf<br>Motion CoverSheet Form | | | |
| Docket Entry: | 04-18060804 MOTION SUBMITTED UNOPPOSED (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| 06-JUN-2018 02:56 PM | CITY CHARGE SUBSEQUENT FILINGS | JOHNSON, CHRISTOPHER J | | 06-JUN-2018 03:22 PM |
| Docket Entry: | *none.* | | | |
| 06-JUN-2018 03:38 PM | MOTION ASSIGNED | | | 06-JUN-2018 03:38 PM |
| Docket Entry: | 04-18060804 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: JUNE 06, 2018 | | | |

| 07-JUN-2018 01:26 PM | ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 07-JUN-2018 01:26 PM |
|---|---|---|---|---|
| **Documents:** | ORDER_22.pdf | | | |
| **Docket Entry:** | 04-18060804 THE APPELLEE CITY OF PHILADELPHIA'S MOTION FOR EXTRAORDINARY RELIEF IS HEREBY GRANTED. THE BRIEF OF THE APPELLEE CITY OF PHILADELPHIA SHALL BE DUE ON JUNE 27, 2018. ... BY THE COURT: ANDERS, J. 06/06/18 | | | |
| | | | | |
| 07-JUN-2018 01:26 PM | NOTICE GIVEN UNDER RULE 236 | | | 07-JUN-2018 04:05 PM |
| **Docket Entry:** | NOTICE GIVEN ON 07-JUN-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 07-JUN-2018. | | | |
| | | | | |
| 27-JUN-2018 02:26 PM | BRIEF | JOHNSON, CHRISTOPHER J | | 27-JUN-2018 02:31 PM |
| **Documents:** | Appellee Brief HOLTON v. City of Philadelphia Department of LI Final.pdf | | | |
| **Docket Entry:** | BRIEF FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| | | | | |
| 12-JUL-2018 09:51 AM | LISTED FOR ORAL ARGUMENTS | | | 12-JUL-2018 09:51 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 12-JUL-2018 09:51 AM | ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 12-JUL-2018 09:52 AM |
| **Documents:** | ORDER_26.pdf | | | |
| **Docket Entry:** | AND NOW, ON THIS 12TH DAY OF JULY, 2018, THE HEARING IN THIS MATTER SCHEDULED FOR JULY 12TH, 2018, AT 10:00 AM HAS BEEN CONTINUED TO AUGUST 20TH, 2018, AT 10:00 AM IN COURTROOM 285, CITY HALL, PHILADELPHIA, PA 19107. ...BY THE COURT: ANDERS, J., 7/12/18 | | | |
| | | | | |
| 12-JUL-2018 09:51 AM | NOTICE GIVEN UNDER RULE 236 | | | 13-JUL-2018 09:28 AM |
| **Docket Entry:** | NOTICE GIVEN ON 13-JUL-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 12-JUL-2018. | | | |

