

# CITY OF PHILADELPHIA

DEPARTMENT OF LICENSES & INSPECTIONS
1130 Municipal Services Building
1401 John F. Kennedy Boulevard
Philadelphia, PA 19102-1687

DAVID J. PERRI, P.E.
Commissioner

February 1, 2018

Mr. Robert Holton
4085 Richmond Street
Philadelphia, PA 19137

Mr. Kevin Creedon
4087 Richmond Street
Philadelphia, PA 19137

## URGENT NOTICE

Re: Action to be taken upon the Cease Operations Orders for uses and operations within the Frankford Creek Right-of-Way at Richmond Street (a/k/a 4087 Richmond St)

Uses and operations upon the property referenced above as 4087 Richmond Street, which land has been determined by Ordinance dated December 19, 1951 to be part of the Frankford Creek Right-of-Way, have been Ceased by Order of the Department of Licenses ("L&I) on April 12, 2017. A challenge seeking a stay this Cease Operations was made to the Philadelphia Court of Common Pleas, which was denied with an Order which set forth that no stay shall be granted where there exists a "condition of immediate danger or hazard to health, safety or welfare which requires immediate compliance." Subsequently, an administrative appellate review of the case was sought before the Philadelphia Board of License and Inspections Review, which upon a hearing on August 30, 2017 it affirmed the actions of L&I. There is no stay of the Cease Operations Order, and any use and operations conducted upon the land are in violation of the law.

The outstanding violations issued under L&I case number 574778 for the location include, but are not limited to, the following: no Zoning/Use Permits, no Operations Permit, and no Business Operations Licenses exist for Salvage, Reclamation, Storage, Vehicle Repair, Sales of Vehicles and/or Vehicle Parts upon the land. Also, violations were cited for conditions arising under the Electrical and Fire Codes, which implicate the contamination and environmental hazards caused to the land as well as to the runoff water of Frankford Creek waterway.

This Notice requires you to immediately comply with the Cease Operations Order and to remove from the land all equipment, materials, vehicles, structures, appliances and waste on that land that are incident to your unlawful use. You must make the said removals and restore the land free and clear of same no later than February 16, 2018. Note that disposals of certain materials, e.g. tires and fluids, require documentation and retention of disposal records. If you fail to make the said required removals and to vacate the Right-of-Way, the City will secure the land from entry after making the said removals and disposals, the cost of which will be billed to you, Robert Holton.

*David J. Peri*
David J. Peri
Commissioner


cc: Carlton Williams, Commissioner
    Streets Department

cc: Darin L Gatti PE, Chief Engineer
    President, Board of Surveyors
    Streets Department

cc: Bridget Greenwald, Commissioner
    Public Property Department