# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HOLTON | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 18-2228 |
| | : | |
| BOBBY HENON, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 21st day of October, 2021, upon consideration of the Plaintiff's Motion to Defer Consideration of Defendants' Motion for Summary Judgment (ECF No. 75) and Defendants' response in opposition (ECF No. 77), it is hereby **ORDERED** that the Motion (ECF No. 75) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**