# United States District Court
# Eastern District Of Pennsylvania

## Case No. 18-cv-2228

## Affidavit of Robert Holton In Opposition To Motion for Summary Judgment