## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Plaintiff's Renewed Motion To Defer Ruling Upon Defendants' Motion For Summary Judgment and For Disqualification Of Counsel For Defendants* served electronically on the date of filing of this document.  If the ECF system indicates that counsel is being served electronically, such service will be deemed to comply with the ECF system.  If the ECF system indicates that counsel is not an ECF user, a true and correct copy of this filing will be delivered by U.S.P.S., first class mail, postage prepaid on the date Notice of Filing and Acceptance is generated by the ECF system upon the below listed:

**MEGHAN E. CLAIBORNE, ESQUIRE**
Deputy City Solicitor
City of Philadelphia Law Dept
1515 Arch Street 14th Floor
Philadelphia, PA. 19102

*/s/Stephen A. Durham, Esq.*
STEPHEN A. DURHAM, ESQ.
*Attorney for Plaintiff*

Date: November 25, 2021