## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT HOLTON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 18-2228** |
| | : | |
| **BOBBY HENON, et al.** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

AND NOW, this 29th day of November, 2021, upon consideration of the Plaintiff's Renewed Motion to Defer Consideration of Defendants' Motion for Summary Judgment or for Other Relief Pursuant to Fed.R.Civ.P.56(d), and any response thereto, it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ CHAD F. KENNEY*
**CHAD F. KENNEY**