# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HOLTON | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 18-2228 |
| | : | |
| BOBBY HENON, *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **9th** day of **March 2022**, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 74) and Plaintiff's Affidavit and Response in Opposition (ECF Nos. 79, 80), as well as the arguments made by counsel at Oral Argument (*see* ECF No. 98) it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ *Chad F. Kenney*
**CHAD F. KENNEY, JUDGE**