### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HOLTON | : | NO.: 2:18-CV-02228-CFK |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BOBBY HENON, ET AL | : | |
|     Defendants | : | |

### NOTICE OF APPEAL

The Plaintiff, Robert Holton, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on March 9, 2022.

                                                  Respectfully submitted:

                                                  DURHAM & JAMES, P.C.


                                                  */s/ Stephen A. Durham*
                                                  STEPHEN A. DURHAM, ESQUIRE
                                                  Attorney for Robert Holton, Plaintiff
                                                  320 West Front Street
                                                  Media, Pennsylvania 19063
                                                  Telephone No. 610-565-4750
                                                  Fax No. 610-565-4820
                                                  I.D. No. 30086
                                                  sdurham@dandjlaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was served electronically and by First Class Mail to the following:

Megan E. Claiborne, Esquire
Deputy City Solicitor
One Parkway
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

Respectfully submitted:

DURHAM & JAMES, P.C.

*/s/ Stephen A. Durham*
STEPHEN A. DURHAM, ESQUIRE
Attorney for Robert Holton, Plaintiff
320 West Front Street
Media, Pennsylvania 19063
Telephone No. 610-565-4750
Fax No. 610-565-4820
I.D. No. 30086
sdurham@dandjlaw.com

Date: April 5, 2022