| | | | | |
|---|---|---|---|---|
| 14-JUL-2018 12:30 AM | NOTICE GIVEN | | | 14-JUL-2018 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 21-AUG-2018 02:26 PM | ORDER ENTERED - FINAL DISPOS | ANDERS, DANIEL J | | 21-AUG-2018 02:27 PM |
| **Documents:** | ORDRF_29.pdf | | | |
| **Docket Entry:** | UPON CONSIDERATION OF THE STATUTORY APPEAL BY ROBERT HOLTON OF THE CITY OF PHILADELPHIA, DEPARTMENT OF LICENSES AND INSPECTIONS AND ARGUMENT BY COUNSEL, THE COURT HEREBY AFFIRMS THE CITY OF PHILADELPHIA, DEPARTMENT OF LICENSES AND INSPECTIONS' DECISION AND DENIES THE APPEAL OF ROBERT HOLTON. ...BY THE COURT: ANDERS, J. 08/20/18 | | | |
| | | | | |
| 21-AUG-2018 02:26 PM | NOTICE GIVEN UNDER RULE 236 | | | 21-AUG-2018 04:07 PM |
| **Docket Entry:** | NOTICE GIVEN ON 21-AUG-2018 OF ORDER ENTERED - FINAL DISPOS ENTERED ON 21-AUG-2018. | | | |
| | | | | |
| 28-AUG-2018 03:25 PM | MOTION FOR RECONSIDERATION | SOPIN, CRAIG A | | 28-AUG-2018 03:27 PM |
| **Documents:** | img20180828_15200659.pdf  Motion CoverSheet Form | | | |
| **Docket Entry:** | 51-18083551 MOTION FOR RECONSIDERATION OF JUDGE ANDERS' ORDER DATED 08/20/18(FILED ON BEHALF OF ROBERT HOLTON) | | | |
| | | | | |
| 28-AUG-2018 03:34 PM | MOTION ASSIGNED | | | 28-AUG-2018 03:34 PM |
| **Docket Entry:** | 51-18083551 MOTION FOR RECONSIDERATION ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: AUGUST 28, 2018 | | | |
| | | | | |
| 29-AUG-2018 11:36 AM | ORDER ENTERED/236 NOTICE GIVEN | ANDERS, DANIEL J | | 29-AUG-2018 11:36 AM |
| **Documents:** | ORDER_33.pdf | | | |
| **Docket Entry:** | 51-18083551 UPON CONSIDERATION OF APPELLANT, ROBERT HOLTON'S, MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 20, 2018 ORDER DENYING HIS APPEAL AND PURSUANT TO PHILA.R.CIV.PRO.208.3(A), IT IS HEREBY ORDERED AND DECREED THAT THE COURT'S ORDER OF AUGUST | | | |

| | | | | |
|---|---|---|---|---|
| | 20, 2018 DENYING THE APPEAL IS VACATED PENDING THE OUTCOME OF SAID MOTION. THE CITY IS TO FILE A RESPONSE TO THE MERITS OF HOLTON'S MOTION TO RECONSIDER WITHIN 10 DAYS OF THIS ORDER. ...BY COURT: ANDERS, J. 08/28/18 | | | |
| 29-AUG-2018 11:36 AM | NOTICE GIVEN UNDER RULE 236 | | | 29-AUG-2018 11:46 AM |
| **Docket Entry:** | NOTICE GIVEN ON 29-AUG-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 29-AUG-2018. | | | |
| 06-SEP-2018 11:02 AM | ANSWER (MOTION/PETITION) FILED | JOHNSON, CHRISTOPHER J | | 06-SEP-2018 11:05 AM |
| **Documents:** | HOLTON Appellee response to appellants motion for reconsideration 08292018.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 51-18083551 ANSWER IN OPPOSITION OF MOTION FOR RECONSIDERATION FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| 12-SEP-2018 09:42 AM | ORDER ENTERED/236 NOTICE GIVEN | | | 12-SEP-2018 12:00 AM |
| **Documents:** | ORDER_36.pdf | | | |
| **Docket Entry:** | 51-18083551 UPON CONSIDERATION OF APPELLEE, CITY OF PHILADELPHIA'S RESPONSE TO APPELLANT'S MOTION FOR RECONSIDERATION, IT IS HEREBY ORDERED AND DECREED THAT THE MOTION IS DENIED. THE COURT'S PRIOR ORDER, DATED AUGUST 20, 2018, IS HEREBY REINSTATED. THE COURT FURTHER STATES THAT IT MAY AFFIRM THE DECISION OF THE ZONING BOARD OF ADJUSTMENT ON ANY BASIS AND THAT THE COURT EXPRESSLY AFFIRMED THE BOARD'S DECISION ON THE FAILURE TO HAVE A USE REGISTRATION PERMIT. ...BY THE COURT: ANDERS, J. 09/11/18 | | | |
| 12-SEP-2018 09:42 AM | NOTICE GIVEN UNDER RULE 236 | | | 12-SEP-2018 09:55 AM |
| **Docket Entry:** | NOTICE GIVEN ON 12-SEP-2018 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 12-SEP-2018. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[E-Filing System]    [Search Home]